DANIEL A. HOROWITZ State Bar No. 92400
Attorney at Law
P.O. Box 1547
Lafayette, California 94549
bdega@earthlink.net


Attorney for Plaintiff


# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA


MICHAEL SAVAGE,

No.  3:07-cv-06076-JCS

      Plaintiff,

vs.

Council on American-Islamic
Relations, Inc. and Does
1-100

      Defendants.
_____/


# COMPLAINT FOR DAMAGES

**FIRST CAUSE OF ACTION**
(Copyright Infringement)

**JURISDICTION**

1.

Michael Savage is the radio show star of "The Michael Savage Show". "Michael Savage". Michael Savage is the owner of copyright interests in his show, "The Michael Savage Show" also known as "The Savage Nation". Savage broadcasts and creates his content in the Northern District of California with his radio station located in San Francisco, California. The content infringed upon was created in this district and broadcast from this district. This cause of action arises from federal statute.

2.

"The Savage Nation" is a nationally syndicated radio show that reaches over eight million listeners per week. Related to that show is the website www.MichaelSavage.com which receives 2.3 million page views per month. The radio show originates in San Francisco, California.

3.

"The Savage Nation" is unique among so-called "Talk Radio" in that it combines serious intellectual analysis with dramatic and emotional soul baring that the show advertises as "Psychological Nudity". This performance aspect of the show is critical in that it conveys an emotional power and a fundamental honesty to the programming that is meaningful to the listening audience.

4.

There are segments of the show that are as lyrical and as emotionally powerful as

live theater, poetry, rap music or other genres where a performer combines social commentary with powerful performance.  In fact the start of show always begins with the admonishment:

> "Warning: This show contains adult language, adult content, psychological nudity. Listener discretion is advised."

5.

Those millions who continue to listen understand that they are hearing radio that is as cutting, raw, emotional and fundamentally honest as any programming that has ever existed on the airwaves.

6.

This lawsuit concerns the infringement of the copyright to the October 29, 2007 show wherein a dramatic, meaningful and powerful segment of the Savage Nation was and continues to be expropriated by defendant, CAIR (as identified herein).

7.

CAIR has been given written notice of its copyright infringement but has chosen to persist in using the copyright protected material.

8.

The segment misappropriated was in excess of four minutes.  As set forth in more detail herein, the misappropriated segment was used by CAIR for fund-raising purposes and the segment was used in a manner designed to cause harm to the value of the copyright material in the long and short term.

9.

The Council on American-Islamic Relations, Inc., hereinafter referred to as CAIR is a tax exempt corporation which is self anointed as the representative of the civil rights

of Muslim Americans.

10.

In fact, and as set forth more fully herein, CAIR is not a civil rights organization and never has been.

11.

At all times relevant herein, CAIR was and is a political organization that advocates a specific political agenda.

12.

Defendants named herein as Does 1-100 are defendants whose true names and capacities are presently unknown.  When the names and identities of said Does are ascertained, this complaint will be amended to reflect the same.   These Doe defendants include persons and entities that have conspired with CAIR to violate the rights of plaintiff as set forth herein.

13.

CAIR has misappropriated copyright protected material from Michael Savage and made this material available on its website.   This is actionable regardless of whether or not CAIR had a genuine charitable purpose in using Michael Savage's material.  Even genuine charities must gain the permission of a copyright holder before using the copyrighted work for fund raising or other purposes.

14.

The CAIR misappropriation was done for political purposes unrelated to civil rights and unrelated to CAIR's tax exempt status.

15.

The copyright infringement was done to raise funds for CAIR so that it could self

perpetuate and continue to disseminate propaganda on behalf of foreign interests that are opposed to the continued existence of the United States of America as a free nation.

16.

CAIR repackaged the content of Michael Savage's show and manipulated that stolen content so that it could be used by CAIR to raise funds.   Little or none of the money raised went to alleged "civil rights" activities.

17.

The CAIR repackaging damaged the work and damaged the public image of the work because it was taken out of context, the introductory remarks were omitted and the context of "The Savage Nation" were removed.  It was deliberately designed to obscure the specific message conveyed by Michael Savage.  The actual message while highly provocative and strongly worded, was not intended as an attack on people of faith and in fact, Michael Savage is well known as a person of faith.

