UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SAVAGE, | No. C07-6076 JCS |
| Plaintiff, | **ORDER OF RECUSAL** |
| v. | |
| COUNCIL ON AMERICAN-ISLAMIC RELATIONS, INC., | |
| Defendant. | |

This court, on its own motion, hereby recuses itself from any and all further proceedings in this matter.

IT IS SO ORDERED.

Dated: December 5, 2007

_____
JOSEPH C. SPERO
United States Magistrate Judge