IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHAEL SAVAGE,　　　　　　　　　　　　　　No. C 07-06076SI

　　　　　Plaintiff,　　　　　　　　　　　　　　　　**NOTICE**

v.

COUNCIL ON AMERICAN-ISLAMIC RELATIONS,

　　　　　Defendant.
　　　　　　　　　　　　　　　　　　　　　/

To All Parties:

YOU ARE HEREBY NOTIFIED THAT the initial case management has been scheduled to occur on Friday, March 14, 2008, at 2:00 p.m.  Please comply with the attached order when preparing for the conference.

Dated: December 12, 2007　　　　　　　　　　　　　　　　RICHARD W. WIEKING, Clerk

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Tracy Sutton
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk