# United States District Court **FILED**

## NORTHERN DISTRICT OF CALIFORNIA

JAN 0 4 2008

## E-filing

**RICHARD W. WIEKING**
**CLERK U.S. DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

Michael Savage aka Michael Weiner

## SUMMONS IN A CIVIL CASE

CASE NUMBER:

**V.**

Council on American-Islamic
Relations, Inc. and Does
1-100

TO: (Name and address of defendant)

Council on American-Islamic Relations, Inc.

**JCS**

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Daniel Horowitz
P.O. Box 1547
Lafayette, California 94549

an answer to the complaint which is herewith served upon you, within **20** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking

CLERK

DATE

MARY ANN BUCKLEY

(BY) DEPUTY CLERK