1  DANIEL A. HOROWITZ  State Bar No. 92400

2  Attorney at Law
   P.O. Box 1547

3  Lafayette, California 94549

4  (925) 283-1863

5

6
   Attorney for Plaintiff
7

8

9

10          *UNITED STATES DISTRICT COURT*

11         *NORTHERN DISTRICT OF CALIFORNIA*

12

13

14  MICHAEL SAVAGE,
15  aka (Michael Weiner)
                                    No.  C 07-06076SI
16          Plaintiff,

17  vs.

18

19  Counsel on American-Islamic
20  Relations, Inc.,  Council on
    American Islamic Relations
21  Action Network Inc., Council on
    American Islamic Relations
22  of Santa Clara Inc., and Does
23  3-100

24
            Defendants.
25  _____
26

27

28          PROOF OF SERVICE Original Complaint on CAIR Texas

# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

*E-filing*

Michael Savage aka Michael Weiner

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**V.**

Council on American-Islamic
Relations, Inc. and Does
1-100

CV 07   6071

JCS

**TO:** (Name and address **of** defendant)

Council on American-Islamic Relations, Inc.

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Daniel Horowitz
P.O. Box 1547
Lafayette, California 94549

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to **do so,** judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period **of** time after service.

Richard W. Wieking

CLERK

DEC - 3 2007

DATE_____

(BY) DEPUTY CLERK

MARY ANN BUCKLEY

(By) DEPUTY CLERK
℀AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE |
|---|

| Service of the Summons and complaint was made by me[1] | DATE | DECEMBER 14, 2007 |
|---|---|---|

| NAME OF SERVER *(PRINT)* RANDOLPH K. BURHAM | TITLE | TEXAS PROCESS SERVER |
|---|---|---|

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant   Place where served:   1301 NORTHWEST HIGHWAY, SUITE 212 GARLAND, TEXAS 75041

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify):   DELIVERED TO COUNCIL ON AMERICAN-ISLAMIC RELATIONS, INC.
   BY DELIVERING TO ITS REGISTERED AGENT, KHALID HAMIDEH

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

| DECLARATION OF SERVER |
|---|

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct

Executed on ___12/17/07___
                    *Date*

Signature of Server

5470 LBJ FREEWAY, DALLAS, TEXAS 75240
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.