AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

Service of the Summons and Complaint was made by me [1]
DATE: January 10, 2008

Name of SERVER: Jason P. DeWitt
TITLE: Private Investigator

Check one box below to indicate appropriate method of service

[X] Served Personally upon the Defendant. Place where served: Amine Ansari, Agent for Service of Process; CAIR-CA. 143 Donoso Plz, Union City, CA 94587

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: N/A

[ ] Returned unexecuted: N/A

[ ] Other (specify): N/A

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | FEES WAIVED | NO CHARGE |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 01/10/2008
Date

Signature of Server: Jason P. DeWitt

**DEWITT & ASSOCIATES INVESTIGATIONS**
*Jason P. DeWitt, Private Investigator*
535 Main Street, Martinez, California 94553
(925) 335-2247
JasonDeWitt@Comcast.net
CA PI License #21992