Thomas R. Burke (CA State Bar No. 141930)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111
Telephone:   (415) 276-6500
Facsimile:   (415) 276-6599
Email:       thomasburke@dwt.com

Matt Zimmerman (CA State Bar No. 212423)
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, CA 94110
Telephone:   (415) 436-9333
Facsimile:   (415) 436-9993
Email:       mattz@eff.org

Attorneys for Defendant Council on American-Islamic
Relations of Santa Clara, Inc.

IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL SAVAGE,<br><br>    Plaintiff,<br><br>    v.<br><br>COUNCIL ON AMERICAN-ISLAMIC RELATIONS, INC., COUNCIL ON AMERICAN ISLAMIC RELATIONS ACTION NETWORK, INC., COUNCIL ON AMERICAN ISLAMIC RELATIONS OF SANTA CLARA, INC., and DOES 3-100,<br><br>    Defendants. | Case No. CV07-06076 SI<br><br>**CERTIFICATE OF INTERESTED ENTITIES OR PERSONS** |

Pursuant to Civil L.R. 3-16, the undersigned certify that as of this date, Defendant Council on American-Islamic Relations of Santa Clara, Inc. does not have a parent corporation, and there are no publicly held corporations which own 10 percent or more of its stock. Other than the named parties, there is no interest to report under Civil L.R. 3-16.

///

///

DATED this 30th day of January 2008.

DAVIS WRIGHT TREMAINE LLP

ELECTRONIC FRONTIER FOUNDATION

By: /s/ Thomas R. Burke
 THOMAS R. BURKE
 Attorneys for Defendant Council on American-Islamic Relations of Santa Clara, Inc.

Case No. CV07-06076 SI
CERTIFICATE OF INTERESTED ENTITIES OR PERSONS
SFO 402122v1 0085997-000001

DAVIS WRIGHT TREMAINE LLP