Thomas R. Burke (CA State Bar No. 141930)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111
Telephone:   (415) 276-6500
Facsimile:    (415) 276-6599
Email:          thomasburke@dwt.com

Matt Zimmerman (CA State Bar No. 212423)
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, CA 94110
Telephone:   (415) 436-9333
Facsimile:    (415) 436-9993
Email:          mattz@eff.org

Attorneys for Defendant Council on American-Islamic
Relations of Santa Clara, Inc.

IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL SAVAGE,<br><br>       Plaintiff,<br><br>v.<br><br>COUNCIL ON AMERICAN-ISLAMIC RELATIONS, INC., COUNCIL ON AMERICAN ISLAMIC RELATIONS ACTION NETWORK, INC., COUNCIL ON AMERICAN ISLAMIC RELATIONS OF SANTA CLARA, INC., and DOES 3-100,<br><br>       Defendants. | Case No. CV07-06076 SI<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS** |

This Court having considered the Motion for Judgment on the Pleadings by defendant Council on American-Islamic Relations of Santa Clara, Inc., and having considered the briefs and evidence submitted in support thereof and in opposition thereto,

///

///

///

1  NOW THEREFORE, it is ordered that defendant' Motion for Judgment on the Pleadings is
2  GRANTED.
3  DONE IN OPEN COURT this ____ day of _____, 2008.

                                                                               _____
HONORABLE SUSAN ILLSTON
United Stated District Court Judge

DAVIS WRIGHT TREMAINE LLP

Case No. CV07-06076 SI
[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS
SFO 402217v1 0085997-000001