IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL SAVAGE,<br><br>    Plaintiff,<br><br>v.<br><br>COUNCIL ON AMERICAN-ISLAMIC RELATIONS, INC., COUNCIL ON AMERICAN ISLAMIC RELATIONS ACTION NETWORK, INC., COUNCIL ON AMERICAN ISLAMIC RELATIONS OF SANTA CLARA, INC., and DOES 3-100,<br><br>    Defendants. | Case No. CV07-06076 SI<br><br>**STIPULATION TO ALLOW FILING OF SECOND AMENDED COMPLAINT; STIPULATION AS TO FORM OF ANSWERS AND JOINDER IN PENDING MOTION AND [PROPOSED] ORDER** |

    This stipulation is entered into by Daniel Horowitz on behalf of plaintiff and Thomas R. Burke of Davis Wright Tremaine LLP on behalf of all defendants presently named in the lawsuit and the CAIR entity which is referred to herein as the Council on American Islamic Relations, Inc., incorporated in Washington, D.C. and commonly referred to as CAIR-National.

1

Case No. CV07-06076 SI
STIPULATION TO ALLOW FILING OF 2d AMENDED COMPLAINT & [PROPOSED] ORDER

It is hereby stipulated that plaintiff may file a Second Amended Complaint that is identical to the present, Amended Complaint except that paragraph 9 shall be modified to name the entity commonly referred to as CAIR-National. The present paragraph 9 reads as follows:

> 9. The self-proclaimed leaders of the Council on American Islamic Relations aka CAIR operates out of Washington, D.C. and where the actual name of the corporation is Council on American Islamic Relations Action Network aka CAIR. Therefore, Doe 2 is named herein as the Council on American Islamic Relations Action Network, Inc. aka CAIR. However, in its IRS Form 990 filing in 2005, the group used the corporate name, Council on American Islamic Relations and not Council on American Islamic Relations Action Network.

By this stipulation the parties agree that a Second Amended Complaint may be filed that is identical to the first except that it adds the following to paragraph 9.

> "In the alternative, Doe 2 is sued under the name "Council on American Islamic Relations Inc." This entity is intended to be the group that is headquartered in Washington D.C. and which is commonly referred to as "CAIR-National."

**It is further stipulated** that the each defendant who has not yet appeared, may answer or otherwise respond to the Second Amended Complaint with reference to the names set forth in the Second Amended Complaint and may do so without conceding that such name or designation is the correct name or designation of said entity. Defendant(s) in their Answer will set forth the correct legal name and status as the defendant deems proper.

**It is further stipulated** that a filing of the Second Amended Complaint does not moot the pending Motion for Judgment on the Pleadings, and all named defendants may join in the Fed. Rule Civ. Proc. 12 (c) motion filed by Council on American Islamic Relations of Santa Clara, Inc. whether or not they have filed an answer. It is agreed that their joinder in the motion shall be deemed to be made under Fed. Rule Civ. Proc. § 12(b)(6) and/or 12(c) as the Court deems proper. The present briefing schedule shall remain unchanged.

*///*

2

Case No. CV07-06076 SI
STIPULATION TO ALLOW FILING OF 2d AMENDED COMPLAINT & [PROPOSED] ORDER
SFO 403017v1 0085997-000001

**It is further stipulated** that any response currently due by defendants CAIR-Texas or CAIR-National to Plaintiff's First Amended Complaint may await the Court's anticipated approval of Plaintiff's filing of the Second Amended Complaint. Once Plaintiff's Second Amended Complaint has been filed and all of the CAIR Defendants have been served by process on their counsel of record (who is authorized to accept service on their behalf), the deadline for the response of the CAIR Defendants to the Second Amended Complaint shall be continued until the Court has ruled on the pending Motion for Judgment on the Pleadings.

DATED this 8th day of February 2008.

By: */s/ Daniel A Horowitz*
DANIEL A. HOROWITZ
Attorney for Plaintiff

DAVIS WRIGHT TREMAINE LLP

ELECTRONIC FRONTIER FOUNDATION

By: */s/ Thomas R. Burke*
THOMAS R. BURKE
Attorneys for Defendant Council on American-Islamic Relations of Santa Clara, Inc.

**ORDER**

**IT IS SO ORDERED:**
**DATE:** _____

_____
**Susan Illston**
**Judge of the United States District Court**