Thomas R. Burke (CA State Bar No. 141930)
Jeff Glasser (CA State Bar No. 252596 -- Application to N.D. Cal. Pending)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111
Telephone:   (415) 276-6500
Facsimile:   (415) 276-6599
Email:       thomasburke@dwt.com

Matt Zimmerman (CA State Bar No. 212423)
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, CA 94110
Telephone:   (415) 436-9333
Facsimile:   (415) 436-9993
Email:       mattz@eff.org

Attorneys for Defendants Council on America-Islamic Relations, Inc.,
Council on American-Islamic Relations Action Network, Inc,
Council on American-Islamic Relations of Santa Clara, Inc.

IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL SAVAGE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>COUNCIL ON AMERICAN-ISLAMIC RELATIONS, INC., COUNCIL ON AMERICAN ISLAMIC RELATIONS ACTION NETWORK, INC., COUNCIL ON AMERICAN ISLAMIC RELATIONS OF SANTA CLARA, INC., and DOES 3-100,<br><br>　　　　Defendants. | Case No. CV07-06076 SI<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS**<br><br>Date: March 7, 2008<br>Time: 9:00 a.m.<br>Courtroom 10, 19th Floor<br>Honorable Susan Illston |

## I. INTRODUCTION

Pursuant to Federal Rule of Evidence 201, Defendants Council on American-Islamic Relations, Inc., Council on American-Islamic Relations Action Network, Inc., Council on American-Islamic Relations of Santa Clara, Inc. (collectively "CAIR") respectfully requests that this Court take judicial notice of the following document attached as an exhibit to the Declaration Of Matthew Zimmerman in Support of CAIR's Motion for Judgment on the Pleadings:

- <u>Exhibit A</u>: Copy of U.S. Copyright Office website registration record of the October 29, 2007, episode of the "Savage Nation."

## II. ARGUMENT

Under Rule 201, federal courts may take judicial notice of facts that are "not subject to reasonable dispute," because they are "either (1) generally known within the territorial jurisdiction of the trial court or (2) capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201. As they qualify under the standard set forth under Rule 201, federal courts may take judicial notice of governmental websites. *See, e.g., Hawk Aircargo, Inc. v. Chao*, 418 F.3d 453, 457 (5th Cir.2005) (taking judicial notice of approval by the National Mediation Board published on the agency's website); *Coleman v. Dretke*, 409 F.3d 665, 667 (5th Cir.2005) (per curiam) (Fifth Circuit taking judicial notice of Texas agency's website); see also *O'Toole v. Northrop Grumman Corp.*, 499 F.3d 1218, 2007 WL 2421754, at *6 (10th Cir.Aug.28, 2007) ("It is not uncommon for courts to take judicial notice of factual information found on the world wide web.") (citations omitted); *Denius v. Dunlap*, 330 F.3d 919, 926 (7th Cir.2003) (taking judicial notice of information on official government website pursuant to Rule 201).

Exhibit A is a copy of the United States Copyright Office copyright registration record for the October 29, 2007, episode of the "Savage Nation," the copyrighted work at issue in this case. This registration is identified by copyright registration number SR0000610214, registered December 17, 2007. This registration record was obtained from the United States Copyright Office online catalog, located on the Library of Congress website, at:

2

Case No. CV07-06076 SI
REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' MTN. FOR JUDGEMENT ON THE PLEADINGS
SFO 403603v1 0085997-000001

- http://cocatalog.loc.gov/cgi-bin/Pwebrecon.cgi?Search_Arg=michael+savage&Search_Code=TALL&PID=9376&SEQ=20080222035520&CNT=25&HIST=1

### III. CONCLUSION

For the foregoing reasons, CAIR respectfully requests that the Court take judicial notice of the document attached to the Declaration of Matthew Zimmerman in Support of Defendant's Motion for Judgment on the Pleadings.

DATED this 22nd day of February 2008.

Respectfully submitted,

DAVIS WRIGHT TREMAINE LLP

ELECTRONIC FRONTIER FOUNDATION

By: */s/ Matthew J. Zimmerman*
MATTHEW J. ZIMMERMAN
Attorneys for Defendants Council on America-Islamic Relations, Inc.,
Council on American-Islamic Relations Action Network, Inc,
Council on American-Islamic Relations of Santa Clara, Inc.