1  Thomas R. Burke (CA State Bar No. 141930)
Jeff Glasser (CA State Bar No. 252596 – Application to N.D. Cal. Pending)
2  DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
3  San Francisco, California 94111
Telephone:    (415) 276-6500
4  Facsimile:    (415) 276-6599
Email:        thomasburke@dwt.com
5
Matt Zimmerman (CA State Bar No. 212423)
6  ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
7  San Francisco, CA 94110
Telephone:    (415) 436-9333
8  Facsimile:    (415) 436-9993
Email:        mattz@eff.org
9
10
Attorneys for Defendant Council on American-Islamic
11  Relations, Inc., Council on American-Islamic Relations Action Network, Inc.,
and Council on American-Islamic Relations of Santa Clara, Inc.
12

13                      IN THE UNITED STATES DISTRICT COURT

14                      THE NORTHERN DISTRICT OF CALIFORNIA

15                           SAN FRANCISCO DIVISION

16
MICHAEL SAVAGE,                    )  Case No. CV07-06076 SI
17                                 )
            Plaintiff,             )  **DECLARATION OF MATTHEW**
18                                 )  **ZIMMERMAN IN SUPPORT OF**
      v.                           )  **REQUEST FOR JUDICIAL NOTICE**
19                                 )
COUNCIL ON AMERICAN-ISLAMIC        )  Date: March 7, 2008
20  RELATIONS, INC., COUNCIL ON    )  Time: 9:00 a.m.
AMERICAN ISLAMIC RELATIONS ACTION  )  Courtroom 10, 19th Floor
21  NETWORK, INC., COUNCIL ON AMERICAN )  Honorable Susan Illston
ISLAMIC RELATIONS OF SANTA CLARA,  )
22  INC., and DOES 3-100,          )
                                   )
23          Defendants.            )

24

25

26

27

28

DAVIS WRIGHT TREMAINE LLP

1

I, Matthew Zimmerman, declare and state:

1.  I am an attorney with the Electronic Frontier Foundation, located in San Francisco, California. I am admitted to practice before the California state bar, the Ninth Circuit Court of Appeals, and the United States Supreme Court. The facts stated here are known to me of my own personal knowledge, except where otherwise stated. If called upon to testify thereto I could and would competently do so.

2.  Attached hereto as Exhibit A is a true and correct copy of the United States Copyright Office copyright registration record for the October 29, 2007, episode of the "Savage Nation," the copyrighted work at issue in this case. This registration is identified by copyright registration number SR0000610214, registered December 17, 2007. The registration record was obtained on February 22, 2008, from the United States Copyright Office online catalog, located on the Library of Congress website, at:

    - http://cocatalog.loc.gov/cgi-bin/Pwebrecon.cgi?Search_Arg=michael+savage& Search_Code=TALL&PID=9376&SEQ=20080222035520&CNT=25&HIST=1

I declare under penalty of perjury that the foregoing is true and correct and that this document was executed in San Francisco, California.

DATED this 22nd day of February 2008.

                                        ELECTRONIC FRONTIER FOUNDATION

                                        By:  */s/ Matthew J. Zimmerman*
                                             MATTHEW J. ZIMMERMAN
                                             Attorneys for Defendants Council on
                                             America-Islamic Relations, Inc.,
                                             Council on American-Islamic Relations
                                             Action Network, Inc,
                                             Council on American-Islamic Relations of
                                             Santa Clara, Inc.

DAVIS WRIGHT TREMAINE LLP

2

# EXHIBIT A

WebVoyage Record View 1                    http://cocatalog.loc.gov/cgi-bin/Pwebrecon.cgi?Search_Arg=michael...



| Help | Search | History | Titles | Start Over |

## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = michael savage
Search Results: Displaying 1 of 1 entries



Labeled View

*The Michael Savage Show, October 29, 2007.*

|  |  |
|---|---|
| **Type of Work:** | Sound Recording and Text |
| **Registration Number / Date:** | SR0000610214 / 2007-12-17 |
| **Application Title:** | The Michael Savage Show, October 29, 2007. |
| **Title:** | The Michael Savage Show, October 29, 2007. |
| **Description:** | 3 Compact disks (CD) : identifying material. |
| **Copyright Claimant:** | Michael A. Weiner. Address: c/o Savage Productions, Inc., 150 Shoreline Highway, Building E, Mill Valley, CA, 94941 |
| **Date of Creation:** | 2007 |
| **Date of Publication:** | October 29, 2007 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Michael A. Weiner aka Michael Savage, 1942- (author of pseudonymous work); Citizenship: United States. Authorship: words and performance. |
| **Pre-existing Material:** | Words and performances of other individuals used with permission. |
| **Basis of Claim:** | Copyright is claimed only in the words and performance of Michael Weiner. |
| **Copyright Note:** | C.O. correspondence. |
| **Names:** | Weiner, Michael A., 1942- |
|  | Weiner, Michael A. |
|  | Michael Savage |



| Save, Print and Email (Help Page) | |
|---|---|
| Select Download Format | Full Record ▾    Format for Print/Save |
| Enter your email address: |                              Email |

WebVoyage Record View 1                                    http://cocatalog.loc.gov/cgi-bin/Pwebrecon.cgi?Search_Arg=michael...

<u>Help</u>  <u>Search</u>  <u>History</u>  <u>Titles</u>  <u>Start Over</u>

<u>Contact Us</u>  I  <u>Request Copies</u>  I  <u>Get a Search Estimate</u>  I  <u>Frequently Asked Questions (FAQs) about Copyright</u>  I
<u>Copyright Office Home Page</u>  I  <u>Library of Congress Home Page</u>

2/22/08 1:49 AM