UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Michael Savage

          Plaintiff(s),

CASE NO. CV07-06076 SI

v.

Council on American-Islamic Relations, Inc., et al

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS

          Defendant(s).
_____/

    Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
    Non-binding Arbitration (ADR L.R. 4)
    Early Neutral Evaluation (ENE)  (ADR L.R. 5)
✓    Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
    Private ADR *(please identify process and provider)* _____

The parties agree to hold the ADR session by:
    the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

    other requested deadline _____

Dated: 2/27/08

/s/ Daniel A. Horowitz
Attorney for Plaintiff

Dated: 2/28/08

/s/ Thomas R. Burke
Attorney for Defendant

**[PROPOSED] ORDER**

    Pursuant to the Stipulation above, the captioned matter is hereby referred to:
        Non-binding Arbitration
        Early Neutral Evaluation (ENE)
✓       Mediation
        Private ADR

    Deadline for ADR session
   ←   90 days from the date of this order.
        other

IT IS SO ORDERED.

Dated:_____

                                              UNITED STATES MAGISTRATE JUDGE

# Proof of Service

I, N. Majorko, declare under penalty of perjury under the laws of the State of California that the following is true and correct:

I am employed in the City and County of San Francisco, State of California, in the office of a member of the bar of this court, at whose direction the service was made. I am over the age of eighteen (18) years, and not a party to or interested in the within-entitled action. I am an employee of DAVIS WRIGHT TREMAINE LLP, and my business address is 505 Montgomery Street, Suite 800, San Francisco, California 94111.

I caused to be served the following document:

**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS**

I caused the above document (s) to be served on each person on the attached list by the following means:

☐ I enclosed a true and correct copy of said document in an envelope and placed it for collection and mailing with the United States Post Office on _____, following the ordinary business practice.
*(Indicated on the attached address list by an [M] next to the address.)*

☐ I enclosed a true and correct copy of said document in an envelope, and placed it for collection and mailing via Federal Express on _____, for guaranteed delivery on _____, following the ordinary business practice.
*(Indicated on the attached address list by an [FD] next to the address.)*

☒ I consigned a true and correct copy of said document for facsimile transmission on **February 28, 2008**.
*(Indicated on the attached address list by an [F] next to the address.)*

☐ I enclosed a true and correct copy of said document in an envelope, and consigned it for hand delivery by messenger on _____.
*(Indicated on the attached address list by an [H] next to the address.)*

☒ A true and correct copy of said document was emailed on **February 28, 2008**.
*(Indicated on the attached address list by an [E] next to the address.)*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I am readily familiar with my firm's practice for collection and processing of correspondence for delivery in the manner indicated above, to wit, that correspondence will be deposited for collection in the above-described manner this same day in the ordinary course of business.

Executed on **February 28, 2008**, at San Francisco, California.

_____
N. Majorko

Case No. CV07-06076 SI
PROOF OF SERVICE

1
2

## Service List

| Key: | [M] Delivery by Mail | [FD] Delivery by Federal Express | [H] Delivery by Hand |
|---|---|---|---|
| | [F] Delivery by Facsimile | [FM] Delivery by Facsimile and Mail | [E] Delivery by Email |

**[EF]**   ADR Unit

Email: ADR@cand.uscourts.gov

Facsimile: (415) 522-4112

Case No. CV07-06076 SI
PROOF OF SERVICE