Thomas R. Burke (CA State Bar No. 141930)
Jeff Glasser (CA State Bar No. 252596 – Application to N.D. Cal. Pending)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111
Telephone:    (415) 276-6500
Facsimile:    (415) 276-6599
Email:        thomasburke@dwt.com

Matt Zimmerman (CA State Bar No. 212423)
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, CA 94110
Telephone:    (415) 436-9333
Facsimile:    (415) 436-9993
Email:        mattz@eff.org

Attorneys for Defendants Council on American-Islamic Relations, Inc., Council on American-Islamic Relations Action Network, Inc., and Council on American-Islamic Relations of Santa Clara, Inc.

IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL SAVAGE,<br><br>    Plaintiff,<br><br>v.<br><br>COUNCIL ON AMERICAN-ISLAMIC RELATIONS, INC., COUNCIL ON AMERICAN ISLAMIC RELATIONS ACTION NETWORK, INC., COUNCIL ON AMERICAN ISLAMIC RELATIONS OF SANTA CLARA, INC., and DOES 3-100,<br><br>    Defendants. | Case No. CV07-06076 SI<br><br>**NOTICE OF MANUAL FILING** |

Defendants Council on American-Islamic Relations, Inc., Council on American-Islamic Relations Action Network, Inc., and Council on American-Islamic Relations of Santa Clara, Inc. (collectively "CAIR") hereby provide notice of manual filing of a single CD in the above-captioned action. This filing consists of a single CD that features a true and correct copy of two audio recordings: 1) File Name: "savage_102907.mp3" which is "The Savage Nation" radio

1  program from October 29, 2007. This recording is 1 hour and 52 minutes and 21 seconds long
2  and is the program on which Plaintiff bases his copyright infringement and RICO claims and; 2)
3  File name: "Savage 10.29.excerpt.wav" which is the four minutes and 12 seconds of audio
4  excerpts from the October 29, 2007 "The Savage Nation" radio program that is accessible through
5  a link on www.cair.com. This CD is submitted to replace the CD provided to the Court and
6  Counsel for Plaintiff at the March 7, 2008 hearing that did not include the "excerpts."

7  This filing is in physical form only and is being maintained in the casefile in the Clerk's
8  office. If you are a participant in this case, this filing will be served by hard-copy via Express
9  Mail. For information on retrieving this filing directly from the court please see the court's main
10 web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

11 This filing was not efiled for the following reason(s):

12 [ ] Voluminous document (PDF file size larger than the efiling system allows)

13 [ ] Unable to Scan Documents

14 [ ] Physical Object (description

15 [ X ] Non-Graphic/Text Computer File (audio, video, etc.) on CV or other media: CD-
16 Rom

17 [ ] Item Under Seal

18 [ ] Conformance with the Judicial Conference Privacy Policy (General Order 53)

19 [ ] Other (description).

21 DATED this 11th day of March 2008.

DAVIS WRIGHT TREMAINE LLP

ELECTRONIC FRONTIER FOUNDATION

By: /s/ Thomas R. Burke
    THOMAS R. BURKE
    Attorneys for Defendants Council on
    American-Islamic Relations, Inc., Council
    on American-Islamic Relations Action
    Network, Inc., and Council on American-
    Islamic Relations of Santa Clara, Inc.

*(Left margin: DAVIS WRIGHT TREMAINE LLP)*

---

2

Case No. CV07-06076 SI
NOTICE OF MANUAL FILING
SFO 404614v1 0085997-000001

# Proof of Service

I, N. Majorko, declare under penalty of perjury under the laws of the State of California that the following is true and correct:

I am employed in the City and County of San Francisco, State of California, in the office of a member of the bar of this court, at whose direction the service was made. I am over the age of eighteen (18) years, and not a party to or interested in the within-entitled action. I am an employee of DAVIS WRIGHT TREMAINE LLP, and my business address is 505 Montgomery Street, Suite 800, San Francisco, California 94111.

I caused to be served the following document:

**NOTICE OF MANUAL FILING**

**OPPOSITION TO PLAINTIFF'S REQUEST FOR ADMINISTRATIVE RELIEF; DECLARATION OF THOMAS R. BURKE IN SUPPORT OF OPPOSITION**

I caused the above document (s) to be served on each person on the attached list by the following means:

☐ I enclosed a true and correct copy of said document in an envelope and placed it for collection and mailing with the United States Post Office on _____, following the ordinary business practice.
(Indicated on the attached address list by an [M] next to the address.)

☒ I enclosed a true and correct copy of said document in an envelope, and placed it for collection and mailing via Express Mail on **March 11, 2008**, for guaranteed delivery on **March 12, 2008**, following the ordinary business practice.
(Indicated on the attached address list by an [FD] next to the address.)

☐ I consigned a true and correct copy of said document for facsimile transmission on _____.
(Indicated on the attached address list by an [F] next to the address.)

☐ I enclosed a true and correct copy of said document in an envelope, and consigned it for hand delivery by messenger on _____.
(Indicated on the attached address list by an [H] next to the address.)

☐ A true and correct copy of said document was emailed on _____.
(Indicated on the attached address list by an [E] next to the address.)

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I am readily familiar with my firm's practice for collection and processing of correspondence for delivery in the manner indicated above, to wit, that correspondence will be deposited for collection in the above-described manner this same day in the ordinary course of business.

Executed on **March 11, 2008**, at San Francisco, California.

_____
N. Majorko

Case No. CV07-06076 SI
PROOF OF SERVICE

## Service List

| Key: | [M] Delivery by Mail | [FM] Delivery by Express Mail | [H] Delivery by Hand |
|---|---|---|---|
| | [F] Delivery by Facsimile | [FM] Delivery by Facsimile and Mail | [E] Delivery by Email |

**[EM]**  Daniel A. Horowitz                                    Attorney for Plaintiff
Attorney at Law
P. O. Box 1547
Lafayette, California 94549

Telephone: (925) 283-1863

Case No. CV07-06076 SI
PROOF OF SERVICE