**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

Date: 3/7/08

Case No.   C-07-6076 SI          Judge:   SUSAN ILLSTON

Title: SAVAGE  -v- COUNCIL ON AMERICAN-ISLAMIC RELATIONS

Attorneys: D. Horowitz          T. Burke, M. Zimmerman

Deputy Clerk: Tracy Sutton   Court Reporter: C. Kuhl

**PROCEEDINGS**

1)   Defendant's Motion for Judgment on the Pleadings - HELD

2)  

3)  

Order to be prepared by:  ( )Pltf   ( )Deft   ( X )Court

Disposition :  ( X ) GRANTED w/leave to amend , ( ) DENIED, ( ) GRANTED/DENIED IN   ( ) SUBMITTED                                              PART

Case continued to    @ 2:30 p.m. for Further Case Management Conference

Case continued to    @ 9:00 a.m.   for Motions
(Motion due , Opposition  Reply )

Case continued to   @ 3:30 p.m.  for Pretrial Conference

Case continued to   @ 8:30 a.m.  for Trial (:  Days)
Discovery Cutoff:   Designate Experts by: , Rebuttal Experts:, Expert Discovery Cutoff:

ORDERED AFTER HEARING: