**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA


MICHAEL SAVAGE,                                    No. C 07-06076SI

        Plaintiff,                                    **NOTICE**

   v.

COUNCIL    ON    AMERICAN-ISLAMIC
RELATIONS,

        Defendant.
_____/

To All Parties:

YOU ARE HEREBY NOTIFIED THAT the initial case management conference previously scheduled
to occur on Friday, March 14, 2008, is vacated.  The Court will schedule a new date when the order on
the pending motions is filed.


Dated: March 13, 2008                                    RICHARD W. WIEKING, Clerk



                                      Tracy Sutton
                                      Deputy Clerk