UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SAVAGE,<br><br>    Plaintiff,<br><br>vs.<br><br>COUNCIL ON AMERICAN-ISLAMIC RELATIONS, INC., COUNCIL ON AMERICAN ISLAMIC RELATIONS ACTION NETWORK, INC., COUNCIL ON AMERICAN ISLAMIC RELATIONS OF SANTA CLARA, INC., and DOES 3-100,<br><br>    Defendants. | Case No. CV07-06076 SI<br><br>**[PROPOSED] ORDER RE** *EX PARTE* **APPLICATION OF DEFENDANTS FOR RELIEF FROM ADR PROCEDURES WHILE DEFENDANTS' 12(C) MOTION IS PENDING WITH THE COURT**<br><br>Honorable Susan Illston |

    Having considered all papers filed in favor of and in opposition to the *Ex Parte* Motion by Defendants Council on American Islamic Relations, Inc., Council on American Islamic Relations Action Network, Inc. and Council on American Islamic Relations of Santa Clara, Inc. to Stay All ADR Process while the Motion for Judgment on the Pleadings is pending, the Court finds that Defendants have shown good cause for relief from the ADR processes.

    In the event that the Court allows Plaintiff to file an amended Complaint, the Court further finds that the parties should participate in a settlement conference before a Magistrate Judge.

1  IT IS HEREBY ORDERED THAT:

2  Defendants' *Ex Parte* Motion is GRANTED, and the ADR processes for this
3  case are stayed until the Court rules on the pending Motion for Judgment on the
4  Pleadings.

6  Dated: _____          _____
7                                THE HONORABLE SUSAN ILLSTON
                                  United States District Court Judge

This document was created with Win2PDF available at http://www.daneprairie.com.
The unregistered version of Win2PDF is for evaluation or non-commercial use only.