1  Daniel A. Horowitz Cal. State Bar No. 92400
   Attorney at Law
2  P.O. Box 1547
   Lafayette, California 94549
3
   (925) 283-1863
4
   Attorney for Plaintiff
5

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

MICHAEL SAVAGE,
aka (Michael Weiner)

           Plaintiff,

vs.

Counsel on American-Islamic Relations, Inc., Council on American Islamic Relations Action Network Inc., Council on American Islamic Relations of Santa Clara Inc., and Does 3-100

           Defendants.
_____/

No.  C 07-06076SI

**NOTICE OF PLAINTIFF MICHAEL SAVAGE'S DECISION *NOT TO FILE* AN AMENDED COMPLAINT AS TO RICO CAUSE OF ACTION**

Notice is hereby given that Michael Savage does not intend to file an Amended Complaint as to the RICO cause of action herein. Plaintiff is aware that this matter is on calendar on Friday, August 15, 2008 as follows:

03:45 PM NO APPEARANCE MATTER:

C-07-6076 MICHAEL SAVAGE v. COUNCIL ON AMERICAN-ISLAMIC RELATIONS
Pltf. to Amend Complaint.
To Set Further CMC.
(if no complaint filed, need to enter judgment)

Plaintiff further informs the court and opposing counsel that this decision was not based upon an analysis of the merits of the Amended Complaint. Plaintiff has prepared a final version of that Amended Complaint that is 116 pages with approximately 200 pages of exhibits. In the opinion of plaintiff's counsel, the complaint as written would state a claim under the RICO provisions of 18 U.S.C. 1962 (c) & (d) and would not be barred by the First Amendment.

Plaintiff further informs the Court that the factual content of the Amended Complaint (if filed) would reflect major factual improvements that clearly document an enterprise, a conspiracy and a large number of very specific acts by defendant in furtherance of the conspiracy.

The unfiled Amended Complaint states specific RICO predicate acts directed at plaintiff by this defendant causing monetary damage to plaintiff.

The Amended Complaint addresses each and every concern set forth in this Court's written order. The Amended Complaint took over 150 hours to prepare.[1]

Despite the above, factors arising out of this litigation but taking place (or potentially having an effect) outside of this litigation, have led plaintiff (reluctantly), not to proceed.

If the Court has any questions about the basis of the decision not to proceed, plaintiff is prepared to fully and immediately provide further explanation. Plaintiff has not done so here because the context of this document is not to continue the dispute but explain to the Court the

---

[1] Attorney, paralegal and investigative time.

NOTICE OF PLAINTIFF MICHAEL SAVAGE'S DECISION
*NOT TO FILE* AN AMENDED COMPLAINT AS TO RICO CAUSE OF ACTION      1

1  basis of plaintiff's decision not to go forward.

4  Dated: August 14, 2008

6  _____
    Daniel Horowitz
    Attorney for Plaintiff - Michael Savage

28  NOTICE OF PLAINTIFF MICHAEL SAVAGE'S DECISION
    *NOT TO FILE* AN AMENDED COMPLAINT AS TO RICO CAUSE OF ACTION    2