IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHAEL SAVAGE,   No. C 07-6076 SI

        Plaintiff,   **ORDER OF DISMISSAL**

  v.

COUNCIL ON AMERICAN-ISLAMIC RELATIONS, INC., COUNCIL ON AMERICAN-ISLAMIC RELATIONS ACTION NETWORK, INC., COUNCIL ON AMERICAN-ISLAMIC RELATIONS OF SANTA CLARA, INC., and DOES 3-100,

        Defendants.

        By order dated July 25, 2008, this Court granted defendants' motion for judgment on the pleadings. Leave was granted to amend the complaint as to the RICO allegations, provided that an amended complaint was filed by August 15, 2008.

        Plaintiff has filed a notice that he will not file an amended complaint as to the RICO cause of action. See Docket No. 39, "Notice of Plaintiff Michael Savage's Decision *Not to File* an Amended Complaint as to RICO Cause of Action." In light of plaintiff's decision, the prior order granting judgment on the pleadings will become final.

        Accordingly, this action is dismissed with prejudice.

        **IT IS SO ORDERED.**

Dated: August 15, 2008

                                      SUSAN ILLSTON
                                      United States District Judge