IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHAEL SAVAGE,             No. C 07-6076 SI

       Plaintiff,               **JUDGMENT**

  v.

COUNCIL ON AMERICAN-ISLAMIC RELATIONS, INC., COUNCIL ON AMERICAN-ISLAMIC RELATIONS ACTION NETWORK, INC., COUNCIL ON AMERICAN-ISLAMIC RELATIONS OF SANTA CLARA, INC., and DOES 3-100,

       Defendants.
                                     /

Defendants' motion for judgment on the pleadings was granted with leave to amend by August 15, 2008. No amended pleading was filed and the action is dismissed. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: August 15, 2008

                                              SUSAN ILLSTON
                                              United States District Judge