Thomas R. Burke (CA State Bar No. 141930)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111
Telephone:   (415) 276-6500
Facsimile:   (415) 276-6599
Email:       thomasburke@dwt.com

Matt Zimmerman (CA State Bar No. 212423)
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, CA 94110
Telephone:   (415) 436-9333
Facsimile:   (415) 436-9993
Email:       mattz@eff.org

Attorneys for Defendants Council on American-Islamic Relations, Inc., Council on American Islamic Relations Action Network, Inc., and Council on American Islamic Relations of Santa Clara, Inc.

IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL SAVAGE, | Case No. CV07-06076 SI |
| Plaintiff, | **DECLARATION OF FRED VON LOHMANN IN SUPPORT OF MOTION FOR AWARD OF ATTORNEYS' FEES AND COSTS** |
| v. | |
| COUNCIL ON AMERICAN-ISLAMIC RELATIONS, INC., COUNCIL ON AMERICAN ISLAMIC RELATIONS ACTION NETWORK, INC., COUNCIL ON AMERICAN ISLAMIC RELATIONS OF SANTA CLARA, INC., and DOES 3-100, | Date:   October 3, 2008<br>Time:   9:00 a.m.<br>Honorable Susan Illston |
| Defendants. | |

1. I am an attorney for the Defendants in this matter and a member in good standing of the California State Bar, and am admitted to practice before this Court. I have personal knowledge of the matters stated in this declaration. If called upon to do so, I am competent to testify to all matters set forth herein.

2. I am a Senior Intellectual Property Attorney at Electronic Frontier Foundation ("EFF"), which is a non-for-profit corporation organized and existing under the laws of The Commonwealth of Massachusetts with its principal place of business in San Francisco, California. I have held that position since 2001.

3. EFF generally represents clients without charge in precedent-setting litigation of national importance involving novel and complex issues arising from the intersection of new technology with privacy rights, free press and free expression rights, and other civil liberties. Nevertheless, EFF attorneys have hourly rates for purposes of cases in which EFF is entitled to attorneys' fees.

4. My 2007 hourly rate, which is the hourly rate for purposes of this matter, is $450 per hour.

5. My rates are well within the prevailing hourly rates in the San Francisco Bay Area for lawyers of comparable education, expertise, and experience who handle matters of the type involved in this litigation.

6. Courts have found EFF's rates to be reasonable in several recent cases. In *Elec. Frontier Foundation v. Office of the Director of National Intelligence*, No. 07-05278 SI, 2008 U.S. Dist. LEXIS 44050 (N.D. Cal. June 4, 2008), for example, this Court found EFF's 2007 hourly rates to be reasonable. In *Apple v. Does* (Santa Clara Superior Ct., Case No. 1-04-CV-032178), EFF was awarded attorneys' fees in accordance with their lawyers' 2006 and 2007 rates. *Id*. In *In re Sony BMG CD Technologies Litigation* (S.D.N.Y. Case No 1:05-cv-09575-NRB), EFF attorneys were paid fees at their hourly rates as part of the settlement of the action in June

2006.  *Id.*  In addition, in *OPG v. Diebold*, 337 F. Supp. 2d 1195 (N.D. Cal. 2004), EFF attorneys were paid fees after a summary judgment victory at the organization's 2004 hourly rates.

7. I received my Juris Doctor degree with distinction from Stanford Law School and was elected to the Order of the Coif in 1996.

8. Prior to joining EFF, I was an attorney with Morrison & Foerster LLP in San Francisco (1997-1998, 1999-2000) and was a visiting researcher with the Berkeley Center for Law & Technology (2000-2001).  I also served as a law clerk to Judge Betty B. Fletcher of the Ninth Circuit Court of Appeals (1998-1999) and Judge Thelton E. Henderson of the Northern District of California (1996-1997).

9. I have participated in a number of high-profile copyright cases, including serving as counsel in *MGM v. Grokster*, which I argued before the Ninth Circuit and which was decided by the Supreme Court in 2005.  I have authored 11 amicus briefs on intellectual property matters that have been accepted by federal courts, including the U.S. Supreme Court.   I have received numerous recognitions for my intellectual property expertise. In 2008, I was named one of the 50 leading intellectual property lawyers in California by the Daily Journal, which has also honored me as among the 100 most influential lawyers in California from 2004-08.  I was also named a Northern California "SuperLawyer" for my expertise in intellectual property litigation by San Francisco magazine.  I received a California Lawyer of the Year (CLAY) Award for Intellectual Property in 2003 from California Lawyer magazine.

10. After a careful review of my time records on the case which were recorded contemporaneously as the work was performed, I estimate the minimum number of hours I spent on the answer, motion for judgment on the pleadings, reply in support of the motion for judgment on the pleadings, motion for judicial notice, and the motion for fees as follows:

3

| Date | Task | Hours |
|---|---|---|
| 02/22/08 | Legal research on motion for judgment on the pleadings; review and revise motion. | 1.0 |
| 02/28/08 | Review and revise reply brief in support of motion for judgment on the pleadings. | 1.0 |
| | Total hours: | 2.0 |

11.    In total, I spent no fewer than 2.0 hours on this litigation. At my hourly rates, my total fees are $900.00.

I declare under penalty of perjury of the laws of the State of California that the foregoing is true and correct to the best of my knowledge and belief. Executed August 28, 2008 in San Francisco, California.

                                                                                       /s/ *Fred von Lohmann*
                                                                                        Fred von Lohmann

DAVIS WRIGHT TREMAINE LLP

Case No. CV07-06076 SI
VON LOHMANN DECL. IN SUPPORT OF DEFENDANTS' MOTION FOR ATTORNEYS' FEES