**March 7, 2008**




**New Video**


**Donate Here**


Today we go before the judge;
**Please Donate Today!**

### MUSLIM FRONT GROUP WANTS LIBERAL SAN FRAN JUDGE APPOINTED BY CLINTON TO THROW OUT SAVAGE'S LAWSUIT



(ktvu.com)  A Muslim civil rights group's bid for dismissal of a lawsuit filed by conservative radio talk show host Michael Savage is due to go before a federal judge in San Francisco on Friday....

### Liberal Attorneys join CAIR to fight Savage

### Savage vs. CAIR    (Newsmax.com)

### CAIR admits their plea for donations for 9/11 victims linked to Terrorist Group Hamas (Para. 91)


**Donations Are Not Tax Deductible**



PROTECT FREEDOM OF SPEECH!
CLICK TO SUPPORT THE MICHAEL SAVAGE LEGAL DEFENSE FUND


**Donations Are Not Tax Deductible**

**Send Checks to:**
**"MICHAEL SAVAGE LEGAL FUND"**
Mail to:
Michael Savage Legal Fund
Four Embarcadero Center, 39th Floor
San Francisco, CA 94111

**Savage vs. CAIR:**  The battle over free speech
Articles about Michael Savage's fight against CAIR
Savage Alleges RICO Violations in Amended Lawsuit Against CAIR
"Pro-Muslim Comments by Savage over the Years"
**Click Here to See The Transcripts**

**SAVAGE Busts the Ratings Bank in San Fran on KNEW!**
**SAVAGE wins on WOR in coveted 25-54 Demo!**

**Click Here to Read More**

| | 6pm: | 7pm: | 8pm: |
|---|---|---|---|
| | WOR 2.2 | WOR 2.8 | WOR 1.7 |
| | WABC 2.1 | WABC 2.3 | WABC 1.5 |



### Radio Superstar Michael Savage Remains Unbowed

(nytimes.com) By Jacques Steinberg
December 17, 2007

---

**FULL-TIME ASSISTANT POSITION, SAN FRANCISCO AREA**
Must be computer literate, Detail oriented, Willing to work alone, Archiving CD's and DVD's; Some driving & personal assistant duties. Must currently live in the bay area
Respond here

### UN Security Council fails to condemn J'lem shooting   (jpost.com)

### Hamas hails 'heroic' Jerusalem attack
(africasia.com)

### Peace Talks to Continue Despite Religious School Shooting
(voanews.com)



### These Muslims see CAI as a front for dangerous Islamists! Thank God this traitor was convicted



(familysecuritymatters.org)  Wednesday's conviction of Hassan Abujihaad should serve as a warning sign to the lethality and danger to our security from political Islam (Islamism)...

### 8 murdered by terrorist at J'lem yeshiva



(jpost.com)  Yohai Lifshitz, 18, from Jerusalem; Yonatan Yitzhak Eldar, 16, from Shilo; Yonadav Haim Hirschfeld, 19, from Kohav Hashahar, Neria Cohen, 15, from Jerusalem, Segev Peniel Avihail, 15, from Neve Daniel, Avraham David Moses, 16, from Efrat, Roee Roth, 18, from Elkana and Doron Meherete, 26, from Ashdod...

### STING NABS 'LORD OF WAR' FIEND



(nypost.com)  A notorious Russian arms dealer - who was the inspiration for Nicolas Cage's character in the 2005 film "Lord of War" - was busted yesterday for trying to sell dozens of missiles and rockets to Colombian rebels...

### Ward violated bail, lied to feds
(thesmokinggun.com) The San Francisco radio host facing child pornography charges lied to federal officials about his whereabouts...

### Police report, exclusive: Warning extremely graphic material    Click to Watch Video:





**Donate Here**


December 17, 2007
**The humbling of Don Imus...**
Click Here For Larger Version of this Picture

**Donations Are Not Tax Deductible**


### Glorifying Obama Is One Of The Greatest Journalistic Failures In American History



(thebulletin.us) The mainstream media have just committed one of the most disgraceful acts of journalistic malfeasance and nonfeasance in the history of America...

### Rezko was friends with Obama, attorney tells jury

(stltoday.com) Antoin "Tony" Rezko's attorney on Thursday invoked presidential front-runner...

### WHERE DID OBAMA GET THIS $55 MILLION FROM?

(foxnews.com) Democratic Sen. Barack Obama raised a record $55 million...

