UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SAVAGE,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>COUNCIL ON AMERICAN-ISLAMIC RELATIONS, INC., COUNCIL ON AMERICAN ISLAMIC RELATIONS ACTION NETWORK, INC., COUNCIL ON AMERICAN ISLAMIC RELATIONS OF SANTA CLARA, INC., and DOES 3-100,<br><br>　　　　　　Defendants. | No. CV07-06076 SI<br><br>**DECLARATION OF DARALYN DURIE IN SUPPORT OF DEFENDANTS' MOTION FOR AWARD OF FEES AND COSTS**<br><br>Date: October 3, 2008<br>Time: 9:00 a.m.<br>Honorable Susan Illston |

　　　　1.　　I am a member in good standing of the California State Bar, and am admitted to practice before this Court. I have personal knowledge of the matters stated in this declaration. If called upon to do so, I am competent to testify to all matters set forth herein.

　　　　2.　　I am a partner in the law firm of Keker & Van Nest, LLP. I joined the firm as an associate in 1993 and became a partner in 1999. Our office is located at 710 Sansome Street, San Francisco, CA, 94111.

　　　　3.　　I received my B.A. degree from Stanford University in 1988, a Master's Degree from the University of California at Berkeley in 1989, and my law degree from Boalt Hall School of Law in 1992. Following law school, I clerked for the Hon. Douglas Ginsberg on the United States Court of Appeals for the District of Columbia Circuit.

　　　　4.　　I focus my practice on intellectual property litigation. I have been named one of the top 50 intellectual property lawyers in California by the *Daily Journal*.

　　　　5.　　Our firm bills its clients principally on the basis of the hourly rate of the lawyer performing the work and the time spent on the project. For work involving intellectual property litigation in which I have been involved, we have generally employed our prevailing hourly rates — *i.e.*, there is no special hourly rate for such work.

　　　　6.　　Keker & Van Nest bills its clients at hourly rates that we believe are consistent with

the rates of similar firms. Based on my experience with other law firms of similar scope and size, I believe our billing rates are generally consistent with the prevailing hourly rates in the San Francisco Bay Area for lawyers of comparable education, expertise, and experience.

7. After careful review of the defendant attorneys' declarations in this case, the hourly rates asserted in the declarations appear to be comparable to the hourly rates used by our firm in preparing bills for clients in connection with our litigation work.

I declare under penalty of perjury of the laws of the State of California that the foregoing is true and correct to the best of my knowledge and belief.

Executed August 28, 2008 in San Francisco, California.

*[signature]*
DARALYN J. DURIE

424194.01

-2-