IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL SAVAGE,<br><br>    Plaintiff,<br><br>v.<br><br>COUNCIL ON AMERICAN-ISLAMIC RELATIONS, INC., COUNCIL ON AMERICAN ISLAMIC RELATIONS ACTION NETWORK, INC., COUNCIL ON AMERICAN ISLAMIC RELATIONS OF SANTA CLARA, INC., and DOES 3-100,<br><br>    Defendants. | Case No. CV07-06076 SI<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR ATTORNEYS' FEES AND COSTS** |

    This matter came on for hearing before the Court on Defendants' motion for an award of attorneys' fees and costs. Having given full consideration to all of Defendants' papers, evidence, and the relevant authorities, all of Plaintiff's responses thereto, and the oral presentations of counsel and good cause appearing, in accordance with 17 U.S.C. § 505, it is **HEREBY ORDERED:**

    1. That Defendants' motion for an award of attorneys' fees and costs is **GRANTED**; and it is

    2. **FURTHER ORDERED** that Plaintiff shall pay Defendants' attorney's fees in the amount of $_____; and it is

    3. **FURTHER ORDERED** that Plaintiff shall compensate Defendant for costs in the amount of $_____.

* * *

**ORDER**

IT IS SO ORDERED.

DATED: _____                    _____