# EXHIBITS