

**April 08, 2008**

Who is Michael Savage?

TO ADVERTISE ON SAVAGE'S SITE CLICK HERE

PLEASE DONATE IN '08; EVERY DOLLAR HELPS PROTECT FREE-SPEECH



### NYC radio station bans ad on rocket threat to Israelis
(israelNN.com) WQXR Radio, a New York City station owned by The New York Times ...

### Israel: We'll destroy Iran if attacked
(israeltoday.com) If Iran attacks the Jewish state it will suffer widespread destruction ...

### Petition blasts "Islamic crescent" at Flight 93 memorial site
(worldnetdaily.com) A group of concerned citizens has been raising alarms about the Islamic elements planned for the Flight 93 Memorial near Shanksville, Pa., for years ...



### Savage lawyers target CAIR's paymasters
(worldnetdaily.com) Preparing an appeal...



**Donations Are Not Tax Deductible**

### Michael Savage Battles CAIR in Court. Why Should I Care?
(americanchronicle.com) Michael Savage is in for the fight of his life.

### 4 get cancer from teen's donated organs
(sfgate.com) When Alex Koehne's parents were told that their 15-year-old son was dying of bacterial meningitis, the couple didn't hesitate in donating his organs to desperately ill transplant recipients ...





**New!**

**IMPORTANT NOTICE TO MY DEAR SUPPORTERS:** Thus far, the legal cost is about $150,000! This is only first base on the long road of this important First-Amendment case. Contrary to what some believe, this case is NOT – I repeat NOT – being represented pro-bono. Your donations have gotten us this far, and with your continued support, we will fight for our freedom of speech all the way to the U.S. Supreme Court, if necessary. Thank you, Michael Savage.

### Cheerleaders pummel friend to post on YouTube
(wftv.com) The victim reported the attack after she was beaten so badly she had to be treated at the hospital. That's when the sheriff's office started looking into it and learned about the video ...





### Tickets for car-theft victims who "invite crime"
(wkmg.com) Officers said they are targeting drivers who illegally leave their vehicles unattended, unlocked and with the motor running ...

### Savage vs. CAIR: The battle over free speech
Articles about Michael Savage's fight against CAIR
Savage alleges RICO violations in CAIR Lawsuit
"Pro-Muslim Comments by Savage over the Years"





### SAVAGE Busts the Ratings Bank in San Fran on KNEW
### SAVAGE wins on WOR in coveted 25-54 Demo!

| | 6pm: | 7pm: | 8pm: |
|---|---|---|---|
| | WOR 2.2 | WOR 2.8 | WOR 1.7 |
| | WABC 2.1 | WABC 2.3 | WABC 1.5 |

### Obama's preacher's hate speech





(Michaelsavage.com) **Listen Here** and **Here** for more speeches
Audio credit: Fox News and ABC News

### Savage lawsuit vs. CAIR accuses



### group of being front for Hamas

(insight-report.com) **Michael Savage** is changing his legal strategy in his lawsuit against a prominent Muslim group that posted on the web the radio talk show host's heated words about Islam ...



### Radio Superstar Michael Savage Remains Unbowed

(nytimes.com) By Jacques Steinberg December 17, 2007




**Donations Are Not Tax Deductible**

**Click Here For Larger Version of this Picture**

 **Donate Here**

 **Emergency**

 **Donate Here**

### "Emergency": Help us file an appeal to expose CAIR

CAIR admits their plea for donations for 9/11 victims linked to Terrorist Group Hamas (Para. 91)


**Donations Are Not Tax Deductible**

### 'We passed the 60 Million Vote Mark! Will McCain agree to meet the Savage Nation?

**Savage Web Poll**     **"Click To Vote For Savage!"**

 **Support Michael Savage!**

### 300,000 babies of illegals born in U.S. every year – on your dime

(cbsnews.com) A woman is rushed to a south Texas hospital to undergo a C-section - a $4,700 medical procedure that won't cost her a dime ...

### PROTECT FREEDOM OF SPEECH!
**SUPPORT THE MICHAEL SAVAGE LEGAL DEFENSE FUND**


**Donations Are Not Tax Deductible**

Send Checks to:
**"MICHAEL SAVAGE LEGAL FUND"**
Mail to:
Michael Savage Legal Fund
Four Embarcadero Center, 39th Floor
San Francisco, CA 94111

**Please Donate Today!**

| All 3 for **$5** | "Healing Children Naturally" "Reducing the Risk of Alzheimer's" "Freedom of Speech" DVD | **Order Today** |

### Debunking Global Warming
### Temperatures have not risen since 1998

(bbc.com) Global temperatures will drop slightly this year as a result of the cooling effect of the La Nina ...

**More Articles**

 **Special Sale!**

**Support the Savage Nation!**



**Mugs $14.95**     **Hats $18.95** 

---



### What's on Page Two...
### Judge strips Texas of its "pole tax"
### 'Homosexual Jesus' sparks art outrage
### Japan's "geisha guys" the latest accessory



### Special Sale!
### DVD: "Freedom of Speech" Award, by "Talkers Magazine"! The Speech that C-Span Banned!
**Click to See the Content of the DVD**

**Support Michael Savage!**

### RITALIN POSES CHILD CRIME RISK

**Click Here to See the Covers, Preface, Excerpt, and Index**

**This Book Helps Get Your Child Off Ritalin!**





### Muslim "commuting between wives" escapes speeding penalty

(dailymail.com) When it comes to avoiding a ban for speeding, the courts hear every excuse in the book ...



### Snooping on Britney, Farrah ... and now Maria Shriver, too

(latimes.com) A UCLA Medical Center worker who sneaked into the confidential medical records of '70s TV icon Farrah Fawcett last year also improperly viewed the electronic files of 32 other celebrities, politicians and high-profile patients ...



### 100-gallon-per-person water limit?

(wftv.com) A small town in Central Florida is considering forcing a 100-gallon-per-person daily limit on water for its residents ...



### Shutting the door on Alzheimers

Head off premature senility for you and your loved ones. Dr. Savage knows what triggers Alzheimers and shows the way to how you can greatly reduce the risk.

Read the book that doctors are reading, Reducing the Risk of Alzheimer's. Learn how to keep the fourth leading cause of death in the United States from finding you and family members.

After reading Reducing the Risk of Alzheimer's, you won't be home when Alzheimers comes knocking at your door.

**Click to See the Covers, Afterword, Excerpt, and Index**

ORDER NOW!

### Magic molecules reverse cirrhosis

(reuters) Japanese scientists have designed artificial molecules that, in experiments on rats, reversed cirrhosis, a chronic liver disease that can now be cured only with transplants ...

### Drug errors hurt 1 out of 15 hospitalized children

(associated press) Medicine mix-ups, accidental overdoses and bad drug reactions harm roughly one out of 15 hospitalized children, according to the first scientific test of a new detection method ...



### Savage's Eye Camera

### Teddy's Corner


