

## Obama's Preacher's Hate Speech





"Jesus was a poor black man"

Barack hated because he "doesn't fit the mold"

"Hillary never had a cab not pick her up ..."

"Hillary was not a black boy raised in a single-parent home"

"It was soldiers of the 3rd Marine Regimen of Rome who had fun with Jesus"



**Protect freedom of speech! Support the Savage Legal Defense Fund.**



**OR Send Checks to:**
Michael Savage Legal Defense Fund
Four Embarcadero Center, 39th Floor
San Francisco, CA 94111

**Donations Are Not Tax Deductible**

# HOME | BACK