

## Hate Speech from Obama's Preacher



"Not God bless America, God d--- America"

"US of KKKA"

"They live below the level of ... Condamanesia"

"America's chickens coming home to roost"



**Protect freedom of speech! Support the Savage Legal Defense Fund.**



**OR Send Checks to:**
Michael Savage Legal Defense Fund
Four Embarcadero Center, 39th Floor
San Francisco, CA 94111

*Donations Are Not Tax Deductible*

# HOME | BACK