

**Protect freedom of speech! Support the Savage Legal Defense Fund.**



**OR Send Checks to:**
Michael Savage Legal Defense Fund
Four Embarcadero Center, 39th Floor
San Francisco, CA 94111

*Donations Are Not Tax Deductible*

# HOME | BACK