# EXHIBIT A

## *SAVAGE v. CAIR*
## Case No. CV07-06076 SI

## **DWT FEES and COSTS**

| Date | Initials | Name / Invoice Number | Hours | Amount | Description |
|---|---|---|---|---|---|
| 12/03/2007 | BURKT | Thomas Burke | 1.5 | 675.00 | Initial analysis of Savage copyright lawsuit, potential defenses and [redacted] |
| 12/03/2007 | GLASJ | Jeffrey D. Glasser | 0.9 | 216.00 | Research cases discussing whether anti-SLAPP statute may be used in federal court in a federal question case (.8); call with T. Burke regarding research (.1) |
| 12/04/2007 | BURKT | Thomas Burke | 0.7 | 315.00 | Review legal research regarding limitations on using California's anti-SLAPP statute in federal court copyright matter; telephone conference with client regarding [redacted] |
| 12/14/2007 | BURKT | Thomas Burke | 2.5 | 1,125.00 | Prepare for and participate in meeting with CAIR Board members and representatives regarding potential representation regarding Savage copyright lawsuit |
| 12/17/2007 | BURKT | Thomas Burke | 0.5 | 225.00 | Exchange of communications with client regarding [redacted] |
| 12/20/2007 | BURKT | Thomas Burke | 2.5 | 1,125.00 | Exchange of communications with clients regarding [redacted] |
| 12/20/2007 | JOHNB | Bruce E.H. Johnson | 0.3 | 133.50 | Review strategy options regarding motion for judgment on the pleadings |
| 12/21/2007 | BURKT | Thomas Burke | 0.6 | 270.00 | Telephone conference with CAIR representatives [redacted] |
| 12/27/2007 | BURKT | Thomas Burke | 0.6 | 270.00 | [redacted] review amended complaint filed by Savage and exchange of communications with client regarding implications of same; review confirmation of no-service of complaint or amended complaint on client |

1

| Date | Initials | Name / Invoice Number | Hours | Amount | Description |
|---|---|---|---|---|---|
| 01/03/2008 | BURKT | Thomas Burke | 0.6 | 270.00 | ▆▆▆▆▆▆▆▆ |
| 01/04/2008 | BURKT | Thomas Burke | 0.5 | 225.00 | ▆▆▆▆ telephone conference with Mr. Zimmerman regarding ▆▆▆ |
| 01/07/2008 | BURKT | Thomas Burke | 0.5 | 225.00 | ▆▆▆▆ |
| 01/08/2008 | BURKT | Thomas Burke | 0.2 | 90.00 | Telephone conference with Ms. Al-Khalili regarding ▆▆ |
| 01/08/2008 | CALLJ | Jason J. Callan | 2.2 | 363.00 | Compile a summary of previous lawsuits filed by Michael Savage or Michael A. Weiner for T. Burke |
| 01/09/2008 | BURKT | Thomas Burke | 0.6 | 270.00 | Telephone conference with Ms. Al-Khalili regarding ▆▆ (.40); initial analysis of plaintiffs' amended Complaint and new issues raised by same (.20) |
| 01/10/2008 | BURKT | Thomas Burke | 2.5 | 1,125.00 | Further analysis of Savage's amended complaint (2.00); further outline proposed division of labor regarding handling of same (.50) |
| 01/11/2008 | BURKT | Thomas Burke | 0.8 | 360.00 | Exchange of communications with Ms. Al-Khalili and Mr. Zimmerman ▆▆▆ |
| 01/14/2008 | BURKT | Thomas Burke | 0.5 | 225.00 | Exchange of communications with Nadhira regarding ▆▆ (.20); initial review and changes to draft Answer (.30) |
| 01/15/2008 | BURKT | Thomas Burke | 2.7 | 1,215.00 | ▆▆ telephone conference with Ms. Al-Khalili and Mr. Zimmerman ▆▆ (1.20); further coordinate DWT's efforts regarding drafting response (.20) |
| 01/16/2008 | BURKT | Thomas Burke | 2.8 | 1,260.00 | Advice to Ms. Al-Khalili regarding ▆▆ ▆▆ exchange of communications with Mr. Zimmerman (EFF) regarding ▆▆ |

