# EXHIBIT B



# Davis Wright Tremaine LLP

*Lawyer Directory*





**Areas of Practice**
Media
Entertainment
Intellectual Property

jeffglasser@dwt.com
(213) 633-6864

**Outlook vCard:**

**Jeff Glasser**
Associate- Los Angeles, California Office

**Prior Experience**
Summer Associate, Davis Wright Tremaine LLP, San Francisco, CA

Summer Associate, Heller Ehrman White & McAuliffe, San Francisco, CA

Summer Associate, Simpson Thatcher & Bartlett, Los Angeles, CA

Senior Editor, Midwest Bureau Chief, Associate Editor, *U.S. News & World Report*

Researcher/Collaborator with Bob Woodward, "Shadow: Five Presidents & The Legacy of Watergate"

**Memberships and Activities**
California Bar Association

**Honors**
Fellow, United States-Japan Foundation Leadership Program

**Education**
J.D., University of California, Berkeley School of Law, 2007

- Member, Board of Advocates
- Teaching Assistant, Written & Oral Advocacy and Appellate Advocacy classes

B.A. in History, Yale University, 1996

- Editor-in-chief, *Yale Daily News*

Davis Wright Tremaine LLP
Home | Practice Areas | News To Use | Recruiting | DWT in the Community
Seminars & Training | Bookstore | **Lawyer Directory** | Office Locations | Search &

# Davis Wright Tremaine LLP

Contact Us: 1.877.398.8416 or email info@dwt.com
©1996-2008, ALL RIGHTS RESERVED. Prior results do not guarantee a similar outcome.
Site Disclaimer, Privacy Policy & Legal Information

