# EXHIBIT C

# Davis Wright Tremaine LLP

LAWYERS



*Lawyer Directory*

- Home
- Practice Areas
- News to Use
- Recruiting
- DWT in the Community
- Seminars & Training
- Bookstore
- Lawyer Directory
- Office Locations
- Search & Site Map



**Areas of Practice**
Appellate Litigation
Intellectual Property
Litigation
Media
Music
Newspapers &
    Publishing
Advertising &
    Marketing Law

ericstahl@dwt.com
(206) 757-8148

**Outlook vCard:**

## Eric M. Stahl
Partner- Seattle, Washington Office

**Representative Experience**
Represented copyright owner in jury trial resulting in largest reported award of copyright statutory damages. Litigated numerous other offensive and defensive copyright and contractual ownership claims involving musical compositions, motion pictures, photographs, design ware, and other intellectual property.

Regularly advise newspapers, broadcasters, cable networks and on-line providers on defamation, right of publicity and privacy torts, protection of intellectual property, and other content-related issues

Advise newspaper clients on business issues related to advertising, circulation, and antitrust

Assist advertisers on compliance with telemarketing regulations, consumer protection statutes and other potential liability

Litigate disputes arising from public-private partnerships and other commercial relationships, including securities litigation, tort, and breach of contract claims

Represented media entities as *amici* in multiple First Amendment commercial speech cases before the U.S. Supreme Court

**Prior Experience**
Law Clerk, Attorney General of Washington, Consumer Protection Division (1995-1996)

Newspaper reporter (1989-1994)

**Publications and Presentations**
*Representative Publications*

Co-author, chapters on Alaska and Washington defamation law in annual *Media Libel Law 50-State Survey* (Media Law Resource Center)

"Ninth Circuit Denies Rehearing in *Suzuki Motors v. Consumers Union*," Media Lawletter

(June 2003)

"*Eldred v. Ashcroft*: Supreme Court Ruminations on Copyright's History and 'Speech-Protective Purposes,'" Washington State Bar Association Intellectual Property Section Newsletter (2003)

"Washington Court of Appeals Holds Fair Report Privilege Not Defeated By Actual Malice," *Media Lawletter* (December 2002)

"Commercial Speech in the 1990s," THE MEDIA AT THE MILLENNIUM: A Collection of Articles on Significant Issues and Developments of the 1990s, co-author with P. Cameron DeVore (1999)

"Commentary: Electronic Public Records," *ACCESS* (Society of Professional Journalists Western Washington Chapter, 1998)

"Can Generic Products Be Disparaged? The 'Of and Concerning' Requirement After Alar and the New Crop of Agricultural Disparagement Statutes," 71 *Washington Law Rev.* 517 (1996)

*Representative Presentations*

Presentation on telemarketing sales rules to Pacific Northwest Newspaper Association

Presentation on *Kasky v. Nike* and the potential for similar lawsuits based on corporate speech about public issues, to seminar for media/advertising injury insurers

Presentation on copyright issues related to freelancers, at national convention of Society of Professional Journalists

**Memberships and Activities**
**Copyright Society of the United States of America.** Chair, Pacific Northwest Chapter.

**Media Law Resource Center.** Member, Advertising and Commercial Speech Committee.

**Seattle Works** (non-profit promoting civic engagement and volunteer opportunities). Vice President of Governance, Board of Directors.

**Washington State Bar Association.** Member, Intellectual Property and Litigation sections.

**American Bar Association.** Member, Forum on Communications, Intellectual Property Section and Litigation Section.

Selected to "Rising Stars," *Washington Law and Politics*, 2005-2006 edition

**Education**
J.D., with high honors, University of Washington School of Law, 1997

Order of the Coif
Order of the Barristers
Executive Articles Editor, *Washington Law Review*

B.A. in International Relations, *magna cum laude*, University of Pennsylvania, 1988

Phi Beta Kappa

Davis Wright Tremaine LLP
Home | Practice Areas | News To Use | Recruiting | DWT in the Communit
Seminars & Training | Bookstore | **Lawyer Directory** | Office Locations | Search &

# Davis Wright Tremaine LLP



**Contact Us: 1.877.398.8416 or email info@dwt.com**
©1996-2008. ALL RIGHTS RESERVED. Prior results do not guarantee a similar outcome.
Site Disclaimer, Privacy Policy & Legal Information