IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHAEL SAVAGE,   　　　　　　　　　　　No. C 07-06076SI

　　　　Plaintiff,   　　　　　　　　　　　**NOTICE**

v.

COUNCIL ON AMERICAN-ISLAMIC RELATIONS,

　　　　Defendant.
　　　　　　　　　　　　　　　　　　　/

To All Parties:

YOU ARE HEREBY NOTIFIED THAT the defendant's motion for attorneys' fees and costs has been continued to Friday, November 14, 2008, at 9:00 a.m.

Dated: September 4, 2008   　　　　　　　　　　　RICHARD W. WIEKING, Clerk



Tracy Sutton
Deputy Clerk