DANIEL A. HOROWITZ (SBN 92400)
Attorney at Law
P.O. Box 1457
Lafayette, California 94549
Telephone: (925) 283-1863

Attorney for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL SAVAGE,<br><br>    Plaintiff,<br><br>v.<br><br>COUNCIL ON AMERICAN-ISLAMIC RELATIONS, INC., COUNCIL ON AMERICAN-ISLAMIC RELATIONS ACTION NETWORK, INC., COUNCIL ON AMERICAN-ISLAMIC RELATIONS OF SANTA CLARA, INC. and DOES 3-100,<br><br>    Defendants. | Case No.  C 07-6076 SI<br><br>**DECLARATION OF IAN K. BOYD IN SUPPORT OF OPPOSITION TO MOTION FOR AN AWARD OF ATTORNEYS' FEES AND COSTS**<br><br>Date: November 14, 2008<br>Time: 9:00 a.m.<br>The Honorable Susan Illston |

I, Ian K. Boyd, declare as follows:

1. I am a partner in the law firm of Harvey Siskind LLP.  I have personal knowledge of the matters stated herein, and, if called as a witness, I could and would testify competently thereto.

2. On or about August 26, 2008, Daniel Horowitz, counsel of record for Plaintiff, called to advise me that he had received a telephone call from Matthew Zimmerman, counsel for Defendants, regarding a motion for attorneys' fees ("Fees Motion") that Defendants planned to file.

-1-

BOYD DECLARATION IN SUPPORT OF OPPOSITION       CASE NO. C 07-6076 SI
TO MOTION FOR ATTORNEYS' FEES AND COSTS

1    Mr. Horowitz asked me if I would agree to contact Mr. Zimmerman on behalf of Plaintiff and I

2    agreed to do so.

3        3.      On August 26, 2008, I placed a telephone call to Mr. Zimmerman.  Mr. Zimmerman

4    advised me that Defendants intended to file the Fees Motion, but that he was not yet in a position to

5    meet and confer.  Later that same day, Mr. Zimmerman sent me an e-mail confirming that he was still

6    consulting with his clients and advised me that he would try to get back to me by "tomorrow."  A true

7    and correct copy of Mr. Zimmerman's e-mail is attached hereto as Exhibit A.

8        4.      Mr. Zimmerman did not contact me on August 27.  On August 28, I again spoke with

9    Mr. Zimmerman, and he again advised me that he was not yet in a position to meet and confer

10   regarding the Fees Motion.

11       5.      On August 29, 2008, Defendants filed the Fees Motion.  At no point prior to filing the

12   Fees Motion did Mr. Zimmerman meet and confer with me.  Defendants' failure to meet and confer

13   prior to filing the Fees Motion is in violation of Local Rule 54-6 (a), which states that "[c]ounsel for

14   the respective parties must meet and confer for the purpose of resolving all disputed issues relating to

15   attorney's fees before making a motion for award of attorney's fees."

16       I declare under penalty of perjury under the laws of the State of California that the foregoing

17   is true and correct and that this declaration was executed this 20th day of October, 2008, in San

18   Francisco, California.

19

20

21                                        Ian K. Boyd

22

23

24

25

26

27

28

-2-

**EXHIBIT A**

Ian,

Thank you for your call earlier today regarding CAIR's upcoming fees
motion in the Savage v. CAIR matter.  I'm still consulting with my
clients about the matters we discussed and will aim to get back to you
by tomorrow.

Thanks again,

Matt
--
Matthew Zimmerman
Senior Staff Attorney
Electronic Frontier Foundation
454 Shotwell Street
San Francisco, CA 94110
ph: (415) 436-9333 x127 / fx: (415) 436-9993
mattz@eff.org / www.eff.org