18.

The stolen material as repackaged by CAIR was intended to portray both the material and the creator of the material, Michael Savage as having a blanket opposition to a particular religion.  This was not the context of the statement and it is not consistent with the content of the programming as a whole.

19.

In fact, on his show, Michael Savage has presented various views and perspectives.  One purpose of his show (among other purposes) is to present uncensored, genuine points of view that force listeners to both think and feel in ways that normal polite discourse may not allow.  The CAIR misappropriation omitted this reality about the

show and therefore failed to incorporate the context of Michael Savage's many comments which include praise for the aspects of Islam that create a high level of morality and family values.

20.

CAIR knew or should have known that it was misportraying the views of Michael Savage as the following are just some of the positive positions taken by Michael Savage with respect to people who use their religion to promote morality, freedom and family values.  As noted herein, Michael Savage makes no distinction among religions in these comments.  These comments include (but are not limited to the following:)

CALLER:     Hi Dr Savage, thank you for taking my call. I'm a Muslim, I'm originally from Turkey and I've been in this country since 93.  I've been listening to your show for the last 3 years, and 80% I support what you're saying, I believe in American values. My religion is Islam, my question to you is can I be a Muslim and still support American values in this country.

SAVAGE:     Sure you can, absolutely. That's what I said all along. Look, it's like saying can I be a Jew and still support American values, can I be a Buddhist and still support American values, can I be a Hindu can I be an Atheist, Yes that's what America is all about. It's freedom of religion, and freedom to be non religious.  That's what makes the country great, it's freedom. So I don't understand where the problem exists.

SAVAGE:     In other words, everybody knows no matter what their religion is, even an atheist knows it's not right to take a penny out of another man's pocket that's not yours right?

**COMPLAINT FOR DAMAGES**
**SAVAGE v. CAIR**                          5

CALLER:        Right

SAVAGE:        Ok, so you start with that basic knowledge, the basic rules of living with people can be boiled down to do unto others as you would do onto you, or do onto others as you would have them do to you. That's the essence of every religion.

(Date of Show: 3/27/07)

****************

SAVAGE:        There are areas of unity between the religions and I think we need to strengthen those. We need to strengthen those areas of unity. Maybe this IS a radio show that can help do that. Mohammed from Orlando, welcome back to the program. Now, you heard the Rabbi from New York and his views of Evolution and Creation you agree with?

CALLER:        Yes, and that's what Islam is definitely all about. When I was listening to his message or his … he uh, uh, has a great way of articulating the words that he was, uh, telling on this conversation. That, um, the way we were created and everything else, that's exactly, I think, there's a lot of similarities between all religions, Christianity, Judaism, and Islam.

SAVAGE:        But yet, many Christians call the show and they don't believe in Evolution. They believe only in Creation. Are there… um… Creationists within the Muslim tradition as well who reject Evolution? I would think that the educated Muslim understands that you can have science and religion co-existing.

CALLER:        Definitely. Without science, I don't think we actually can basically survive. And

the word, the first word that came out when revelation came in upon the Prophet Mohammed, peace be upon him, is "read," which is basically a way of telling human beings to take themselves and educate themselves and go into areas of things like science and like I said, that's the first thing that Muslims are encouraged to do is basically educate themselves. So, I don't see there is a difference between… a lot of people when they hear "Evolution," they take it to the extreme that we all came out from apes or from another animal or some other beings, but that's not how evolution is. So, evolution could be something that, um, basically, where, where, um…

SAVAGE:    Well, I had asked the Rabbi yesterday how do you explain the previous, uh, pre-humans, for example. Let's call them that. The Neanderthal, for example. How do you explain that? If God is perfect, why would He create an imperfect man before creating a perfect man? And his answer was very interesting. He said that God took a long time to arrive at man to teach us how much time and effort it takes to create even one man in order to show us how important life is and the divinity of mankind. I thought that was beautiful, didn't you, Mohammed?