### 'We passed the 60 Million Vote Mark! Will McCain agree to meet the Savage Nation

Savage Web Poll    "Click To Vote For Savage!"

**Support Michael Savage!**


America's new strategy to defeat Islamic extremism is:
**Codename Honey Pot**

### Sadistic Killer Lesbians Shared Blood Lust



(smh.com.au) They drugged, bludgeoned and strangled their 16-year-old victim to death then they knelt over her lifeless, bloody body to kiss before dumping her in a wheelbarrow...

### Calls to overturn ban on wearing RAF uniform in public



(guardian.co.uk) The defence secretary, Des Browne, is facing calls to overturn a ban on RAF personnel wearing uniforms outside their base. More than 2,000 men and women at RAF Wittering have been...

**All 3 for $5**    "Healing Children Naturally"    "Reducing the Risk of Alzheimer's"    "Freedom of Speech" DVD    **Order Today**

### Debunking Global Warming

### Global Warming: Is It Really a Crisis?

(foxnews.com) John McCain, Barack Obama, and Hillary Clinton all promise massive new regulations...

### Networks Ignore, Newspapers Mock N.Y. Climate Change Conference

(businessandmedia.org)    **More Articles**



**Special Sale!**

**Support the Savage Nation!**



**Coffee Mugs**    **All Hats $18.95**

---



**What's on Page Two...**

**Iran Targets 95-Year-Old Mother of Journalist**

**PC overkill for school's internet newsletter**

**Drug Tied to China Had Contaminant, F.D.A. Says**



### 'We Did It' letters eyed in NY bombing



(mercurynews.com) Capitol Hill offices received letters Thursday containing a photo of the Times Square military recruiting office before it was bombed and including the claim "We Did It."...



**Special Sale!**
**DVD: "Freedom of Speech" Award, by "Talkers Magazine"!**
**The Speech that C-Span Banned!**
Click to See the Content of the DVD


### RITALIN POSES CHILD CRIME RISK



Click Here to See the Covers, Preface, Excerpt, and Index
**This Book Helps Get Your Child Off Ritalin!**

Order "Healing Children Naturally"!



### Warning: Graphic Images! Muslim Kosovars Behead Christian Serbs!



(Michaelsavage.com) The three severed heads...

### Genocide in Kosovo

### Orwellian Journalism



(Michaelsavage.com) On Oct. 6 at its National Convention in Seattle, the Society of Professional Journalists passed a resolution urging members and fellow

**Support Michael Savage!**


**$14.95 each!** CLICK TO ORDER!    each!    journalists to take steps against racial profiling.



### Bill Clinton profits from company tied to felon, China

(washingtontimes.com) **The spring before his wife began her White House campaign, former President Bill Clinton earned $700,000...**

### Charges name 2 importers of toothpaste from China

(chron.com)

"Why gold is a conservative buy..." -Savage
swissamerica.com FREE INFO
Inspiring America to Rediscover GOLD



Owning GOLD in your Retirement Plan is easy!    Swiss America TRADING CORPORATION



Forget Weights, Forget Cardio
Master Your Own Bodyweight
Click Here

### Shutting the door on Alzheimers

Head off premature Alzheimers for you and your loved ones. Dr. Savage knows what triggers Alzheimers and shows the way to how you can greatly reduce the risk.
Read the book that doctors are reading, Reducing the Risk of Alzheimer's. Learn how to keep the fourth leading cause of death in the United States from finding you and family members.
After reading Reducing the Risk of Alzheimer's, you won't be home when Alzheimers comes knocking at your door.
**Click to See the Covers, Afterword, Excerpt, and Index**

Reducing the Risk of ALZHEIMER'S
MICHAEL SAVAGE Ph.D
ORDER NOW!



### FBI boosts training in Islamic 'sensitivity'

(worldnetdaily.com) **The FBI believes its agents still aren't sensitive enough to Muslims and their culture, so the bureau has extended by "a few weeks" its Islamic cultural "enrichment" training program...**



### Talk-Show Hosts Fall Like Flies in SF, Except Dr. Michael Savage

(canadafreepress.com)  **-Satire--**
**First it was leftist nut case and alleged child pornographer Bernie Ward whose microphone was silenced by the broadcast moguls at KGO-AM in San Francisco...**

## Savage's Eye Camera

A lot of Hungry eyes roam here.