2

| Date | Initials | Name / Invoice Number | Hours | Amount | Description |
|---|---|---|---|---|---|
| | | | | | ▓(.20); further outline arguments and strategy for motion for judgment on the pleadings and forward to others (1.50); telephone conference with Mr. Zimmerman regarding▓ ▓(.60) |
| 01/16/2008 | STAHE | Eric M. Stahl | 2.0 | 720.00 | Review and analysis of amended complaint and email to T. Burke regarding same; ▓ ▓ ▓ |
| 01/17/2008 | BURKT | Thomas Burke | 1.2 | 540.00 | Initial review and analysis of draft Answer to Plaintiff's Amended Complaint (.50); outline memorandum regarding proposed structure and arguments for consideration regarding CAIR's motion for judgment on the pleadings (.70) |
| 01/17/2008 | GLASJ | Jeffrey D. Glasser | 1.1 | 264.00 | Research RICO & First Amendment Issues for Savage v. CAIR brief |
| 01/18/2008 | GLASJ | Jeffrey D. Glasser | 7.3 | 1,752.00 | Research RICO & First Amendment Claims Issues For Brief in Savage v. CAIR (5.80); preparation and call w/ T. Burke regarding strategy for responding to Complaint (1.50) |
| 01/18/2008 | BURKT | Thomas Burke | 2.3 | 1,035.00 | Telephone conference with Ms. Al-Khalili regarding▓ ▓(.80); assist J. Glasser regarding arguments and strategy regarding dismissal of RICO claims and Independent constitutional defenses for CAIR (1.50) |
| 01/19/2008 | GLASJ | Jeffrey D. Glasser | 1.9 | 456.00 | Research RICO & First Amendment issues for Brief |
| 01/20/2008 | GLASJ | Jeffrey D. Glasser | 2.5 | 600.00 | Research RICO Claim issues to prepare to draft Brief |
| 01/21/2008 | GLASJ | Jeffrey D. Glasser | 8.6 | 2,064.00 | Research & Draft brief sections regarding RICO Claims & First Amendment defenses |
| 01/21/2008 | BURKT | Thomas Burke | 4.2 | 1,890.00 | Further detailed review of denials and key facts and issues raised by Plaintiff's detailed Complaint and edit draft Answer |
| 01/22/2008 | BURKT | Thomas Burke | 2.2 | 990.00 | Telephone conference with Ms. Al-Khalili regarding ▓ ▓ ▓ ▓(1.60); assist J. Glasser regarding arguments regarding civil RICO for motion to dismiss and related issues (.60) |
| 01/22/2008 | GLASJ | Jeffrey D. Glasser | 13.8 | 2,400.00 | Furthur research & Draft Brief Regarding RICO & First Amendment defenses |

3

| Date | Initials | Name / Invoice Number | Hours | Amount | Description |
|---|---|---|---|---|---|
| 01/23/2008 | GLASJ | Jeffrey D. Glasser | 9.6 | 1,680.00 | Further research & Draft Brief Regarding RICO & First Amendment defenses (9.10); call w/ T. Burke regarding strategy for drafting brief (.50) |
| 01/23/2008 | BURKT | Thomas Burke | 4.4 | 1,980.00 | Initial review and revision of draft briefing regarding RICO, First Amendment and copyright Defenses (3.00); exchange of communications with co-counsel regarding [redacted] (.20); exchange of communications with Ms Al-Khalili [redacted] (.20); prepare draft outline of potential declaration in support of CAIR's motion (1.00) |
| 01/23/2008 | STAHE | Eric M. Stahl | 0.3 | 108.00 | Locate copyright registration for Savage broadcast; email to T. Burke regarding same |
| 01/24/2008 | BURKT | Thomas Burke | 6.2 | 2,790.00 | Review, edit and further develop copyright, RICO and First Amendment arguments in draft memorandum of points and authorities in support of CAIR's motion for judgment on the pleadings (3.50); [redacted] (1.00); review key RICO and fair use authorities cited in brief (1.70) |
| 01/24/2008 | STAHE | Eric M. Stahl | 0.1 | 36.00 | Telephone conversation with T. Burke regarding briefing schedule and argument regarding failure to plead registration |
| 01/25/2008 | BURKT | Thomas Burke | 9.4 | 4,230.00 | Further edit and revise draft motion for judgment on the pleadings and circulate and receive comment (3.00); review and analysis of additions and suggested changes (2.50); extended telephone conference with Ms. Al-Khalili regarding [redacted] (3.00); lead telephone conference with co-counsel regarding further issues to be addressed in further revisions to motion for judgment on the pleadings (.90) |
| 01/25/2008 | GLASJ | Jeffrey D. Glasser | 7.9 | 1,896.00 | Research, draft & edit MPA in Savage v. CAIR case, including revisions to RICO law section, editing the 1A section and adding Savage's comments on the First Amendment from the complaint, editing and commenting on the fair use arguments, adding a RICO introduction, reviewing court order and opinion in NY case that involved defendants such as CAIR, and responding to related issues (6.00); conference call [redacted] (.90); call w/ T. Burke |