CALLER:    Definitely and also, uh, in Islam, way before humans were created, there was another creature that walked on the earth, and that's another creature which we call the Djinns. And the Djinns actually, they were living in Earth way before we came in and they did exactly the same thing that we're doing right now. We're shedding blood all over the place. And God, when he told the angels that he will create humans, the angels replied to him that you will create a human just like you did with the Djinns. And they will do exactly the same thing that the Djinns did. And He said, I know that, but I know more than you will. So that's exactly the same way. So there's a lot of creatures that…

1   SAVAGE:      So in other words, we're still behaving like sub humans even though we're

2   humans.

3

4   CALLER:      Exactly

5

6

7   SAVAGE:      And we're not supposed to behave like that. We're supposed to behave like the

8   angels, but we're still behaving worse than the ape.

9

10  CALLER:      Definitely.

11

12  SAVAGE:      [Laughter] Mohammed, bless you. Alechem Salam. Thanks for listening to The

13  Savage Nation.

14  Date of Show: 11/29/06

15  **********************

16  Caller: It is not normal, let me tell you something. I'm thirty years old, I'm married and I

17  have a daughter.  But you talk to guys my age in the city of Houston and when I tell them

18  that I'm married, whether those guys are Christians or Jews or Muslims, they all look at

19  me like I'm, like I'm crazy, you know.  They tell me, 'Oh, you're way to young to get

20  married, you're way too young to raise a family.

21

22

23  Savage: Oh! Oh, you're not out there having fun. Taking ecstasy and having an orgy, I

24  see what you mean.

25

26  Caller: they kind of, you know….

27

28  **COMPLAINT FOR DAMAGES**
    **SAVAGE v. CAIR**                          8

Savage: Yeah, well you stick to your faith, Mohammed, you're on the right track. It's God's way, that's my opinion. Let me send you copy of "Liberalism is a Mental Disorder" for, for your reading pleasure. So there it is. It's an interesting story; Muslim says Savage is right on the cultural war that is going on.

(Date of Show: 11/29/05)

21.

These misportrayals were done to deliberately increase the profit making aspects of CAIR's misappropriation and it further increased the damage caused by this theft. The misportrayals were done to silence people who oppose the commission of acts of violence, murder or torture under the guise of religion. By omitting Michael Savage's strong endorsement of all religions and all religious practice that supports moral values, family values and freedom, CAIR destroyed the value of the copyright material and the performance as a whole, at least to the extent that people gave credence to the CAIR packaging of the content.

22.

To further promote their website, fund raising and the appearance of a genuine human rights agenda, CAIR organized contacts with various advertisers including Walmart, AutoZone, JC Penny and others whereby CAIR sought to convince them not to advertise on The Michael Savage Show. Any success in this area was due to the copyright infringement and the false context in which the material was presented.

23.

In its actual context, the piece was directed toward violent terrorists who mask their personal evil with a false religious aura. This included the "Hitler of Iran" (Mahmoud Ahmadinejad). Savage's outrage and strong language objecting to the murder

**COMPLAINT FOR DAMAGES**
**SAVAGE v. CAIR**                                    9

1  of homosexuals and the mutilation and oppression of women under the guise of religion

2  makes much more sense than the CAIR packaged spin that Savage who has repeatedly

3  taken pro-faith views was somehow against a particular religious group in its entirety.

4

5                                                24.

6      The audience of "The Savage Nation" expects this type of from-the-heart outrage

7  and when it is directed at a murderer such as Mahmoud Ahmadinejad and his ilk, the

8  piece is far more understandable and far more in the American mainstream.   While the

9  strength of the outrage is remarkable and a hallmark of "The Savage Nation",  the

10  sentiment is shared by a huge number of Americans.

11

12                                               25.

13     The copyright material properly viewed is a scream of outrage on behalf of the

14  American public against beheadings, hangings of homosexuals, mutilation of women, the

15  torture of rape victims and the thought that CAIR and other groups are trying to import

16  these atrocities into American life.

17

18                                               26.

19     Just as all religions are free to practice in the United States, Michael Savage is free

20  to exercise his beliefs without having someone who opposes his views steal his property

21  and convert it for their own use.   The violation of the copyright and the desecration of

22  that copyright material is a violation of the freedoms of Michael Savage to express his

23  views.

24                                               27.