4

| Date | Initials | Name / Invoice Number | Hours | Amount | Description |
|---|---|---|---|---|---|
| | | | | | regarding edits (1.00) |
| 01/25/2008 | CALLJ | Jason J. Callan | 0.2 | 33.00 | Pull Estate of John P. O'Neill, Sr case dismissal order for T. Burke |
| 01/25/2008 | STAHE | Eric M. Stahl | 1.2 | 432.00 | Review draft motion to dismiss; email and telephone conversations with T. Burke regarding same |
| 01/26/2008 | GLASJ | Jeffrey D. Glasser | 7.4 | 1,776.00 | Research, revise & edit memorandum of points and authorities for motion to dismiss, including sections on criticism and commentary as protected fair use under the Copyright Act, standing requirements, Ninth Circuit caselaw concerning causes of action that target speech, and related issues per T. Burke's direction |
| 01/26/2008 | BURKT | Thomas Burke | 2.3 | 1,035.00 | Further review and edit memorandum of points and authorities in support of CAIR's motion for judgment on the pleadings (2.00), coordinate further legal research and citations regarding "fair use" protections for criticism in the Ninth Circuit and federal First Amendment authority independently supporting CAIR's defense to both copyright and RICO (.30) |
| 01/27/2008 | BURKT | Thomas Burke | 7.4 | 3,330.00 | Further review, reorganize and edit memorandum of points and authorities in support of CAIR's motion for judgment on the pleadings (4.00); ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ (.50); prepare introduction and factual Background and further revise copyright, RICO and First Amendment sections per comments (2.00); telephone conference with Mr. Zimmerman regarding changes to "fair use" section and related strategy (.90) |
| 01/27/2008 | GLASJ | Jeffrey D. Glasser | 4.5 | 1,080.00 | Research & draft section discussing cases involving economic boycott (3.50); revise and proof latest draft of MPA (1.00) |
| 01/28/2008 | GLASJ | Jeffrey D. Glasser | 3.9 | 936.00 | Editing & revising latest draft MPA cite checking and drafting memorandum regarding related case issues, |
| 01/28/2008 | BURKT | Thomas Burke | 7.6 | 3,420.00 | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ (.50); further review and incorporate edits and revisions to entire brief and forward same for client review and comment (2.50); prepare required notice and supporting declaration of CAIR witness authenticating web page and letters referred to by Savage in the complaint (.60); |

5

| Date | Initials | Name / Invoice Number | Hours | Amount | Description |
|---|---|---|---|---|---|
| | | | | | coordinate verification of all legal citations in brief and quick review of confirmation of accuracy regarding same (.50); review additional feedback and changes for copyright and RICO sections and confer with co-counsel regarding Same (1.40); ████████████████ ████████████████ ████████████████ ████████████ (.50); review and confer with Mr. Zimmerman regarding his final review of CAIR's Answer (1.30) |
| 01/28/2008 | CALLJ | Jason J. Callan | 0.7 | 115.50 | Cite check brief for T. Burke |
| 01/28/2008 | STAHE | Eric M. Stahl | 1.9 | 684.00 | Review draft motion to dismiss; email revisions and telephone conversation with T. Burke regarding same |
| 01/29/2008 | BURKT | Thomas Burke | 5.6 | 2,520.00 | Further review and implement global comments and changes to Memorandum of Points and Authorities in support of Motion for Judgment on the Pleadings (3.00); revise and finalize notice and motion for Judgment on the Pleadings and respond to final logistics and issues re same (1.00); revise and finalize declaration in support of motion and compile exhibits for same (.50); final review final revisions to CAIR-Bay Area's Answer (1.10) |
| 01/29/2008 | GLASJ | Jeffrey D. Glasser | 4.2 | 768.00 | Edit, revise & proof latest draft MPA for motion to dismiss on the Pleadings (2.50); research Rule 15 timing issues regarding amended complaint and draft memorandum (1.70) |
| 01/29/2008 | STAHE | Eric M. Stahl | 0.3 | 108.00 | Analysis of procedural issue ████████ ████████████████ ██████ |
| 01/30/2008 | GLASJ | Jeffrey D. Glasser | 1.8 | 432.00 | Research & draft amended answer regarding CAIR entities & affirmative defenses (1.00); ████████ ████████████████ (.80) |
| 01/30/2008 | BURKT | Thomas Burke | 1.4 | 630.00 | Revise and finalize all pleadings and respond to issues regarding CAIR's first appearance |
| 02/01/2008 | GLASJ | Jeffrey D. Glasser | 0.7 | 168.00 | ████████████████ (.30); ████████████████ ████████████████ ████████████(.40) |
| 02/04/2008 | BURKT | Thomas Burke | 0.6 | 270.00 | Exchange of communications with Ms. Al-Khalili regarding ████████████ |