25     Michael Savage has analogized his statements on the radio to those made by

26  Winston Churchill when he warned of the rise of the Nazis.   Michael Savage has pointed

27

28  **COMPLAINT FOR DAMAGES**
   **SAVAGE v. CAIR**                          10

1  out that all Germans were not Nazi's and Churchill's words if heeded would have

2  protected the German public as well as the rest of the world.  Michael Savage is now

3  being attacked by the modern day Nazi's who week to silence his voice of warning.

4                                    28.

5      Michael Savage's right to speech is protected by both the First Amendment and in

6  Savage's view is also biblically required.  "Surely the Lord God will do nothing, but he

7  revealeth his secret unto his servants the prophets. The lion hath roared, who will not

8  fear? the Lord God hath spoken, who can but prophesy?" (Amos 3:7-8).  It is essence of

9  freedom that voices can be raised strongly and without fear of illegal retaliation.  CAIR

10 attempted to silence Michael Savage by stealing his work, misrepresenting it and then

11 seeking to have advertisers drop his show.  This is a violation of Michael Savage's rights

12 to speech and religious beliefs.

13

14                                    29.

15     The conduct of CAIR (in addition to raising money) in violating the copyright

16 interests of Michael Savage was to gain media attention and control so that CAIR would

17 be seen as the "moderate" voice in the media.  In fact, CAIR is a radical voice that

18 deliberately attempts to be seen as centrist so that media time goes to CAIR and once on

19 the air, CAIR directs its rhetoric to the benefit of its extremist clients.  This is a deliberate

20 tactic and the theft of the copyright material was part of a pattern and practice advancing

21 this tactic.

22

23                                    30.

24     As set forth herein, CAIR is not a civil rights organization but is instead a political

25 organization designed to advance a political agenda that is directly opposed to the

26 existence of a free society that includes respect and dignity for all people and all religions.

27

28 **COMPLAINT FOR DAMAGES**
   **SAVAGE v. CAIR**                        11

The copyright infringement herein is part of this plan. CAIR's fundamental purpose is to be a lobbyist for foreign interests.

31.

The Foreign Agents Registration Act requires registration as an agent of a foreign principal when an organization acts on the order, request, or under the direction or control of a foreign principal, or whose activities are directed by a foreign principal when that person engages in political activities for or in the interests of such foreign principal or acts in a public relations capacity for a foreign principal.

32.

CAIR would have to register as a foreign agent if their activities were not hidden under the false claim that they are a civil rights organization that enjoys tax exempt status.

33.

The theft of the copyright material from "The Savage Nation" and the publicity campaign associated with the theft is part of the deception by CAIR by which it seeks to avoid registration and attempts to keep its tax exempt status.

34.

CAIR while claiming in its paperwork to be a civil rights organization was in fact co-founded in 1994 by Ibrahim Hooper, Nihad Awad, and Omar Ahmad, all of whom had close ties to the Islamic Association for Palestine (IAP), which was established by senior Hamas operative Mousa Abu Marzook.

35.

The director of the United States Federal Bureau of Investigation counter-terrorism unit has stated that IAP is "a Hamas front…(that is) controlled by Hamas, it brings Hamas leaders to the US, it does propaganda for Hamas."

36.

CAIR opened its first office in Washington, DC, with the help of a $5,000

donation from the Holy Land Foundation for Relief and Development (HLF).

37.

At a 1994 meeting at Barry University, CAIR co-founder Nihad Awad stated that:

"I am a supporter of the Hamas movement." Awad wrote in the Muslim World Monitor

that the 1994 trial which had resulted in the conviction of four Islamic fundamentalist

terrorists who had perpetrated the previous year's World Trade Center bombing was "a

travesty of justice."

38.

Hamas is listed as a terrorist organization by Canada, the European Union, Israel,

Japan, and the United States.  Hamas is banned in the United Kingdom, Australia and the

Muslim country of Jordan.

39.

Plaintiff contends that CAIR is still associated with foreign groups as set forth

more fully herein and that the wrongful intent in violating the copyright as set forth herein

was based in part upon a desire to silence a vocal critic of Hamas.

40.