6

| Date | Initials | Name / Invoice Number | Hours | Amount | Description |
|---|---|---|---|---|---|
| | | | | | ▆▆▆ (.40); review letter from counsel for Savage regarding proposed amendment to the Complaint ▆▆▆ ▆▆▆ (.20) |
| 02/04/2008 | STAHE | Eric M. Stahl | 0.1 | 36.00 | Review FRCPs regarding requirement of service on motions and whether motion to amend may be heard ex parte; email to T. Burke regarding same |
| 02/05/2008 | BURKT | Thomas Burke | 0.8 | 360.00 | Exchange of communications with co-counsel regarding coordinated contact with Mr. Savage's counsel regarding proposed stipulation (.30); telephone conference with Mr. Horowitz regarding proposed stipulations (.20); review and circulate comments regarding same (.30) |
| 02/06/2008 | BURKT | Thomas Burke | 0.5 | 225.00 | Revise proposed Stipulation regarding Amended Complaint and CAIR's pending motion for judgment on the pleadings (.30); telephone conference with Ms. Al-Khalili ▆▆▆ (.20) |
| 02/07/2008 | BURKT | Thomas Burke | 0.4 | 180.00 | Telephone conference with Mr. Horowitz to confirm change to proposed stipulation (.10); further revise same (.20); follow-up exchange of Communications with Mr. Horowitz regarding approval of revised stipulation (.10) |
| 02/08/2008 | BURKT | Thomas Burke | 0.6 | 270.00 | Review additional edits to stipulation ▆▆▆ (.20); finalize stipulation and seek and obtain approval from Mr. Horowitz regarding additional changes (.20); telephone conference with Ms. Al-Khalili regarding ▆▆▆ (.20) |
| 02/11/2008 | BURKT | Thomas Burke | 0.3 | 135.00 | Further efforts to obtain confirmation from Mr. Horowitz regarding revised form of stipulation and order re amended Complaint and related pleadings (.10); ▆▆▆ (.10); telephone conference with Mr. Horowitz regarding his approval of revised stipulation and coordinate efiling of same (.10) |
| 02/14/2008 | BURKT | Thomas Burke | 1.5 | 675.00 | Review Opposition and settlement overture by Plaintiff |
| 02/14/2008 | GLASJ | Jeffrey D. Glasser | 0.9 | 216.00 | Review of opposition filed by Savage & cases cited by Savage regarding RICO & fair use |
| 02/15/2008 | GLASJ | Jeffrey D. Glasser | 1.2 | 288.00 | Preparatation & call with T. Burke regarding |

7

| Date | Initials | Name / Invoice Number | Hours | Amount | Description |
|---|---|---|---|---|---|
| | | | | | Reply brief RICO section (.50); ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Brief (.70) |
| 02/15/2008 | BURKT | Thomas Burke | 2.7 | 1,215.00 | Further analysis of Savage's Opposition brief (1.50); prepare for and lead discussion among co-counsel regarding structure of CAIR's Reply brief and arguments in same (.50); ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ (.70) |
| 02/19/2008 | GLASJ | Jeffrey D. Glasser | 9.6 | 1,680.00 | Research & draft Reply Brief RICO section & related issues |
| 02/19/2008 | BURKT | Thomas Burke | 1.2 | 540.00 | Exchange of communications with co-counsel and J. Glasser regarding organization of Reply Brief (.50); organize arguments regarding Reply (.70) |
| 02/19/2008 | STAHE | Eric M. Stahl | 1.0 | 360.00 | Review and comment/edits to copyright section of reply brief in support of motion to dismiss |
| 02/20/2008 | BURKT | Thomas Burke | 2.6 | 1,170.00 | Review and revise copyright and RICO section drafts for Reply brief |
| 02/20/2008 | GLASJ | Jeffrey D. Glasser | 8.6 | 2,064.00 | Research, draft & edit RICO section of Reply Brief and related issues |
| 02/21/2008 | BURKT | Thomas Burke | 6.2 | 2,790.00 | Further review and edit CAIR's Reply brief (5.00); conferences with co-counsel regarding strategic issues regarding same (.70); telephone conference with Ms. Al-Khalili ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ (.20) |
| 02/21/2008 | GLASJ | Jeffrey D. Glasser | 8.7 | 1,920.00 | Draft third section regarding First Amendment defenses, draft introduction, further revise RICO section and fair use section |
| 02/21/2008 | STAHE | Eric M. Stahl | 0.4 | 144.00 | Review and edit reply brief on motion to dismiss |
| 02/22/2008 | GLASJ | Jeffrey D. Glasser | 4.2 | 1,008.00 | Revise, edit and proof final Reply (2.00); confirm accuracy of cites, and related issues; review and revise declaration accompanying motion (.20); meeting with S. Harkins regarding cited case for negative history check (.50); assemble major Supreme Court, 9th Circuit, and California federal district court cases on civil RICO for oral argument (1.50) |
| 02/22/2008 | BURKT | Thomas Burke | 7.6 | 3,420.00 | Further revise and finalize memorandum of points and authorities in support of CAIR's Reply brief (3.50); review and finalize other |