The involvement of CAIR's founders in illegal conduct was addressed on February

2, 1995, when U.S. Attorney Mary Jo White named CAIR Advisory Board member and

New York Imam Siraj Wahhaj as one of the "unindicted persons who may be alleged as

co-conspirators" in Islamic Group leader Omar Abdel Rahman's foiled plot to blow up

numerous New York City monuments.

**COMPLAINT FOR DAMAGES**
**SAVAGE v. CAIR**                              13

41.

On May 7, 1996, CAIR coordinated a press conference to protest the decision of the U.S. government to extradite Marzook for his connection to terrorist acts performed by Hamas. CAIR characterized the extradition as "anti-Islamic" and "anti-American."

42.

Prior to 9/11, CAIR continued in its claim that it was a civil rights organization. They made this claim when in October 1998, CAIR demanded the removal of a Los Angeles billboard describing Osama bin Laden as "the sworn enemy," asserting that this depiction "offensive to Muslims."

43.

Also in 1998, CAIR denied bin Laden's responsibility for the two al Qaeda bombings of American embassies in Africa. CAIR's leader Ibrahim Hooper, claimed the bombings resulted from "misunderstandings of both sides."

44.

In a July 1998 news article CAIR co-founder Omar Ahmad is quoted speaking to a group of California Muslims expressing his hope of seeing an America under the domination of Islam. In that article, Ahmad is quoted as saying,

Islam isn't in America to be equal to any other faith, but to become dominant. The Koran ... should be the highest authority in America, and Islam the only accepted religion on earth.

45.

On October 5, 2001, just weeks after 9/11, CAIR's New York office sent a letter to The New York Times arguing that the paper had misidentified three of the hijackers and

**COMPLAINT FOR DAMAGES**
**SAVAGE v. CAIR**                              14

suggesting that the attacks may have been committed by people who were impersonating Arab Muslims.

46.

CAIR further exploited 9/11 as it put on its website a picture of the World Trade Center in flames and below it a call for donations that was linked to the Holy Land Foundation website.

47.

The HLF is the Holy Land Foundation.   On December 4, 2001, the Attorney General of the United States stated that "the Holy Land Foundation, received much of its early money from Mousa Abu Marzuq, a top Hamas official who, the U.S. courts have determined, was directly involved in terrorism."

48.

The use of CAIR's website to misappropriate the spirit of 9/11 charity to raise money for a terror organization is a pattern of conduct by CAIR that has been repeated with the appropriation of Michael Savage's material for CAIR's own purpose.  While the outrage of diverting 9/11 charity is unmatched in its callousness, the success of that enterprise may well have emboldened CAIR in its present conduct.

49.

When the President of the United States closed the Holy Land Foundation in December 2001 for collecting money "to support the Hamas terror organization," CAIR decried his action as "unjust" and "disturbing."

50.

On April 20, 2002, CAIR's director spoke at a rally in Washington D.C.  He spoke

from a podium next to a Hezbollah flag.

51.

On December 29, 2004 Wagdy Ghoneim, an extremist Egyptian cleric known for his advocacy in support of violence and hatred for Jews, decided to voluntarily leave the country after being accused of immigration violation, CAIR's director in California, Hussam Ayloush, told The Los Angeles Times that the case demonstrated "the selective application of laws on Muslims." CAIR has never publicly criticized the radical statements made by Ghoneim.

52.

In a July 7, 2004 interview with BBC, Ibrahim Hooper, CAIR's spokesman, defended Sheik Yusuf Qaradawi, a Qatar-based Muslim cleric known for his support for terrorism, as "respectable," adding: "I don't think there's any incitement of violence on his part." Qaradawi was an open supporter of Hamas, Islamic Jihad and Hezbollah, as well as other groups targeting U.S. forces in the mid-east. Qaradawi is barred from entering the U.S. because of his advocacy of violence.

53.

Ghassan Elashi is a founding board member of CAIR's Texas chapter.  On April 13, 2005, Ghassan and two of Ghassan's brothers, were found guilty of supporting terrorism by funneling money to the leader of Hamas. They were convicted in a federal court in Texas of handling and trying to conceal an investment by senior Hamas leader Musa Abu Marzuq. In July 2004, Ghassan Elashi was convicted on separate charges of illegally exporting goods to Syria and of money laundering. At that time, a representative of CAIR's Dallas-Fort Worth chapter, Khalil Meek, argued that the only thing Elashi was

guilty of was the "crime of being Muslim in America.