8

| Date | Initials | Name / Invoice Number | Hours | Amount | Description |
|---|---|---|---|---|---|
| | | | | | supporting pleadings for CAIR's Reply (3.20); telephone conference with Ms. Al-Khalili ▮▮▮ (.90) |
| 02/22/2008 | HARKS | Shannon Harkins | 1.7 | 297.50 | Cite check Reply to Opposition to Motion for Judgment on the Proceedings |
| 02/26/2008 | BURKT | Thomas Burke | 1.2 | 540.00 | Exchange of communications with Mr. Horowitz regarding meeting and conferring obligations (.30); analysis of approach for CAIR to limit potential obligations under Rule 26 and upcoming Case Management Conference issues (.90) |
| 02/27/2008 | BURKT | Thomas Burke | 2.1 | 945.00 | Prepare for telephone conference with Mr. Horowitz (.50); telephone conference with Horowitz, respond to issues re initial disclosures and ways to limit same (1.60) |
| 02/27/2008 | PATTW | W. Allan Patterson | 3.4 | 680.00 | Attention to pulling of appellate cases; assemble, re-format, organize, index and review |
| 02/28/2008 | BURKT | Thomas Burke | 2.1 | 945.00 | Coordinate filing of ADR certification in response to Notice from District Court (.50); review and analysis of proposed discovery demanded by Plaintiff (.70); ▮▮▮ ▮▮▮ ▮▮▮ |
| 02/28/2008 | CALLJ | Jason J. Callan | 2.1 | 346.50 | Find and print all relevant cases cited in brief for T. Burke |
| 03/03/2008 | BURKT | Thomas Burke | 0.8 | 360.00 | Exchange of communications with Mr. Horowitz regarding Savage's refusal to stipulate to introduce copy of entire challenged radio show (.40); exchange of communications with Mr. Zimmerman regarding implications of same (.20); review and prepare options for upcoming oral argument (.20) |
| 03/04/2008 | BURKT | Thomas Burke | 3.5 | 1,575.00 | Telephone conference with Ms Al-Khalili regarding ▮▮▮ ▮▮▮ ▮▮▮ (.60); outline Case Management Conference statement (.50); initial review of materials submitted by plaintiff (CD) regarding potential use at hearing on motion for judgment on the pleadings (2.40) |
| 03/05/2008 | BURKT | Thomas Burke | 5.5 | 2,475.00 | Further draft and revise required Case Management Conference Statement for early submission to the Court (.80); ▮▮▮ ▮▮▮ (.30); respond to issues regarding alternative ways to provide Judge |

9

| Date | Initials | Name / Invoice Number | Hours | Amount | Description |
|---|---|---|---|---|---|
| | | | | | Illston with access to disputed audio files (in part and whole program) (.60); ▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ (.30); begin preparations for oral argument in support of CAIR's Motion for Judgment on the Pleadings including review of key appellate decisions (copyright and RICO) and develop argument themes regarding same (3.50) |
| 03/05/2008 | GLASJ | Jeffrey D. Glasser | 3.5 | 840.00 | Draft hypothetical questions as part of oral argument preparation in Savage v. CAIR (2.3); draft responses to questions as part of oral argument preparation (1.2) |
| 03/05/2008 | PATTW | W. Allan Patterson | 2.9 | 580.00 | Search transcripts for search terms provided by Tom Burke; organize and compile transcripts onto files for production |
| 03/05/2008 | STAHE | Eric M. Stahl | 0.5 | 180.00 | Prepare draft oral argument questions for T. Burke |
| 03/06/2008 | GLASJ | Jeffrey D. Glasser | 3.1 | 744.00 | Prepare sample answers to hypothetical questions as part of oral argument preparation for T. Burke in Savage v. CAIR (2.7); preparation & call with T. Burke regarding strategy for oral argument (.4) |
| 03/06/2008 | BURKT | Thomas Burke | 6.7 | 3,015.00 | Further review of key appellate decisions, plaintiff's amended Complaint in preparation for oral argument (4.70); further respond and prepare for potential disclosure of witness and information as required by the Case Management process and coordinate and exchange draft Case Management conference with Mr. Horowitz and coordinate filing of same (in advance of hearing on CAIR's Motion for Judgment on the pleadings) (1.30); review and respond to inquiry from Ms. Khalili regarding ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ (.20); exchange of communications with CAIR representatives ▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓ (.50) |
| 03/07/2008 | BURKT | Thomas Burke | 7.2 | 3,240.00 | Further prepare for hearing and argument in support of CAIR's Motion for Judgment on the Pleadings and represent CAIR at hearing before U.S. District Judge Illston in San Francisco (5.50); post-hearing conference with CAIR representatives and co-counsel regarding next Steps (.60); telephone conference with Ms. Al-Khalili regarding ▓▓▓▓▓▓▓▓▓▓▓▓ (.50); draft letter to Judge Illston regarding Burke declaration and supporting audio clips submitted with same (.60) |