54.

On February 21, 2006, CAIR National Legal Director Arsalan Iftikhar appeared on MSNBC's Scarborough Country debating the Dubai side of the U.S. ports story. Michael Savage was the leader of the public opposition to the purchase of major U.S. ports by Dubai and Savage herein alleges that the misappropriation and misuse of his content as set forth herein was done in part in retaliation for Savage's opposition to overseas ownership of such a strategic asset.

55.

CAIR's political conduct in favor of foreign organizations supporting violence has continued to the present up to and including the time of the copyright infringement and during all times known to plaintiff up to the date of the filing of this lawsuit.

56.

At 8:00 pm on June 6, 2006, the Ohio affiliate of the Council on American-Islamic Relations (CAIR-OH) honored Siraj Wahaj, one of the unindicted conspirators in the 1993 World Trade Center bombing,  Wahhaj had also served as a defense witness at the trial of the "Blind Sheikh" Omar Abdel-Rahman, one of the men convicted for that 1993 terrorist attack (a conviction that CAIR has labeled "a travesty of justice"). More than 400 CAIR-OH supporters gathered at this fund-raising banquet.

57.

On August 7, 2006: Altaf Ali, executive director of CAIR-Florida, published an opinion piece in the Sun-Sentinel, in which he compared Israel and the U.S. government to Al Qaeda.

**COMPLAINT FOR DAMAGES**
**SAVAGE v. CAIR**                                    17

58.

On August 12, 2006: CAIR participated in and endorsed several rallies in support of Hezbollah and the "resistance" that were fighting American forces in Iraq.

59.

In October, 2006 a CAIR affiliated publication, InFocus, printed an article supporting Hezbollah. The commentary claimed that the war was part of an American-British conspiracy, a "phase of the larger plans of the colonialist superpowers." It also praised the "epic heroism of the resistance fighters".

60.

In May 2007 CAIR was identified by the government as an unindicted co-conspirator in a case involving a charity that was allegedly affiliated with Hamas. Federal prosecutors in the case of the Holy Land Foundation listed CAIR under the category: "Individuals/entities who are and/or were members of the US Muslim Brotherhood's Palestine Committee and/or its organizations." The government also listed Omar Ahmad, CAIR's founder and chairman emeritus, under the same category.

61.

In August 2-7, 2007 during the Holy Land Foundation trial in Texas, FBI agent Lara Burns testified about evidence connecting CAIR and two of its founders to the Holy Land Foundation as well as to the fundamentalist Muslim Brotherhood movement that established Hamas in Gaza and the West Bank. The agent identified CAIR executive director Nihad Awad as one of the scheduled participants at a meeting of Hamas officials in a hotel in Philadelphia in 1993. At the time, Awad was a representative of IAP. Burns also identified CAIR co-founders Awad and Omar Ahmed as members of the Palestine Committee set up by the Muslim Brotherhood.

62.

Attacks on other public figures have included attacks on Presidential candidate, Rudy Guiliani for using the phrase "Islamic Terrorism" and for accepting the endorsement of Pat Robertson whose endorsement of Guiliani included a reference to the "bloodlust of Islamic terrorists".

63.

CAIR also attacked Guiliani's choice of Daniel Pipes as foreign policy advisor. Pipes is the person who first published (in 1998) the quotation from CAIR's cofounder that:

 Islam isn't in America to be equal to any other faith, but to become
 dominant. The Koran ... should be the highest authority in America, and
 Islam the only accepted religion on earth.

64.

CAIR has a pattern and practice of attacking critics.  On or about January 6, 2004, an attorney and agent for CAIR wrote a "cease and desist letter" to Andrew Whitehead who runs a website www.anti-cair-net.org.   In this letter, CAIR attacked Mr. Whitehead's exposure of CAIR's foreign ties deeming those facts as being "sociopathic and xenophobic,".   When Whitehead would not yield to CAIR's demands they filed a $ 1.3 million dollar libel lawsuit against him.

65.