| Date | Initials | Name / Invoice Number | Hours | Amount | Description |
|---|---|---|---|---|---|
| 03/08/2008 | BURKT | Thomas Burke | 1.6 | 720.00 | Review Savage's radio program and website for references to Judge Illston regarding her intention to dismiss his lawsuit for potential inclusion in subsequent pleadings filed by CAIR (1.00); ▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓ (.60) |
| 03/10/2008 | BURKT | Thomas Burke | 2.7 | 1,215.00 | Review and analysis of letter brief (and 7th Circuit authority) offered by Mr. Horowitz and coordinate CAIR's response to same (1.80); review and respond to inquiries from ADR coordinator regarding scheduling of mediation connected with upcoming Case Management Conference and efforts to put off same (.90) |
| 03/10/2008 | GLASJ | Jeffrey D. Glasser | 3.7 | 888.00 | Review Savage's Request for Administrative Relief to introduce another irrelevant case as well as review the case, which comes from the Seventh Circuit, and draft email regarding possible strategies for response (.9); research relevant procedures and draft letter to Judge Illston and declaration of T. Burke explaining why our objection to the Request for Administrative relief is warranted at this time (2.1); preparation and two calls with T. Burke regarding strategy for responding to Savage's latest gambit and related issues (.7) |
| 03/11/2008 | GLASJ | Jeffrey D. Glasser | 2.4 | 576.00 | Research local rules on responding to a Request for Administrative Relief and draft and edit Opposition to Savage's 11th hour bid to introduce another irrelevant case (2.3); call with T. Burke related to an appropriate response to the Request for Administrative Relief as well as other developments in the case concerning case management (.1) |
| 03/11/2008 | BURKT | Thomas Burke | 2.3 | 1,035.00 | Assist regarding issues regarding filing new CD with subject program and audio excerpts (and confirm information presented in same) (.80); finalize Opposition to Plaintiff's case filing and supporting declaration (.60); further telephone conference with ADR Coordinator regarding options for the parties (.90) |
| 03/11/2008 | PATTW | W. Allan Patterson | 4.8 | 960.00 | Attention to excerpts from the Savage Nation show; download and burn CDs for filing with court |
| 03/12/2008 | BURKT | Thomas Burke | 2.3 | 1,035.00 | Respond to issues regarding upcoming Case Management Conference, potential initial disclosures and confer with Mr. Zimmerman regarding handling of same |

11

| Date | Initials | Name / Invoice Number | Hours | Amount | Description |
|---|---|---|---|---|---|
| 03/13/2008 | BURKT | Thomas Burke | 0.1 | 45.00 | Review and update Ms. Al-Khalili ▓▓▓ |
| 03/14/2008 | BURKT | Thomas Burke | 0.2 | 90.00 | Telephone conference with Ms Al-Khalili regarding ▓▓▓ |
| 03/20/2008 | BURKT | Thomas Burke | 0.5 | 225.00 | Exchange of communications with Mr. Horowitz regarding anticipated order from Judge Illston and mediation issues (.30); ▓▓▓ (.20) |
| 03/24/2008 | BURKT | Thomas Burke | 0.9 | 405.00 | Telephone conference with Court's ADR Administrator regarding ADR process and exempting the case from same (.30); telephone conference with Mr. Horowitz regarding his Position (.30); prepare stipulation and order per Court's request (.30) |
| 03/27/2008 | BURKT | Thomas Burke | 0.6 | 270.00 | Revise Stipulation and Order regarding vacating court's previous mediation order (.20); ▓▓▓ (.10); telephone conference with Mr. Horowitz regarding plaintiff's sudden opposition to same (.30) |
| 04/08/2008 | BURKT | Thomas Burke | 0.4 | 180.00 | Advice to Ms. Al-Khalili regarding ▓▓▓ (.30); telephone conference with Mr. Zimmerman regarding same (.10) |
| 04/14/2008 | BURKT | Thomas Burke | 0.6 | 270.00 | Exchange of communications with Ms. Al-Khalili and Mr. Zimmerman regarding ▓▓▓ |
| 04/15/2008 | BURKT | Thomas Burke | 1.2 | 540.00 | Review and analysis of transcript of hearing on Motion for Judgment on the Pleadings and update Ms. Al-Khalili regarding same |
| 04/28/2008 | BURKT | Thomas Burke | 0.1 | 45.00 | Respond to inquiry from Ms. Al-Kahalili regarding ▓▓▓ |
| 05/21/2008 | BURKT | Thomas Burke | 0.6 | 270.00 | Telephone conference with ADR administrator requesting motion to vacate ADR requirements (.2); telephone conference with Ms. Al-Khalili ▓▓▓ (.20); efforts to reach Mr. Horowitz regarding his willingness to agree to proposed stipulation (.20); coordinate preparation of motion (.10) |