Whitehead countersued and in his allegations made assertions similar to those of Daniel Pipes where he asserted that "Douglas Hooper, a/k/a "Ibrahim" Hooper CAIR's Director of Communications, also worked for the IAP before joining CAIR.  He has

stated: "I wouldn't want to create the impression that I wouldn't like the government of the United States to be Islamic sometime in the future…" Hooper has defended payments of bounties to the families of suicide bombers."

66.

CAIR later dismissed their lawsuit at a time when Whitehead's attorneys started demanding information related to CAIR's sources of funding.

67.

The theft of Michael Savage's copyrighted material and the destruction of the proper context of that material is yet another tactic to silence critics of CAIR. CAIR was specifically and by name attacked by Michael Savage in his October 29, 2007 statement but CAIR did not contest the truth of Savage's attack on CAIR and instead sought to steal and sully his copyrighted work. Clearly CAIR did not wish to defend themselves and lose in the same manner that they failed in the lawsuit against Andrew Whitehead, therefore this new tactic was employed.

68.

Based upon these facts and further facts to be produced at trial, plaintiff alleges that CAIR is not a civil rights organization but instead is a political vehicle of international terrorism and that the copyright infringement itself and the manner in which the material was used, was part of a deliberate practice and pattern to do material harm to those voices who speak against the violent agenda of CAIR's clients. The attack on Rudy Guiliani, Daniel Pipes, Andrew Whitehead and Michael Savage are part of a pattern and practice to silence critics of CAIR and critics of CAIR's foreign agenda under the false guise of civil rights.

69.

In the summer of 2007, CAIR supported international terror when, in response to renewed fighting between Israel, Hezbollah and Palestinian terror groups.  CAIR did not condemn the terror organizations that provoked the fighting but instead launched an anti-Israel media campaign.

71.

Therefore CAIR seeks to silence its critics including those who use strong language but do not advocate violence while CAIR itself supports people who use even stronger language and advocate and urge actual violence against innocent civilians; all this under the guise of being a "civil rights organization".

**JURY TRIAL DEMAND**

73.

Michael Savage hereby demands a jury trial in this matter.

**DAMAGE DEMAND**

74.

Michael Savage seeks general and special damages according to proof. Such damages include but are not limited to actual Damages and Profits as described in 17 USC 504.

75.

Michael Savage does not presently elect but reserves the right to elect statutory damages as set forth in 17 USC 504.

76.

Michael Savage further contends that the actions of defendants and each of them were wanton, wilful and malicious. Michael Savage contends that the actions of defendants were criminal as defined under 17 USC § 506. For these reasons and for the reasons set forth herein, Michael Savage is entitled to punitive and exemplary damages.

77.

Michael Savage further seeks costs and attorney's fees as allowed under 17 USC 505. CAIR has been given notice of the registration of the copyright, copyright registration has been obtained and CAIR after receiving notice of the copyright infringement has continued to infringe.

78.

The damage caused to "The Savage Nation" includes the loss of future value for the resale of the copyright material. The publication of this significant segment combined with the characterization of the segment, meaningfully reduces the value of that segment on resale as a total show or as an excerpt as part of compilation or other use of the product.

79.

The infringement was wanton, wilful and malicious so as to constitute a willful infringement under the copyright act. The conduct was part of a pattern and practice of intimidation. Such deliberate conduct entitles Michael Savage to punitive and exemplary damages.

**COMPLAINT FOR DAMAGES**
**SAVAGE v. CAIR**                                    22

80.

In assessing damages under 17 USC 504, Michael Savage seeks the value of contributions and monies obtained including but not limited to the value of the continued support of CAIR by its long term patrons who expect CAIR to act in this manner in exchange for continuing financial support.   He further seeks his actual damages according to proof.

81.

Michael Savage reserves the right to seek injunctive relief and other remedies permitted by law.

WHEREFORE, MICHAEL SAVAGE prays for judgment as follows:

1. General damages according to proof.

2. Special damages according to proof.

3. Punitive and exemplary damages.

4. Attorney's fees and costs.

5. Plaintiff reserves the right to seek statutory damages and other relief.

6. Such other relief as the court deems proper.

Dated: December 3, 2007

_____

Daniel A. Horowitz
Attorney for Plaintiff

**COMPLAINT FOR DAMAGES**
**SAVAGE v. CAIR**                              23