| Date | Initials | Name / Invoice Number | Hours | Amount | Description |
|---|---|---|---|---|---|
| 05/22/2008 | BURKT | Thomas Burke | 0.8 | 360.00 | Follow-up efforts to reach Mr. Horowitz regarding further request that he stipulate to ADR opt-out (.20) telephone conference with Court's ADR administrator regarding Mr. Horowitz's continued refusal to stipulate and status (.30); ▬▬▬ (.30) |
| 05/23/2008 | GLASJ | Jeffrey D. Glasser | 3.9 | 936.00 | Research procedures and prepare Ex Parte Motion for Administrative Relief from ADR Procedures While Motion for Judgment on the Pleadings is pending |
| 05/27/2008 | BURKT | Thomas Burke | 2.2 | 990.00 | Revise and finalize Motion to Stay ADR proceedings, and supporting pleadings per request by Court's ADR administrator |
| 06/02/2008 | BURKT | Thomas Burke | 0.2 | 90.00 | Review Court's order staying ADR process and update client regarding same |
| 06/19/2008 | BURKT | Thomas Burke | 0.1 | 45.00 | Arrange for update regarding status of pending RICO action in New York State ▬▬▬ |
| 06/19/2008 | GLASJ | Jeffrey D. Glasser | 0.2 | 48.00 | Correspondence with C. Solano and T. Burke re whether CAIR was dismissed from NY litigation |
| 06/20/2008 | GLASJ | Jeffrey D. Glasser | 0.1 | 24.00 | ▬▬▬ |
| 07/11/08 | | T. Burke | 0.20 | 90.00 | Telephone conference with Mr. Zimmerman regarding ▬▬▬ |
| 07/25/08 | | E. Stahl | 0.50 | 180.00 | Review order on motion to dismiss; telephone conversation with J. Glasser and email to client regarding same |
| 07/25/08 | | J. Glasser | 4.50 | 1,080.00 | Review Order issued by Judge Illston dismissing the copyright claim without leave to amend and dismissing the RICO claim with leave to amend (.6); confer with E. Stahl re Order and next steps in the case (.2); research case law and treatises on ▬▬▬ |

13

| Date | Initials | Name / Invoice Number | Hours | Amount | Description |
|---|---|---|---|---|---|
| | | | | | ▓▓▓ (3.6); correspondence with C. Solano re obtaining an estimate of our costs and fees (.1) |
| 07/26/08 | | J. Glasser | 0.30 | 72.00 | Correspondence with T. Burke re ▓▓▓ |
| 07/28/08 | | J. Glasser | 0.30 | 72.00 | Call with E. Stahl re setting up conference call to discuss Judge Illston's order and related correspondence with parties to set up conference call |
| 07/29/08 | | E. Stahl | 0.60 | 216.00 | Conference call with ▓▓▓ |
| 07/29/08 | | J. Glasser | 1.30 | 312.00 | Call with Mr. Zimmerman re Judge Illston's Order dismissing the copyright claim with prejudice and the RICO claim without prejudice and strategy in the case for attorneys' fee motion and other issues (.3); conference call with ▓▓▓ (.8); correspondence with E. Stahl re fees issues (.2) |
| 07/30/08 | | E. Stahl | 0.50 | 180.00 | Review request from plaintiff's counsel for stipulation regarding notice of appeal; confer with J. Glasser and emails to Matt Zimmerman and client regarding response to same; review appellate rules regarding timing for final judgment; draft email response |
| 07/30/08 | | J. Glasser | 0.30 | 72.00 | Call and correspondence with E. Stahl, Mr. Zimmerman and Ms. Al-Khalili re ▓▓▓ |
| 07/31/08 | | J. Glasser | 0.40 | 96.00 | Call with T. Burke re seeking Rule 11 sections if Horowitz repeats frivolous allegations and appeals the copyright claim, responding to Horowitz's email and related issues (.3); review related correspondence from E Stahl (.1) |
| 08/05/08 | | J. Glasser | 0.20 | 48.00 | Correspondence and call with E. Stahl re Mr. Horowitz's message re Savage's intention to file an amended complaint and alternatively seeking to settle case |
| 08/07/08 | | E. Stahl | 0.50 | 90.00 | Telephone conversation with plaintiff's counsel regarding amended complaint and settlement offer (.20); emails to client regarding same (0.3) |

| Date | Initials | Name / Invoice Number | Hours | Amount | Description |
|---|---|---|---|---|---|
| 08/07/08 | | J. Glasser | 0.20 | 48.00 | Correspondence with E. Stahl, Mr. Zimmerman and Ms. Al-Khalili re [redacted] |
| 08/11/08 | | J. Glasser | 0.20 | 48.00 | Call with T. Burke re possible Rule 11 motion and strategy [redacted] |
| 08/11/08 | | T. Burke | 2.20 | 990.00 | Review and analysis of Court's decision on Motion for Judgment on the Pleadings (.70), analysis of recent settlement demands by Horowitz and review of case correspondence to advise Ms. Al-Khalili (1.40); telephone call to Ms. Al-Khalili regarding [redacted] (.10) |
| 08/12/08 | | E. Stahl | 0.20 | 72.00 | Telephone conversation with T. Burke regarding case progress and anticipated FRCP 11 motion (0.2) |
| 08/14/08 | | T. Burke | 0.60 | 270.00 | Telephone conference with Mr. Horowitz and follow-up report to client [redacted] |
| 08/15/08 | | T. Burke | 0.60 | 270.00 | Review and analysis of filing by Mr. Horowitz and telephone conference with Ms. Al-Khalili regarding [redacted] |
| 08/15/08 | | J. Glasser | 0.30 | 72.00 | Correspondence with C. Solano and T. Burke re preparing one document with fees and costs accrued in defense of CAIR in Savage case and [redacted] |
| 08/25/08 | | T. Burke | 2.40 | 1,080.00 | Further compile DWT fees information and review of same (1.80); telephone conferences with Mr. Zimmerman regarding strategy re fees motion and supporting declarations (.60) |
| 08/25/08 | | E. Stahl | 0.20 | 72.00 | Attention to attorney fee application and biography for fee declaration (0.2) |
| 08/26/08 | | T. Burke | 4.70 | 2,115.00 | Further review and edit DWT fees information (3.00), review information and drafts from Mr. Zimmerman and revise same (1.90) |
| 08/27/08 | | E. Stahl | 2.2 | 792.00 | Review and revisions to multiple drafts of motion for attorneys fees; emails with T. Burke regarding same (2.2) |
| 08/27/08 | | J. Glasser | 1.3 | 405.60 | Edit and revise fees motion (1.1); confer with K. Guenther re cite check (.1); confer with L. Dunbar re marking Table of Authorities and Table of Contents (.1) |

| Date | Initials | Name / Invoice Number | Hours | Amount | Description |
|---|---|---|---|---|---|
| 08/27/08 | | T. Burke | 3.60 | 1,620.00 | Further review draft documents in support of fees request, assist Mr. Zimmerman regarding strategy re same and communications with client re same, draft Burke declaration |
| 08/28/08 | | J. Glasser | 0.10 | 24.00 | Confer with K. Guenther re cite check of fees motion and re-marking tables and related correspondence and call with M. Zimmerman (.1) |
| 08/28/08 | | E. Stahl | 0.20 | 72.00 | Emails to T. Burke and Matt Zimmerman regarding fee motion issues and hours worked in August (0.2) |
| 08/28/08 | | T. Burke | 3.70 | 1,665.00 | Further edits and consultation with Mr. Zimmerman regarding edits to fees motion (1.30); further prepare and revise Burke declaration (2.20) |
| 08/29/08 | | T. Burke | 3.50 | 1,575.00 | Further review declarations and motion in support of fees motion (2.00); redact and proof DWT fees and cost documentation (1.00); further communications and coordination with Mr. Zimmerman re motion |
| **TOTALS** | | | **334.4** | **$113,570.60** | |

Billing Rates:
- Thomas R. Burke: $450.00
- Bruce C.H. Johnson: $445.00
- Eric M. Stahl: $360.00
- Jeff D. Glasser: $240.00
- Jasan Callan: $165.00
- Allan Patterson: $200.00

DWT Costs: $890.00

11734603_1.DOC

16