# EXHIBIT 12



Find **ᏋᎥᏙ**
WWW.FINDLAW.COM

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

**U.S. DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**FILED**

**JUL 2 6 2004**

CLERK, U.S. DISTRICT COURT
By _____
Deputy

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | NO._____ |
| | § | |
| HOLY LAND FOUNDATION FOR | § | |
| RELIEF AND DEVELOPMENT (1) | § | |
| also known as the "HLF" | § | |
| SHUKRI ABU BAKER (2) | § | |
| MOHAMMAD EL-MEZAIN (3) | § | **3 0 4 ˉ C R   2 4 0 6** |
| GHASSAN ELASHI (4) | § | |
| HAITHAM MAGHAWRI (5) | § | |
| AKRAM MISHAL (6) | § | |
| MUFID ABDULQADER (7) | § | |
| ABDULRAHAM ODEH (8) | § | |

## INDICTMENT

The Grand Jury Charges:

## INTRODUCTION

At all times material herein:

1. The Harakat al-Muqawamah al-Islamiyya is Aratic for "The Islamic Resistance Movement" and is known by the acronym HAMAS. HAMAS, which is sometimes referred to by its followers as "The Movement," is a terrorist organization based m the West Bank and Gaza Strip (Gaza). HAMAS was founded in 1987 by Sheikh Ahmed Yassin as an outgrowth of the M u s h Brotherhood The Muslim Brotherhood is an international Islamic fundamentalist organization founded in Egypt in 1928 and is

**Indictment - Page 1**

committed to the globalization of Islam through social engineering and violent *jihad* (holy war). HAMAS' charter states that the purpose of HAMAS is to create an Islamic Palestinian state throughout Israel by eliminating the State of Israel through violent *jihad*.

2. HAMAS achieves its goals through a military wing, known as the Izz el-Din al-Qassam Brigades, and a social wing, known as *Dawa* ("preaching" or "calling"). Although these *two* components have separate responsibilities, the organization operates seamlessly, with each component working to achieve the overall objectives of *the* terrorist group.

3. HAMAS' military wing is responsible for carrying out suicide bombings and other *terrorist* attacks within Israel, the West Bank and Gaza. These attacks have targeted civilians and have resulted in the death and injury of hundreds of individuals, including American citizens. HAMAS' social wing operates as a social welfare agency, providing food; medical care and education to Palestinians in order to generate loyalty and support for the organization and its overall goals. HAMAS supports religious and academic institutions that facilitate the teachings of HAMAS and introduce its fundamentalist ideology at *the* earliest stages of spiritual and educational development. This social engineering is critical to winning the hearts and minds of the Palestinian people and to creating a military and operational recruitment pool for HAMAS. Additionally, HAMAS rewards past terrorist acts, and provides incentive for future *acts,* by financially       .

subsidizing family members of HAMAS operatives who are killed, injured or imprisoned, and ensuring that the families are revered in the community,

4. HAMAS' social services are, in large part, administered by local zakat committees and other charitable organizations. "Zakat," which means "charity" or "alms giving," is one of the pillars of Islam and is an act incumbent an all practicing Muslims. These committees and organizations are controlled by HAMAS, in part, by their committee membership consisting of HAMAS members, operatives *and* activists. The source of money for HAMAS' social infrastructure comes from numerous sources, including individuals and entities in the United States. Additionally, due to the substantial expenditures of the HAMAS organization and the fungible nature of money, some of the money collected externally under humanitarian banners is muted to military and operational use, in addition *to* freeing up other funds for specific terrorist acts. Such uses include the provision of weapons, explosives, transportation services, safehouses, and salaries for operatives.

5. HAMAS' Political Bureau sits *above* the social and *military* wings and serves as the highest ranking leadership body in tho HAMAS organization. The Political Bureau is responsible for setting policies and guidelines regarding HAMAS' activities, including directing and coordinating terrorist acts. By design, several high-ranking members of the political bureau, such as Khalid Mishal and Mousa Abu Marzook, have resided outside the West Bank and Gaza, and lived in such places as Jordan, *Syria,* and the United States.

Indictment - Page 3

6. The International Emergency Economic Powers Act (IEEPA) confers upon the President the authority to deal with threats to the national security or foreign policy of the United States. On January 23, 1995, pursuant to this authority, the President issued Executive Order 12947, which declared a national emergency resulting from the grave acts of violence committed by foreign terrorists designed to disrupt the Middle East Peace Process. The Executive Order prohibits transactions, including financial transactions, with organizations and individuals named in the Annex to the Order or organizations and individuals declared to be Specially Designated Terrorists by the United States Department of Treasury pursuant to the criteria articulated in the Order. The Executive Order authorizes the Department of Treasury to block all property subject to United States jurisdiction in which there is any interest held by any organization or individual declared to be a Specially Designated Terrorist. Any United States person or entity who possesses any funds in which any interest is held by a Specially Designated Terrorist, must report such interest to the proper United States authorities. Any dealings in those funds after the designation date, or any attempt to avoid acknowledgment of the funds, is unlawful.

7. To implement Executive Order 12947, the United States Department of Treasury, through the Office of Foreign Assets Control, promulgated the Terrorism Sanctions Regulations, which are detailed at Title 31, Code of Federal Regulations, Section 595. Executive Order 12947 and the Terrorism Sanctions Regulations prohibit, among other things: (a) transferring, paying, exporting, withdrawing or otherwise dealing

in property or interests in property of a Specially Designated Terrorist that are in the United States, come within the United States, or come within the possession of or control of United States persons; (b) providing funds, goods or services to a Specially Designated Terrorist; (c) any transaction for the purpose of, or which has the effect of, evading or avoiding, or which facilitates the evasion or avoidance of the Terrorism Sanctions Regulations; (d) any conspiracy formed for the purpose of engaging in a prohibited transaction. A willful violation of any of these provisions is a criminal offense.

8. On January 25, 1995, HAMAS was designated as a Specially Designated Terrorist by the President in the Annex to Executive Order 12947. On August 29, 1995, former HAMAS Political Bureau Chief and current Deputy Chief Mousa Abu Marzook was designated as a Specially Designated Terrorist. On August 22, 2003, current HAMAS Political Bureau Chief Khalid Mishal was designated as a Specially Designated Global Terrorist pursuant to Executive Order 13324. Executive Order 13324 was issued on September 23, 2001, pursuant to IEBPA, and prohibits transactions with organizations and individuals who, inter alia, commit, threaten to commit, or support certain acts of terrorism.

9. On October 8, 1997, by publication in the Federal Register, the United States Secretary of State designated HAMAS as a Foreign Terrorist Organization pursuant to Section 219 of the Immigration and Nationality Act (INA), as added by the Antiterrorism and Effective Death Penalty Act of 1996 (AEDPA). Pursuant to the AEDPA, the

Secretary of State may designate a *group* as a Foreign Terrorist Organization if the group *is* (1) a foreign organization; (2) the organization engages in terrorist activity as defined by the INA; and, (3) *the terrorist activity of the group* threatens the national security of the United States. The AEDPA, and specifically 18 U.S.C. § 2339B, reflects Congress' recognition of the danger and design of terrorist movements such as HAMAS and, as a result, it is unlawful to provide material support and resources, to include currency or monetary instruments, financial services, personnel, transportation and other provisions, to any component of HAMAS.

10. In or around 1988, The Holy Land Foundation For Relief and Development ("HLF") was created by, among others, the defendants Shukri Abu-Iaker, Mohammrd El-Mezain and Ghassan Elashi, to provide financial and material support to HAMAS. From 1989 until 1992, *the* HLF was located in California and, until 1991, was known as the Occupied Land Fund (hereinafter all references to the Occupied Land Fund will be as the HLF). In 1992, the HLF relocated to Richardson, Texas and became incorporated in Texas. The HLF represented itself to be a non-profit, tax exempt, charitable organization designed primarily to assist needy individuals in the West Bank and Gaza. In addition to *the* main office in Richardson, Texas, the HLF maintained offices in New Jersey, California, Illinois, Jerusalem, the West Bank and Gaza.

11. The defendant **Shukri Abu Baker** was the President, Secretary and Chief Executive Officer of the HLF. The defendant **Shukri Abu** Baker was an organizer and

leader of *the* criminal activity involving his co-defendants' activities through the defendant HLF.

12. The defendant **Mohammad** El-Mezain was the original Chairman of the Board until in or about; *1999,* when he became Director of Endowments for the HLF. The defendant **Mohammad El-Mezain** is a cousin of HAMAS Deputy Political Chief and Specially Designated Terrorist Mousa Abu Marzook. The defendant **Mohammad El-Mezain** was an organizer and leader of the *criminal* activity involving his co-defendants' activities through the defendant HLF.

13. The defendant **Ghassan Elashi** was the original Treasurer and became the Chairman of the Board of the HLF in 1999. The defendant **Ghassan** Elashi is related by marriage to HAMAS Deputy Political Bureau Chief and Specially Designated Terrorist Mousa Abu Marzook. The defendant **Ghassan** Elashi was an organizer and leader of the criminal activity involving his co-defendants' activities through the defendant HLF.

14. *The* defendant **Haitham Maghawri** was the Executive Director of *the* HLF.

15. The defendant Akram **Mishal was** the Project and Grants Director for the HLF. The defendant Akram **Mishal** *is* a cousin of HAMAS Political Bureau Chief and Specially Designated Global Terrorist Khalid Mishal.

16. The defendant **Mufid** Abdolqader was a top fundraiser for the HLF. The defendant **Mufid** Abdulqader is the half-brother of HAMAS Political Bureau Chief and Specially Designated Global Terrorist Khalid Mishal.

Indictment - Page 7

17. *The* defendant **Abdulraham Odeh** was the New Jersey representative of the ELF.

### The HLF's Relationship with HAMAS

18. During HAMAS' and the HLF's beginnings, and in furtherance of their designed objective, the **HLF** provided significant financial resources to known HAMAS leaders and key strategists. In April 1988, prior to *its* incorporation, *the* **HLF** sent approximately $100,000 to HAMAS' future Political Bureau Chief Mousa Abu Marzook and his associates. Additionally, between April *1989* and October 1989, the **HLF** wire transferred approximately $725,000 to an account held by the Islamic Center of Gaza, located in Gaza. The Islamic Center of *Gaza* was established by HAMAS spiritual leader and founder Sheik Ahmed Yassin, and was used by him to coordinate and conduct HAMAS activities. During the time that the funds were being transferred to the Islamic Center of Gaza from the **HLF**, Sheik Yassin was arrested and convicted in Israeli court for the kidnapping and murder of an Israeli soldier.

*19*. The **HLF** was deeply involved with a network of M u s h Brotherhood organizations dedicated to furthering the Islamic fundamentalist agenda espoused by HAMAS. These organizations served in different capacities, such as propaganda. development and distribution, banking, and creating fundraising forums through which the HLF and others raised money. Certain of these organizations, including *the* **HLF**, have sponsored conventions, seminars and rallies in support of Palestinian and other

radical Islamic causes. At these conventions, seminars and rallies, radical Islamic sheiks and HAMAS officials were flown to the United States from overseas to energize the audience and enhance fundraising. The HLF paid for the travel of several of the sheiks and HAMAS officials, including current HAMAS leader Mahmoud Zahar and former HAMAS spokesperson Jamil Hammami. At these events, participants, including the defendant Mufid Abdulqadcr, praised HAMAS through speeches, songs and violent dramatic skits depicting the killing of Jewish people.

20. In October 1993, in response to a United States sponsored Middle East peace initiative between the Israeli Government and the Palestinian Liberation Organization, known as the Oslo Accords, and other significant events, the principals of the HLF met with other select United States based HAMAS activists in Philadelphia, Pennsylvania. The purpose of the meeting was to determine their course of action in support of HAMAS' opposition to the peace plan and to decide how to conceal their activities from the scrutiny of the United States government. As noted in prior paragraphs, HAMAS is opposed to any peaceful solution to the Palestinian territorial conflict, as such a proposition is at odds with HAMAS' goal of annihilating the State of Israel and establishing an Islamic state in all of historic Palestine. During the meeting, the defendants Shukri Aba Baker, Ghassan Elashi and Haitham Maghawri, and others known and unknown to the Grand Jury, expressed their support for "The Movement," (as previously stated, a term known to refer to HAMAS, whose full name is the Islamic

Indictment - Page 9

Resistance Movement) and affirmed that the United States should be used as a fundraising platform to further "The Movement's" goals. The attendees acknowledged the need to avoid scrutiny by law enforcement officials in the United States by masquerading their operations under the cloak of charitable exercise. To that end, the attendees discussed the need to conceal their true motives and objectives by giving nominal amounts to other non-Palestinian charities. The defendant Shukri Abu Baker reflected this understanding when he stated, "We can give $100,000 to the Islamists and $5,000 to the others." The attendees noted the danger of attracting the terrorist perception, which would undoubtedly compromise their efforts in supporting the violent jihad.

21.   One of the primary purposes of the HLF was to subsidize HAMAS' vital recruitment and reward efforts in the West Bank and Gaza. Although this financial initiative was spread broadly across the Palestinian population in order to promote HAMAS' appeal throughout the entire Palestinian community, those directly involved in furthering HAMAS' agenda were treated more favorably. In 1992, the Government of Israel deported over 400 members of HAMAS and other Islamic terrorist organizations to Southern Lebanon in response to a surge in violence by HAMAS militants against Israeli soldiers, police, and civilians. The HLF provided financial assistance to the deportees, and publically lauded itself for its response to the deportation. Deceased HAMAS leader

Sheik Abdel Rantisi was one of the deportees whose family received financial assistance from the HLF.

22. In furtherance of HAMAS' goal of garnering the support of the Palestinian people, the HLF sponsored orphans and needy families in the West Bank and Gaza. While the program was mantled with a benevolent appearance, the ELF specifically sought orphans and families whose relatives had died or were jailed as a result of furthering HAMAS Violent campaign, including suicide bombings. This type of support was critical to HAMAS' efforts to win the hearts and minds of the Palestinian people and to create an infrastructure solidifying HAMAS' presence.

23. On December 4, 2001, the HLF was designated as a Specially Designated Global Terrorist pursuant to Executive Order 13224 and as a specially Designated Terrorist under Executive Order 12947. The HLF's designation was accompanied by an order blocking all of the organization's assets.

## COUNT ONE

Conspiracy to Provide Material Support to a Foreign Terrorist organization -
(18 U.S.C. § 2339B(a)(1))

1. Paragraphs one (1) though twenty-three (23) of the Introduction to this Indictment are hereby re-alleged and incorporated by reference as though fully set forth herein.

2. Beginning from on or about October 8,1997, and continuing until the date of this indictment, in the Dallas Division of the Northern District of Texas and elsewhere, the defendants Holy Land Foundation for Relief and Development (HLF), Shukri Abn Baker, Mohammad El-Mezain, Ghassan Elashi, Haitham Maghawri, Akram Mishal, Mufid Abdulqader and Abdulrahman Odeb, and others known and unknown to the Grand Jury, knowingly conspired to provide material support and resources, as those terms are defined in Title 18, United States Code, Section 2339A(b), to wit, currency and monetary instruments, to HAMAS, a designated Foreign Terrorist Organization, in violation of Title 18, United States Code, Section 2339B(a)(1).

### MANNER AND MEALS OF THE CONSPIRACY

3. The defendants HLF, Shakrl Abu Baker, Mohammad El-Mezain, Ghassan Elsshi, Haitham Maghawri, Akram Mishal, Mufid Abdulqader and Abdulrahman Odeh provided material support and resources to the designated Foreign Terrorist Organization HAMAS by raising funds in the United States and elsewhere, and sending those funds to HAMAS controlled organizations and programs in the West Bank and

Indictment - Page 12

Gaza, and elsewhere. The funds raised by the defendants were sent for the purpose of furthering the goals of the HAMAS terrorist network and were done so in a calculated manner designed to influence or affect the conduct of the Israeli and United States governments, by intimidation or coercion, and to retaliate against governmental conduct.

4. In furtherance of the conspiracy, the defendants **HLF, Shukri Abu** Baker, **Mohammad** El-Mezain, **Ghassan** Elashi, **Haitham Maghawri, Akram Mishal, Mufid** Abdulqadtr and **Abdulrahman** Odeh, participated in fundraising events at various forums, including conventions, services at mosques, seminars, and other programs, The **HLF** sponsored speakers at *these* events whose mission was t4 raise funds for the **HLF**. Prior to the designation of HAMAS as a Foreign Terrorist Organization, the speakers sponsored by the **HLF** openly praised *the* efforts of **HAMAS** and its violent activities against Israel, and encouraged financial support for those efforts. After the designation, upon instruction by the **HLF**, the speakers changed tactics by using inflammatory language which was designed to support HAMAS and *its* violent activities without openly mentioning HAMAS. Some of tho speakers sponsored by the **HLF** later became leaders and prominent spokesmen for HAMAS . Furthermore, at m y of the fund-raising events, *the* speakers, including the defendant **Mufid Abdulqader**, performed skits and songs which advocated *the* destruction of the State of Israel and glorified the killing of Jewish people.

5. In furtherance of the conspiracy, the defendants **HLF,** Shukri Abu Baker, **Mohammad El-Mezain, Ghassan Elashi, Haitham Maghawri, Akram Mishal, Mufid** Abdulqader and **Abdulrahman Odeh,** provided financial support to the families of HAMAS martyrs, detainees, and activists knowing and intending that such assistance would support HAMAS' terrorist infrastructure. In screening potential aid recipients and in providing funds, the defendants ELF **, Shukri Abu** Baker, Mohammad **El-Mezain, Ghassan Elashi,** Haitham **Maghawri, Akram Mishal, Mufid Abdulqader** and **Abdulrahman Odeh** ,distinguished between needy Palestinian families generally, and those Palestinian families who had a relative "martyred" or jailed as a result of terrorist activities. In some cases, the defendants specifically targeted families for financial aid who were related to known HAMAS terrorists who had bean killed or jailed by the Israelis, In this manner, the defendants effectively rewarded past, and encouraged future, suicide bombings and terrorist activities on behalf of HAMAS.

6. In furtherance of the conspiracy, and in order to conceal the existence of the conspiracy, the defendants **HLF, Shukri Abu Baker, Mohammad El-Mezain,** Ghassan Elsshi, **Haitham Maghawri,** Akram **Mishal, Mufid Abdulqader** and Abdulrahman Odeh, took several steps which were inconsistent with the activities of a legitimate charity. The defendants **HLF,** Shukri Abu Baker, **Mohammad El-Mezain, Ghassan Elashi,** Haitham **Maghawri, Akram Mishal, Mufid** Abdulqader and **Abdulrahman Odeh,** in following counter-surveillance measures outlined in a manual

they possessed entitled "The Foundation's Policies and Procedures," did the following, among others: retained the services of a security company to search the premises of the HLF for listening devices; directed the defendant Haitham Maghawri to take training on advanced methods in the detection of wiretaps; shredded documents after board meetings; and maintained in ———g documents at off-site locations.

7.  In order to provide the HLF with a cloak of legitimacy and conceal its relationship to HAMAS, the defendant Shukri Abu Baker discussed with the defendant Ghassan Elashi and others, the need to provide minimal support to legitimate charitable causes.  In furtherance of the conspiracy, and in order to conceal the existence of the conspiracy, the defendants HLF, Shukri Abu Baker, Mohammad El-Mezain, Ghassan Elashi, Haitham Maghawri, Akram Mishal, Mufid Abdulqader and Abdulrahman Odeh, carried out this plan, while providing a substantial amount of their financial assistance to HAMAS controlled organizations and programs, and to families of HAMAS martyrs, detainees and others.

8.  In furtherance of the conspiracy, the defendants HLF, Shukri Abu *Baker*, Mohammad El-Mezain, Ghassan Elashi, Haitham Maghawri, Akram Mishal, Mufid Abdulqader and Abdulrahman Odeh, maintained information on the arrest and prosecution of HAMAS activists in Israel, the West Bank and Gaza, including individuals who were members of the zakat committees to which the HLF sent money.

Indictment - Page 15

9.  In furtherance of the conspiracy, the defendants HLF, Shukri Abu Baker, Mohammad El-Mezain, Ghassan Elashi, Haitham Maghawri, Akram Mishal, Mufid Abdulqadcr and Abdulrahman Odeh, wire transferred and caused to be wire transferred money from the HLF bank accounts m the Northern District of Texas, to HAMAS controlled zakat committees and other HAMAS controlled organizations in the West Bank and Gaza, and elsewhere.

10.  In furtherance of the conspiracy, the defendants HLF, Shukri Abu Baker, Mohammad El-Mezain, Ghassan Elashi, Haitham Maghawri, Akram Mishal, Mufld Abdulqader and Abdulrahman Odeb wire transferred money from the HLF bank accounts in the Northern District of Texas, to the HLF offices m the West Bank and Gaza, and elsewhere, for further distribution to HAMAS controlled zakat committees and other HAMAS controlled organizations m the West Bank and Gaza, as well as for direct payment to individuals whom the HLF supported on behalf of HAMAS, including the family members of martyrs and prisoners.

## OVERT ACTS (1) - (11)

11.  In furtherance of the conspiracy and to accomplish its purposes, on or about the dates listed below, the defendants HLF, Shukri Abu Baker, Mohammad El-Mezain, Ghassan Elashi, Haitham Maghawri, Akram Mishal, Mufld Abdulqader and Abdulrahman Odeb committed the following overt acts, among others, by issuing and causing to be issued wire transfers in the amounts indicated, among others, to be sent

Indictment - Page 16

from the **HLF** bank accounts in the Northern District of Texas to the following HAMAS controlled organizations:

| Overt Act | Date | Amount | Organization |
|-----------|------|--------|--------------|
| (1) | 11/7/97 | $9,691 | Qalqilia Zakat Committee |
| (2) | 1/6/98 | $50,000 | Dar El-Salam Hospital |
| (3) | 1/26/98 | $95,000 | Islamic Charity Society of Hebron |
| (4) | 3/27/98 | $7,218 | Tolkarem Zakat Committee |
| (5) | 3/27/98 | $11,773 | Nablus Zakat Committee |
| (6) | 1/12/99 | $50,000 | Islamic Charity Society of Hebron |
| (7) | 7/8/99 | $5,306 | Tolkarem Zakat Committee |
| (8) | 12/21/99 | $8,199 | Halhoul Zakat Committee |
| (9) | 4/11/00 | $12,604 | Ramallah Zakat Committee |
| (10) | 11/30/00 | $50,000 | Dar El-Salam Hospital |
| (11) | 6/14/01 | $40,586 | Jenin Zakat Committee |

## OVERT ACTS (12) - (17)

12.  In furtherance of the conspiracy and to accomplish its purposes, on or about the dates listed below, the defendants **HLF, Shukri** Abu Baker, Mohammad El-Mezain, **Ghassan Elashi,** Haitham **Maghawri,** Akram **Mishal, Mufid Abdulqader** and **Abdulrahman** Odeh committed the following overt acts, among others, by issuing and *causing* to be issued wire transfers in the amounts indicated, among others, to be sent

Indictment - Page 17

from the **HLF** bank accounts in the Northern District of Texas to the **HLF** offices in the West Bank and Gaza, which were then further distributed to, among others, zakat committees and other organizations, and to family members of individuals who were either "martyred" or jailed for terrorist related activities:

| Overt Act | Date | Amount |
|-----------|----------|-----------|
| (12) | 11/24/98 | $47,376 |
| (13) | 12/21/99 | $117,506 |
| (14) | 11/20/00 | $200,000 |
| (15) | 12/7/00 | $220,660 |
| (16) | 3/8/01 | $374,755 |
| (17) | 6/11/01 | $192,403 |

In violation of Title 18, United States Code, Section 2339B(a)(1).

## COUNTS TWO THROUGH TWELVE

### providing Material Support to a Foreign Terrorist Organization - (18 U.S.C. § 2339B(a)(1))

3. Paragraphs one (1) through twenty-three (23) of the Introduction to this Indictment and paragraphs three (3) through ten (10) of Count One are hereby re-alleged and incorporated by reference as though fully set forth herein.

2. On or about the dates set forth below, for tach count below, in the Dallas Division of the Northern District of Texas and elsewhere, the defendants HLF, Shukri Abu Baker, Mohammad El-Mezain, Ghassan Elashi, Haitham Maghawri, Akram Mishal, Mufid Abdulqader and Abdulrahman Odeh, aided and abetted by each other and others known and unknown to the Grand Jury, did knowingly provide and attempt to provide material support and resources, as those terms are defined in Title 18, United States Code, Section 2339A(b), to wit, currency and monetary instruments, to HAMAS, a designated Foreign Terrorist Organization, by issuing and causing to be issued wire transfers in the amounts indicated, from the defendant HLF bank accounts in the Northern District of Texas, to the following HAMAS controlled organizations:

| Count | Date | Amount | Organization |
|-------|------|--------|--------------|
| 2 | 8/18/98 | $11,962 | Ramallah Zakat Committee |
| 3 | 8/21/98 | $24,211 | Islamic Chanty Society of Hebron |
| 4 | 12/31/98 | $8,389 | Jenin Zakat Committee |
| 5 | 5/21/99 | $12,115 | Ramallah Zakat Committee |

Indictment - Page 19

| 6  | 10/13/99 | $25,000  | Islamic Charity Society of Hebron |
| 7  | 12/10/99 | $10,152  | Jenin Zakat Committee |
| 8  | 12/30/99 | $50,000  | Dar El-Salam Hospital |
| 9  | 4/11/00  | $10,711  | Nablus Zakat Committee |
| 10 | 4/11/00  | $7,417   | Qalqilia Zakat Committee |
| 11 | 11/30/00 | $50,000  | Dar El-Salam Hospital |
| 12 | 6/14/01  | $7,022   | Tolkarem Zakat Committee |

In violation of Title 18, United States Code, Sections 2339B(a)(1) and 2.

COW — N

**Conspiracy to Deal in the Property of a Specially Designated Terrorist -**
**(50 U.S.C. §§ 1701-1706)**

1. Paragraphs one (1) through twenty-three (23) of the Introduction to this Indictment and three (3) through ten (10) of Count One *arc* hereby re-alleged and incorporated by reference as though fully set forth herein.

2. Beginning from on or about January 25, 1995, and continuing until the date of this Indictment, in the Dallas Division of the Northern District of Texas and elsewhere, the defendants ELF, **Shukri Abo** Baker, **Mohammad El-Mezain, Ghassan Elashi, Haitham Maghawri, Akram Mishal,** Mufld Abdulqedcr and **Abdulrahman** Odeh, and others known and unknown to the Grand Jury, knowingly and willfully conspired, confederated and agreed to violate Executive Order 12947, by contributing funds, goods and services to, or for the benefit of, a Specially Designated Terrorist, namely HAMAS, in violation of Title 50, United States Code, Sections 1701 through 1706, and Title 31, Code of Federal Regulations, Section 595.201 *et. seq.*

**MANNER AND MEAN.. OF TH CONSPIRACY**

3. In furtherance of the conspiracy, *on or about* January 25, 1995, and continuing until the date of this Indictment, the defendants **HLF, Shukri** Abu Baker, **Mohammad El-Mezain, Ghassan Elashi, Haitham Maghawri, Akram Mishal,** Mufld Abdulqadcr and **Abdulrahman** Odeh made regular monetary payments to zakat committees and individuals located in the West Bank and Gaza, and elsewhere, who were acting on behalf

Indictment - Page 21

of, and under *the* control of a Specially Designated Terrorist, namely HAMAS .

4.  In furtherance of the *conspiracy,* and in order to accomplish its purposes, on or about the dates listed below, the defendants **HLF, Shukri Abu** Baker, Mohammad **EL Mezain,** Ghassan **Elashi, Haitham Maghawri, Akram Mishal, Mufid** Abdulqader and **Abdulrahman** Odeb committed the following overt acts, among others, by contributing funds, *goods* and services to, or for the benefit of, a Specially Designated Terrorist, namely HAMAS, to wit, by issuing and causing *to* be issued wire transfers in the amounts indicated, among others, from the **HLF** bank accounts in the Northern District of Texas, *to the* following organizations:

| <u>Overt Act</u> | <u>Date</u> | *Amount* | <u>Organization</u> |
|---|---|---|---|
| (1) | 4/3/95 | $30,000 | Islamic Charity Society of Hebron |
| (2) | 4/17/95 | $50,000 | Dar El-Salam Hospital |
| (3) | 5/3/95 | $100,000 | Dar El-Salam Hospital |
| (4) | 2/15/96 | $40,000 | Islamic Relief Committee |
| (5) | 4/22/96 | $9,758 | Islamic Science & Culture Com. |
| (6) | 11/20/96 | $8,434 | Islamic Charity Society of Hebron |
| (7) | 8/5/97 | $34,563 | Ramallah Zakat Committee |
| (8) | 11/7/97 | $10,690 | Nablus Zakat Committee |
| (9) | 3/27/98 | $4,896 | Halhul Zakat Committee |

**Indictment - Page 22**

| | | | |
|---|---|---|---|
| (10) | 3/27/98 | $12,179 | Qalqilia Zakat Committee |
| (11) | 4/3/98 | $24,173 | Jenin Zakat Committee |
| (12) | 6/26/98 | $75,000 | Islamic Charity Society of Hebron |
| (13) | 1/20/99 | $10,100 | Ramallah Zakat Committee |
| (14) | 3/3/99 | $38,385 | Islamic Charity Society of Hebron |
| (15) | 12/14/99 | $17,996 | Ramallah Zakat Committee |
| (16) | 4/11/00 | $8,409 | Jenin Zakat Committee |
| (17) | 6/11/01 | $8,185 | Nablus Zakat Committee |
| (18) | 6/14/01 | $7,022 | Tolkarem Zakat Committee |

In violation of Title 50, United States Code, Sections 1701 through 1706 and Title 31, *Code* of Federal Regulations, Section *595.201 et. seq*.

Indictment - P a p 23

## COUNTS FOURTEEN THROUGH TWENTY-FIVE

### Dealing in the Property of a Specially Designated Terrorist - (SO U.S.C. §§ 1701-1706)

1. Paragraphs one (I) through twenty-three (23) of the Introduction to this Indictment; paragraphs three (3) through ten (10) of Count One; and paragraph three (3) of Count Thirteen are hereby re-alleged and incorporated by reference as though fully set forth herein.

2. On or about the dates listed below, for each count below, in the Dallas Division of the Northern District of Texas and elsewhere, the defendants HLF, Shukri Abu Baker, Mohammad El-Mezain, Ghassan Elashi, Haitham Maghawri, Akram Mishal, Mufid Abdulqader and Abdulrahman Odeh, aided and abetted by each other and others known and unknown to the Grand Jury, willfully contributed funds, goods and services to, or for the benefit of, a Specially Designated Terrorist, namely HAMAS, by issuing and causing to be issued wire transfers in the amounts indicated, from the ELF bank accounts in the Northern District of Texas, to the following HAMAS controlled organizations:

| Count | Date | Amount | Organization |
|-------|------|--------|--------------|
| 14 | 10/20/98 | $12,342 | Ramallah Zakat Committee |
| 15 | 12/31/98 | $50,000 | Islamic Charity Society of Hebron |
| 16 | 12/31/98 | $11,138 | Nablus Zakat Committee |
| 17 | 5/21/99 | $4,230 | Halhul Zakat Committee |

| 18 | 6/3/99 | $8,408 | Jenin Zakat Committee |
| 19 | 9/23/99 | $12,308 | Ramallah Zakat Committee |
| 20 | 9/23/99 | $36,066 | Islamic Charity Society of Hebron |
| 21 | 12/13/99 | $8,049 | Tolkarem Zakat Committee |
| 22 | 12/14/99 | $12,570 | Nablus Zakat Committee |
| 23 | 4/27/00 | $20,500 | Dar El Salam Hospital |
| 24 | 3/8/01 | $26,650 | Dar El Salam Hospital |
| 2s | 6/11/01 | $6,225 | Qalqilia Zakat Committee |

In violation of Title 50, United States Code, Sections 1701 through 1706; Title 31, Code of Federal Regulations, Section 595.201 et. seq.; and Tide 18, United States Code, Section 2.

Indictment - Page 25

## COUNT TWENTY-SIX

### Conspiracy to Commit Money Laundering -
### (18 U.S.C. § 1956(h))

1.  The allegations of paragraphs one (1) through twenty-three (23) of the Introduction to this Indictment; paragraphs three (3) through ten (10) of *Count* One; and paragraph three (3) of Count Thirteen are hereby re-alleged and incorporated by reference as though fully set forth herein.

2.  Beginning from on or about January 25, 1995, and continuing until the date of this Indictment, in the Dallas Division of the Northern District of Texas and elsewhere, the defendants HLF, Shukri Abu Baker, Mohammad El-Mezain, Ghassan Elashi, Haitham Maghawri, Akram Mishal, Mufid Abdulqader and Abdulrahman Odeh, and others known and unknown to the Grand Jury, in offenses involving interstate and foreign commerce, transmitted and transferred, and attempted to transmit and transfer, funds from a place within the United States, namely the Northern District of Texas, to places outside *the* United *States,* including the West Bank and Gaza, and elsewhere, with the intent to promote the carrying on of a specified unlawful activity, *to* wit, by contributing funds, goods and services to, or for the benefit of, a Specially Designated Terrorist, namely HAMAS, in violation of Title 50, United *States* Code, Sections 1701 through 1706 (IEEPA), and punishable under Section 206 of IEEPA (also known as Title 50, United *States* Code, Section 1705(b)), as set forth in Counts Thirteen through Twenty-Five of this Indictment.

Indictment - Page 26

3. In furtherance of the conspiracy, between January 25, 1995, through December 4, 2001, the defendants **HLF, Shukri Abu Baker, Mohammad El-Mezain, Ghassan** Elashi, **Haitham** Maghawrl, **Akram** Mishal, Mufid Abdnlqader and **Abdulrahman** Odeh, transmitted and caused to be transmitted and transferred approximately $12,400,000 to various HAMAS controlled zakat committees and organizations.

## OVERT ACTS

4. In furtherance of the *conspiracy*, and in order to accomplish its purposes, on or about the dates listed below, **the defendants HLF, Shukri** Aba Baker, **Mohammad El-Mezain, Ghassan Elashi, Haitham Maghawri, Akram Mishal, Mufid** Abdulqader and **Abdulrahman** Odeh, committed the following overt acts, among others, by contributing funds, goods and services to, or for the benefit of, a Specially Designated Terrorist, namely HAMAS, by issuing and causing to be issued wire transfers in *the* amounts indicated, among *others,* from the HLF bank accounts in the Northern District of Texas, to *the* following HAMAS controlled organizations in the West Bank and Gaza:

| Overt Act | Date | Amount | Organization |
|-----------|----------|-----------|-------------------------------|
| (1) | 4/3/95 | $30,000 | Islamic **Charity Society** of Hebron |
| (2) | 4/17/95 | $50,000 | Dar El-Salam Hospital |
| (3) | 5/3/95 | $100,000 | Dar El-Salam Hospital |
| (4) | 4/22/96 | $9,758 | Islamic Science & Culture Com. |
| (5) | 11/20/96 | $8,434 | Islamic Charity Society of Hebron |

| (6) | 8/5/97 | $34,563 | Ramallah Zakat Committee |
| (7) | 11/7/97 | $10,690 | Nablus Zakat Committee |
| (8) | 3/24/98 | $4,896 | Halhul Zakat Committee |
| (9) | 3/27/98 | $12,179 | Qalqilia Zakat Committee |
| (10) | 4/3/98 | $24,173 | Jenin Zakat Committee |
| (11) | 6/26/98 | $75,000 | Islamic Charity Society of Hebron |
| (12) | 1/20/99 | $10,100 | Ramallah Zakat Committee |
| (13) | 3/3/99 | $38,385 | Islamic Charity Society of Hebron |
| (14) | 12/14/99 | $17,996 | Ramallah Zakat Committee |
| (15) | 4/11/00 | $8,409 | Jenin Zakat Committee |
| (16) | 6/11/01 | $8,185 | Nablus Zakat Committee |
| (17) | 6/14/01 | $7,022 | Tolkarem Zakat Committee |

In violation of Title 18, United States Code, Section 1956(h).

## COUNTS TWENTY-SEVEN THROUGH THIRTY-EIGHT

### Money Laundering -
### (18 U.S.C.§ 1956(a)(2)(A))

1. The allegations of paragraphs one (1) through twenty-three (23) of the Introduction to this Indictment; paragraphs three (3) through ten (10) of Count One; and paragraph three (3) of Count Thirteen are hereby re-alleged and incorporated by reference as though fully set forth herein.

2. On or about each of the dates set forth below, for each count below, in the Dallas Division of the Northern District of Texas and elsewhere, the defendants HLF, Shukri Abu Baker, Mohammad El-Mezain, Ghassan Elashi, Haitham Maghawri, Akram Mishal, Mufid Abdulqader and Abdulrahman Odeh, aided and abetted by each other and others known and unknown to the Grand Jury, in offenses involving interstate and foreign commerce, transmitted and transferred, and attempted to transmit and transfer, funds in the amounts indicated, from a place within the United States, namely the Northern District of Texas, to places outside the United States, including the West Bank and Gaza, and elsewhere, with the intent to promote the carrying on of a specified unlawful activity, to wit, by willfully contributing funds, goods and services to, or for the benefit of, a Specially Designated Terrorist, namely HAMAS, in violation of Title 50, United States Code, Sections 1701 through 1706 (IEEPA), and punishable under Section 206 of IEEPA (also known as Title 50, United States Code, Section 1705(b)), as set forth in Counts Thirteen through Twenty-Five of this Indictment:

Indictment - Page 29

| Count | Date | Amount | Organization |
|-------|------|--------|--------------|
| 27 | 10/20/98 | $12,342 | Ramallah Zakat Committee |
| 28 | 12/31/98 | $50,000 | Islamic Charity Society of Hebron |
| 29 | 12/31/98 | $11,138 | Nablus Zakat Committee |
| 30 | 5/21/99 | $4,230 | Halhul Zakat Committee |
| 31 | 6/3/99 | $8,408 | Jenin Zakat Committee |
| 32 | 9/23/99 | $12,308 | Ramallah Zakat Committee |
| 33 | 9/23/99 | $36,066 | Islamic Charity Society of Hebron |
| 34 | 12/13/99 | $8,049 | Tolkarem Zakat Committee |
| 35 | 12/14/99 | $12,570 | Nablus Zakat Committee |
| 36 | 4/27/00 | $20,500 | Dar El Salam Hospital |
| 37 | 3/8/01 | $26,650 | Dar El Salam Hospital |
| 38 | 6/11/01 | $6,225 | Qalqilia Zakat Committee |

In violation of Title 18, United States Code, Sections 1956(a)(2)(A) and 2.

## INTRODUCTION TO COUNT THIRTY-NINE

1. Section 501(c)(3) of the Internal Revenue Code grants authorized charitable organizations tax exempt status, which exempts them from having to pay any income tax on the donations they receive. The organizations are required to file an annual informational return, Form 990, entitled "Return of *Organization* Exempt from Income Tax," with the Internal Revenue *Service.* In that form, the organization must report the amount of *their* donations and how those donations are distributed. The return is signed under the penalty of perjury.

2. In September 1989, the defendant **Ghassan Elashi** filed an application with the Internal Revenue Service to obtain tax exempt status for the **HLF** pursuant to Section 501(c)(3) of the Internal Revenue Code. Tax exempt status was conferred on the ELF in January 1990.

## COUNT THIRTY-NINE

Conspiracy to Impede and Impair the Internal Revenue Service and
to File False Return of Organization Exempt from Income Tax -

### (18 U.S.C. § 371)

3. The allegations of paragraphs one (1) through twenty-three (23) of the Introduction to this Indictment; paragraphs three (3) through ten (10) of Count One; paragraph three (3) of *Count* Thirteen; and paragraphs one (1) and two (2) of the Introduction *to* this Count are hereby re-alleged and incorporated by reference as though fully set forth herein.

Indictment - Page 31

4. In or around and between January 1990 *and* continuing until the date of this Indictment, in the Dallas Division of the Northern District of Texas and elsewhere, the defendants Shukri Abu Baker and Ghassan Elashi, and others known and unknown to the Grand Jury, did knowingly and willfully combine, conspire, confederate and agree together with themselves and others

a. to defraud the United States of America and the Internal Revenue *Service* ("IRS"), an agency thereof, by impeding, impairing, defeating and obstructing the lawful governmental functions of the IRS in the ascertainment, evaluation, assessment and collection of corporate income taxes, in violation of Title 18, United States Code, Section 371; and

b. to willfully make and subscribe, and aid and assist in the preparation and presentation *of*, United States Returns *of* Organization Exempt from Income Tax, Form 990, which were verified by written declarations that they were made Under the penalties of perjury and wen filed with the IRS, which returns *they* did not believe *to* be true and correct as *to* every material matter in *that* the returns reported payments *to* Program Services when in fact the payments were going to HAMAS, in violation of Title 26, United *States* Code, Section 7206(1).

## MANNERS AND MEANS OF THE CONSPIRACY

5. In furtherance of the conspiracy, between 1992 and 2001, the HLF received over $57,000,000 in contributions, gifts and grants,

Indictment - Page 32

6. In furtherance of the conspiracy, between 1992 and 2001, the defendants Shukri Abu Baker and Ghassan Elashi *reported* approximately $36,230,891 on Line 13 of *the* HLF's "Returns of Organization Exempt from Income Tax"(Form 990), as payments to Program Services, which the HLF ostensibly distributed as grants *to* various legitimate projects, including assistance to non-profit medical/dental clinics, orphanages, schools, *refugee camps* and community centers overseas, when in fact the donations were distributed to individuals associated with, and organizations controlled by, HAMAS, *a* terrorist organization

## OVERT ACTS

7. In furtherance of *the* conspiracy, and in order to accomplish its purposes, on or about the dates listed below, the defendants Shukri Abu Baker and Ghassan Elashi committed the following overt acts, among others, by signing and filing the following false Returns of Organization Exempt from Income Tax, Form 990, with the Internal Revenue Service:

| Overt Act | Year | Date Filed |
|-----------|------|------------|
| (1) | 1995 | 8/19/96 |
| (2) | 1996 | 8/18/97 |
| (3) | 1997 | 4/13/98 |
| (4) | 1998 | 3/11/99 |

Indictment - *Page* 33

(5)      1999      *5/8/00*

(6)      2000      8/7/01 .

In violation of Title 18, United States Code, Section 371.

.

.

'

.

## COUNTS FORTY THROUGH FORTY-TWO

Filing False Returns of Organization Exempt from Income Tax -
(26 U.S.C. § 7206(1))

1.   The allegations of paragraphs one (1) through twenty-three (23) of the Introduction to this Indictment; paragraphs three (3) through ten (10) of Count One; paragraph three (3) of Count Thirteen; paragraphs one (1) and two (2) of the Introduction to Count Thirty-Nine; and paragraphs five (5) and six (6) of Count Thirty-Nine are hereby re-alleged and incorporated by reference as though fully set forth herein.

2.   On or about the dates specified below, within the Northern District of Texas and elsewhere, the defendants as listed below, did knowingly and willfully make and subscribe United States Returns of Organizations Exempt from Income Tax, Form 990, for the HLF, for the years listed below, which were verified by written declarations that they were made under the penalties of perjury and were filed with the Internal Revenue Service, which informational tax returns each defendant did not believe to be true and correct as to every material matter in that the returns reported payments to Program Services on Line 13 of said returns, whereas each defendant then and there well knew and believed the payments were not used for program services as reported on Line 13 and as required by their 501(c)(3) license:

| count | Year | Date filed | Defendant |
|-------|------|-----------|-----------|
| 40 | 1998 | 3/11/99 | Shukri Abu Baker |
| 41 | 1999 | 5/8/00 | Ghassan Elashi |

Indictment - Page 35

| 42 | 2000 | 8/7/01 | Ghassan Elashi |

In violation of Title 26, United States Code, Section 7206(1).

## FORFEITURE

As a result of committing one or more of the money laundering or monetary transaction offenses in violation of Title 18, United States Code, Section 1956, alleged in Counts Twenty-Six through Thirty-Eight of this Indictment, the defendants, as listed below, shall forfeit to the United States of America, all property, real and personal, involved in the money laundering or monetary transaction offenses, and all property traceable to such property, including but not limited to the following:

Defendants HLF, Shukri Abu Baker, Mohammad El-Mezain, Ghassan Elashi, Haitham Maghawri, Akram Mishal, Mufid Abdulqader and Abdulrahman Odeh shall forfeit approximately $12,400,000 in United States currency. That sum represents the sum of monies sent from a place within the United States, namely the Northern District of Texas, to places outside the United States, including the West Bank and Gaza and other places, as well as monies that were destined for places outside the United States, with the intent to promote the carrying on of a specified unlawful activity, to wit, willfully contributing funds, goods and services to, or for the benefit of, a Specialty Designated Terrorist, namely HAMAS, as set forth in Counts Thirteen through Thirty-Eight, for which the defendants are jointly and severally liable.

By virtue of the commission of one or more of the felony offenses charged in Counts Twenty-Six through Thirty-Eight of this Indictment by the defendants HLF, Shukri Abu Baker, Mohammad El-Mezain, Ghassan Elashi, Haitham Maghawri,

Indictment - Page 37

Akram Mishal, Mufid Abdulqader and Abdulrahman Odeh, any and all interests which the defendants have in the above described sums are vested in the United States and are hereby forfeited to the United States pursuant to Title 18, United States Code, Section 982(a)(1).

In the event that any property, real or personal, involved in the offenses and described in Counts Twenty-Six through Thirty-Eight of this Indictment, or any property traceable to such property, as a result of any act or omission of the defendants:

(1)     cannot be located upon exercise of due diligence;

(2)     has been transferred or sold to, or deposited with a third party;

(3)     has been placed beyond the jurisdiction of the court;

(4)     has been substantially diminished in value; or

(5)     has been co-mingled with other property which cannot be divided without difficulty;

Indictment - Page 38

it is the intent of the United States, pursuant to Title 18, United States Code, Section

982(b)(1) to seek forfeiture of any other property of said defendants up to the value of the

above property.

FOREPERSON

RICHARD B. ROPER
United States Attorney

JAMES T. JACKS
First Assistant United States Attorney
1100 Commerce St., Third Floor
Dallas, Texas  75242
214.659.8600
214.767.2846 (Facsimile)
Texas State Bat No. 10449500

NATHAN F. GARRETT
Assistant United States Attorney
1100 Commerce St., Third Floor
Dallas, Texas  75242
214.659.8600
214.767.2846 (Facsimile)
Missouri State Bar No. 46500

BARRY JONAS
Trial Attorney
Department of Justice, Counterterrorism
Section
601 D. Street N.W., Suite 6500
Washington, D.C. 20530
214.659.8600
214.767.2846 (Facsimile)
New York State Bar No. 2307734

MARTHA RUBIO
Trial Attorney
Department of Justice, Counterterrorism
Section
601 D. Street N.W., Suite 6500
Washington, D.C. 20530
214.659.8600
214.767.2846 (Facsimile)
California State Bar. No.  172492

Indictment – Page 39

TOTAL P.50

# EXHIBIT 13

FROM THE OFFICE OF PUBLIC AFFAIRS

August 22, 2003
JS-672

### U.S. Designates Five Charities Funding Hamas and Six Senior Hamas Leaders as Terrorist Entities

Present Bush today announced that the U.S. Treasury is designating five Hamas related charities and six senior Hamas Leaders as Specially Designated Global Terrorists (SDGTs), freezing any assets in the U.S. and prohibiting transactions with U.S. nationals. "By claiming responsibility for the despicable act of terror on August 19, Hamas has reaffirmed that it is a terrorist organization committed to violence against Israelis and to undermining progress toward peace between Israel and the Palestinian people." President Bush stated.

"Hamas' leaders and those who provide their funding again have the blood of innocents on their hands,'' U.S. Treasury Secretary John Snow stated. "Empty words cannot wash them clean. As they resist the road map for peace, Hamas is devastating the dreams of the Palestinian people for freedom, prosperity, and an independent state."

The United States will continue to work with our allies to encourage the recognition of Hamas as a terrorist organization and to shut down their sources of funding and support.

The following individuals are designated as SDGTs by today's action:

1. **Sheik Ahmed Yassin,** the leader of Hamas in Gaza.
2. **Imad Khalil Al-Alami,** a member of the Hamas Political Bureau in Damascus, Syria.
3. **Usama Hamdan,** a senior Hamas leader in Lebanon.
4. **Khalid Mishaal,** head of the Hamas Political Bureau and Executive

Committee in Damascus, Syria.

5. **Musa Abu Marzouk,** Deputy Chief of the Political Bureau in Syria.

6. **Abdel Aziz Rantisi,** a Hamas leader in Gaza reporting to Sheik Yassin.

The following charities that provide support to Hamas and form part of its funding network in Europe are designated as well:

1. **Commite de Bienfaisance et de Secours aux Palestiniens (CBSP),** of France.

2. **The Association de Secours Palestinien (ASP),** of Switzerland. (An organization related to CBSP)

3. **The Palestinian Relief and Development Fund, or Interpal,** headquartered in the United Kingdom.

4. **The Palestinian Association in Austria, PVOE.**

5. **The Sanabil Association for Relief and Development,** based in Lebanon.

Today's action follows several actions taken against Hamas previously, including the designation of several entities that formed part of the Hamas network such as Holy Land Foundation for Relief and Development and the Al Aqsa Foundation, key sources of financial support for Hamas.

ATTACHED: Fact Sheet

**\*\*END\*\***

**Fact Sheet**

## **HAMAS**

HAMAS is a terrorist organization that has intentionally killed hundreds of innocent civilians and continues to kill and maim with the aim of terrorizing a civilian population. HAMAS was formed in 1987 as an outgrowth of the Palestinian branch of the Muslim Brotherhood.    HAMAS activists have conducted many attacks – including large-scale suicide bombings – against Israeli citizens and military targets.   In the early

1990s, they also targeted U.S. citizens, suspected Palestinian collaborators and Fatah rivals.

During 2002, more than 370 persons – including 10 US citizens – were killed in Israel, the West Bank and the Gaza Strip by acts of terrorism.  HAMAS was responsible for carrying out more than 50 of these attacks, including shootings, suicide bombings, and standoff mortar-and-rocket attacks against civilian and military targets. The group was responsible for the most deadly Palestinian terrorist attack of the year – the suicide bombings of a Passover gathering at a Netanya hotel that killed 29 Israelis, including one dual US-Israeli citizen.  HAMAS's bombing of a cafeteria on the Hebrew University campus, which killed nine, including five **US** citizens, demonstrated its willingness to stage operations in areas frequented by students and tourists, including **US** citizens.

In addition, **HAMAS's** rejectionist policies and terrorist actions are aimed at derailing the peace process in the Middle East.  On April 30, 2003, the **U.S.** government released the roadmap for peace between Israel and the Palestinians, which constitutes **a** crucial step in international efforts to actively support movement towards peace in the region. HAMAS, however, has since the mid-90s purposefully worked against all regional peace efforts by engaging in suicide attacks and other acts of the most violent type of terrorism.  On June **8** and June 11 **HAMAS** took credit for attacks against Israelis.  The organization also took credit for four suicide bombings in a 24-hour period during the weekend preceding May 20th.

On June 29th, HAMAS and two other designated terrorist groups announced a cease-fire. On August 19th, a suicide bomber detonated his bomb in the back of **a** double-length city bus near the border between east and west Jerusalem.  According to a CNN report, **HAMAS** said that it was committed to the cease-fire, but also claimed responsibility, stating that "the man was a

member of its military wing, the lzzedine al-Qassam Brigades, and the attack came in revenge for the killing of two of its members." **As** noted by the Human Rights Watch, "the Hamas leadership has pursued attacks against civilians as **a** conscious policy. **A** group that pursues multiple, intentional attacks against civilians as a matter of policy is responsible for crimes against humanity." *Erased in a Moment: Suicide Bombing Attacks Against Israeli Civilians* at *67* (October 2002).

Under Executive Order 13224, the United States government may block the assets of **HAMAS** (which it has done) and the assets of individuals and entities owned or controlled by; acting for or on behalf of; or providing support, financial or otherwise, to designated terrorists and terrorist organizations. **HAMAS** has been designated as a Foreign Terrorist Organization **(66** Fed. Reg. 51088) and as a Specially Designated Global Terrorist (SDGT) under Executive Order 13224, "Blocking Property and Prohibiting Transactions with Persons who Commit, or Support Terrorism."

The United States government has credible evidence that the following six **HAMAS** leaders that command and control terrorist activity.

### Sheik Ahmed YASSIN

Yassin is the head of **HAMAS** in Gaza. He maintains a direct line of communication with other **HAMAS** leaders on coordination of **HAMAS's** military activities and openly admits that there is no distinguishing the political and military wings of Hamas. Yassin also conveys messages about operational planning to other Palestinian terrorist organizations.

Surrounding Yassin is an entourage of personal "bodyguards," including many implicated in providing information and supplies to fugitives, recruiting personnel to undertake military operations, planning terrorist cells, attacking settlements, and

manufacturing weapons and explosives.

### Imad Khalil AL-ALAMI

Imad al-Alami is a member of HAMAS's Political Bureau, located in Damascus, Syria and a military operations leader. **As** part of **HAMAS's** external leadership, he is part of the most effective and powerful wing of HAMAS because it controls the West Bank and prison branches of HAMAS and has gained total financial control.

Al-Alami has had oversight responsibility for the military wing of HAMAS within the Palestinian territories. As a HAMAS military leader, al-Alami directs sending personnel and funding to the West Bank and Gaza.

### Usama HAMDAN

Hamdan, a senior HAMAS official based in Lebanon, maintains contact with representatives with other terrorist organizations with the purpose of strengthening the ties between these organizations in order to strengthen an international Islamic Jihad. He has worked with other **HAMAS** and Hizballah leaders on initiatives to develop and activate the military network inside the Palestinian territories in support of the current intifada, including the movement of weapons, explosives and personnel to the West Bank and Gaza for HAMAS fighters.

Funds transferred from charitable donations to HAMAS for distribution to the families of Palestinian "martyrs" have been transferred to the bank account of Hamdan and used to support HAMAS military operations in Israel.

### Khalid MISHAAL

Mishaal is the chief of HAMAS's Political Bureau in Damascus, Syria and heads **HAMAS's** Executive Committee and Special Office. Cells in the military wing based in the West Bank that are under Mishaal's control have been implicated in efforts by

HAMAS to plan large attacks that would undermine the "road map" peace plan.

Mishaal has been responsible for supervising assassination operations, bombings and the killing of Israeli settlers. To execute HAMAS military activities, Mishaal maintains a direct link to Gaza-based HAMAS leader, Abdel Aziz Rantisi (see below). He also provides instructions to other parts of the HAMAS military wing.

Funds transferred from charitable donations to HAMAS for distribution to the families of Palestinian martyrs have been transferred to the bank account of Mishaal and used to support HAMAS military operations in Israel.

### Musa Abu MARZOUK

Musa Abu Marzouk is the Deputy Chief of HAMAS's Political Bureau based in Damascus, Syria. His activities include directing and coordinating terrorist acts by HAMAS against soldiers and civilians in Israel and the West Bank and Gaza. Marzouk maintains relationships with other terrorist organizations.

The Holy Land Foundation for Relief and Development, designated as an SDGT under EO 13224 in December 2001 based on its support of HAMAS, received start-up funding and instructions from Marzouk. Marzouk is implicated in receiving financing for HAMAS terrorist attacks, funds that have been used to mobilize military activity inside Israel and the West Bank/Gaza.

### Abdel Aziz RANTISI

Rantisi is part of the HAMAS leadership in Gaza, operating directly under HAMAS Leader Shaykh Yassin *(see* above) with whom he maintains a direct line of communication for the coordination of military operations. Mishaal *(see* above) has also issued orders for HAMAS terrorist activities through Rantisi.

In October of 2002, Rantisi was reported in

Case 3:07-cv-06076-SI   Document 50-6   Filed 10/23/08   Page 48 of 178

*JS-672:* US Designates Five Charities Funding Hamas **and Six** Senior...

http:Nwww.ots.treas.gov/docs/4f48937.html

Al-Hayat as personally claiming responsibility for the assassination of a Palestinian Authority Police Colonel. In December 2002, he was calling for Iraq to prepare thousands of martyrdom cells to fight the United States and its allies in the event of war.

## HAMAS Fundraising

HAMAS raises tens of millions or dollars per year throughout the world using charitable fundraising as cover. While HAMAS may provide money for legitimate charitable work, this work is a primary recruiting tool for the organization's militant causes. HAMAS relies on donations from Palestinian expatriates around the world and private benefactors located in moderate Arab states, Western Europe and North America. HAMAS uses a web of charities to facilitate funding and to funnel money. Charitable donations to non-governmental organizations are commingled, moved between charities in ways that hide the money trail, and then often diverted or siphoned to support terrorism.

The funds pouring into **HAMAS** coffers directly undermine the Middle East peace process. These funds allow the group to continue to foment violence, strengthen its terrorist infrastructure, and undermine responsible leadership.

The political leadership of HAMAS directs its terrorist networks just as they oversee their other activities. HAMAS leader Yassin confirms this relationship, stating to al-Sharq al-Awsat on August 12, 2002: "When we make decisions on the political level and convey them to the military wing, it abides by it normally." The intensity of this relationship is reflected in Yassin's words quoted by Reuters on May 12, **1998:**

> We can not separate the wing from the body. If we do so, the body will not be able to fly. HAMAS is one body.

**A** report issued by Human Rights Watch has also noted the unified nature of **HAMAS:**

> In the case of Hamas, there is abundant evidence that the military wing is accountable to a political steering committee . . . . Yassin himself, as well as Salah Shehadah, the late founder and commander of the 'Izz al-Din al-Qassam Brigades, have confirmed in public remarks that the military wing implements policies that are set by the political wing."
> *Erased* **in** *a Moment: Suicide Bombing* ***Attach*** *Against Israeli Civilians* at **63** (October 2002).

Fundraising may involve community solicitation in the United States, Canada, Europe and the Middle East or solicitations directly to wealthy donors. While some donors may be aware of the intended use of their donations, too many innocent donors who intend for their money to be used to provide humanitarian services here or abroad, are unwittingly funding acts of violence when these funds are diverted to terrorist causes.

**HAMAS** fundraising directly undermines Prime Minister Mahmud Abbas's ability to clamp down on this terrorist organization. One of the obstacles and threats to establishing a meaningful dialogue toward peace comes from terrorist groups such as **HAMAS,** which view peace discussions as inimical to their interests and are intent on undermining the multilateral work on the roadmap by fomenting violence. In order to support momentum towards peace, to strengthen the ability of the new Palestinian leadership to take the actions it must take against **HAMAS,** the assets of groups like **HAMAS** must be frozen, as well as the assets

of organizations raising funds for such terrorist groups.

E.O. 13224 provides a means to disrupt the financial-support network funding terrorist attacks committed by HAMAS. Under this Order, the United States government may block the assets of HAMAS (which it has done) and the assets of individuals and entities owned or controlled by; acting for or on behalf of; or providing support, financial or otherwise, to designated terrorists and terrorist organizations. HAMAS has been designated as a Foreign Terrorist Organization (66 Fed. Reg. 5**1088**) and as a Specially Designated Global Terrorist (SDGT) under Executive Order 13224, "Blocking Property and Prohibiting Transactions with Persons who Commit, or Support Terrorism."

The United States government has credible evidence that the following five organizations are part of a web of charities raising funds on behalf of HAMAS and using humanitarians purposes as a cover for acts that support HAMAS. Funds are generated by, and flow through, these organizations on behalf of HAMAS.

## Commite de Bienfaisance et de Secours aux Palestiniens (CBSP) and Association de Secours Palestinien (ASP)

CBSP and ASP are primary fundraisers for HAMAS in France and Switzerland, respectively. Founded in France in the late 80s/early 90s, CBSP acts in collaboration with more than a dozen humanitarian organizations based in different towns in the West Bank and Gaza and in Palestinian refugee camps in Jordan and Lebanon. ASP, a subsidiary of **CBSP,** was founded in Switzerland in 1994. The group has collected large amounts of money from mosques and Islamic centers, which it then transfers to sub-organizations of HAMAS. Khalid Al-Shuli is the president of CBSP and ASP .

Palestinian Relief and Development Fund (Interpal)

Interpal, headquartered in the UK, has been a principal charity utilized to hide the flow of money to HAMAS. Reporting indicates it is the conduit through which money flows to HAMAS from other charities, *e.g.,* the Al Aqsa Foundation (designated under EO 13224 on May 29th) and oversees the activities of other charities. For example, the Sanabil Association for Relief and Development (designated as part of this tranche), represents Interpal in Lebanon. Reporting indicates that Interpal is the fundraising coordinator of HAMAS. This role is of the type that includes supervising activities of charities, developing new charities in targeted areas, instructing how funds should be transferred from one charity to another, and even determining public relations policy.

Palestinian Association in Austria **(PVOE)**

PVOE is controlled by the leader of HAMAS in Austria. The money is targeted to support members of **HAMAS** and is funneled through other charities in Lebanon, the West Bank and Gaza or other areas of the Middle East in order to ensure the transfer of funds is undetected and reaches its intended recipients. PVOE is part of the HAMAS network of charitable organizations that includes the Al Aqsa Foundation.

Sanabil Association for Relief and Development

The Sanabil Association for Relief and Development (Sanabil), based in Sidon, Lebanon, receives large quantities of funds raised by major HAMAS-affiliated charities in Europe and the Middle East and, in turn, provides funding to HAMAS. For example, Sanabil has received funding from the Al Aqsa Foundation (designated as an **SDGT**

Case 3:07-cv-06076-SI   Document 50-6   Filed 10/23/08   Page 52 of 178

under EO 13224 in May 2003); the Holy Land Foundation for Relief and Development (designated as an SDGT under EO 13224 in December 2001), and Interpal (designated as an SDGT under EO 13224 as part of this tranche). HAMAS recruits permanent members from the religious and the poor by extending charity to them from organizations such as Sanabil.

At the request of a HAMAS political leader, Sanabil began opening offices in all of the Palestinian refugee camps in Lebanon in August of 2001 in order to increase the foundation's role inside the camps. After starting by providing basic necessities the charity eventually began asking poor families within the camps to fill out application forms, particularly those who had worked with the Islamic Movement (Al-Haraka al-Islamiyya) and HAMAS. As a result of these efforts, Sanabil has increased its scope of influence within the camps.

# EXHIBIT 14

# BY -LAWS

## 1991 **Palestine** Committee **of** the Muslim Brotherhood

Describes Various Chapters and at **page 12** item **5 is the beginnings of** CAIR



✓

(۱)

بسم الله الرحمن الرحيم

الحمد لله رب العالمين و العاقبة للمتقين

التاريخ : ۱۹۹۱/٤/۲

رقم الاصدار :۹۱/۱۲

<u>الموضوع : مقترح بتعديل لائحة اللجنة المركزية</u>

مقدمة :

نظراً لما تمر به قضية الشعب المسلم في فلسطين و التطورات الهامة التي أفرزتها الانتفاضة المباركة في الارض المحتلة و الصدى الذي أحدثته في حركة الاخوان المسلمين و الذي ظهر على توجيهات فضيلة المرشد العام و تعليمات مجلس الشورى العالمي و مكتب الارشاد۱. تم تشكيل (جهاز فلسطين) من قبل المكتب التنفيذي للبلاد الهام بتوجيه من مكتب الارشاد. و على ضوء ذلك فقد تم انشاء لجان فلسطين في كل الاقطار التي يوجد فيها تجمع للاخوان المسلمين . و قد قام رئيس الجهاز بزيارة أمريكا (سنة ۱۹۸۸) و تم اللقاء بقيادة الجماعة من أجل تشكيل لجنة فلسطين لخدمة القضية الاسلامية في فلسطين على الساحة الامريكية.

و هذه (اللائحة) مبادرة من اللجنة من أجل تحديد صلاحياتها و علاقاتها بقيادة الجماعة و أقسامها و لجانها و مؤسساتها في أمريكا .

مع العلم انه تم اقرار اللائحة بوضعها القديم بتاريخ (۱۹۸۸/٥).

و الله الموفق .

۱۹۹۱/٤/۲

_____

۱) أنظر الى تعليمات مكتب الارشاد في الصفحة الاخيرة.

GOVERNMENT
EXHIBIT
003-0017
3:04-CR-240-G
U.S. v. HLF, et al.

ISE-SW 1B33/ 0003188

(٢)

## المادة الاولى : الاسم :

تسمى لجنة فلسطين بـ ( اللجنة المركزية ) و ذلك لغرض تمييزها عن غيرها من اللجان ، و سيشار لها بـ ( اللجنة ) في هذه اللائحة .

## المادة الثانية: التعريف :

اللجنة المركزية هي لجنة متخصصة بالعمل للقضية الاسلامية في فلسطين منبثقة عن جهاز فلسطين الذي شكله المكتب التنفيذي للاخوان المسلمين في بلاد الشام و بتوجيه من مكتب الارشاد. و دائرة عملها محدودة في أمريكا الشمالية و اتصالاتها تشمل أقطار أخرى. و اللجنة تعمل في مجال اختصاصها فقط و بما لا يتعارض مع سياسات و أنظمة الجماعة في أمريكا.

## المادة الثالثة : طبيعة عمل اللجنة :

طبيعة عمل اللجنة ذات أبعاد عامة لخدمة القضية الاسلامية الفلسطينية على الساحة الامريكية بالتعاون و التنسيق بين الاخوان داخل أمريكا و خارجها ضمن الصلاحيات المخولة لها .

## المادة الرابعة : مهام اللجنة :

تعتبر اللجنة المركزية أعلى سلطة شورية و تنفيذية فيما يتعلق بالعمل للقضية الفلسطينية على الساحة الامريكية و في حدود الصلاحيات المخولة لها من جهاز فلسطين و قيادة الجماعة في أمريكا. و تتركز مهام اللجنة في الاشراف و المتابعة لكل الاعمال و الشؤون المتعلقة في الميادين٢ التالية :

(١) شؤون الاتحاد الاسلامي لفلسطين : ( هو المؤسسة الرسمية التي تمثل الجانب الجماهيري للعمل من أجل القضية و يتم من خلاله التأكيد على اسلامية القضية و ضرورة تبنيها و الدفاع عنها). و مهمة اللجنة المركزية فيما يتعلق بالاتحاد ما يلي :

١. رسم الاستراتيجية العامة للاتحاد .

٢. اقرار الخطة و برامج العمل و سياساته .

٣. اقرارُ الميزانية و الموظفين .

ISE-SW 1B33/ 0003189   2

(٢)

٤. اعتماد مجلس الشورى و اللجنة التنفيذية .

(٢) شؤون صندوق الارض المحتلة : ( هو المؤسسة الرسمية التي تمثل الجانب المادي و الخيري لدعم الاهل في داخل الارض المحتلة و يتم من خلالها جمع التبرعات و تأمين ايصالها و تبني المشاريع الخيرية هناك ) . و مهمة اللجنة المركزية فيما يتعلق بالصندوق ما يلي :

١. رسم الاستراتيجية العامة للصندوق .

٢. اقرار الخطة و برامج العمل و سياساته .

٢. اقرار الميزانية و الموظفين .

٤. اعتماد مجلس ادارة الصندوق .

(٢) شؤون المؤسسة المتحدة للدراسات و البحوث : ( هي المؤسسة الرسمية التي تمثل الجانب الاعلامي و الثقافي لدعم القضية و يتم من خلالها تدوين تاريخ العمل الاسلامي لفلسطين و تأطير الطرح الاعلامي و السياسي و الثقافي ). و مهمة اللجنة المركزية فيما يتعلق بالمؤسسة ما يلي:

١. رسم الاستراتيجية العامة للمؤسسة .

٢. اقرار الخطة و برامج العمل و سياساته .

٢. اقرار الميزانية و الموظفين .

٤. اعتماد مجلس ادارة المؤسسة .

(٤) شؤون التأهيل و التنسيق : ( هي لجنة داخلية تمثل الجانب التأهيلي لابناء الارض المحتلة و بلاد الشام في مجالات تخدم العمل عند عودتهم الى البلاد و الاشراف على تأمين احتياجاتهم المالية و الاجتماعية و الاكاديمية ) . و مهمة اللجنة المركزية فيما يتعلق باللجنة ما يلي:

١. رسم التوجه العام للجنة بما لا يتعارض مع لائحة التنسيق للجماعة في أمريكا .

٢. اقرار الخطة و برامج العمل و سياساته .

٢. اقرار الميزانية .

٤. اعتماد أعضاء اللجنة .

(٤)

**(٥) هؤون العمل السياسي و العلاقات الخارجية :** ( هي لجنة تعمل من خلال الاتحاد الآن – و من المؤمل أن تتحول الى مؤسسة رسمية للعمل السياسي و يكون مقرها في واشنطن انشاء الله تعالى – تمثل الجانب السياسي لدعم القضية سياسياً على الساحة الامريكية ) .

**(٦) هؤون المال و الاستثمار :** ( هي لجنة داخلية تقوم بمهمة ضبط و مراقبة المصاريف و الميزانيات و تنفيذ و مراقبة مشاريع الاستثمار لغرض تأمين الدعم المالي لاعمال اللجنة المركزية) . و مهمة اللجنة المركزية فيما يتعلق باللجنة المالية ما يلي :

١. رسم التوجه العام للجنة .
٢. اقرار الخطة و برامج العمل و سياساته .
٣. اقرار الميزانية العامة .
٤. اعتماد أعضاء اللجنة .

**(٧) هؤون الامانة و المراقبة :** ( و هي لجنة داخلية تقوم بمهمة الاعداد للاجتماعات و ضبط محاضر الجلسات و التنسيق بين المؤسسات و اللجان فيما بينها داخليا و بينها و بين بقية مؤسسات و أقسام و لجان الجماعة في أمريكا و مراقبة أداء الاعمال كما هو مخطط لها ) .

**المادة الخامسة : تشكيل اللجنة :**
يُعيّن جهاز فلسطين –( التابع للمكتب التنفيذي لبلاد الشام و مكتب الارشاد ) بالتشاور مع قيادة الجماعة في أمريكا – رئيس اللجنة و الذي يتشاور بدوره مع ذوي الرأي و الاختصاص لتشكيل لجنته . و لجهاز فلسطين و قيادة الجماعة في أمريكا حق الاعتراض على أي من أعضاء اللجنة و على رئيس اللجنة في هذه الحالة تعيين بديل من الاخ المعترض عليه .

**المادة السادسة : عضوية اللجنة :**
تتكون اللجنة من ( ٦-٧ ) أعضاء يمثلون مسؤولي المؤسسات و اللجان السالفة الذكر . ثم تختار اللجنة من بين أعضائها نائباً للرئيس .

ISE-SW 1833/ 0003191

4

(٥)

**المادة السابعة : السياسات الضابطة للعمل :**

١. تتقيد اللجنة بالشريعة الاسلامية في كل أعمالها و مواقفها و سياساتها .

٢. تلتزم اللجنة بسياسات و توجيهات و قرارت جهاز فلسطين و قيادة الجماعة في أمريكا .

٣. تعرض اللجنة خططها و برامج عملها و سياساتها و أنظمتها على قيادة الجهاز و قيادة الجماعة للاعتماد .

٤. تعتمد اللجنة سياسة توسيع دائرة المشاركة في أعمالها لتشمل جميع الجنسيات من العاملين على الساحة الاسلامية في أمريكا .

**المادة الثامنة : تمويل اللجنة :**

تتركز مصادر تمويل أعمال اللجنة في ما يلي :

١. جهاز فلسطين .

٢. الجماعة في أمريكا .

٣. التبرعات غير المشروطة .

٤. مشاريع الاستثمار التي تشرف عليها اللجنة .

**المادة التاسعة : العلاقات الادارية :**

تنتظم العلاقات الادارية للجنة كما يلي :

١. تعتبر اللجنة أحد لجان المكتب التنفيذي للجماعة في أمريكا و تقدم تقريراً دورياً عن أعمالها .

٢. تقدم اللجنة تقريراً دورياً عن أعمالها الى جهاز فلسطين .

٣. يُعتبر رئيس الاتحاد عضواً مراقباً في قسم المنظمات الشبابية أو قسم العمل المحلي ( حسب ما تحدده قيادة الجماعة ) و ذلك لغرض التنسيق و التعاون .

٤. ترفع المؤسسات و اللجان التابعة للجنة المركزية تقريراً عن أعمالها كل شهرين .

٥. تعقد اللجنة ( أربعة ) اجتماعات في السنة أي بمعدل اجتماع واحد كل (ثلاثة أشهر) .

٦. تعقد اللجنة اجتماعات طارئة بدعوة من الرئيس أو نصف أعضاء اللجنة (حضورية أو هاتفية) .

٧. تُتخذ القرارت بالشورى ( و نتيجتها ملزمة للرئيس ) و عند تعادل الاصوات ترجح كفة الرئيس .

ISE-SW 1B33/ 0003192

5

(٦)

٨. في حالة حدوث أي خلاف ( لاسمح الله ) بين اللجنة و مؤسسات و أقسام و لجان الجماعة في أمريكا يُرفع الامر الى القيادة لحسم الامر .

---

ملاحظات :

(١) جاء في تعليمات مجلس الشورى العالمي و مكتب الارشاد فيما يتعلق بالقضية الفلسطينية من طريق الامانة العامة و ذلك بتاريخ ( ١٩٩٠/٨/١ ) ما يلي :

١. استكمال انشاء لجان فلسطين في كل الاقطار .

٢. الاهتمام باقامة المؤتمرات الخاصة بقضية فلسطين و النشر و التركيز على ذكر بطش اليهود .

٣. جمع التبرعات لصالح حركة المقاومة الاسلامية من الاخوان و غيرهم .

٤. الاتصال بالسفارات و المنظمات الدولية للتنديد بجرائم اليهود في فلسطين .

٥. ابراز قضية الشيخ أحمد ياسين و حالته المرضية اعلامياً .

٦. العمل على ابراز كتاب متخصصين في القضية الفلسطينية .

٧. تكليف الاقطار بتشكيل لجان تعمل على تنفيذ التوصيات التالية :

أ. مقاومة مصالح الدول التي تساند اسرائيل و استخدام سلاح المقاطعة الاقتصادية بصورة فعالة و مثمرة على كل الاصعدة .

ب. توعية الشعوب العربية بمخاطر الهجرة اليهودية الى فلسطين و تفعيلها ( أي الشعوب ) و الوقوف ضدها ( أي الهجرة ) .

ج. ضرورة الدعوة الى ايجاد وحدة شاملة بين الدول العربية لمواجهة الخطر الداهم للفلسطين و الدول العربية .

د. التأكيد على اسلامية المعركة بيننا و بين الصهاينة .

ه. الافادة مما لدى الاخوان من علاقات في مختلف المجالات و الفعاليات لخدمة القضية .

(٢) بالنسبة لتفاصيل عمل المؤسسات و اللجان في الميادين المختلفة فيرجع الى خططها و لوائحها.

و الله الموفق لما فيه الخير و السداد

ISE-SW 1B33/ 0003193

٦

Bate # <u>ISE-SW 1B33/ 0003188</u>

In the name of God, the Beneficent, *the* Merciful

Date: **4/2/1991**
outgoing# *12/91*

<u>Re: A suggestion to amead the bylaws</u> of the Central **C** ————

**Introduction:**

Due to the what the cause of the Muslim people in Palestine is experiencing, the important developments produced by the blessed Intifada in the occupied territories and the echo it caused with the Muslim Brotherhood Movement which was evident in the directions of the honorable *General* Guide, the instructions of the International Shura Council and the Office of Guidance', the Palestine Body has been formed by the Executive Office for The Levant countries with direction from the *Office* of Guidance. In light of that, Palestine Committees have been formed in all the countries which have a population of Muslim Brotherhood. The head of the Body visited America (in 1988) and a meeting with the leadership of the Group was held in order to form a Palestine *Committee* to serve the Muslim cause in Palestine on the American front.

These bylaws are a good initiative from the Committee seeking to determine its authorities and relationship with the leadership of the Group, its departments, committees and organizations in America.

Keeping in mind *that* the bylaws in their old form have been approved on (5/1988).

God is the guidance
4/3/1991

---

[1] See the instructions of the Office of **Guidance** in the last page.

7

Bate # ISE-SW 1B33/0003189

### Article One: The Name:

The Palestine **Committee** will be **called (The Central Committee)** in order to differentiate it from **other** committees. It will be referred to in these bylaws **as** (the Committee).

### Article Two: Definition:

The Central Committee *is* a **committee which is specialized in working** for the **Muslim** cause in **Palestine, and it originates** from the **Palestine Body** formed by the Executive **Office** of the Muslim Brotherhood in **The Levant countries and** with **direction from the Office** of Guidance. Its scope of work *is* **limited** to North America and its contacts include other **countries**. The **Committee works only in its field of speciality and with what does** not conflict with the policies and the systems of the Group in **America**.

### Article Three: The nature of the Committee's work:

The nature of the **Committee's** work has general dimensions to Serve *the* Muslim Palestinian cause **on the American** front in cooperation and coordination with the Ikhwan inside **America** and outside of it according to the authorities given to it.

### *Article* **Four:** The **Committee's** duties:

The Central Committee is considered the highest **Shura and** Executive **authority** in regards to work for the Palestinian cause on the American front and within the limits established for it by the Palestine Body and *the* leadership of the Group in **America**. The duties of the Committee is focused on supervision **and follow-up of all work and issues relating** to the following **fields[2]:**

**1- Issues relating to the Islamic Association for Palestine: (It** is the official organization representing **the** popular side of work for the cause. **Stressing** the Islamic **aspect** of **the cause,** the necessity of adopting it **and defending it** is **done through it**) The duty of the **Central** Committee in regards to the Association is **as** follows:

**1- Drawing the general strategy** for **the** Association.
2- **Approving** the **plan, work programs and policies.**
3- Approving *the* budget and the employees.
**4- Appointment of the Shura Council and the Executive Committee**

**Bate # ISE-SW 1B33/ 0003190**

**2- Issues relating to the Occupied Land Fund** (It is the official organization which represents the financial and the charitable aspect to support the homeland people in the occupied territories. Collection of donations, securing their delivery and adopting charitable projects there is done through it). The duty of the Central Committee in regards to the Fund is as follows:

1- Drawing the general strategy for the Fund.
2- Approval of the plan, work programs and policies.
3- Approval of the budget and the employees.
4- Appointing the Fund's board of directors.

**3- Issues relating to the United Association for Studies & Research:** (It is the official organization which represents the media and the cultural aspect to support the cause. The recording of the history of Islamic work for Palestine and providing a frame for media, political and cultural address is done through it). The duty of *the* Central Committee in regards to the Association is as follows:

1- Drawing the general strategy for the Association.
2- Approval of the plan, work programs and policies.
3- Approval of *the* budget and the employees.
4- Appointing the Association's board of directors.

**4- Issues of relating to Rehabilitation and Coordination:** (It is an internal committee representing the rehabilitation aspect for the sons of the occupied territories and The Levant countries in fields which serve work upon their return to the homelands and securing their financial, social and academic needs). The duty of the Central Committee in regards to the committee is as follows:

1- Drawing the general direction of the committee with what does not conflict with the bylaws of coordination of the Group in America.
2- Approval of the plan, work programs and policies.
3- Approval of the budget.
4- Appointment of the members of the committee.

9

Bate # ISE-SW1B33/0003191

**5- Issues relating to political work and foreign relations: (It is** a committee **which operates through the Association** for now**. It is** hoped that it will become an official organization **for political work** and its **headquarters** will be in Washington, **God's willing.** It represents the political aspect **to support the cause politically on the American front).**

**6- Issues relating to money and investment: (It** is an internal **committee which** controls and monitors **expenses and budgets, the** implementation **and the monitoring of** investment **projects to ensure the availability of financial** support for **the work of** the **Central** Committee). The **duty of** *the* Central Committee in regards **to the financial** committee **is as follows:**

1- Drawing **the general strategy for the committee.**
2- **Approval of the plan,** work **programs and policies.**
3- **Approval** of the general **budget.**
4- **Appointing** the committee's members.

**7- Issues relating to the Secretariat and Monitoring: (It is** an internal **committee** which prepares for meetings, **records meetings minutes,** coordinates between **the organizations and the committee internally,** and between them and *the* rest of the **organizations, departments and committees of the Group in America and** monitors **the performance of work as planned for** it).

**Article Five: Formation** of the **Committee:**
**The Palestine Body (affiliated with the Executive Office** of The Levant countries **and the Office of Guidance)** appoints - after **consulting with the leadership of the Group in** *America* - **the head of the Committee who** in turn **consults with people of opinion and speciality** to form his **Committee. The Palestine Body** and *the* leadership **of the Group in America have the right to object** to any **member of the** Committee. In **this case,** the head of **the Committee has** to **appoint an alternative for the brother being objected** *to.*

**Article Six: Membership of the** Committee**:**
**The Committee** will **be composed of 6-7 members representing the heads of** the above mentioned organizations **and committees. The Committee will then choose** One **of its** members **to be vice president.**

10

Bate # ISE-SW 1B33/ 0003192

**Article Seven: Policies governing work:**
1- The Committee will adhere to the Islamic Sharia in all of its work, positions and policies.
2- The Committee will adhere to the policies, directions and resolutions of the Palestine Body and the Leadership of the Group in America.
3- The Committee will present its plans, work programs, policies and systems to the leadership of the Body and the leadership of the Group for approval.
4- The Committee will adopt a policy of expanding the circle of participation in its work to include all *the* ethnicities of those working on the Islamic front in America

**Article Eight: Financing of the Committee:**
Sources of Committee's financing will be from:
1- The Palestine Body.
2- The Group in America.
3- Unconditional donations.
4- Investment projects supervised by the Committee.

**Article Nine: Administrative relations:**
Administrative relations will be arranged as follows:
1- The Committee is considered one of the committees of *the* Executive Office for the Group in America and submits a periodical report about its work.
2- The Committee will submit a report about its work to the Palestine Body.
3- The head of the Association is considered an observing member in the youth organization department or the domestic work department (according to what the *Group* specifies) for *the* purpose of coordination and cooperation.
4- Organizations and committees affiliated with the Central Committee will submit a report about their work every two months.
5- The Committee will hold 4 meetings annually, one *every* three months.
6- The Committee will hold emergency meetings by a call fiom the chairman or half *the Committee's* members *(by* presence or by phone).
7- Resolutions will be reached by Shura (and their results are binding for the chairman). When reaching equal votes, the chairman's side prevails.

Bate # **ISE-SW 1B33/ 0003193**

**8- In case of any disagreement (God forbid)** between the Committee and the organizations, **departments** and committees **of the Group in America, the matter will be submitted to the leadership** for **a final decision.**

---

**Remarks:**

[1] **The instructions** of *the* **International Shura Council and** the **Office of Guidance** in regards to the **Palestinian issue** through *the* **Secretariat General, dated 8/1/1990, state the following:**

1- The **completion** of the creation of Palestine Committees in all *the* countries.
2- **Giving attention to holding conferences relating** to **the cause of Palestine, publishing and focusing on the brutality of the Jews.**
3- Collecting **of donations** for the **Islamic Resistance Movement from the Ikhwan and others.**
4- Contacting **embassies and international organizations to protest the crimes of the Jews in Palestine.**
5- **Bringing to the media light the case** of **Sheik Ahmad Yasin** and his **ailing condition.**
6- Working **to bring to prominence writers who are** specialized **in the** Palestinian **cause.**
7- **Tasking the countries with creation of committees which work on implementing the following recommendations:**

> a- **Resisting the interests of the countries which** support **Israel and** utilizing **the weapon of** economic **boycott in an effective and fruitful** manner **in all horizons.**
> b- **Educating** Arab **peoples of the dangers** of **Jewish immigration** to **Palestine and empowering the peoples to** stand **against it** (immigration)**.**
> c- The **importance** of reaching **total** unity **between** Arab nations to **stand** up **against the imminent** dangers **on Palestine and** *the* Arab **nations.**
> d- **Stressing** *the* **Islamic** *aspect* between **us and the** Zionists**.**

8- **Making use of what** relationships the Ikhwan have in all fields and gatherings to serve the cause.

[2] In regards to the work details of the organizations and the committees in the different fields, their plans and bylaws should be referred to.

**God the guide to what** is **good** and **successful.**

# EXHIBIT 15

remains that the **resolution was made** without **democracy and without a referendum**. **Even if** *the* Organization later obtained a majority in the Palestinian street, this **is not an** objection as *the* resolution **which was reached is null** *in the* **first place.**

UM:   I **can repeat the text** if that is going *to* solve the problem. **We** can say, **"Attacking the...,** **the credibility of the** representation **of** *the* Organization..., the **Organization's right** *to* **sign** an accord on **behalf of the Palestinian people".**

Ga:   **No,** he **didn't** *sign* **as** "The Organization". **He signed as "Abou** Ammar-" . **He didn't sign as the Organization.**

UM:   **No,** he **signed "The Palestinian People". What's** his **name..., Abou Abbas, signed** as "The **Palestinian Delegation".**

Ga:   **But, not even** one major democratic **Palestine organization** until **now** has...

UM:   **This** **is** the point. **This** is *the* **point.**

*[Brief UI group talk].*

Sh:   **This is what they understand. Abou.., Abou.., This** is what *they* understand; **currently Abou** Ammar **is the chairman of** *the* **PLO.** *Our* **brothers, we** *cannot* **use the** same poetic **Arabic style when addressing** *the* American mentality. *Our* brother, **the Americans will** not **understand it ...** *[UI interruptions by others]***.Please allow me, they** will **tell** you, **"If he doesn't represent you, why** the hell don't **you** get rid **of him?". He** will tell you, **"If he doesn't represent you, who represents** *the* **Palestinian** people?".**

UM:   **We should drop the Arafat issue now. We're talking about the Organization.**

Sh   These are very critical questions. We're replying *to the* question. It is very *critical.*

UM:   ...UI if he is democratic.

Sh   I *cannot* say *to* him that I'm Hamas...UI.

*[UI brief group talk].*

UM2: Just **a second.** *Go* **ahead.**

UM:   I see that we, disagree over more than one point because we are in agreement over each of

**Page 4 of 33**

# EXHIBIT 16

Arafat has relinquished. But, I shouldn't go Arafat and tear him up...

Om:     **No, we didn't say so.**

Gh2:    Maybe **not a media attack** but a political **attack** through **debates and stuff.**

UM:     **Political attacks are accepted by the American mind I mean, only if** it **is purely political and** not **just an attack on** his **person** or **his** manners.

*[UI brief group talk].*

UM2:    **See what** they're saying about **Clinton, what they're** saying about **his** father **and what they say about...**

Sh:     The point **you presented which is..., which is** withdrawing..., **attacking his credibility as a representative and a leader of the Palestinian people. But, I tell you that we don't want the** American **front to become a front for direct conflict. These things will put us in direct conflict, not only** with **the** Palestinians, even **with the official government circles.** What is *our* **benefit, what is** our interest? As Palestinian action organizations in **America, what is** our **benefit in creating more enemies than necessary?** What **is the interest** that.., **Are you going to win the Palestinian cause if** this **guy who works** at **McDonald's, the worker who works there for $4.00/hour,** understands **whether** Abou **Ammar represents us or not? Or** the congressman, **if you explain this situation to** him *that* **he** *is...***UI and doesn't represent the Palestinian people, is he going to tell you, "Yes, by God, you convinced me"? Despite** that, **everything goes as planned. The** point **is** that **we are not going to expose ourselves to** another **wave and be** anti-establishment, anti-establishment. **Ok? Because,** for the American **organizations, if you're against peace, you're** a terrorist. **When you** start **attacking Abou** Ammar, his **leadership, the people** who signed and attended and arranged **their affairs** with..., **such as a Saudi person who attacks the Saudi family and say** that **he is** not **a ruler. My brother,** let him...

UM:     **Ok.** *Amazing.* But, **brother,** please finish.

*[UI brief group talk].*

Ga:     **There are organizations which work in America. They're legal and...UI.**

Om:     If **you please, if you please, if you please...**

*[UI brief group talk].*

Page 11 of 33

II

# EXHIBIT 17

American arena **as** this arena is not **an arena** for direct conflict.

-The **[Islamic]**Association [*for* Palestine] is not **an** opposition party, but rather **an** organization which works in America **and** expresses its point of view **and** that of its public.

- Internal conflict is inevitable **and** we must prepare ourselves for that, for that.

- The conflict hasn't been formatted yet and we have to work diligently in order to formulate its final shape **or** form.

- Goals of work must be re-examin**ed...,**in the form of questions**...:** Should most of the **effort** be focused on firmly establishing the organizations in America **and** focusing on the **U.S.**front or should the focus be **mainly on** the domestic front with a 50/50 ratio, or **75%** and so forth?

- In the coming period, the organizations must work to fulfil basic **needs** of the Movement in the areas of specializations **such as** journalism, law, politics, media, education **and** investment.

- **Our** strategy in combating the peace project must be **based** on the utmost the project can accomplish so that we are not **surprised** with developments and are unprepared.

- The Islamists must be highlighted **as** the alternatives, the alternative option.

- Thinking about opening new specialized organizations which are capable of dealing with any new reality, or with **the new** reality.

- Working to elevate people's morales by forming a human bridge **from** and to Palestine, meaning through visits **and** delegations.

- The issue of Jerusalem **must** remain fundamental **through** the the old creedal and **Sharia** address .

- **Work must** be done to make America a support **for** the inside by organizing relationships between **the** organizations, America and the inside.

- Building a community first **and** big focus on **non-Muslims** is a waste of time.

UM2:   Excuse me, excuse me... what was the last phrase, by God?

UM3:   We didn't agree on that one.

Sh:   Not **an** agreement. **This was** one of **the** issues... One of them **was** building the community first. I believe it is a part of the issue of whether the focus should **be** on America or not America. It is a secondary item. Building a community first and large focus on non-Muslims in a waste of time. I don't say that we have agreed on **this** one. We will vote in **a** little bit.

UM2:   Yes, we will vote.

**Page 3 of 23**

*3*

# EXHIBIT 18

**Om:**    There is no place for that.

Sh:    There is no place for that. We **just** say that it is a certain conviction.

UM:    It serves one purpose which is that we should prepare **ourselves** on **the media** front as the conflict is **coming.** That's it.

**Sh:**    Ok. The same issue; the conflict hasn't **been** formulated yet and we must **work** diligently to contribute to the final formation**..**, all of **these** are **general** understandings. **Ok.** Goals of work must be re-examined but this is **a** point **with** no debate, Should most of the effort be focused on stabilizing the organizations in America **and** focusing on **the US.** front or should focus be on the **domestic** front? **This** refers to the talk that we just **mentioned;** should **the** organizations exist to serve the Movement **inside** or they should be **-** in the first place **-** exist for building a **strong** community, **a** politically active one, one which we use and establish **our** roots in America, or should we **marry** the **two** aspects to **maintain** balance between this **and** that in a **manner which does** not threaten the **strength** of the...UI organizations and, at the same **time, does** not **take** away from the inside Movement's **right** to benefit.

Om:    The thud **solution** is **the...**

Gh:    Combining**..,**

**Sh:**    Huh?

***Om:***    The third solution is the easiest one. Everyone will pick it. Combining **both** which means that you will remain in the middle. You won't be here or there.

UM:    But, here is no contradiction between **your** work here **and** your work **over** there.

Om:    Yes, there is **a** contradiction.

UM2:    **You** adopt their causes over there to defend them and to prove the credibility of ***your*** **work** in America.

Sh    ***One*** suggested **a** point saying; **"...keeping** in **mind** that **they maintain** different departments", **and this** will solve the contradiction issue. For instance, I have **a** community **department, Americans** department. **This** brother **has no** relationship at all **with** the person who **works** at the **community** department, for instance, this brother**...,** and it **can** be kept that way. **And** this is just in order to solve the problem.

# EXHIBIT 19

UM2:   If you're supporting like you **say**..., if you're supporting the inside directly. I mean, **the** fact that you collect money and give it to them, **this** is **the** only direct **thing** you do. Everything else will be indirectly.

Sh:   I will give **you an example.** Abou Mohamed, in your belief, how do you **describe the** way the Association is **going** now? Yesterday, our brothers,**...** Even the brother who **submitted** a request of 50/50 **and 75**, how do you divide work? **Do I now**..., just **so** that the brothers are aware and we have **a** measurement.,., a tool of measurement. What are the percentages of work for the **cause** in regards to the Association?

Om:   I believe that we are a service organization for the inside. All of our work is for Palestine, All of **the** work for Palestine is **75-25, 75%** for the inside**...**

Sh:   **75%** service for the inside. Yes.

Om:   Directly and indirectly. But, what is important is **our** plan or **our** path **we're** following, the line we're **taking** *is* that we are influenced with the inside. We're influenced by it directly, secondly, **we** react with its events everyday. **Consequently, we** don't have time to make events in **America** and react with them.

Sh:   **Ok.** Our brother, Abou Ahmad,

Aa:   **Our** brothers, I **don't** know how we **are** going to separate **between serving** the community and serving the inside. When we established *these* organizations, **we** wanted to mobilize the community to serve the inside. So, when we follow up the **news** of the homeland everyday, the goal is to make the community follow up **news** of the homeland every day in **order** for it to be engaged with it in **regards** to the media, political and financial aspect, the donations. **So,** I don't **know** that there is a separation between the two issues. We exist to serve the inside. How do we **serve** the inside? We connect people to the inside **through** news, through an event, **through** what is **going** on. **There** is no separation between **us.** I **mean,** the inside cannot be served without us living **with** the community. Where do we get the **money?** Whom are we going **to** work **with**?

Om:   The point I wanted to **say** is that **the** community here doesn't want to just **serve** the inside. It has problems. It has some inclinations. Are you going to **serve** it or you're **going** to tell **them, "I just** want you to serve **the inside.** I **bring** you news, donate **money** to me. I bring **you this,** you **send** your **son** to visit".

Aa:   I don't think **that** the community expects the Holy **Land** Fund will open a school for it.

Om:   Not **the** Fund.

# EXHIBIT 20

people,.. The same thing which was said before. I will mention it quickly. Of course, there are..., there are... In my opinion, we must form a new organization for activism which will be neutral because we are placed in a comer, we are place in a comer. It is known who we are, we are marked and I believe that there should be a new neutral organization which works on both sides so that..., because this state is coming no matter what and this is a new existing order. This suggestion ought to be discussed. Of course..., I threw in some radical ideas so that. We have the opportunity to discuss them. Of course, some of the policies..., our approach or our policies in the arena are: non-opposition to peace as a statement. I mean, someone will ask you: "Are you against peace?" Tell him "No. We are not opposed to peace as a peace but we are against hypocrisy because this peace is not just. We are with all just peace. Justice with peace". Without justice... Even the African-Americans have this title, that there is not justice without peace...

UM1 & several voices: No peace without...

UM2:   No peace without justice. It is always a principle of peace with justice. Islamic Palestinian unity meaning, tying the Palestinian cause with its Islamic aspect, that it is just an issue called Palestine that was resolved, it is Islamic..UI and that Jerusalem is a matter of creed and not a matter of Palestine and then transferring this [view] to the Muslim public. The second page, regarding the motto, what I mentioned is that the motto is awareness. We must work on awareness on a very high level, an awareness on the level of imams and Sheiks because, of course, there are many imams and Sheiks and there are Islamic leaders, both Arabs and non-Arabs who are still unaware of..., really don't know these dimensions and positions. So, I believe if we don't carry out this [awareness] no one else will. To make them aware, make the educated segments and the students aware..., this will be done at the universities and the schools' levels, an awareness at the level of the general public, the masses, and an awareness at the level of the young generations. Awareness at the..., the... Of course, there are suggestions for each axis. The first axis is the leaders' levels, to have a conference for the imams...UI in America to discuss the problem and its dimensions and to emerge with a unified concept. The second thing is issuing their private statement. We should always feed them with the points of the Friday sermons and speeches they give about the cause of Palestine. What feeds them shouldn't always be the US. media and the non-Islamic media. Building a network of faxes for quick initiatives. Of course, brother Nihad has some items to be added about this subject. Brother Nihad will present them, God's willing. For the educated level, there are some educated people such as engineers, doctors and businessmen. We need to tally them so that we can deal with them and make them aware of this matter. Carrying out  student activism in universities has almost decreased at our end. On the contrary, we must bring it back as the children of the communities are the ones who will go to universities. Therefore, the work of the [Islamic] Association [for Palestine] and Palestinian activism

Page 4 of 17

# EXHIBIT 21

Gh:   It won't support the inside but you still don't want **it** to **turn into** a specialized organization like the ADC. The ADC is already existing and its name is the Anti-Discrimination Committee and **stuff** like that**...**

Om:   ..UI.

Gh   Yes. **So, this** is **their goal;** the cases and **stuff** like that. The Association should not turn into**...** So, you want **strong** organizations in America **and** the Association must be **a** strong organization and its strength will come from its connection with **the** Arab, **Muslim and** Palestinian community in America **and** the **strength** of the relationship **with** it and **stuff** like that. But, I believe **that** the **main** goal is **to** serve the **Palestinian** cause over there. But, **how** are you going to serve it if there isn't **a strong organization.** I don't see a contradiction or**...** We can phrase **it** this way: "**We must strengthen our** organizations **as much as** possible in order **to serve** the Palestinian cause **and** the people inside **as** much **as** possible".

Om:   If the **issue** is **a** financial issue, there is another **way** out. W h y would you work in America? Go to the Gulf, get donations, for instance, or find millions and keep **working and** keep serving the outside without you changing **your** direction. **This** is **a** direction. Change **your** direction without changing**...** If the issue is the financial **strength** of the organization. **This** like what ISNA **and the** *[Muslim* Arab Youth] **Association** used to do. Go now and see what happened when the money stopped.

Sh:   **Our** brothers, is it possible..., few minutes so that **we** can finish **this** point. Allow me to rephrase the question **so** that **we** understand this point. It **looks** like there is a misunderstanding in the phrasing.

UM:   Abou Mohamed, **Shukri. The** issue is not phrasing. In truth, excuse me, **as an** organization here, we have several Islamic organizations **as synonyms** for **this** organization. **So,** in my belief, these organizations ought to play different role. For instance, you don't go to the Kashmiri Fund **and** ask it to work on **a** harassment case in America, but **you** come **to** the AIPAC which is in New Jersey to work on a case of harassment of **Muslims and** others. So, in my belief, the issue is specialization **for** these organizations, It is a very important **issue and,** based on it, **we now** have..., the work of the Group now encompasses six or seven organizations because each organization **has** a purpose to fulfil. **So,** really, if we **have** a direction..., it doesn't **mean we're against serving** the community in **this** country. But, I don't believe **we** were formed for this purpose in the first place. And, the purpose you're fulfilling to serve the **Palestinian** cause..., if **you** don't do it, no other **person** will do it. I **mean,** there are no other organizations **among** the existing ones will carry the banner of the **Palestinian** cause **and** adopt it. **So,** if you really deviate from your line and **your** goal **for** which **this organization was** formed, I expect that

*17*

# EXHIBIT 22

**UM2:** As far as the **people are concerned, we must specify role in America, that** we...

**Ga:** Number one, two, making **people** in the **Occupied Territories steadfast. Where is** that? **Adopting** the **rights** of **the Palestinian people** or **the** historical **rights, that all** of **Palestine is ours, historically. Where** *is* **that?**

**Om:** **I just feel that these..., these goals...**

**UM1:** **I have them...I have** the **points.**

*Om:* **He** has **the points and more.**

**UM2:** Allow **me. As you explained in this thing..., you talk about the Organization. Do you mean that the** organization **should be** in **America and deal** with **the** *[Palestinian Liberation]* Organization in **America?**

**Ga:** Yes.

**UM1:** **Whether it is** in **America or outside of America, when we** talk **about these goals...,** the **first** thing **is that I, as an official American organization..., I'm telling you about** *things in* the h**e**art..., **the** *goals* **you're talking about are** in *the* **heart** but, **can** I *write* **them down or can I support** our brothers. We *cannot* **write them down.**

**Ga:** ...UI. **Now, what can you do at the** *[Islamic]* Association *[for Palestine]?*

**UM1:** Fine, **But,...**

*Ga:* **You practice it. You know how to practice** it? **This is my question** *to* **you. You set some goals. Now, begin working on the programs.** What does **that mean?...UI. I'm working on Jihad, support the Jihad, support the** Jihad, **support the resistance** *to* **the occupation. You're working** with all **of** your **media and all** of your **political address is like that.**

**UM1:** Ah.

**Ga:** Even **supporting Hamas.** The *[Islamic]* **Association** *[for Palestine]* **met** with **the FBI** in **defense of** Hamas. **It was a clear** talk then. **Support to** *the* **Movement. Henceforth, do these goals mean anything?**

**UM2:** **Keep** your **voice down. May God be pleased with you.**

# EXHIBIT 23

what happened **right** now? This **is** a reality and we cannot **ignore it.** Why do **we have** to be against **this and against** that? It is true that you are **saying** that you **are** in opposition in order to **take** a historical stand. We are not in disagreement. I'mjust **throwing** a wild **idea. Ok?** In **order** to really be able to deal, comprehend…**and** benefit from the resources **and** the influence of this state or **this** structure, we **must** have **an** organization which is affiliated with **us** to deal with this state. **This** is the…

Om:   What is **the** form of **dealing?** What is the **shape** of the **dealing?**

UM1:  **Of** course…, of course, I'm not going to defend this point.,.

Om:   I **mean,** what are you going to do? **This** *is* what I mean. Explain **this** to **us.**

UM1:  I **believe that** the **Palestinian** state will **begin** handling **donations,** collection of **donations and handle** foreign exchanges. You can benefit from **this. If** you want to join the **opposition,** it is **known** that you are an Islamist and if you **speak** with **them** no one **will** grant **you a** foreign exchange or do **anything** [*favorable*] to you. They might start media organizations abroad, **they might** *start* **a** media organization in *America* as America **now** is **a** front for **them.** Why don't you have **an** organization **which** can **be** adopted **by** this **Palestinian** state? **As a media organization, you** could issue a newspaper or **a** magazine which could be…

Om:   How is that?

UM1:  Or you could be **an** educational **institution sending** people **on** foreign exchanges. **I mean…I believe** that **the** idea should be discussed so that **we** are always taking **a** 100% hostile side to something realistic. I **want to** give **you an** example from **the time** the *[Palestinian Liberation]* Organization started, the brothers…, until **now I hear that** there **are some** people **who** blame the brothers [*saying*] "Why did you leave **the Organization?** We were **a** part of the leadership of **the Organization.** Why **did** you leave it? **You took a** neutral **stand** and **now** the Organization is on **one side and you** are on a *different side,* **you** became two different paths". Of **course,** this **might be** criticized but it **is** realistic. Some **people** criticize **the** brothers *[saying]* "**Why** did you leave the **Organization as soon as** it was **formed?** Because you found that they took a different direction? As soon **as** you **saw** that one of *them* doesn't pray **and a** few of **them cuss** the religion **and** now they're **leaders** of **Palestinian** activism. **So,** this **is** the point; if we **are** to get a **lesson from** that we **can** benefit from *this* point in regards to **our** reality.

Sh:   Are **there** remarks?

# EXHIBIT 24

**Om:**    Ok, an example, I will give **you** one example. **An** example from the current situations **and** the previous situations, should we have **an** organization, or should it be **among** our services to make available to the community **an** attorney, two or three in case there is something on you..., if **you** get into a problem in your house here, you **can** call us to send you the attorney to defend you. If, for example, there is a problem with a Palestinian group in **X** city and the media keeps attacking them, are we going to defend **them**, or the **Muslims,** that is. **Of** course, it will be *in* the form of Muslims while the majority of them could be Palestinians. **Is** it **our** job to go defend **them** and to direct **them** how to defend themselves against the media? Or is all we do is to come to you, hold a festival, collect **the** money **and** leave and **you** let the Islamic center handle this kind of work. **So,** I will give you **an** example, the ADC serves the Arab community in America. How? They tell you that **anyone** is harassed or discriminated against, racial discrimination or anything of the sort, call **us** and **we** will defend you. **A** person **who** has **a** problem with the immigration **can** call them and he goes to **them** and **they** solve the problem for **him. A** person against whom there is a certain case, they interfere **and** take care of it for him. **Two,** they inform him of his rights **and** duties in **this** country and they tell him, "You're **a** citizen here. **You** have *this* and that right. **This** and that is charged against **you.** Beware of this person and that person". We don't do that now. **This** is what I **mean,** are we supposed to develop and do **things** like that so that the **community feels** that we're **defending** them, that the Association is **an** extension to the community and say that it **serves** the community in addition to over there, or are going to remain **as we** are, for instance, **and** expect the Islamic centers to **perform** these services or the Arabic organizations now. We **now** need them **and** we're **only**..., we **only** do the activities..., like they say we **are** the platform to support Palestine **through.** I mean, if someone **wanted** to support Palestine, all he needs to do is to contact the Fund to send the money to it or purchase **our newspaper** and, consequently, read our news **and** Palestine's news. We **are** a liaison between them and Palestine. **This** is what I suppose.

**UM:**    You're saying that the ADC is...**UI.**

**UM2:**    It is true that there is **a contradiction** between the first point you spoke about, the issue about working to abort **the** agreement and **this** point about working for the inside. What is right is that we should be working for the inside with very **high** intensity but change our understanding of working for the inside. What is supposed to **happen** is that the **orphans,** the charitable organizations, this and that..., the ones which **are...,** **become** a burden on the shoulders of those **who** wish to **govern** over there. **Our** direction in the inside ought to be very specific. It should be **an** economic direction which creates **work** opportunities for the Islamists on **the** inside **and an** economic might on the inside. We should not **be** spending money on orphans and **this and** that and assist the self-rule to succeed.

**Sh:**    But, you're straying away for the subject.

*14*

# EXHIBIT 25

**Sh:** **My brother, say what you** want to **say. The door to politics is big, Did God tell you that you must stand in front of the university and tell them: "We have to..., we have to claim the 1948 land"?** It is just talk. **This is an impossible address, my brothers.** It is not our goal to **demand the '48 land. Even** if we **demanded,** neither **the U.S.** army will return it to **you nor the store-owner in Chicago will return it to you. We already talked** about **that, about the** most **we could** offer **in America. What is** the **address which should** be in **harmony** with our **realistic** strength. **The brother is telling** you "Jihad", I **can't..**er, follow the ...

**Ga:** **I didn't say "Jihad".**

**Sh:** Samah..., Samah is **classified as a terrorist [organization]. By constitution, by law, if I wanted** to **adopt its work, they** kick **me** out, **they kick me out of** this **country,** my **brother. By God,** they **would take away** my **U.S. citizenship and tell me "Go away". I'm telling you ....**

**Ga:** **We are** not **classified, my brother. Who said we are classified?**

**Sh:** **Huh?**

**Ga:** Who classified it?

**Sh:** ...er. I'm saying..., I'm saying that even...

**Ga:** ...UI **that the Movement is a terrorist organization.**

**Om:** No, no, no.

**Sh:** ...UI, **my brother. What did the** Congress do?

**Ga:** **There isn't** a proposition to,.. **What did it do?**

**Om:** ...UI. **The bill didn't pass.**

*Ga:* Huh?

**Om:** It didn't come yet. The **Congress bill** didn't ...

*Ga:* It **is proposed.**

Page 15 of 17

15

# EXHIBIT 26

**Om:**  But, you still cannot show the legal position to the **Americans**...UI.

**UM1:**  No, my brother. There are things I can warn against such as... I won't be naive to the point of telling the American "It is my right to enslave your daughter and,..", like what **Omar** Abdel Rahman did in Detroit and said that "America will be a plunder for us". His words are correct *[Laughter and UI briefgroup comments]*. No, really. It was wrong,

**Ni:**  By **God,** by **God,** I don't see **any embarrassment** in **speaking** about Islamic Sharia because it is...UI. If we can **make** people...UI it should be convincing. If we don't like it..UI

**UM1:**  Is this your faith in God and your faith in Islam?

**UM2:**  Even some of..., some of the **members** of the *[Palestinian Liberation]* Organization **when** they used to **rush to U.S.**TV, before the peace **treaty** issue **was** presented and **stuff** like that, **when they** were opposed to it..., I remember **Hatem** **Hussein** in **the** beginning of 80's and **stuff,** he used to say "We want **our** share in it. We want El **Lod,** Ramallah and *stuff* like that". **And** they **used** to cite examples saying "**If someone** comes to **your** house and stole something. Would you accept **that** or not?". The Americans used to **hear this kind** of talk. They liked it or not..., but the input was similar, **So, the Americans**..., we **must** address them from a position of right **and** justice and, at the same time, choose our words well. I mean **we** shouldn't mess **up** like **Omar** Abdel Rahman and fight **and stuff** like that. The **guy** who opposes the treaty, Netanyahu, found a way to **address** the American public opinion. **They accept** him, that's true, because he is **an** Israeli **and** like **him** more **than** us, of course, he **is** Jewish, you **see?** But, he found **a** path that **is** different from Rabin's, **you** see? He **stressed** his convictions **in** Palestine and **stuff** like that **and rejected** the **treaty** and told **them "I would** like peace **also** but, people in Palestine will do **this and** that". Stuff like that. We could also...UI.

**Ni:**  What is important is that the language of the address is there even for **the** American. But, the issue is how to **use** it.

**Sh:**  When we reach the Americans there is always a disagreement. I **have** a feeling - please forgive me for that - that we **avoid** speaking with the Americans **as** we are not trained in talking with **them and** we are intimidated. We **are** scared to **talk.** We don't really have **a** clear policy in **dealing** with **them.** It is **easy** to speak with someone **from** your country and tell **him...**tell him "We're **from** Haifa to Yafo". And Al Sakhra band sings from Haifa to Yafo. You **cannot sit** down with **an** American **and..., that** we didn't even take...UI until **'48** and that we must...UI.

**Ni:**  Please, I meet with...UI in California, **a** Jewish...UI. I told **her** this **stuff.** I told **her** "I'm a

10

# EXHIBIT 27

UM1:  There is no contradiction.

**Ni:**  Yes. I mean he won't hold anything on me.

UM1:  Regarding this point see, for instance, Talal El Malki from the opposition.

**Sh:**  Riyad Malki.

UM1:  Riyad **Malki, yes.** He **is** not an Islamist but he **spoke** in **opposition to the** agreement and the media until now has accepted it. They present it and they go and visit him and stuff like that. He *speaks* logically and in **opposition. So, you** could....

Ni:  They accept it.

**UM2:**  *Yes,* **we** will fight **the** self-rule like....UI.

UM1:  **They** accepted it. See? So, you could say **a** word of truth and...UI. [*UI briefgroup talk].* **Ok,** what do you want from the ***American*** people and... Let's ask what do we want from the American people and **the** U.S. Administration.

S h  ›  Answer this question.

UM1:  **Yes, yes.** Let's discuss it. **As** for the **U.S. Administration,** Clinton **said** "I pledge full **support** for the accord". That's it. He told Arafat after he...UI him and Rabin, he told him **"You** have **to** do what you have **to do", and** Arafat said **"Yeah, I'm** ready **to** do what to be done...".

Ni:  "I'm ready to do my part".

UM1:  "My part", yes. *So,* **the matter** is over for the...UI, you see. They won't support you unless **Samah is strong** in the field and imposed itself on the [Palestinian *Liberation]* Organization. In this case, they will have no choice but **to** negotiate with it one way or another, **you see? And what do** you want from the **American** people? Money, you don't **depend** on it for **your** charitable economic projects in the first place. You **can hide it and** try **to work...UI. As far as charity** work, money **comes** mainly from **the** Islamic community. It **won't** give **you** much of anything, to **you** in particular because it is **true you** could deceive it with **an assumed** name but **then** it will recognize **you.** And the Jewish **media now** focuses on these **things.** It will expose you to it like it **exposed** other things, you **see? So,** what **do you want** from the **American** people? In reality, my belief is **that** you have to explain the **truth** to the American people but in **a** way the **American** people

**Page 13 of 16**

# EXHIBIT 28



بسم الله الرحمن الرحيم

جدول اعمال اجتماع لجنة فلسطين ٢٠/٧/١٩٩٤م

١. آخر اخبار وتطورات قضية فلسطين .

٢. متابعة قرارات اجتماع اللجنة السابقة .

٣. الاطلاع مع تقارير المؤسسة العامة وتشمل
   - متابعة تقرير العمل في المدة السابقة .
   - الوضع المالي .
   - مقترحات مستقبلية لتطوير العمل .
   للمؤسسات التالية :

| UASR | HLF | IAP |
|------|-----|-----|
| CAIR | تنسيق |    |

٤. مناقشة دور وتفعيل دور ابار ، ببدر لتام
   مستقبل مع آخر تطورات الجمعية كمطالب امريكية .

٥. مناقشة دور وموقف الاعلام المصري للجمعية الامريكية ..

٦. مناقشة مقترح انتداع استاذ مؤسس مالي كاستشاري لتحسين
   ومستقبله ،

٧. متابعة العمل فلسطين وتطوره في هذا العام كخطوة بنائية
   كمثل ، سيمينار جبوليتي ، سبتمبر ، درس اكتوبر ، اوروبا
   فلسطين ، جنزة اوربا .

٨. .. رسالة ..

GOVERNMENT
EXHIBIT
003-0078
3:04-CR-240-G
U.S. v. HLF, et al.

ISE-SW 1B64/ 0000412

بسم الله الرحمن الرحيم

" نحو تفعيل دور أبناء بلاد بستان في الربا "

١. تحول مبرر للقضية بفلسطينية :
التطورات بمظهره عن بياد بفلسطين وراءها من اصدائها إزاحة تعين نفسطين عند بياد لدولة ربانيائي عند بوصفام بمسعدي لمام تحتم على الامنوه ودومقات بلمغزنسية مبحوث أكبر من ابل احفاظ على مروية وتقدم تضم نفسطين من رأيا مع بمسعدين .

٢. اكجاب اك طاقات مدربه في مجالات بمعلاسية ريبوجية :
بمد شلغه ابد اربطا صه غير طام لتدريب الطاقات البلاتزيه لدعم ترك عاليا بامنباحائيا من بادفع امعربيم في مجالات الختلف ـ اكدراي ـ البمعربيه ولبموجبي وكثرها .

٣. تفعيل وتفعيم عمل امؤسست بمسمدي لهالد لفلسطيم
المؤسست بمتائنه حاليا منتاج اك طاقات راك محمد امنذاني بمتم بعل حته امؤسست ديمقربا ومبوم على النقدم جعا اك صمام .

٤. المعلوبات ودورها في تفعيل يلدمنه :
ختاج اك منتاه لتوصيل بمعلوبات لعام وكامه لدابف لمهنيم بتعنيم فلسلم وراللزم محم البنادها جهة يستطيعو معابيم تفصينوم ولذلك لسبول منتفم لهما .

٥. ومضوع لروى عند ابناء بلاد بستام بماميمل من احدات وامضا محف اكا ته وتبرز لبوضفه اسليم من ذلك .

٦. شكوه كثير من ابناء بلاد بنام من ممم رسول معلوبات وبد مم معرفتهم جما بيرب عن ابام بفلسطنه ـ

٢

ISE-SW 1864/ 0000413

* المبدأ ... بقة ولاصية ومدرة العمل لتضم فلسطين وحضروا الى
حيث يتضمن إمكان إنك :

١. إطار- جميع انصار بلاد إسلام تخضع للعمل لهذه قضية فلسطين ،
* كل منظمة لها مسئول الاتصال وتنسيم
* كل منظم له مسئول الاتصال وتنسيم بينن ال أهاله
* مسئول تنسيم لملفات تجتمع كل يرا جدا احسه

٢. مهمة هذا الجهاز –
* بتوصيل لمعلومات لمهاء ومنامه بما بين أمة عالمي وداخلياً
* تدريب رتأهيل طاقات متلفة للعمل لصالح فلسطين (ادارى/سياسى/اعلام)
* نمد طاقات الاعلام للعمل لتخدم فلسطين
* نفعل انصار بلاد إسلام للعمل في مؤسسات فلسطين

٢. A L مجلس إدارة ده هذا :
* ما بين اجهاد وبعضانهم ومراسلات دورية مع بعضها
* لقاءات جامعه على مستوى اهم / جامعاهم / لمنظمات دورية
* الاتصالات متلفة مع مسئول برنامج والتنسيم
* عند دورات تدريبية هامه لعمل فلسطين

* ضوابط هذا الاقتراح :
١. يعمل بشكل وامن مع الاضاء في جلبك تنسيم كامل
٢. هذا ليسه بتنظيم منفصل عن اجماعه ام
٢. شرح اصحان هذا الاقتراح لاضاء من انصار بلاد إسلام
حتى لا يحصل لبس في لهم

ربه جروفه .   من بلاد ١٩٩٢/٨

ISE-SW 1B64/ 0000414

بسم الله الرحمن الرحيم

« مواجهة بادئاره الصهيوني لتطبيع العلاقات مع المسلمين في أمريكا »

تخضع عالم الإسلام وأمريكا عملة عنيفة لتطبيع العلاقات ما بين المسلمين العرب من
جهة والكيان الصهيوني من جهة أخرى ، ولا عجب ومر يوما إلا ونسمع أو نرى
تجريب أمريكيا بما قد نجحت علاقة دبلوماسية أو تجارية مع الكيان الصهيوني
وهذا أمله ليست مصره في أمريك نقط ولكنها منتشرة في المؤسسات العربية
والإسلامية كذلك . نشهد أنه تم تطبيع العلاقة ما بين المؤسسة الصهيونية
الأمريكية والمؤسسات والشخصيات العربية في أمريكا من أولى التطبيقات بكم
وتتت منطلقة أكواء الإسرائيليون على الماوى من ساحلة كثيرة بلدومط ، وسيؤثر
د. أوضاع صهيو امد جت كثيرة من صنع أكوالات بأنه المؤسسات
الصهيونية كانت تخطط لمثل منه أكوالات من يستطيعوا كسر حاجز
النفسي عند العرب والمسلمين من اجل المضول بالوجود ودولتهم رأه
بما أنتهت على منظم بترويج للمسلمين من يستسلم كامد عدا هذا
لمثل صنع أكوالات إلى منه على مدى مشترم عامة نقل المسلمين .

- ولاكم جاء دور المسلمين !

ممند سنوات ساوات لتطبيع نعمل في المؤسسات والشخصيات الإسلامية في
أمريكا وذلك من خلال منتلف سنا ستغيب المروعة وصنع السلام في كثيرة
بلدومط ربما سبيل جتال خان سؤيسم SAGE للصهيونية التابع للعذير
Bni Brit للصهيونية تمد أنضلت بعض مساجد ومراكز بالأساس
لتبنى سؤت معنى من اجل المروعة وكذلك منقدتم عدة لقاءات
ما نشطية مشتركة ما بين طلاب جامعات أربعة مسلمة وسؤيسم
ببلادية صهيونية من اجل الحبروعة ودعم السلام في كثيرة بلدومط .

- صدن الوجود واضعي من صنع اللقاءات :

« سوائخ المسلمين على عالم السلم ودمتران باجراليل »

- سيداكى صنع أجمله عالم العالم العالمية تشدبه من المسلمين تعلم ببتؤردبه
في رفض أكوالات ودبمعلات من الوجود منى لا تؤال بأنهم منظرون .

ISE-SW 1B64/ 0000415

- لا بد لنا من جمع عند اصحاب شغيّة فلسطين وبرامجهم مع لا غير صفة أهمية التعليمية علينا ونضعني وهذا " بالطريقة " نفر المعنويّة ديّة لقاء بأ ـ " السعودية فلسطينية " يرتفعون وبرّهم تراءنف وهذا هنّا كبير ولا مبدٍ بحلان شغيّة فلسطين .

- برنامج العمل المواجهة :
٢. تشغيل دور (MAS) لتشخيص حاجتنا في جميع مراكز العمل وأ، بد بالمؤسسات لغربنا رغبت اي الاتصال مع المؤسسة المعنوية يرفضنا اي اتصال مستقبلي وقد نجربه من ها ٨ لا نرفض الاتصال مع واهمه ولكنّا نربط به شغيّة لبرمجة وتلبية فلسطين جميع ابر إذا اادا اليوم عمل مظاهرة عند العرب ثم لبرمجة سلطتنا مع نفسه لبرنة مظاهرة عند المانى لما فعله في فلسطين .

ب. عقد لقاءات مع أنه لمراكز وبيئاتها بمؤسساتنا في اهم لبرنتهم وذلك للتشغيل وبرهم في سابه بالاختبار لمؤسساتهم .

صـ. لجنة المصوانى واملته لهائى تحبيّج لبعض حراتنا لمؤسسة بالمؤثرانع وبيّنها بشّرفية لتنفيع لهم بأ نفعله بأساليبه .

د. الاتصال الأخذ مع لمؤسسة بمؤسسية بشكل مع لما انه بموضع مسهم وحمادله رغبت ما بجعل سم عملية بتلبيتج عمل بكة علاقله .

هـ. تشغيل دور لمافاد وبسّواتة للنفاع بمهمة بعلاقة في هذا المجال .

٢٠/٠٧/٢٩   رقم لبرنامج

Bate #ISE-SW 1B64/0000412

In the name of God, the Beneficent, the Merciful

Meeting Agenda for the Palestine Committee 7/30/1994

1- √ Latest news and developments of *the* Cause of Palestine.
2- √ Reviewing resolutions of previous Committee meeting.
3- √ Reviewing reports of the working organizations and it includes:
    - Reviewing work report of the previous stage.
    -Financial situation.
    - Future suggestions to develop work of the following organizations:
        IAP       HLF      UASR
        Coordination  CAIR

4- Discussing the paper of activation of the role of the sons of the Levant which includes the latest developments of *the* American Islamic Society.

5- Discussing the paper of *the* Zionist infiltration of Islamic organizations.

6- Discussing the suggestion to establish a financial investment company that is specialized and independent.

7- A follow-up of the Palestine activism and its development in the following main regions:
Canada, New York-New Jersey, Chicago, Los Angeles, Latin America, South America

8- Conclusion.

6

Bate #ISE-SW 1B64/ 0000413

In the name of the God, the Beneficent, the Merciful
"Towards the activation of the role of the sons of *the* Levant in America"

**1- A new direction** for **the Palestinian Cause:**
**The latest developments on** the **Palestinian arena whose goals** *are* **removing the Palestine Cause** from **the international arena** and, **consequently,** from **the general Islamic concern, mandates observant brothers and sisters to exert** more **efforts in order to preserve the** *vitality* **and the advancement** of **the Palestine Cause** from **the Islamic** aspect.

**2- The need for trained resources in the media** and **political fields:**
**No doubt America is** *the* **ideal** location *to* train **the necessary resources to support** the **Movement worldwide** with **its need from brothers** who **are trained in different fields -Administrative-Media-Political** and **others.**

**3- Activate and deepen the work** of **the Islamic organizations working for Palestine**
**The existing organizations need resources and a Brotherly depth which cares for the work** of **these organizations, strengthens them and which is built on advancing** them **forward.**

**4-** Information and **its role in activating the Brothers:**
**We need a channel that would deliver general** and **private information to the Brothers** who **are concerned** with **the Palestinian Cause who are** its **children in order to be able to keep up** with **their Cause which facilitates their service to** it.

**5-** Clarifying *the* **vision with** *the* **sons** of **the Levant regarding what events which take place inside the** Group and **determining the correct stand regarding** them.

**6- Complaints** from many **of the sons of the Levant that information does not reach them and that they are not kept abreast** of **what is happening on the Palestinian arena.**

**Bate #ISE-SW 1B64/ 0000414**

\* I present the following because of the previous reasons and justifications and due *to the* importance and necessity of work for the Palestinian Cause, especially by the sons of the Cause:

1. A framework *that* gathers the sons of the Levant which is specialized in working for *the* Palestinian Cause
- **Every** region would have a Masul **for communications and coordination.**
- **Every** sector would have a Masul **for communication and coordination** in order to supervise *the* regions.
- **The coordination** Masuls of the **sectors should be grouped** in a committee headed by the coordinator.

2. Mission **of this framework:**
- **Delivering general and private information which concern the Movement internationally and domestically.**
- **Training and equipping the different and necessary resources** to work **for Palestine** (Administrative/Political/Media).
- **Sorting the necessary resources to work for the Palestine Cause.**
- **Activating the sons** of the Levant to work at the Palestine organizations.

3. **This** can **be accomplished** through:
- **A list of names and addresses and periodical correspondence** with the Brothers.
- **Private periodical meetings on the levels of the Masuls of cities/regions/sectors.**
- **Different communications with the Masuls of** communication **and coordination.**
- **Holding** training **sessions exclusively for the Palestine work.**

\* **Guidelines** of this **suggestion:**
1- **Working** in a clear manner with *the* Brothers in the office- a complete coordination.
2- This is not a separate movement from the mother Group.
3- **Explaining** the goals of this suggestion to the Brothers among the sons of the Levant so that no misunderstanding occurs.

And success is from *God*     **7/29/1994**

*a*

Bate #<u>ISE-SW 1B64/ 0000415</u>

In the name of **God, the** Beneficent, **the** Merciful
"Confronting the Zionist infiltration to normalize relations with the Muslims in America"

The Islamic and Arabic **world is being overrun** by **a** vigorous campaign **to** normalize the relations between **the** Muslims **and** the Arabs from one side, and the Zionist entity **from another** side. **Hardly a** day **passes** without **us** hearing that some Arab or Muslim *country* has established diplomatic or commercial relation with the Zionist entity. This campaign is not limited to **countries only but also extends** to Arab **and** Muslim organizations. **So after** normalizing **the** relation between **the** American Zionist **organizations and** the Arab organizations and personalities in **America** in the early seventies, under the **name and** the umbrella of democratic dialogue to attempt **to** understand the Middle **East** conflict, **Dr. Edward** Sa'id, **one of** the participants in these dialogues, **says that** the Zionist organizations were planning this **type** of dialogues in order to break *the* **psychological** barrier **that** the Arabs **and** Palestinians have so that they accept the Jews and their country, and that **the** surrender that the Palestinian Liberation Organization **has** come to was a natural outcome of **this kind** of dialogues **that** were **done** in the course of twenty *years* before the surrender.

- **And now the Muslim's turn** has come!

   The normalization attempts have **started to** reach the Islamic organizations **and** personalities in America **and this** is **through** various **means** such **as the Bosnian** cause and **the issue** of peace in the Middle East. **As an example, the** Zionist organization SAGE that belongs **to** the Zionist organization B'ni Birth [sic] **has** contacted several **mosques and** Islamic **centers** to sponsor **a** news conference for Bosnia, **and** there **has** also been several **meetings and** joint activities **between** American-Muslim universities' **students** and a Zionist student organization for Bosnia **and** for supporting peace in the Middle East.

- **The Jews'** objective from **these meetings is** *clear:*

   "The approval of the peace process by the Muslims **and the recognition** of Israel"
- Accompanying this campaign is **a strong** media campaign against **the Muslims to make** them hesitant in rejecting dialogues **and** contact with **the Jews** so that **they are** not **called** extremists.

9

**Bate # <u>ISE-SW 1B64/0000416</u>**

- There must be an awakening for us, we who own the cause of Palestine and Islam, so that this normalization process does not pass us by and we become the only ones who are "extremists" and radical and that it will be said that "the Palestinian Muslims" reject while others agree, and this is a formidable danger that does not serve the Islamic aspect of the Palestinian cause.

**-** Confrontation work plan:

A.     The activation of the role of (MAS) to educate the brothers in all work centers, mosques, and organizations on the necessity of stopping any contacts with the Zionist organizations and the rejection of any future contacts. And it may be appropriate *that* we do not reject contact in one time but link between the Bosnian cause and the Palestinian cause so that if the Jews wanted to hold a demonstration against the Serbs in Bosnia, then we ask to have a demonstration against Israel for what it is doing in Palestine at the *same* time.

**B.**     Holding meetings with the *imams* and administrators of Islamic centers in major cities so as to activate their role in confronting the infiltration of their organizations.

**C.**     An internal Brotherhood committee to fight the normalization of relations and monitor the brotherhood organizations and others, and giving advice to them in the best ways.

**D.**     Direct communication with the Islamic organizations in general to discuss the matter with them and to attempt to stop the normalization that is happening under any umbrella

E.     Activating the role of the Association [IAP] and its publications to take up its media role in this area.

And success is fiom God        7/29/1994

10

# EXHIBIT 29

# EXHIBIT 30

# September 21, 2001





Join
CAIR-NET

Email
kame

Subscribe

Submit

Guestbook
[ Sign It ]

[ Read It ]
Live Chat
[ Login ]
Special
Features



Sunday, Oct. 7
[ More Info ]



The Status of Muslim Civil Rights in the United States
[ More Info ]



A report from the Mosque study project
[ Read More ]

CAIR Resources

MAIN PAGE    ABOUT ISLAM    ABOUT CAIR    CHAPTERS

▶ Recent News



[President Bush during a visit to the Islamic Center of Washington]

**President Bush meets with Muslim leaders in DC Mosque**

(WASHINGTON-DC, 9/17/2001) - President Bush today met with American Muslim leaders in a first-of-its-kind event that included a news conference in the prayer area of the Islamic Center of Washington, D.C. Topics discussed at the hour-long meeting ranged from the current cycle of violence in the Middle East and the need for American Muslim input on government policy, to ways in which terrorism can be eliminated worldwide ... [ Read More ]



**Killings may be part of Anti-Muslim backlash**

CAIR will hold a news conference in the nation's capital to offer a reaction to two shooting deaths over the weekend that may be part of an ...>>



[ Video ]

**Muslim Bookstore in Virginia Vandalized**

(ALEXANDRIA, VA - 9/12/2001) - Islamic bookstore manager Hazim Barakat looked grimly through his broken glass caused by four bricks thrown ... >>

▶ More News

# CRISIS CENTER



U.S. Muslims Condemn Terrorist Attacks

[ Read statement ]

We at the Council on American-Islamic Relations along with the American Muslim community are deeply saddened by the immense loss of human life from Tuesday's tragic events.

[ Read statement ]

Anti-Muslim Incidents

Total reported incidents to CAIR National: **542**



- Remains of two Muslim businesses that were burned down [ Video ] -

REPORT HATE CRIME

>> Find a Mosque

>> A model for
school district
religious
accommodation
policy 1999

## ■ The solitary vote of Barbara Lee

(Washington Post - 9/19/2001) - "We need to step back," said Rep. Barbara Lee (D-Calif.). "We're grieving. We need to step back and think about this so that it doesn't spiral out of control. We have to make sure we don't make any mistakes." [ Read More ]

## ● Al-Amin Murder Trial Delayed

(Atlanta Journal - 9/18/2001) - The attacks on the World Trade Center and the Pentagon have delayed the trial of an alleged cop-killer in Fulton County until next year because lawyers fear jurors might seek vengeance on the Muslim defendant. Jamil Abdullah Al-Amin, formerly known as H. Rap Brown, and a radical in the 1960s, indicated to Superior Court Judge Stephanie Manis that he was ready to go forward with jury selection this week, but his lawyers argued vehemently against the idea. [ Read More ]

## ■ Muslims pledge to rebuild Ohio Mosque

(Cleveland, OH - 9/18/2001) - The Ohio Chapter of the Council on American-Islamic Relations (CAIR-Ohio) joins the Islamic Center of Cleveland in urging Muslims to donate to repair the damage inflicted on the Parma Mosque when a man drove his car through the front entrance. "This attack is not against a mosque," said Imam Fawaz Damra, who talked to a group of officials and neighbors offering support. "It's an attack against all religions, against our liberties and against our values."

## ■ FBI probes killing in L.A. of Egyptian-born grocer

(Reuters - 9/17/2001) - The shooting death of an Egyptian-American grocer at his store near Los Angeles was being investigated on Monday as a possible hate crime, an FBI spokeswoman said. Adel Karas, 48, was shot to death on Saturday after an argument at his International Market in the Los Angeles suburb of San Gabriel in what police initially said was a robbery by two men who drove away in a copper-colored Honda. But Karas' family members have said no money

MUSLIM LAWYERS

### Help for Victims

What you can do
for the
victims of the WTC
and
Pentagon attacks

**1. American Red Cross**

**2. Donate** to **the NY/DC**
    **Emergency Relief Fund**

**3.** Crisis **Counselling**

### Messages of Support

The following are letters of support CAIR has received. View in PDF format.

1. Rep. Jim Moran
>>
 2. Congressman Mike
    Pence >>
 3. Joseph Cardinal
    Bernardin
Center >>
 4. Congressman David
    Bonior >>

was taken during the altercation, leading them to suspect a hate crime possibly sparked by the hijacking attacks in New York and Washington last week.

■ **Muslims call for protection in wake of hate crimes**

(WASHINGTON-DC, 9/17/2001) - The Council on American-Islamic Relations (CAIR), a Washington-based Islamic advocacy **group,** today called on law enforcement authorities nationwide to step **up** protection of Muslim institutions and businesses following a spate of what appear to be anti-Muslim hate crimes related to the terrorist attacks in New York and Washington, D.C. [ Read More ]

>> More News <<

02000 The Council on American-Islamic Relations ~ 453 New Jersey Ave SE - Washington, DC 20003-4034
Tel. 202.488.8787 - Fax. 202.488.0833 - Email. *webmaster@cair-net.org*

# EXHIBIT 31

# September 26,2001

Case 3:07-cv-06076-SI    Document 50-6    Filed 10/23/08    Page 112 of 178
http://www.cair-net.org/
http://web.archive.org/web/20011009261656844



**Council on American-Islamic Relations**
FAITH IN ACTION

Join
CAIR-NET

Email
Name
Subscribe

Submit

Guestbook
[ Sign It]

[ Read lt ]

Live Chat

[ Login]

Special
Features



Sunday, Oct. 7
[ More Info]



The Status of
Muslim Civil
Rights in the
United States
[ More Info]



A report from
the Mosque
study project
[ Read More]

CAIR
Resources

MAIN     ABOUT     ABOUT     CHAPTERS
PAGE     ISLAM      CAIR

► Recent News



Reporters asked to
handle 'Islamic'
jargon with care

(Washington Times,
By Larry Witham) •
An organization of
religion news reporters
yesterday suggested
that reporters avoid the
term "Islamic terrorist"
or similar labels as
Muslims and their
beliefs receive greater
scrutiny. The Religion
...[ Read More]



National outrage and its
impact on the workplace

The recent tragic events in New
York, Washington, D.C. and
Pennsylvania are having ripple
effects throughout our society.
Inevitably ... [ Read More ]



Muslim Bookstore in Virginia
Vandalized

[ Video ]  (ALEXANDRIA, VA •
9/12/2001) • Islamic bookstore
manager Hazim Barakat looked
grimly through his broken glass
caused by four bricks ... [ Read
More ]

► More hews

■ President Bush meets with Muslim
leaders in DC Mosque

(WASHINGTON-DC, 9/17/2001) •
President Bush today met with
American Muslim leaders in a
first-of-its-kind event that included a
news conference in the prayer area of
the Islamic Center of Washington,
D.C. Topics discussed at the hour-long
meeting ranged from the current cycle
of violence in the Middle East and the

# CRISIS CENTER

We at the Council
on
American-Islamic
Relations along
with
the American
Muslim
community are
deeply
saddened by the
immense loss of
human life from
Tuesday's tragic
events.

[ Read statement ]

Anti-Muslim
Incidents

Total reported
incidents
to CAIR Nation;..
**625**
(Last Update 9/24)



- Press conference
on
Anti-Muslim
Backlash -
[ Video]



- Press conference
at Japanese
Memorial -
[ Video]



- Remains of two
Muslim

**Find a Mosque**

Zip **or** City:

Distance:
2 Miles

**Locate**

[ Islamic Finder ]

>> A model for
school district
religious
accommodation
policy 1999

need for American Muslim input on
government policy, to ways in which
terrorism can be eliminated worldwide
... [ Read More ]

● The solitary vote of Barbara Lee

(Washington Post - 9/19/2001) - "We
need to step back," said Rep. Barbara
Lee (D-Calif.). "We're grieving. We
need to step back and think about this
so that it doesn't spiral out of control.
We have to make sure we don't make
any mistakes." [ Read More ]

■ AI-Amin Murder Trial Delayed

(Atlanta Journal - 9/18/2001) - The
attacks on the World Trade Center and
the Pentagon have delayed the trial of
an alleged cop-killer in Fulton County
until next year because lawyers fear
jurors might seek vengeance on the
Muslim defendant. Jamil Abdullah
AI-Amin, formerly known as H. Rap
Brown, and a radical in the 1960s,
indicated to Superior Court Judge
Stephanie Manis that he was ready to
go forward with jury selection this
week, but his lawyers argued
vehemently against the idea. [ Read
More ]

■ Muslims pledge to rebuild Ohio
Mosque

(Cleveland, OH - 9/18/2001) - The
Ohio Chapter of the Council on
American-Islamic Relations
(CAIR-Ohio) joins the Islamic Center
of Cleveland in urging Muslims to
donate to repair the damage inflicted
on the Parma Mosque when a man
drove his car through the front
entrance. "This attack is not against a
mosque," said Imam Fawaz Damra,
who talked to a group of officials and
neighbors offering support. "It's an
attack against all religions, against our
liberties and against our values."

■ FBI probes killing in L.A. of
Egyptian-born grocer

(Reuters - 9/17/2001) - The shooting
death of an Egyptian-American grocer
at his store near Los Angeles was
being investigated on Monday as a
possible hate crime, an FBI
spokeswoman said. Adel Karas, 48,
was shot to death on Saturday after an
argument at his International Market
in the Los Angeles suburb of San

businesses that
were
burned down [
Video] -

**REPORT HATE CRIME**
**MUSLIM LAWYERS**

Help for Victims

What you can do
for the
victims of the WTC
and
Pentagon attacks

**1.** American Red
Cross

2. Donate through
the
Global Relief
Foundation

3. Donate through
the
Holy Land
Foundation

4. Crisis
Counselling

Messages of
Support

The following are
letters of support
CAIR has received.
View in PDF
format.

1. Rep. Jim Moran
>>
2. Congressman
Mike
Pence >>
3. Joseph Cardinal
Bernardin
Center >>
4. Congressman
David
Bonior >>

Gabriel in what police initially said was a robbery by two men who drove away in a copper-colored Honda. But Karas' family members have said no money was taken during the altercation, leading them to suspect a hate crime possibly sparked by the hijacking attacks in New **York** and Washington last week.

>> More News <<

02000 The Council on American-Islamic Relations ▬ 453 New Jersey Ave **SE** ▬ Washington, DC 20003-4034
Tel. 202.488.8787 ▬ Fax. 202.488.0833 ▬ Email. *webmaster@cair-net.org*

# EXHIBIT 32

| × | Press Room

## FROM THE OFFICE OF PUBLIC AFFAIRS

December 4, 2001
PO-837

## Statement of Secretary Paul O'Neill on the Blocking of Hamas Financiers' Assets

When the President declared war on terrorist financing in September, we made al Qaida our primary focus of attention, and have since blocked $61 million worldwide in assets of the Taliban and al Qaida. In October, we broadened our pursuit of terrorist assets to include all Foreign Terrorist Organizations, including Hamas. We stated very clearly our intent to pursue the bankers who finance these terrorists. Today, we are advancing on those financiers of terror.

The Hamas terrorist organization has taken the lives of scores of individuals, including American citizens. They have proudly claimed credit for their acts of evil, including the horrific attacks this past Sunday. They raise money in the United States and around the world. Clearly, Hamas is a terrorist organization of global reach.

Today we are shutting down three Hamas-controlled organizations that finance terror. The Holy Land Foundation masquerades as a charity, while its primary purpose is to fund Hamas. This is not a case of one bad actor stealing from the petty cash drawer and giving those stolen monies to

terrorists. This organization exists to raise money in the United States to promote terror.

Last year, Holy Land raised $13 million. Government agents today shut down 4 offices of the Holy Land Foundation in the United States. Innocent donors who thought they were helping someone in need deserve protection from these scam artists who prey on their benevolence.

Similarly, the al Aqsa bank and the Beit al Mal bank aren't just banks that unknowingly administer accounts for terrorists. They are direct arms of Hamas, established and used to do Hamas business.

We will continue to name the financiers of terrorism to ensure that Hamas and other terrorist organizations have no ability to finance their acts of evil. We will work with every civilized nation around the globe to ensure there is no safe haven for terrorist money. Just as in a ground war, we will win by taking one hill at a time, advancing tirelessly every day, until terrorists and their money have nowhere to hide.



UNITED STATES
**DEPARTMENT OF THE TREASURY**

HOME  CONTACT US  SITE INDEX  FAQ  FOIA  ESPAÑOL  ACCESSIBILITY  PRIVACY & LEGAL

search [SEARCH]

OFFICE OF FOREIGN ASSETS CONTROL

News
Direct Links
Key Topics
Press Room
About Treasury
Offices
 Domestic Finance
 Economic Policy
 General Counsel
 International Affairs
 Management
 Public Affairs
 Tax Policy
 Terrorism and
 Financial
 Intelligence
  Office of Foreign
  Assets Control
  Designation Lists &
  Financial
  Advisories
  Publications and
  Legislation
  Programs and
  Initiatives
 Treasurer
Bureaus
Education
Site Policies and
Notices

**Office** of Foreign Assets Control
RECENT OFAC ACTIONS

Full List | Previous | Next

**12/04/2001**

OFAC has designated the following three entities as Specially Designated Global Terrorists [SDGT]. Their names have been integrated into all versions of OFAC's SDN list as well as OFAC's brochure on Terrorism and their assets must be blocked immediately:

AL-AQSA ISLAMIC BANK (a.k.a. AL-AQSA AL-ISLAMI BANK), P.O. Box 3753 al-Beireh, West Bank; Ramallah II 970, West Bank [SDGT]

BEIT EL-MAL HOLDINGS (a.k.a. ARAB PALESTINIAN BEIT EL-MAL COMPANY; a.k.a. BEIT AL MAL HOLDINGS; a.k.a. BEIT EL MAL AL-PHALASTINI AL-ARABI AL-MUSHIMA AL-AAMA AL-MAHADUDA LTD.; a.k.a. PALESTINIAN ARAB BEIT EL MAL CORPORATION, LTD.), P.O. Box 662, Ramallah, West Bank [SDGT]

HOLY LAND FOUNDATION FOR RELIEF AND DEVELOPMENT (f.k.a. OCCUPIED LAND FUND), 525 International Parkway, Suite 509, Richardson, Texas 75081, U.S.A.; P.O. Box 832390, Richardson, Texas 75083, U.S.A.; 9250 S. Harlem Avenue, Bridgeview, Illinois, U.S.A.; 345 E. Railway Avenue, Patterson, New Jersey 07503, U.S.A.; 12798 Rancho Penasquitos Blvd., Suite F, San Diego, California 92128, U.S.A.; Hebron, West Bank: Gaza; and other locations within the United States; U.S. FEIN: 95-4227517 [SDGT]

# EXHIBIT 33

# December 4,2001

# (Change from HLF to Global Relief)

# December 4,2001



**MAIN PAGE**  **ABOUT ISLAM**  **ABOUT CAIR**  CHAPTERS

Reach out to neighbors and co-workers during Eid ul-Fitr

Frank Graham claims Islam is "a Very Evil and Wicked Religion"

Join CAIR-NET

Email _____
Name _____
Subscribe _____

Submit

Special Features



The Status of Muslim Civil Rights in the United States
[ More Info ]



A report from the Mosque study project
[ Read More ]

CAIR Resources

Find a Mosque

Zip or City:
_____

Distance:

## TOP NEWS



**Colin Powell hosts Ramadan dinner for U.S. Muslims**

Secretary of State Colin L. Powell hosted a Ramadan "Iftar" dinner this evening for representatives of the American Muslim community. Dinner attendees included several Muslim fire department and police personnel who took part in the relief efforts following the recent terrorist attacks in Washington and New York.

## OTHER HEADLINES

 Justice kept in the dark

Mohammed Irshaid has lived in the United States for 22 years.

 Reach out to neighbors and co-workers during Eid ul-Fitr

As-salaamu alaykum (peace to you). As the blessed month of Ramadan moves to its end, we have an excellent opportunity to reach out to our neighbors and co-workers during Eid ul-Fitr.

▪ Comment: National security state

"homeland security" makes clear that we have already abandoned several of our "immutable principles" and have already begun to repeat the mistakes of the past.

▪ Faith healing

You knew it had to happen: In late January, The WB's family-values drama 7th Heaven will weigh in on the Sept.

▪ Local Muslims observe Ramadan

Statements on the terrorist attacks of September 11th

We condemn in the strongest terms possible the vicious and cowardly acts of terrorism against innocent civilians. We join with all Americans in calling for the swift apprehension and punishment of the perpetrators. No cause could ever be assisted by such immoral acts.

[ More Statements ]

CAIR Survey



If you or someone **you** know has been a victim:

[ Submit Survey ]

Anti-Muslim Incidents

Total reported incidents to CAIR National: **1452** (Last Update 11/29)

View incident reports by:

CATEGORY

2 Miles

Locate

[ Islamic Finder ]

>> Mosque Open
   House Kit

>> **A** model for
   school district
   religious
   accommodation
   policy 1999

>> School
   Protocols
   for crisis

When members of the Islamic Center of
Muncie assemble tonight, the gathering
will be more than just another carry-in
dinner.

- The freedom to believe doesn't go far

  I THOUGHT the United States was a
  country where people have religious
  freedom because it's written in the
  Constitution.

- Voluntary questioning leaves U.S.
  Arabs torn

  He knew precisely what the letter was
  about.

- Joint letter to congress on secret
  evidence repeal act

  Dear Representative:

  We, the undersigned organizations,
  representing a total of almost 800,000
  members, are writing to thank you for
  your co-sponsorship of the Secret
  Evidence Repeal Act, H.

- Conyers criticizes justice department
  plan to increase surveillance of
  domestic organizations

  Congressman John Conyers, Jr. (D-MI),
  Ranking Member of the House Judiciary
  Committee, issued the following
  statement in response to reports that the
  Justice Department is planning to loosen
  restrictions on the FBI's ability to
  monitor domestic groups, including
  religious organizations.

- Commentary: Franklin Graham and
  'evil religion'

  A preacher I once knew had a habit
  during his sermons of nudging his
  sometimes complacent and inattentive
  congregation by yelling, "Somebody
  ought to help me out here.

- Rabbi Hier says Quran **has**
  "extremist" views

  **HIGHLIGHT:** Members of the Islamic,
  Christian and Jewish faiths discuss the
  possibility of peaceful coexistence
  between devotees.

- State department **PR** head meets with
  **U.S.** Muslims

STATE

----------

REPORT HATE CRIME

Help for Victims

What you can do
for the
victims of the WTC
and
Pentagon attacks

1. American Red
Cross

2. Donate through
the
   **Global** Relief
   Foundation

3. Crisis
Counselling

   Messages of
   Support

The following are
letters of support
CAIR has received.
View in PDF
format.

1. Rep. Jim Moran
>>
2. Congressman
Mike
   Pence >>
3. Joseph Cardinal
   Bemardin
Center >>
4. Congressman
David
   Bonior >>

The newly appointed head of the administration's **effort** to present a positive image of America in the Islamic world met today with several representatives of the American Muslim community.

02000 The Council on American-Islamic Relations ~ 453 New Jersey Ave SE ▬ Washington, DC 20003-4034
Tel. 202.488.8787 ▬ Fax. 202.488.0833 ▬ Email. *webmaster@cair-net.org*

# EXHIBIT 34







**UNITED STATES**
**DEPARTMENT OF THE TREASURY**

HOME  CONTACT US  SITE INDEX  FAQ  FOIA  ESPAÑOL  ACCESSIBILITY  PRIVACY & LEGAL

OFFICE OF FOREIGN ASSETS CONTROL

News
Direct **Links**
**Key** Topics
**Press** Room
**About** Treasury
Offices
 Domestic Finance
 Economic Policy
 General Counsel
 International Affairs
 Management
 Public Affairs
 Tax Policy
 Terrorism and
 Financial
 Intelligence
  Office of Foreign
  **Assets** Control
  Designation Lists &
  Financial
  Advisories
  Publications and
  Legislation
  Programs and
  Initiatives
 Treasurer
Bureaus
Education
Site Policies **and**
Notices

**Office of Foreign** Assets Control
RECENT OFAC **ACTIONS**

Full List | Previous | Next

*To view or print the PDF content on this page, download the free* Adobe ®
Acrobat ® Reader ®

**12/14/2001 4:30 p.m.**

All financial assets and all records of BENEVOLENCE INTERNATIONAL
FOUNDATION, INC. and GLOBAL RELIEF FOUNDATION, INC.
wherever located are blocked pending investigation pursuant to Section **106** of
the **U.S.A.** Patriot Act of 2001, 107 Public Law **56** (October **26, 2001).**
BENEVOLENCE is known to have offices in Illinois and New Jersey. Global
is known to have offices in Illinois. Their names have been integrated into the
fixed-field and delimited versions of OFAC's SDN list with the descriptor
"[BPI-PA]" and prefixed *to* the rest of OFAC's informational material on
Terrorism and SDNs. They will be fully integrated into the *.PDF and ASCII
versions of the SDN list as soon as possible:

BENEVOLENCE INTERNATIONAL FOUNDATION, INC., 20-24
Branford Place, Suite 705, Newark, NJ **07102,** U.S.A.; **9838 S.** Roberts Road,
Suite 1-W, Palos Hills, **IL 60465, U.S.A.;** P.O. Box 548, Worth, **IL 60482,**
U.S.A.; U.S. **FEIN: 36-3823186** (all financial assets and all records are
blocked) [BPI-PA]

GLOBAL RELIEF FOUNDATION, INC., **9935** S. 76th Avenue, **#1,**
Bridgeview, **IL 60455,** U.S.A.; P.O. Box **1406,** Bridgeview, IL **60455, U.S.A.;**
**U.S.** FEIN: **36-3804626** (all financial assets and all records are blocked)
[BPI-PA]

# EXHIBIT 35




PRESS ROOM

## FROM THE OFFICE OF PUBLIC AFFAIRS

October 18, 2002
PO-3553

### Treasury Department Statement Regarding the Designation of the Global Relief Foundation

We continue to wage our relentless war on terror – both here in the U.S and overseas. We are harvesting information, coordinating with our allies, and taking action against terrorist networks. We are seeing progress. We have frozen dollars and the assets *of* organizations, deterred donors and supporters, and forced terrorist backers to use riskier, more vulnerable methods of raising and moving money.

Our efforts are having real-world effects. Al-Qaida and other terrorist organizations are suffering financially as a result of our actions. Potential donors are being more cautious about giving money to organizations where they fear that the money might wind up in the hands *of* terrorists. In addition, greater regulatory scrutiny in financial systems around the world is further marginalizing those who would support terrorist groups and activities.

The war on terrorism is only beginning, and it is certain to demand constant vigilance. In the year since that terrible day, we have hit them hard. Our goal is to bankrupt their institutions and beggar their bombers. This war - the financial war against terrorism – is complicated and much more remains to be done. We are off to a good start, but this is a long-term war of attrition that we are waging. We will not relent.

As part of this campaign, today the Treasury Department designated the Global Relief Foundation under the authority of Executive Order 13224.

The Global Relief Foundation (GRF), has connections to, has provided support for, and has provided assistance to Usama Bin Ladin, the al Qaida Network, and other known terrorist groups.

One of the founders of GRF was previously a member of the Makhtab Al-Khidamat, the precursor organization to al Qaida. The GRF has received funding from individuals associated with al Qaida. GRF officials have had extensive contacts with a close associate of Usama Bin Ladin, who has been convicted in a U.S court for his role in the 1998 bombings of the U.S embassies in Kenya and Tanzania.

GRF members have dealt with officials of the Taliban, while the Taliban was subject to
international sanctions.
 PO-3553
The GRF has connections with known terrorist organizations and with known supporters of terrorist organizations, including the shipment of materiel to a terrorist organization operating in the Kashmir region and through financial transactions with a Texas-based charitable organization.

The United States today submitted this group's name to the UN sanctions committee for inclusion in its' consolidated list of entities and individuals whose assets UN member states are obligated to freeze pursuant to UN security council resolutions 1267 and 1390.

TREASURY DEPARTMENT FACT SHEET ON THE GLOBAL RELIEF FOUNDATION

The Global Relief Foundation (GRF), also known as Fondation Secours Mondial (FSM), and its officers and directors have connections to, and have provided support for and assistance to, Usama bin Ladin (UBL), al Qaida, and other known terrorist groups.  These include groups previously designated by the United States under President Bush's September 2001 Executive Order 13224 regarding terrorism and included on the United Nations 1267 Sanctions Committee's consolidated list of individuals and entities whose assets are required to be frozen pursuant to UN Security Council Resolutions (UNSCRs) 1267 and 1390.

Links to UBL and al Qaida:

Rabih Haddad, a senior GRF official who co-founded GRF and served as its president throughout the 1990s and in the year 2000, worked for Makhtab al-Khidamat (MAK) in Pakistan in the early 1990s.  MAK was co-founded by Sheikh Abdullah Azzam and UBL in the 1980s and served as the precursor organization to al Qaida.  MAK was designated by President Bush in E.O. 13224 and was subsequently included on the UN 1267 Sanctions Committee's consolidated list. The organization has helped funnel fighters and money to the Afghan resistance in Peshawar, Pakistan, and established recruitment centers worldwide to fight the Soviets.  Azzam, who served as a mentor to UBL, was killed in 1989.  He is also regarded as a historical leader of HAMAS, which was designated under E.O. 13224. At a recent immigration hearing, Haddad conceded that he met Azzam in Pakistan and characterized him as a "hero."

In addition, GRF has provided financial and other assistance to, and received funding from, individuals associated with al Qaida.  Mohammed Galeb Kalaje Zouaydi, a suspected financier of al Qaida's worldwide terrorist efforts, was arrested in Europe in April 2002. GRF has admitted receiving funds from Zouaydi.

GRF and FSM personnel had multiple contacts with Wadih El-Hage, UBL's personal secretary when UBL was in Sudan.  El-Hage was convicted in a U.S.

district court in May 2001, for his role in the UBL-directed 1998 bombings of the U. S. embassies in Kenya and Tanzania. At the time that El-Hage was playing an active role in an al Qaida terrorist cell in Kenya, he was in contact with GRF. For example, documents recovered from a search in Kenya indicated that El-Hage was in contact with GRF after he returned from visiting al Qaida leadership in Afghanistan in February 1997. GRF has acknowledged that El-Hage and Nabil Sayadi, FSM's Director in Belgium, were in contact during this period.

Links to Taliban and Other Entities and Background:

A GRF employee also dealt with officials of the Taliban, which at the time was an entity subject to U.S sanctions pursuant to United States E.O. 13129 (prohibiting trade and most transactions with the Taliban because it provided a safe haven and base of operations for UBL and al Qaida) and subject to international sanctions pursuant to UNSCRs 1267 and 1333. In November 2001, during the airstrikes in Afghanistan, a GRF medical relief coordinator traveled to Kabul, against the advice of the U.S. Department of State, and engaged in dealings and negotiations with Taliban officials until the collapse of the Taliban regime.

A set of photographs and negatives discovered in 1997 in a trash dumpster outside of GRF's office in Illinois depict large shipping boxes displayed under a GRF banner. The boxes were full of sophisticated communications equipment, including approximately 200 handheld radio transceivers, long-range radio antennas, and portable power packs, with an estimated total value of $120,000. Other photographs depict fighters armed with automatic rifles, a sand bagged bunker with a radio antenna mounted outside, and mutilated corpses with the name "KPI" (Kashmir Press International) printed alongside. Yet another photograph displays two dead men with the caption "Hizbul Mujahideen," a known terrorist organization operating in the Kashmir region. On the reverse side of the photograph was handwritten in Arabic, "two martyrs killed by the Indian government."

GRF has stocked and promoted audio tapes and books authored by Sheikh Abdullah Azzam, discussed above, which glorify armed jihad, including "The international conspiracy against Jihad" and "The Jihad in its present stage." Despite Azzam's terrorist background, GRF has enthusiastically promoted Azzam's materials to the public: "His [Azzam's] theology is a sea, his words are jewels, and his thoughts are a light for those who are holding the smoldering embers. He lived the Jihad experiences of the 20th century in Afghanistan . . . and Palestine, and produced a new theory for saving the [Islamic] Nation from disgrace, shame, weakness, and submission to others."

GRF has published several Arabic newsletters and pamphlets that advocate armed action through jihad against groups perceived to be un-Islamic. For example, one 1995 GRF pamphlet reads "God equated martyrdom through JIHAD with supplying funds for the JIHAD effort. All contributions should be mailed to: GRF." Another GRF newsletter requested donations "for God's cause – they [the Zakat funds] are disbursed for equipping the raiders, for the purchase of ammunition and food, and for their [the Mujahideen's] transportation so that they can raise God the Almighty's

word . . . it is likely that the most important of disbursement of Zakat in our times is on the jihad for God's cause . . . ."

GRF received $18,521 from the Holy Land Foundation for Relief and Development (HLF) in 2000. HLF, a Dallas, Texas based Islamic charitable organization, was designated under E.O. 13224 on December 4, 2001, and under the European Union's Regulation (EC) No. 2580/2001 on June 17, 2002, for its ties to terrorism. HLF's designation was upheld in a recent decision by a U.S. district court.

Gurule Statement

# EXHIBIT 36

# December 18,2001

CAIR - The Council on American Islamic Relations

http://wasearch.loc.gov/sep11/20011218061308/http://cair-net.org/



**CAIR** — Council on American-Islamic Relations

## OPEN MOSQUE EVENT SURVEY

**Welcome to CAIR**

Happy Ramadan

MAIN PAGE    **ABOUT ISLAM**    ABOUT CAIR    **CHAPTERS**

Join CAIR-NET

Email

Name

Subscribe

Submit

**Special Features**



The Status of Muslim Civil Rights in the United States
[ More Info]



A report from the Mosque study project
[ Read More]

CAIR Resources

### TOP NEWS



Contact Attorney General Ashcroft to demand due process of law

At this time of Eid ul-Fitr, CAIR is calling on Muslims nationwide to contact Attorney General John Ashcroft and demand that we receive the same civil, religious and legal rights as any other Americans.

### OTHER HEADLINES



Andy Rooney distorts the quran, again

CAIR has received a number of complaints about the commentary below from Muslims concerned about its stereotypical and distorted portrayal of the Quran, Islam's revealed text.



CAIR: Video shows Bin Laden's complicity in 9-11 attacks

The Council on American-Islamic Relations (CAIR), **a** Washington-based Islamic advocacy group, today offered its reaction to the videotape of Osama bin Laden released **by** the Pentagon.

• INS detains Muslim group board member

A Muslim who serves on the board of a group suspected of funding terrorism has been detained by federal immigration officials on a visa violation, his attorney said Monday.

Statements on the terrorist attacks of September 11th

We condemn in the strongest terms possible the vicious and cowardly acts of terrorism against innocent civilians. We join with all Americans in calling for the swift apprehension and punishment of the perpetrators. No cause could ever be assisted by such immoral acts.

[ More Statements ]

CAIR Survey

**PASSENGER PROFILING**

If you or someone **you** know has been a victim:

[ Submit Survey ]

Anti-Muslim Incidents

Total reported incidents to CAIR National: 1452 (Last Update 11/29)

View incident reports by:

**CATEGORY**

3/2/2008 10:37 AM

Case 3:07-cv-06076-SI    Document 50-6    Filed 10/23/08    Page 135 of 178

**Find a Mosque**

Zip or City:

Distance:
2 Miles

Locate

[ Islamic Finder]

----------

>> Mosque Open
House Kit

>> 4 model for
school district
religious
accommodation
policy 1999

>> School
Protocols
for crisis

**U.S. arrested or deported some 200
Israelis suspected of belonging to
"organized intelligence-gathering
operation"**

TONY SNOW, HOST: This week,
senior correspondent Carl Cameron has
reported on a longstanding government
espionage investigation.

**Hispanic Muslims: New minority
makes** itself **known**

They file into the mosque when Sunday
school is over and the conference rooms
are cleared, staking a small piece of **turf**
in the main hall.

**Islamic charity crackdown troubles S.
Florida Muslims**

By the time millions of American
Muslims celebrate the end of Ramadan
today, many will have made sure to
fulfill Islamic obligations of charity.

**Washington Times says JDL had
"Reason to feel murderous rage"**

Knaves: The Jewish militants arrested in
a plot to blow up Arab and Muslim
buildings in the Los Angeles area.

**CAIR: Foiled bombings incited by
anti-Muslim "Smear Campaign"**

**A** prominent American Muslim group
tonight blamed what it called the
"ongoing anti-Islamic smear campaign"
by right wing and pro-Israel extremists
for creating an atmosphere of
lslamophobia that may have incited the
Jewish Defense League (JDL) to plot a
terrorist bombing at a California mosque
and other sites.

STATE

REPORT HATE CRIME

**Help for Victims**

What you can do
for the
victims of the WTC
and
Pentagon attacks

**1. American Red
Cross**

**2. Donate through
the
Global Relief
Foundation**

**3. Crisis
Counselling**

**Messages** of
**support**

The following are
letters of support
CAIR has received.
View in PDF
format.

1. Rep. Jim Moran
>>
2. Congressman
Mike
Pence >>
3. Josepth Cardinal
Bemardin
Center >>
4. Congressman
David
Bonior >>

02000 The Council on American-Islamic Relations ▬ 453 New Jersey Ave SE ▬ Washington,
DC 20003-4034
Tel. 202.488.8787 ~ Fax. 202.488.0833 ▬ Email. *webmaster@cair-net.org*

# EXHIBIT 37

| Form **990** | **Return of Organization Exempt from Income Tax** | OMB No. 1545-0047 |
|---|---|---|
| | Under section 501(c) of the Internal Revenue Code (except black lung benefit trust or private foundation) or section 4947(a)(1) nonexempt charitable trust | **1998** |
| Department of the Treasury Internal Revenue Service | Note: *The organization may have to use a copy of this return to satisfy state reporting requirements.* | This Form is Open to Public Inspection |

**B** Check if:
- ☐ Change of address
- ☐ Initial return
- ☐ Final return
- ☐ Amended return (required also for state reporting)

**C** Name of organization
Please use IRS label or print or type. See specific instructions.

**GLOBAL RELIEF FOUNDATION, INC.**

Number & street (or P.O. box if mail is not delivered to street addr)   Room/suite
**P.O. BOX 1406**

City, Town or Country   state   ZIP + 4
**BRIDGEVIEW**   **IL**   **60455**

**D** Employer Identification Number
**36-3804626**

**E** Telephone number

**F** Check ▸ ☐ if exemption application is pending

**H** (a) Is this a group return filed for affiliates? ............ ☐ Yes ☒ No
(b) If 'Yes,' enter the number of affiliates for which this return is filed ...... ▸
(c) Is this a separate return filed by an organization covered by a group ruling? ...... ☐ Yes ☒ No

**f** If either box in H is checked 'Yes,' enter four-digit group exemption number (GEN)
**J** Accounting method: ☐ Cash ☒ Accrual   ☐ Other (specify) .. ▲

| | | | | | | |
|---|---|---|---:|---|---|---:|
| **1** | Contributions, gifts, grants, and similar amounts received: | | | | | |
| | **a** Direct public support ...................................... | **1a** | 1,710,060. | | | |
| | **b** Indirect public support ...................................... | **1b** | | | | |
| | **c** Government contributions (grants) .......................... | **1c** | | | | |
| | **d** Total (add lines 1a through 1c) (attach schedule of contributors) (cash $ _____ noncash $ _____ 0) | | | | **1d** | 1,710,060. |
| **2** | Program service revenue including government fees and contracts (from Part VII, line 93) ............ | | | | **2** | |
| **3** | Membership dues and assessments ............................ | | | | **3** | |
| **4** | Interest on savings and temporary cash investments ........... | | | | **4** | 2,361. |
| **5** | Dividends and interest from securities ........................ | | | | **5** | |
| | **6a** Gross rents ............................................ | **6a** | | | | |
| | **b** Less: rental expenses .................................. | **6b** | | | | |
| | **c** Net rental income or (loss) (subtract line 6b from line 6a) .. | | | | **6c** | |
| **7** | Other investment income (describe ... ▸ _____ ) | | | | **7** | |
| | **8a** Gross amount from sale of assets other than inventory ... | (A) Securities | (B) Other | | | |
| | | **8a** | | | | |
| | **b** Less: cost or other basis and sales expenses ............ | **8b** | | | | |
| | **c** Gain or (loss) (attach schedule) ........................ | **8c** | | | | |
| | **d** Net gain or (loss) (combine line 8c, columns (A) and (B)) ... | | | | **8d** | 0 |
| **9** | Special events and activities (attach schedule) | | | | | |
| | **a** Gross revenue (not including ... $ _____ of contributions reported on line 1a) ........ | **9a** | | | | |
| | **b** Less: direct expenses other than fundraising expenses ... | **9b** | | | | |
| | **c** Net income or (loss) from special events (subtract line 9b from line 9a) ...... | | | | **9c** | |
| | **10a** Gross sales of inventory, less returns and allowances ...... | **10a** | | | | |
| | **b** Less: cost of goods sold ................................ | **10b** | | | | |
| | **c** Gross profit or (loss) from sales of inventory (attach schedule) (subtract line 10b from line 10a) | | | | **10c** | |
| **11** | Other revenue (from Part VII, line 103) ...................... | | | | **11** | |
| **12** | **Total revenue** (add lines 1d, 2, 3, 4, 5, 6c, 7, 8d, 9c, 10c, and 11) .................. | | | | **12** | 1,712,421. |
| **13** | Program services (from line 44, column (B)) .................. | | | | **13** | 1,383,460. |
| **14** | Management and general (from line 44, column (C)) ........... | | | | **14** | 193,422. |
| **15** | Fundraising (from line 44, column (D)) ....................... | | | | **15** | 111,216. |
| **16** | Payments to affiliates (attach schedule) ..................... | | | | **16** | |
| **17** | **Total expenses** (add lines 16 and 44, column (A)) .......... | | | | **17** | 1,688,098. |
| **18** | Excess or (deficit) for the year (subtract line 17 from line 12) . | | | | **18** | 24,323. |
| **19** | Net assets or fund balances at beginning of year (from line 73, column (A)) .... | | | | **19** | 270,500. |
| **20** | Other changes in net assets or fund balances (attach explanation) .... | | | | **20** | |
| **21** | Net assets or fund balances at end of year (combine lines 18, 19, and 20) .... | | | | **21** | 294,823. |

RECEIVED
INTERNAL REVENUE SERVICE
JUN 28 1999

SCANNED   AUG 06 '99

**BAA** For Paperwork Reduction Act Notice, see separate instructions.   TEEA0101 10/06/98   Form **990** (1998)

**GLOBAL RELIEF FOUNDATION, INC.**　　　　　　　**FORM 990 − 1998**
**FEI #36-3804626**

## Page # 2 – Part III
## Statement of Program Service Accomplishments

The Foundation is organized exclusively for charitable, religious, educational and Scientific purposes including, but not limited to engage in to promote, contribute and *carry* out relief and charitable activities, programs, projects.

The main thrust of the Foundation's charitable program continued to be overseas. The Foundation carries out it's program through it's own offices **and with** cooperation of **other** approved and registered non-profit **organizations with** similar aims and objectives **as those of** the Foundation. The Foundation **was** active in following areas of the world:

- Pakistan
- Kashmir
- Afghanistan
- Iraq
- **Chechenya**
- · Kosovo
- Lebanon
- Bengladesh

The **Foundation's** accomplishment during the year included:

1. **Distribution** of Food, Clothing, relief supplies to refugees and flood Victims. The total **cost** of this program **was** $364,018.

2. Health **Care:**
   **This** program included funding of **hospitals, indstiutions,, distribution of medicine** And medical supplies.  The total **cost of** *this* program **was** *$384,892,* include in-kind Donation of medicine and **medical** equipment, approximately **worth** about **$355,000.**

3. **Education:**
   **Under** this program, the Foundation provided **financial** support to Non-profit schools. And **organization** working in the field of education.  The total cost of this program **was** **$210,517.**

4. Orphan Sponsorship:
   Under *this* program the Foundation provided **financial** assistance to orphanages, and **Direct** assistance to orphans and their families.  The total cost **was** **$183,264.**

5. **Donations:**
   The Foundation **also** provided **assistance** to **other** non-profit organization **with similar** **Aim** and objectives.  The total  amount of **direct** donations **to** other **organizations** and **To** individuals **was** **$135,074.**

# EXHIBIT 38

In the name of God, the Compassionate, the Merciful

# CAIR

**Council on American-Islamic Relations**
453 New Jersey Avenue, SE
Washington, DC  20003-2604
Tel: 202-488-8787
Fax: 202-488-0833

September 9, 2003

The Honorable Senator John Kyl
Chairman
Senate Subcommittee on Terrorism, Technology and Homeland Security
c/o Daniel Saterlee
325 Hart Senate Office Building
Washington D.C. 20510

Dear Senator Kyl and Subcommittee Members:

On behalf of our organization and the American M u s h community, I would like to thank you for inviting me to testify at your subcommittee hearing entitled "Two Years After 9/11: Connecting the Dots" on September 10, 2003.

**As** you know, the hearing in question is one day before the anniversary of the September 11 attacks on America. I will not be able to personally attend the hearing on September 10 because CAIR is the organizing sponsor for an interfaith memorial vigil to be held at the Capitol reflecting pool the same day.

I would like to make it perfectly clear that CAIR is a national civil rights organization and we do not claim to be experts on terrorism. However, I realize the importance and timeliness of such a hearing and because the American Muslim community has not been adequately represented at congressional hearings in the past, I felt obligated to present written testimony to be submitted for the record. **For the record, I would also like this letter submitted as part of my testimony for the hearing.**

Looking at the witness list and theme for this hearing, I can say with great confidence that this hearing will be used to vilify and defame the American M u s h community. Because CAIR and the American M u s h community have nothing to hide, we happily submit this testimony dealing with many of the predictable fallacies that will be advanced by the Investigative Project, headed by Steven Emerson.

Regardless, I would **like** to thank you for this opportunity and please let me know if we can be of any assistance in the future.

Most Sincerely,

Nihad Awad
Executive Director, CAIR

Regarding Dr. Abu-Marzuk's trial, CAIR quoted his attorney, Stanley Cohen, as saying that he thought "…the case against his client is political rather than criminal."[68] The only mention of Sheikh Abdul-Rahman was that the "…lawyers defending Shaykh Omar Abdel Rahman complain that his trial was far from free and fair."[69]

Nowhere in the report does it refer to these cases either as a "travesty of justice" or a "hate crime." Mr. Emerson's reliance on his friend Daniel Pipes' false statements show the veracity of his journalistic scholarship.

To prove that this is an outright lie, CAIR would be happy to provide a copy of the page in question from the 1996 CAIR civil rights report to any interested parties.

_____

**MYTH:** In a recent congressional hearing, Mr. Emerson proclaimed that, "…[CAIR] received some of its initial seed money from the Holy Land Foundation for Relief and Development (HLFRD)…"[70]

**FACT:** This is an outright lie. Our organization did not receive any seed money from HLFRD. CAIR raises its own funds and we challenge Mr. Emerson to provide even a shred of evidence to support his ridiculous claim. In fact, it is known that our DC headquarters was funded largely by a loaned grant mortgage from the Islamic Development Bank (IDB), a multinational financial institution similar in nature to the World Bank.

_____

**MYTH:** "… [CAIR] has disseminated Hamas communiqub…"[71]

**FACT:** This may be one of the most ridiculous charges ever made by Emerson. This is a *prima facie* defamatory statement and since our incorporation in 1994, CAIR has never voiced support for Hamas, let alone "disseminate" its "communiqués."

CAIR's communications director contacted James Taranto of *The Wall Street Journal* editorial page to demand that the *WSJ* and Emerson produce evidence of these absurd claims. Not surprisingly, no evidence or explanation was ever provided
------------------------

Although this is not a comprehensive documentation of all the fallacious claims made by Islamophobes, it was meant to show that The Investigative Project, led by Mr. Emerson, is part of a greater problem. The continuous slander of American Mush organizations by so-called "experts" will do nothing to improve our country or the international political arena. There only goal is to make certain that their myopic worldview is not challenged by anyone; and anyone who does challenge their political beliefs will be dishonored by any malicious means necessary.

_____

[68] See Council on American-Islamic Relations 1996 Report, "The Status of Muslim Civil Rights in the United States," 1996 at 8-9.
[69] *Id.*
[70] See Testimony of Steven Emerson with Jonathan Levin before United States Senate Committee on Governmental Affairs, "Terrorism Financing: Origination, Organization, Prevention: Saudi Arabia, Terrorist Financing and the War on Terror," July 31, 2003 at 39 *available at* http://www.senate.gov/~govt-aff/_files/073103emerson.pdf
[71] See *supra* note **43.**

# EXHIBIT 39

Regarding Dr. Abu-Marzuk's trial, CAIR quoted his attorney, Stanley Cohen, as saying that he thought "…the case against his client is political rather than criminal."[68] The only mention of Sheikh Abdul-Rahman was that the "…lawyers defending Shaykh Omar Abdel Rahman complain that h s trial was far from free and fair."[69]

Nowhere in the report does it refer to these cases either as a "travesty of justice" or a "hate crime." Mr. Emerson's reliance on his friend Daniel Pipes' false statements show the veracity of his journalistic scholarshp.

To prove that this is an outright lie, CAIR would be happy to provide a copy of the page in question from the 1996 CAIR civil rights report to any interested parties.

___-------___--------

**MYTH:** In a recent congressional hearing, Mr. Emerson proclaimed that, "…[CAIR] received some of its initial seed money from the Holy Land Foundation for Relief and Development (HLFRD)…"[70]

**FACT:** This is an outright lie. Our organization did not receive any seed money from HLFRD. CAIR raises its own funds and we challenge Mr. Emerson to provide even a shred of evidence to support his ridiculous claim. In fact, it is known that our DC headquarters was funded largely by a loaned grant mortgage from the Islamic Development Bank (IDB), a multinational financial institution similar in nature to the World Bank.

-----------------------

**MYTH:** "… [CAIR] has disseminated Hamas communiqués…"[71]

**FACT:** This may be one of the most ridiculous charges ever made by Emerson. This is a *prima facie* defamatory statement and since our incorporation in 1994, CAIR has never voiced support for Hamas, let alone "disseminate" its "communiqués."

CAIR's communications director contacted James Taranto of *The Wall Street Journal* editorial page to demand that the *WSJ* and Emerson produce evidence of these absurd claims. Not surprisingly, no evidence or explanation was ever provided

-----------------------

Although this is not a comprehensive documentation of all the fallacious claims made by Islamophobes, it was meant to show that The Investigative Project, led by Mr. Emerson, is part of a greater problem. The continuous slander of American M u s h organizations by so-called "experts" will do nothing to improve our country or the international political arena. There only goal is to make certain that their myopic worldview is not challenged by anyone; and anyone who does challenge their political beliefs will be dishonored by any malicious means necessary.

---

[68] *See* Council on American-Islamic Relations 1996 Report, "The Status of Muslim Civil Rights in the United States," 1996 at 8-9.
[69] *Id.*
[70] *See* Testimony of Steven Emerson with Jonathan Levin before United States Senate Committee on Governmental Affairs, "Terrorism Financing: Origination, Organization, Prevention: Saudi Arabia, Terrorist Financing and the War on Terror," July **31**, 2003 at 39 *available at* http://www.senate.gov/~govt-aff/_files/073103emerson.pdf
[71] *See supra* note 43.

# EXHIBIT 40

# EXHIBIT 41

Form **990**

## Return of Organization Exempt From Income Tax

Under section 501(c) of the Internal Revenue Code (except black lung benefit trust or
private foundation), section 527, or section 4947(a)(1) nonexempt charitable trust

Department of the Treasury
Internal Revenue Service

The organization may have to use a copy of this return to satisfy state reporting requirements

OMB No. 1545-0047

**2000**

Open to Public
Inspection

**A** For the 2000 calendar year, or tax year period beginning _____, and ending _____

| B Check if applicable: | C Name of organization | D Employer ID number |
|---|---|---|
| ☐ Change of address | Please use IRS label or print or type. See Specific Instructions. | **HOLY LAND FOUNDATION FOR RELIEF AND DEVELOPMENT** | **95-4227517** |
| ☐ Change of name | | |
| ☐ Initial return | Number and street (or P.O. box if mail is not delivered to street address)   Room/suite | E Telephone number |
| ☐ Final return | **525 INTERNATIONL PARKWAY** | **972-699-9868** |
| ☐ Amended return | City or town, state or country, and ZIP code   **RICHARDSON   TX  75081** | F Check ▶ ☐ if application pending |

Note: H and I are not applicable to section 527 orgs.

**G** Org. type (check only one)▶ ☒ 501(c) ( 3 ) ◄ (insert no.) ☐ 527 or ☐ 4947(a)(1)

● Section 501(c)(3) organizations and 4947(a)(1) nonexempt charitable trusts must attach a completed Schedule A (Form 990 or 990EZ).

**J** Accounting method: ☐ Cash ☒ Accrual ☐ Other (specify) ▶

**K** Check here ▶ ☐ if the organization's gross receipts are normally not more than $25,000. The organization need not file a return with the IRS; but if the organization received a Form 990 Package in the mail, it should file a return without financial data.
Some states require a complete return.

**H(a)** Is this a group return for affiliates? ☐ Yes ☒ No
**H(b)** If "Yes," enter number of affiliates ▶
**H(c)** Are all affiliates included? ☐ Yes ☐ No
(If "No," att. a list. See instr.)
**H(d)** Is this a separate return filed by an organization covered by a group ruling? ☐ Yes ☒ No
**I** Enter 4-digit group exemption no. (GEN) ▶
**L** Check this box if the organization is not required to attach Schedule B (Form 990 or 990-EZ) ▶ ☒

### Part I   Revenue, Expenses, and Changes in Net Assets or Fund Balances (See Specific Instructions on page 16.)

| | | | | |
|---|---|---|---|---|
| **1** | Contributions, gifts, grants, and similar amounts received: | | | |
| **a** | Direct public support | 1a | 13,022,466 | |
| **b** | Indirect public support | 1b | | |
| **c** | Government contributions (grants) | 1c | | |
| **d** | Total (add lines 1a through 1c) (cash $ 12,892,866 noncash $ 129,600 ) | | 1d | 13,022,466 |
| **2** | Program service revenue including government fees and contracts (from Part VII, line 93) | | 2 | 62,943 |
| **3** | Membership dues and assessments | | 3 | |
| **4** | Interest on savings and temporary cash investments | | 4 | |
| **5** | Dividends and interest from securities | | 5 | 182,069 |
| **6a** | Gross rents | 6a | | |
| **b** | Less: rental expenses | 6b | | |
| **c** | Net rental income or (loss) (subtract line 6b from line 6a) | | 6c | |
| **7** | Other investment income (describe ▶ ) | | 7 | |
| **8a** | Gross amount from sales of assets other than inventory | (A) Securities 8a | (B) Other | |
| **b** | Less: cost or other basis and sales expenses | 8b | | |
| **c** | Gain or (loss) (attach schedule) | 8c | | |
| **d** | Net gain or (loss) (combine line 8c, columns (A) and (B)) | | 8d | |
| **9** | Special events and activities (attach schedule) | | | |
| **a** | Gross revenue (not including $ _____ of contributions reported on line 1a) | 9a | | |
| **b** | Less: direct expenses other than fundraising expenses | 9b | | |
| **c** | Net income or (loss) from special events (subtract line 9b from line 9a) | | 9c | |
| **10a** | Gross sales of inventory, less returns and allowances | 10a | | |
| **b** | Less: cost of goods sold | 10b | | |
| **c** | Gross profit or (loss) from sales of inventory (att. sch.) (subtract line 10b from line 10a) | | 10c | |
| **11** | Other revenue (from Part VII, line 103) | | 11 | 7,055 |
| **12** | Total revenue (add lines 1d, 2, 3, 4, 5, 6c, 7, 8d, 9c, 10c, and 11) | | 12 | 13,274,533 |
| **13** | Program services (from line 44, column (B)) | | 13 | 8,644,548 |
| **14** | Management and general (from line 44, column (C)) | | 14 | 484,964 |
| **15** | Fundraising (from line 44, column (D)) | | 15 | 368,350 |
| **16** | Payments to affiliates (attach schedule) | | 16 | |
| **17** | Total expenses (add lines 16 and 44, column (A)) | | 17 | 9,497,862 |
| **18** | Excess or (deficit) for the year (subtract line 17 from line 12) | | 18 | 3,776,671 |
| **19** | Net assets or fund balances at beginning of year (from line 73, column (A)) | | 19 | 1,761,781 |
| **20** | Other changes in net assets or fund balances (attach explanation)   SEE STMT 1 | | 20 | -291,748 |
| **21** | Net assets or fund balances at end of year (combine lines 18, 19, and 20) | | 21 | 5,246,704 |

For Paperwork Reduction Act Notice, see page 1 of the separate Instr.
DAA

Form **990** (2000)

SCANNED AUG 13 2001   Revenue   RECEIVED AUG 10 2001

Functional Expenses and section 4947(a)(1) nonexempt charitable trusts but optional for others (See Specific Instructions on page 20.)

| Do not include amounts reported on line 6b, 8b, 9b, 10b, or 16 of Part I. | | (A) Total | (B) Program services | (C) Management and general | (D) Fundraising |
|---|---|---|---|---|---|
| 22 Grants and allocations (attach schedule) (cash $ 4,960,730 non-cash $ ) | 22 | 4,960,730 | 4,960,730 | | |
| 23 Specific assistance to individuals | 23 | | | | |
| | 24 | | | | |
| | 25 | 165,000 | 117,150 | 18,150 | 29,700 |
| | 26 | 605,392 | 432,838 | 63,187 | 109,367 |
| | 27 | | | | |
| | 28 | 337,930 | 307,829 | 18,830 | 11,271 |
| | 29 | | | | |
| | 30 | | | | |
| | 31 | | | | |
| | 32 | | | | |
| | 33 | 100,967 | 87,304 | 9,155 | 4,508 |
| | 34 | 68,151 | 57,987 | 4,902 | 5,262 |
| | 35 | | | | |
| | 36 | 59,132 | 46,145 | 9,535 | 3,452 |
| | 37 | | | | |
| | 38 | | | | |
| | 39 | 264,921 | 220,672 | 15,630 | 28,619 |
| | 40 | | | | |
| | 41 | | | | |
| | 42 | 70,700 | 59,242 | 7,141 | 4,317 |
| | 43a | | | | |
| | 43b | 2,864,939 | 2,354,651 | 338,434 | 171,854 |
| | 43c | | | | |
| | 43d | | | | |
| | 43e | | | | |

X

What is the organization's primary exempt purpose? SEE STATEMENT 3

All organizations must describe their exempt purpose achievements in a clear and concise manner. State the number of clients served, publications issued, etc. Discuss achievements that are not measurable. (Section 501(c)(3) and (4) organizations and 4947(a)(1) nonexempt charitable trusts must also enter the amount of grants and allocations to others.)

Program Service Expenses (Required for 501(c)(3) and (4) orgs., and 4947(a)(1) trusts; but optional for others.)

**a** ESTABLISH, OPERATE AND/OR CONTRIBUTE TO A RELIEF FUND FOR REFUGEES AND THE INDIGENT NEEDY.

**b**

**c** (Grants and allocations $ )

**d** (Grants and allocations $ )

(Grants and allocations $ )

**e** Other program services (attach schedule) (Grants and allocations $ )

**f** Total of Program Service Expenses (should equal line 44, column (E) Program services) ▶ 8,644,548

DAA

Form 990 (2000)

| Note: | Where required, attached schedules and amounts within the description column should be for end-of-year amounts only. | | | (A) Beginning of year | | (B) End of year |
|---|---|---|---|---|---|---|
| 45 | Cash-non-interest-bearing | | | 451,011 | 45 | 3,105,215 |
| 46 | Savings and temporary cash investments | | | | 46 | |
| 47a | Accounts receivable | 47a | | | | |
| b | Less: allowance for doubtful accounts., , , | 47b | | | 47c | |
| 48a | Pledges receivable | 48a | 160,535 | | | |
| b | Less: allowance for doubtful accounts , , , , , , , | 48b | | | 48c | 160,535 |
| 49 | Grants receivable | | | | 49 | |
| 50 | Receivables from officers, directors, trustees, and key employees (attach schedule) | | | | 50 | |
| 51a | Other notes and loans receivable (attach schedule) | 51a | | | | |
| b | Less: allowance for doubtful accounts , , , , , , | 51b | | | 51c | |
| 52 | Inventories for sale or use | | | | 52 | |
| 53 | Prepaid expenses and deferred charges | | | | 53 | 21,603 |
| 54 | Investments-securities ....... SEE STMT 4 ▶ ☐ Cost ☐ FMV | | | 1,126,454 | 54 | 1,886,546 |
| 55a | Investments-land, buildings, and equipment basis .... | 55a | 516,323 | | | |
| b | Less: accumulated depreciation (attach schedule) | 55b | 196,219 | 90,414 | 55c | 320,104 |
| 56 | Investments-other (attach schedule) | | | | 56 | |
| 57a | Land, buildings, and equipment: basis | 57a | | | | |
| b | Less: accumulated depreciation (attach schedule) | 57b | | | | |
| 58 | Other assets (describe ▶ SEE STMT 5 ) | | | 173,213 | | 40 465 |
| 59 | Total assets (add lines 45 through 58) (must equal line 74) | | | 1,841,092 | 59 | 5,534,468 |
| **L** 60 | Accounts payable and accrued expenses | | | 79,311 | 60 | 230,401 |
| **i** 61 | Grants payable | | | | 61 | |
| **a** 62 | Deferred revenue | | | | 62 | |
| **b** 63 | Loans from officers, directors, trustees, and key employees (attach schedule) | | | | 63 | |
| **i** 64a | Tax-exempt bond liabilities (attach schedule) | | | | 64a | |
| **t** b | Mortgages and other notes payable (attach schedule) | | | | 64b | |
| **i** 65 | Other liabilities (describe ▶_____ ) | | | | 65 | |
| **e** | | | | | | |
| **s** 66 | Total liabilities (add lines 60 through 65) | | | 79,311 | 66 | 230,401 |
| | Organizations that follow SFAS 117, check here ▶ ☒ and complete lines 67 through 69 and lines 73 and 74. | | | | | |
| **N F** 67 | Unrestricted | | | 1,775,676 | 67 | -67,099 |
| **e u** 68 | Temporarily restricted | | | -13,895 | 68 | 5,371,166 |
| **t n** 69 | Permanently restricted | | | | 69 | |
| **d** | Organizations that do not follow SFAS 117, check here ▶ ☐ and complete lines 70 through 74. | | | | | |
| **A** **s B** 70 | Capital stock, trust principal, or current funds | | | | 70 | |
| **s a** 71 | Paid-in or capital surplus, or land, building, and equipment fund | | | | 71 | |
| **e l** 72 | Retained earnings, endowment, accumulated income, or other funds | | | | 72 | |
| **t a** **s n** 73 | Total net assets or fund balances (add lines 67 through 69 OR lines 70 through 72; column (A) must equal line 19 and column (B) must equal line 21) | | | 1,761,781 | 73 | 5,304,067 |
| **c o** **r s** 74 | Total liabilities and net assets / fund balances (add lines 66 and 73) | | | 1,841,092 | 74 | 5,534,468 |

Form 990 is available for public inspection and, for some people, serves as the primary or sole source of information about a particular organization. How the public perceives an organization in such cases may be determined by the information presented on its return. Therefore, please make sure the return is complete and accurate and fully describes, in Part III, the organization's programs and accomplishments.

DAA

Form 990 (2000)   HOLY LAND FOUNDATION FOR RELIEF   95-4227517   Page 4

| Part IV-A | Reconciliation of Revenue per Audited Financial Statements with Revenue per Return (See Specific Instructions, page 25.) | | Part IV-B | Reconciliation of Expenses per Audited Financial Statements with Expenses per Return | |
|---|---|---|---|---|---|
| a | Total revenue, gains, and other support per audited financial statements ▶ | a  12,982,785 | a | Total expenses and losses per audited financial statements ▶ | a  9,497,862 |
| b | Amounts included on line a but not on line 12, Form 990: | | b | Amounts included on line a but not on line 17, Form 990: | |
| (1) | Net unrealized gains on investments $ -291,748 | | (1) | Donated services and use of facilities $ | |
| (2) | Donated services and use of facilities $ | | (2) | Prior year adjustments reported on line 20, Form 990 $ | |
| (3) | Recoveries of prior year grants $ | | (3) | Losses reported on line 20, Form 990 $ | |
| (4) | Other (specify): $ | | (4) | Other (specify): $ | |
| | Add amounts on lines (1) through (4) ▶ | b  -291,748 | | Add amounts on lines (1) through (4) ▶ | b |
| c | Line a minus line b. ▶ | c  13,274,533 | c | Line a minus line b ▶ | c  9,497,862 |
| d | Amounts included on line 12, Form 990 but not on line a: | | d | Amounts included on line 17, Form 990 but not on line a: | |
| (1) | Investment expenses not included on line 6b, Form 990 $ | | (1) | Investment expenses not included on line 6b, Form 990 $ | |
| (2) | Other (specify): $ | | (2) | Other (specify): $ | |
| | Add amounts on lines (1) and (2) ▶ | d | | Add amounts on lines (1) and (2) ▶ | d |
| e | Total revenue per line 12, Form 990 (line c plus line d) ▶ | e  13,274,533 | e | Total expenses per line 17, Form 990 (line c plus line d) ▶ | e  9,497,862 |

**Part V   List of Officers, Directors, Trustees, and Key Employees** (List each one even if not compensated; see Specific

| (A) Name and address | (B) Title and average hours per week devoted to position | (C) Compensation (If not paid, enter -0-.) | (D) Contrib. to employee benefit plans & deferred compensation | (E) Expense account and other allowances |
|---|---|---|---|---|
| MOHAMMAD ELMEZAIN 11454 CYPRESS CYN PK, SAN DIEGO, CA. | BOARD MEMBER 40 | 90 000 | | |
| SHUKRI A. BAKER.. 2917 FAIRMEADOW, GARLAND, TX | PRESIDENT 40 | 75 000 | | |
| GHASSAN ELASHI 304 TOWNE HOUSE LN, RICHARDSON, TX | CHAIRMAN 10 | 0 | 0 | 0 |
| DR. AHMAD AGHA 800 MAMOUN PONCA CITY OKLA. | BOARDMEMBER 2 | 0 | 0 | 0 |
| 24 ELM ST., MOUNTAIN TOP, PA. | BOARDMEMBER 2 | 0 | 0 | 0 |
| RASMI ALMALLAH 876 COTSWOLD, RICHARDSON, TX | BOARDMEMBER 2 | 0 | 0 | 0 |
| DR. RIAD ABDELKARIM 6813 E. CANYON RIDGE, ORANGE, CA. | SECRETARY 2 | 0 | 0 | 0 |
| | | | | |
| | | | | |
| | | | | |

75   Did any officer, director, trustee, or key employee receive aggregate compensation of more than $100,000 from your organization and all related organizations, of which more than $10,000 was provided by the related organizations? ▶ ☐ Yes ☒ No
If 'Yes,' attach schedule-see Specific Instructions on page 26

Form **990** (2000)

DAA

o

Form 990 (2000)   HOLY LAND FOUNDATION FOR RELIEF      95-4227517      Page 5

| Part VI | Other Information (See Specific Instructions on page 26.) | | N/A | Yes | No |
|---|---|---|---|---|---|
| 76 | Did the organization engage in any activity not previously reported to the IRS? If "Yes," attach a detailed description of each activity | | 76 | | X |
| 77 | Were any changes made in the organizing or governing documents but not reported to the IRS? . . . . . . . . . . . . . . . | | 77 | | X |
| | If "Yes," attach a conformed copy of the changes. | | | | |
| 78a | Did the organization have unrelated business gross inc. of 51.000 or more during the year covered by this return? . . . . . . . . . . . . . . . | | 78a | | X |
| b | If "Yes," has it filed a tax return on Form 990-T for this year? . . . . . . . . . . . . . . . . . . . . . . | | 78b | | X |
| 79 | Was there a liquidation, dissolution, termination. or substantial contraction during the year? If "Yes," attach a statement | | 79 | | X |
| 80a | Is the organization related (other than by association with a statewide or nationwide organization) through common membership. governing bodies, trustees. officers. etc., to any other exempt or nonexempt organization? . . . . . . . . . . . . . . . . . . | | 80a | | X |
| b | If "Yes," enter the name of the organization ▶ _____ and check whether it is ☐ exempt OR ☐ nonexempt. | | | | |
| 81a | Enter the amount of political expenditures, direct or indirect, as described in the instructions for line 81 . . . . . . . . . . . . . . . | 81a | | | |
| b | Did the organization file Form 1120-POL for this year? . . . . . . . . . . . . . . . | | 81b | | X |
| 82a | Did the organization receive donated services or the use of materials. equipment. or facilities at no charge or at substantially less than fair rental value? . . . . . . . . . . . . . . . . . . | | 82a | | X |
| b | If "Yes," you may indicate the value of these items here. Do not include this amount as revenue in Part I or as an expense in Part II. (See instructions for reporting in Part III.) . . . . . . . . . . . . . . . | 82b | | | |
| 83a | Did the organization comply with the public inspection requirements for returns and exemption applications? . . . . . . . . . . . . . . . | | 83a | X | |
| b | Did the organization comply with the disclosure requirements relating to quid pro quo contributions? . . . . . . . | N/A | 83b | | |
| 84a | Did the organization solicit any contributions or gifts that were not tax deductible? . . . . . . . . . . | | 84a | | X |
| b | If "Yes," did the organization include with every solicitation an express statement that such contributions or gifts were not tax deductible? . . . . . . . . . . | N/A | 84b | | |
| 85 | 501(c)(4), (5). or (6) organizations. a Were substantially all dues nondeductible by members? . . . . . . . . . . . . . . . | N/A | 85a | | |
| b | Did the organization make only in-house lobbying expenditures of $2,000 or less? . . . . . . . . . . . . . . . | N/A | 85b | | |
| | If "Yes" was answered to either 85a or 85b, do not complete 85c through 85h below unless the organization received a waiver for proxy tax owed for the prior year. | | | | |
| c | Dues, assessments, and similar amounts from members . . . . . . . . . . | 85c | | | |
| d | Section 162(e) lobbying and political expenditures | 85d | | | |
| e | Aggregate nondeductible amount of section 6033(e)(1)(A) dues notices . . . . . . | 85e | | | |
| f | Taxable amount of lobbying and political expenditures (line 85d less 85e) . . . . . . . . . . | 85f | | | |
| g | Does the organization elect to pay the section 6033(e) tax on the amount in 85f? . . . . . . . . . . | N/A | 85g | | |
| h | If section 6033(e)(1)(A) dues notices were sent, does the organization agree to add the amount in 85f to its reasonable estimate of dues allocable to nondeductible lobbying and political expenditures for the following tax year? . . . . . . | N/A | 85h | | |
| 86 | 501(c)(7) orgs. Enter: a Initiation fees and capital contributions included on line 12 . . . . . . | 86a | | | |
| b | Gross receipts. included on line 12. for public use of club facilities | 86b | | | |
| 87 | 501(c)(12) orgs. Enter: a Gross income from members or shareholders . . . . . . . . . . | 87a | | | |
| b | Gross income from other sources. (Do not net amounts due or paid to other sources against amounts due or received from them.) | 87b | | | |
| 68 | At any time during the year, did the organization own a 50% or greater interest in a taxable corporation or partnership, or an entity disregarded as separate from the organization under Regulations sections 301.7701-2 and 301.7701-3? If "Yes," complete Part IX . . . . . . . . . . . . . . . | | 88 | | X |
| 89a | 501(c)(3) organizations. Enter: Amount of tax imposed on the organization during the year under: section 4911 ▶ 0 ; section 4912 ▶ 0 ; section 4955 ▶ 0 | | | | |
| b | 501(c)(3) and 501(c)(4) orgs. Did the organization engage in any section 4958 excess benefit transaction during the year or did it become aware of an excess benefit transaction from a prior year? If "Yes," attach a statement explaining each transaction . . . . . . . . . . | | 89b | | X |
| c | Enter: Amount of tax imposed on the organization managers or disqualified persons during the year under sections 4912, 4955, and 4958 | | ▶ | | 0 |
| d | Enter: Amount of tax on line 89c, above, reimbursed by the organization . . . . . . . . . . | | ▶ | | 0 |
| 90a | List the states with which a copy of this return is filed ▶ TX  CA NY NJ IL MO . . . . . . . . . . . . . . . . . . | | | | '2 |
| b | Number of employees employed in the pay period that includes March 12, 2000 (See instructions) . . . . . . . . . . | | 90b | | |
| 91 | The books are in care of ▶ MOHAMMAD WAFA YAISH . . . . . . . . . . Telephone no. ▶ 972-699-9868 | | | | |
| | Located at ▶ 525 INTERNATIONAL PKWY, RICHARDSON, TX. ZIP code ▶ 75081 | | | | |
| 92 | Section 4947(a)(1) nonexempt charitable trusts filing Form 990 in lieu of Form 1041-Check here . . . . . . . . . . . . . . . ▶ ☐ | | | | |
| | and enter the amount of tax-exempt interest received or accrued during the tax year . . . . . . . . . . ▶ 921 | | | | |

DAA                                                                 Form 990 (2000)

| Enter gross amounts unless otherwise indicated. | Unrelated business income | | Excluded by sec 512.513. or 514 | | (E) Related or exempt function income |
|---|---|---|---|---|---|
| | Business code **(A)** | Ar**(B)**nt | Ex**(C)** or code | Ar**(D)**nt | |
| **93** Program service revenue: | | | | | |
| a _PANTRY  INCOME_ | | | | | 62,943 |
| c _____ | | | | | |
| e _____ | | | | | |
| f Medicare/Medicaid payments .................... | | | | | |
| g Fees and contracts **from** government agencies ..... ..... | | | | | |
| **94** Membershipdues and assessments .................... | | | | | |
| **95** Intereston savings and temporary cash investments . .·.. | | | | | |
| **96** Dividends and interest from securities  . . . . . . . ... | | | 14 | 182,069 | |
| **97** Net rental **inwrne** or (loss) from real estate: | | | | | |
| a debt-financed property  . . . . . . . . . . . . . . . . . . . | | | | | |
| b not debt-financed property . . . . . . . . . . . . . . . . . . | | | | | |
| **98** Netrental income **or (loss)** from personal property .... .. | | | | | |
| **99** Other investment income  . . . . . . . . . . . . . . . . . . . . | | | | | |
| **100** Gain or (loss) from sales of assets other than inventory | | | | | |
| **101** Net income or (loss) from special events .  . . ...........| | | | | |
| 102 Gross profit or [loss] **from** sales **of** inventory  .. . . . . . . | | | | | |
| 103 Otherrevenue:   a _____ | | | | | |
| b _MISC.  REVENUE_ | | | 1 | 7,055 | |
| c _____ | | | | | |
| e _____ | | | | | |

| Line No. ● | Explain how each activity for which income is reported in column (E) of Part VII contributed importantly to the accomplishment of the organization's exempt purposes (olher than by providing funds for such purposes). |
|---|---|
| N/A | |
| | |
| | |

| (A) Name, address, and EIN of corporation, partnership, or disregarded entity | (B) Percentage of ownership interest | (C) Nature of activities | (D) Total income | (E) End-of-year assets |
|---|---|---|---|---|
| N/A | % | | | |
| | | | | |
| | | | | |

**Part X   Information Regarding Transfers Associated with Personal Benefit Contracts** (See Specific Instructions on pg. 31.)

(a) Did the organization, during the year, receive any funds, directly or indirectly, to pay premiums on a personal benefit contract?  ............. ·  · ...... · ....... ·  .............. · .... ☐ Yes ☒ No

(b) Did the organization, during the year, pay premiums, directly or indirectly, on a personal benefit contract? .................. ☐ Yes ☒ No

Note: If "Yes" to (b), file Form 8870 and Form 4720 (see instructions).

**Please**   Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than officer) is based on all information of which preparer has any knowledge.

| 7-31-2001 | ► Ghassan Elashi _Chairman |
|---|---|
| Date | Type or print name and title. |

**SCHEDULE** A
**(Form 990 or 990-EZ)**

Department of the Treasury
Internal Revenue Service

**Organization Exempt Under Section 501(c)(3)**

(Except Private Foundation) and Section 501(e), 501(f), 501(k),
501(n), or Section 4947(a)(1) Nonexempt Charitable Trust
**Supplementary Information-(See separate instructions.)**
▶ **MUST** be completed by the above organizations and attached to their Form 990 or 990-EZ

OMB No 15454047

**2000**

| Name of the organization | Employer Identification number |
|---|---|
| HOLY LAND FOUNDATION FOR RELIEF AND DEVELOPMENT | 95-4227517 |

ne, enter "None.")

| | | (c) Compensation | (d) Contributions to employee ben. plans & deferred compensation | (e) Expense account and other allowances |
|---|---|---|---|---|
| ABDEL JABBAR HAMDAN 525 INT'L PKWY, RICHARDSON, TX | EMPLOYEE 40 | 70,500 | 0 | 0 |
| DALELL MOHAMED 525 INT'L PKWY, RICHARDSON, TX | EMPLOYEE 40 | 60,000 | 1,800 | 0 |
| HAITHAM MAGHAWY 525 INT'L PKWY, RICHARDSON, TX | EMPLOYEE 40 | 60,000 | 1,800 | 0 |
| MOHAMMAD WAFW YAISH 525 INT'L PKWY, RICHARDSON, TX | EMPLOYEE 40 | 55,000 | 1,800 | 0 |
| | | | | |
| Total number of other employees paid over $50,000 ▶ | 0 | | | |

actors for P   f   i   I S

| (a) Name and address of each independent contractor paid more than $50,000 | (b) Type of service | (c) Compensation |
|---|---|---|
| NONE | | |
| | | |
| | | |
| | | |
| | | |
| Total number of others receiving over $50,000 for professional services ▶ | | |

For Paperwork Reduction Act Notice, see page 1 of the instructions for Form 990 and Form 990-EZ.        Schedule A (Form 990 or 990-EZ) 2000

| **Part III** | **Statements About Activities** | | Yes | No |
|---|---|---|---|---|
| 1 | During the year, has the organization attempted to influence national, slate. or local legislation. including any attempt to influence public opinion on a legislative matter or referendum? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 1 | | X |
| | If "Yes," enter the total expenses paid or incurred in connection with the lobbying activities ▶$ _____ Organizations Mat made an election under section 501(h) by fling Form 5768 must complete Part VI-A. Other organizations checking "Yes," must complete Part VI-B AND attach a statement giving a detailed description of the lobbying activities. | | | |
| 2 | During the year, has h e organization. either directly or indirectly. engaged in any of the following acts with any of its trustees. directors, officers.   creators. key employees. or members of their families. or with any taxable organization with which any such person is affiliated as an officer, director, trustee, majority owner, or principal beneficiary: | | | |
| a | Sale, exchange, or leasing of property? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 2a | | X |
| b | Lending of money or other extension of credit? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 2b | | X |
| c | Furnishing of goods, services, or facilities? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 2c | | X |
| d | Payment of compensation (or payment or reimbursement of exp il more than $1,000)? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 2d | | X |
| e | Transfer of any part of its income or assets? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 2e | | X |
| | If the answer to any question is 'Yes.' attach a detailed statement explaining the Iransactions. | | | |
| 3 | Does the organization make grants for scholarships. fellowships. student loans, etc.? . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 3 | | X |
| 4a | Do you have a section 403(b) annuity plan for your employees? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 4a | | X |
| b | Attach a statement to explain how the organization determines that individuals or organizations receiving grants or loans from it in furtherance of its charitable programs qualify to receive payments. (See pg. 2 of the Instr.) | | | |

**Part IV**  Reason for Non-Private Foundation Status (See pages 2 through 5 of the instructions.)

The organization is not a private foundation because it is: (Please check only ONE applicable box.)

- 5 ☐ A church, convention of churches, or association of churches. Section 170(b)(1)(A)(i).
- 6 ☐ A school. Section 170(b)(1)(A)(ii). (Also complete Part V. page 5.)
- 7 ☐ A hospital or a cooperative hospital service organization. Section 170(b)(1)(A)(iii).
- 8 ☐ A Federal. stale, or local government or governmental unit. Section 170(b)(1)(A)(v).
- 9 ☐ A medica research organization operated in conjunction with a hospital. Section 170(b)(1)(A)(iii). Enter the hospital's name, city,

  and state ▶ . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
- 10 ☐ An organization operated for the benefit of a college or university owned or operated by a governmental unit. Section 170(b)(1)(A)(iv). (Also complete the Support Schedule in Part IV-A.)
- II a ☒ An organization that normally receives a substantial part of its support from a governmental unit or from the general public. Section 170(b)(1)(A)(vi). (Also complete the Support Schedule in Part IV-A.)
- 11b ☐ A community trust. Section 170(b)(1)(A)(vi). (Also complete the Support Schedule in Part IV-A.)
- 12 ☐ An organization that normally receives: (1) more than 33 1/3% of its support from contributions. membership lees. and gross receipts from activities related to its charitable. etc.. functions-subject lo certain exceptions, and (2) no more than 33 1/3% of its support from gross investment income and unrelated business taxable income (less section 511 tax) from businesses acquired by the organization after June 30, 1975. See section 509(a)(2). (Also complete the Support Schedule in Part IV-A.)
- 13 ☐ An organization that is not controlled by any disqualified persons (olher than foundation managers) and supports organizations described in: (1) lines 5 through 12 above; or (2) section 501(c)(4), (5). or (6). if they meet the test of section 509(a)(2). (See section 509(a)(3).)

Provide the following information about the supported organizations. (See page 5 of the instructions.)

| (a) Name(s) of supported organization(s) | (b) Line number from above |
|---|---|
| | |
| | |
| | |

- 14 ☐ An organization organized and operated to lest for public safety. Section 509(a)(4). (See page 5 of the instructions.)

DAA

Schedule A (Form 990 or 990-EZ) 2000    HOLY LAND FOUNDATION FOR RELIEF    95-4227517    Page 3

**Part IV-A    Support Schedule** (Complete only if you checked a box on line 10, 11, or 12.) **Use cash method of accounting.**

Note: You may use the worksheet in the instructions for converting from the accrual to the cash method of accounting.

| Calendar year (or FY beginning in) ▶ | (a) 1999 | (b) 1998 | (c) 1997 | (d) 1996 | (e) Total |
|---|---|---|---|---|---|
| 15 Gifts, grants, & contrib. received. (Do not incl. unusual grants. See line 28.) | 6,303,095 | 5,281,652 | 5,527,942 | 5,655,792 | 22,768,481 |
| 16 Membership fees received | | | | | |
| 17 Gross receipts from admissions, merchandise sold or services performed, ar furnishing of facilities in any activity that is not a busn. unrelated to the organization's charitable, etc., purpose | | | | | |
| 18 Gross inc. from int., dividends, amounts received from pymt. on securities loans (section 512(a)(5)), rents, royalties, & unrelated busn. taxable inc. (less sec. 511 taxes) from businesses acquired by the organization after June 30, 1975 | 310,145 | 30,485 | 9,454 | 5,670 | 355,754 |
| 19 Net income from unrelated business activities not included in line 18 | | | | | |
| 20 Tax revenues levied for the organization's ben. & either paid to it or expended on its behalf | | | | | |
| 21 The value of services or facl. furnished to the org. by a governmental unit without charge. Do not incl. the value of serv. or facilities generally furnished to the public without charge | | | | | |
| 22 Other income. Attach a schedule. Do not include gain or (loss) from sale of cap. assets | | | | | |
| 23 Total of lines 15 through 22 | 6,613,240 | 5,312,137 | 5,537,396 | 5,661,462 | 23,124,235 |
| 24 Line 23 minus line 17 | 6,613,240 | 5,312,137 | 5,537,396 | 5,661,462 | 23,124,235 |
| 25 Enter 1% of line 23 | 66,132 | 53,121 | 55,374 | 56,615 | |

| | | | |
|---|---|---|---|
| 26 Organizations described on lines 10 or 11:    a  Enter 2% of amount in column (e), line 24    ▶ | 26a | 462,485 |
| b Attach a list (which is not open to public inspection) showing the name and amount contributed by each person (other than a governmental unit or publicly supported organization) whose total gifts for 1996 through 1999 exceeded the amount shown in line 26a. Enter the sum of all these excess amounts        C    ▶ | 26b | |
| c Total support for section 509(a)(1) test: Enter line 24, column (e)    ▶ | 26c | 23,124,235 |
| d Add: Amounts from column (e) for lines: 18 _____355,754_____ 19 _____ 22 _____ 26b _____  ▶ | 26d | 355,754 |
| e Public support (line 26c minus line 26d total)    ▶ | 26e | 22,768,481 |
| f **Public** support percentage (**line 26e** (numerator) divided by line 26c **(denominator)**)    ▶ | 26f | 98.4616% |

    (1999) .................    (1998) .................    (1997) .................    (1996) .................

b For any amount incuded in line 17 that was received from a nondisqualified person. attach a list to show the name of, and amount received for each year, that was more than the **larger** of (1) the amount on line 25 for the year or (2) $5,000. (Include in the list organizations described in lines 5 through 11, as well as individuals.) After computing the difference between the amount received **and** the larger amount described in (1) or (2), enter the sum of these differences (the excess amounts) for each year:    N/A

    (1999) .................    (1998) ......    .........    (1997) .................    (1996) .................

| | | | | | |
|---|---|---|---|---|---|
| c Add: Amounts from column (e) for lines: 15 _____ 16 _____ 17 _____ 20 _____ 21 _____ | ▶ | 27c | |
| d Add: Line 27a total _____ and line 27b total _____ | ▶ | 27d | |
| e Public support (line 27c total minus line 27d total) | ▶ | 27e | |
| f Total support for section 509(a)(2) test: Enter amount on line 23, column (e)    ▶ | 27f | | |
| g **Public support percentage (line 27e** (numerator) **divided by line 27f (denominator))** | ▶ | 27g | % |
| h **Investment income percentage (line 18, column (e)** (numerator) **divided by line 27f (denominator))** | ▶ | 27h | % |

28    Unusual Grants: For an organization described in line 10, 11, or 12 that received any unusual grants during 1996 through 1999. attach a **list** (which is not open to public inspection) for each year showing the name of the contributor. the date and amount of the grant. and a brief description of the nature of the grant. Do not include these grants in line 15. (See page 5 of the instr.)

DAA                                                                          Schedule A (Form 990 or **990-EZ**) 2000

Schedule A (Form 990 or 990-EZ) 2000   **HOLY LAND FOUNDATION** FOR **RELIEF**   95-4227517   Page 4

**Part V**   **Private School Questionnaire (See page 5 of the instructions.)**
**(To be completed ONLY by schools that checked the box on line 6 in Part IV)**

N/A

| | | Yes | No |
|---|---|---|---|

**29** Does the organization have a racially nondisuiminatory policy toward students by statement in its charter, bylaws, other governing instrument, or in a resolution of its governing body?. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **29**

**30** Does the organization include a statement of its racially nondiscriminatory policy toward students in all its brochures. catalogues. and other written communications with the publicl dealing with sludent admissions. other programs, and scholarships?  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **30**

**31** Has the organization publicized its racially nondiscriminatory policy through newspaper or broadcast media during the period of solicitation for students. or during the registration period if it has no solicitation program, in a way that makes the policy known to all parts of the general community it serves?  . . . . . . . . . . . . . . . . . **31**
If "Yes," please describe; if "No.' please explain. (If you need more space, attach a separate statement.)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .      . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .      . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .      . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .      . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

**32** Does the organization maintain h e following:

**a** Records indicating the racial composition of the student body, faculty. and administrative staff? . . . . . . . . . . . . . . . . . . . . **32a**

**b** Records documenting that scholarships and other financial assistance are awarded on a racially nondiscriminatory basis?  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **32b**

**c** Copies of all catalogues. brochures, announcements, and other written communications to the public dealing with student admissions, programs. and scholarships? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **32c**

**d** Copies of all material used by the organization or on its behalf to solicit contributions? . . . . . . . . . . . . . . . . . . . . . . **32d**

If you answered "No" to any of the above, please explain. (if you need more space. attach a separate statement.)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .      . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .      . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

**33** Does the organization discriminate by race in any way with respect to:

**a** Students' rights or privileges? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **33a**

**b** Admissions policies? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **33b**

**c** Employment of faculty or administrative staff? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **33c**

**d** Scholarships or other financial assistance? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **33d**

**e** Educational policies? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **33e**

**f** Use of facilities? . . . .     . .     . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **33f**

**g** Athletic programs? .     . . . . . .     . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **33g**

**h** Other extracurricular activities? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **33h**

if you answered 'Yes'  to any of the above, please explain. (If you need more space, attach a separate statement.)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .      . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .      . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .      . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

**34a** Does the organization receive any financial aid or assistance from a governmental agency?. . . . . . . . . . . . . . . . . . . . **34a**

**b** Has the organization's right to such aid ever been revoked or suspended? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **34b**
If you answered 'Yes'  to either 34a or b, please explain using an attached statement.

**35** Does the organization certify that it has complied with the applicable requirements of sections 4.01 through 4.05 of Rev. Proc. 75-50, 1975-2 C.B. 587, covering racial nondiscrirninalion? If 'No," attach an explanation . . . . . . . . . . . . . . . . **35**

Schedule A (Form 990 or 900-EZ) 2000

DAA

| | **Limits on Lobbying Expenditures** (The term "expenditures' means amounts paid or incurred.) | | **(a)** Affiliated group totals | **(b)** To be completed for ALL electing organizations |
|---|---|---|---|---|
| 36 | Total lobbying expenditures to influence public opinion (grassroots lobbying) . | 36 | | |
| 37 | Total lobbying expenditures to influence a legislative body (direct lobbying) . . . . . . . . . | 37 | | |
| 38 | Total lobbying expenditures (add lines 36 and 37) . . . . . . . . . . . . . . . . . | 38 | | |
| 39 | Other exempt purpose expenditures,, . . . . . | 39 | | |
| 40 | Total exempt purpose expenditures (add lines 36 and 39) . . . . . . . . . . . . . . . . . . . . | 40 | | |
| 41 | Lobbying nontaxable amount. Enter the amount from the following table- | | | |
| | If the amount on line 40 is-  The lobbying nontaxable amount is- | | | |
| | Not over $500,000 . . . . . . . . . . . . . . . .  20% of the amount on line 40 . . . | | | |
| | Over $500,000 but not over $1,000,000  $100,000 plus 15% of the excess over $500,000 | | | |
| | Over $1,000,000 but not over $1,500,000  $175,000 plus 10% of the excess over $1,000,000 | 41 | | |
| | Over $1,500,000 but not over $17,000,000  $225,000 plus 5% of the excess over $1,500,000 | | | |
| | Over $17,000,000  $1,000,000 . . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| 42 | Grassroots nontaxable amount (enter 25% of line 41) . . . . . . . . . . . . . . . . . . . . . . . | 42 | | |
| 43 | Subtract line 42 from line 36. Enter -0- if line 42 is more than line 36 . . . . . . . . . . . | 43 | | |
| 44 | Subtract line 41 from line 38. Enter -0- if line 41 is more than line 38 . . . . . . . . . | 44 | | |
| | **Caution: If there is an amount on either line 43 or line 44, you must file Form 4720.** | | | |

### 4-Year Averaging Period Under Section 501(h)

(Some organizations that made a section 501(h) election do not have to complete all of the five columns below.
See the instructions for lines 45 through 50 on page 9 of the instructions.)

| Calendar year (or fiscal year beginning in) ▶ | Lobbying Expenditures During 4-Year Averaging Period | | | | |
|---|---|---|---|---|---|
| | **(a)** 2000 | **(b)** 1999 | **(c)** 1998 | **(d)** 1997 | **(e)** Total |
| 45 Lobbying nontaxable amount . . . . . . | | | | | |
| 46 Lobbying ceiling amount (150% of line 45(e)) . . . . . . . . . . . . . . | | | | | |
| 47 Total lobbying expenditures . . . . . . . | | | | | |
| 48 Grassroots nontaxable amount . . . . | | | | | |
| 49 Grassroots ceiling amount (150% of line 48(e)) . . . . . . . . . . . . . . | | | | | |
| 50 Grassroots lobbying expenditures | | | | | |

### Part VI-B Lobbying Activity by Nonelecting Public Charities
(For reporting only by organizations that did not complete Part VI-A) (See page 9 of the instr.)    N/A

| During the year, did the organization attempt to influence national, state or local legislation, including any attempt to influence public opinion on a legislative matter or referendum, through the use of: | Yes | No | Amount |
|---|---|---|---|
| a Volunteers . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| b Paid staff or management (include compensation in expenses reported on lines c through h.) . . . . . . . . . . . . | | | |
| c Media advertisements . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| d Mailings to members, legislators, or the public . . . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| e Publications, or published or broadcast statements . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| f Grants to other organizations for lobbying purposes . . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| g Direct contact with legislators, their staffs, government officials, or a legislative body . . . . . . . . . . | | | |
| h Rallies, demonstrations, seminars, conventions, speeches, lectures, or any other means . . . . . . . . . . . | | | |
| I Total lobbying expenditures (add lines c through h) . . . . . . . . . . . . . . . . . . . . . . . . . . | | | |

If 'Yes' to any of the above, also attach a statement giving a detailed description of the lobbying activities.

Schedule A (Form 990 or 990-EZ) 2000

DAA

**Part VII** · **Information Regarding Tra........ ....... .............ns and Relationships With Noncharitable Exempt Organizations** (See page 9 of the instructions.)

|         | Yes | No |
|---------|-----|-----|
| 51a(i)  |     | X   |
| a(ii)   |     | X   |
| b(i)    |     | X   |
| b(ii)   |     | X   |
| b(iii)  |     | X   |
| b(iv)   |     | X   |
| b(v)    |     | X   |
| b(vi)   |     | X   |
| c       |     | X   |

| (a)<br>Line no. | (b)<br>Amount involved | (c)<br>Name of noncharitable exempt Organization | (d)<br>Description of transfers, transactions, and sharing arrangements |
|---------|---------|---------|---------|
| N/A     |         |         |         |
|         |         |         |         |
|         |         |         |         |
|         |         |         |         |
|         |         |         |         |
|         |         |         |         |
|         |         |         |         |
|         |         |         |         |
|         |         |         |         |
|         |         |         |         |
|         |         |         |         |
|         |         |         |         |
|         |         |         |         |
|         |         |         |         |

▶                   ☒

| (a)<br>Name of organization | (b)<br>Type of organization | (c)<br>Description of relationship |
|---------|---------|---------|
| N/A     |         |         |
|         |         |         |
|         |         |         |
|         |         |         |
|         |         |         |
|         |         |         |
|         |         |         |
|         |         |         |
|         |         |         |
|         |         |         |
|         |         |         |
|         |         |         |
|         |         |         |

95-4227517 . . **Federal Statements**

### Statement 1 - Form 990, Line 20 - Other Changes in Net Assets or Fund Balances

| Description | Amount |
|---|---|
| NET UNREALIZED LOSSES ON INVESTMENTS | $ -291,748 |
| TOTAL | $ -291,746 |

| 95-4227517 | **Federal Statements** |

### Statement 2 - Form 990, Part II, Line 43 - Other Functional Expenses

| Description | Total Expenses | Program Service | Mgt & General | Fund-Raising |
|---|---|---|---|---|
| | $ | $ | $ | $ |
| INDIRECT EXPENSE | | | | |
| MISCELLANEOUS | 22,237 | 5,472 | 4,801 | 11,964 |
| OFFICE | 56,338 | 47,292 | 4,971 | 4,075 |
| FEES | 141,557 | 114,020 | 21,608 | 5,929 |
| REPAIRS AND MAINTENANCE | 52,025 | 32,723 | 17,570 | 1.732 |
| SUBSCRIPTIONS | 7,692 | 6,962 | | 730 |
| PROFESSIONAL FEES | 561,504 | 426,729 | 111,277 | 23,498 |
| PROGRAM CORRESPONDENCE | 1,401,059 | 1,321,689 | 52,779 | 26,591 |
| UTILITIES | 8,978 | 6,974 | 1,495 | 509 |
| MISCELLANEOUS LABOR | 144,446 | 33,580 | 20,256 | 90,610 |
| OVERSEAS PROGRAMS | 378,263 | 358,610 | 13,437 | 6,216 |
| SPECIAL EVENTS | 90,840 | 600 | 90.240 | |
| TOTAL | $ 2,864,939 | $ 2,354,651 | $ 338,434 | $ 171,854 |

### Statement 3 - Form 990, Part III - Organization's Primary Exempt Purpose

TO ESTABLISH, OPERATE AND/OR CONTRIBUTE TO A RELIEF FUND FOR
REFUGEES AND THE INDIGENT NEEDY.
TO SPONSOR CHARITABLE ACTIVITIES BENEFITTING AND/OR TO MAKE
CONTRIBUTIONS OR DISTRIBUTIONS TO OTHER QUALIFING TAX EXEMPT
ORGANIZATIONS.

954227517 | **Federal Statements**

### Statement 4 - Form 990, Part IV, Line 54 - Investments in Securities

| Description | Beginning of Year | End of Year | Basis of Valuation |
|---|---|---|---|
| CORPORATE STOCK | 1,126,454 | 1,886,546 | |
| | 1,126,454 | 1,886,546 | |

### Statement 5 - Form 990, Part IV, line 58 - Other Assets

| Description | Beginning of Year | End of Year |
|---|---|---|
| OTHER ASSETS | $        173,213 | $        40,465 |
| TOTAL | $        173,213 | $        40,465 |



(December 2000)
Department of the Treasury
Internal Revenue Service

**Exempt Organization Return**

▶ File a separate application for each return.

OMB No. 1545-1709

| Type or print File by the due date for tiling your return. See instructions. | Name of Exempt Organization HOLY LAND FOUNDATION FOR RELIEF AND DEVELOPMENT | Employer Identification number 95-4227517 |
|---|---|---|
| | Number, street, and room or suite no. If a P.O. box. see instructions. 525 INTERNATIONL PARKWAY | |
| | City, town or post office, state, and ZIP code. For a foreign address, see instructions. RICHARDSON      TX  75081 | |

| Form 990 | Form 990-T (corporation) | Form 4720 |
| Form 990-BL | Form 990-T (sec. 401(a) or 408(a) trust) | Form 5227 |
| Form 990-E2 | Form 990-T (trust other than above) | Form 6069 |
| Form 990-PF | Form 1041-A | Form 8870 |

**3a** If this application is for Form 990-BL. 990-PF. 990-T, 4720, or 6069, enter the tentative tax, less any nonrefundable credits. See instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____

**b** If this application is for Form 990-PF or 990-T, enter any refundable Credits and estimated lax payments made. Include any prior year overpayment allowed as a credit . . . . . . . . . . . . . . . . . . . . . . . . . $ _____

**c** Balance Due. Subtract line 3b from line 3a. Include your payment with this form. or, if required, deposit with FTD coupon or. if required, by using EFTPS (Electronic Federal Tax Payment System). See instructions . . . . . . . . . . . $ _____

### Signature and Verification

Under penalties of perjury, I declare that I have examined this form, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true. correct. and complete, and that I am authorized to prepare this form.

Signature ▶ _____   Title ▶  CPA   Dale ▶  5/04/01

For Paperwork Reduction Act Notice, see instruction

Form **8868** (12-2000)

DAA

# EXHIBIT 42

**ARTICLES OF INCORPORATION**

**OF**

**COUNCIL ON AMERICAN ISLAMIC RELATIONS**



FILED
In the Office of the
Secretary of State of Texas

SEP 2 9 1998

Corporations Section

The undersigned natural person of the age of eighteen (18) years or more acting as incorporators of the corporation under the Texas Nan-Profit Corporation Act, hereby adopt the following Articles of Incorporation for such corporation:

ARTICLE I.

The name of the corporation is Council on American Islamic Relations.

ARTICLE II.

The corporation is a non-profit corporation.

**ARTICLE** 111.

The period of its duration is perpetual. The corporation shall operate as a religious and educational corporation.

ARTICLE IV.

The Corporation is organized strictly and exclusively far public charity, religious, scientific and educational purposes, including for such purposes, the making of distributions to organizations under Section 501 (c) (3) of the Internal Revenue Code of 1954 (or the corresponding provision of any future united *States Internal Revenue Law).*

ARTICLE V.

The atreet address of its initial registered office is 1301 Northwest Highway, Suite 212, Garland, Texas 75041, and the name of its initial registered agent at such address is Khalid Y. Hamideh.

ARTICLE VI.

The number of directors constituting the initial Board of Directors is four (4), and the names and addresses of the persons who are to serve as directors until the first annual meeting of the members or until their successors are elected and qualified are:

| Name | Address |
|------|---------|
| Khalid Y. Hamideh | 1301 Northwest Hwy., Suite 212 Garland, Texas 75041 |

ARTICLES OF INCORPORATION OF COUNCIL ON AMERICAN ISLAMIC RELATIONS - Page 1

Ghassan Elashi                          630 International, Suite 100
                                        Richardson, Texas 75081

Husein Ali Abdelhadi                    1301 Northwest Hwy., suite 212
                                        Garland, Texas 75041

M. Nahas                                3138 Quebec Street, suite 104
                                        Dallas, Texas 75247


The names and address of the incorporator is:

**Name**                                **Address**

Khalid Y. Hamideh                       1301 Northwest Hwy., Suite 212
                                        Garland, Texas 75041

## ARTICLE VII.

No part of the net earnings of the corporation shall inure to the benefit of, or be distributable to its members, trustees, officers, or other private persons, except that the corporation shall be authorized and empowered to pay reasonable compensation for serves rendered and to make payments and distributions in furtherance of the purposes set forth in ARTICLE IV hereof. No substantial part of the activities of the corporation shall be the carrying on of propaganda, or otherwise attempting to influence legislation, and the corporation shall not participate in, or intervene in (including the publishing or distribution of statements any political campaign on behalf of any candidate for public office. Notwithstanding any other provision of these articles, the corporation shall not, *except* to an insubstantial degree, engage in any activities or exercise any powers that are not in furtherance of the purposes of this corporation.

## ARTICLE VIII.

Upon the dissolution of the corporation, assets *shall* be distributed for one or more exempt purposes within the meaning of section 501 (c) (3) of the Internal Revenue code, or corresponding section of any future federal tax code, or shall be distributed to the federal government, or to a state or local government, for a public purpose. Any such assets not so disposed of shall be disposed of by the court of Common Pleas of the county in which the principal office of the corporation is then located, exclusively for such purposes or to such organization or organizations, as said court shall determine, which are organized and operated exclusively for such purposes.

ARTICLES OF INCORPORATION OF COUNCIL ON AMERICAN ISLAMIC RELATIONS - Page - 2

IN WITNESS WHEREOF, the undersigned has executed these Articles of Incorporation on this ___24___ day of September, 1998.

KHALID Y. HAMIDEH

THE STATE OF TEXAS              §
                               §
COUNTY OF DALLAS               §

BEFORE ME, the undersigned authority, on this day personally appeared KHALID Y. HAMIDEH, known to me to be the person whose name is subscribed to the foregoing instrument and acknowledged to me under oath that he executed the same for the purposes and consideration therein expressed.

SUBSCRIBED AND SWORN TO BEFORE ME by the said KHALID Y. HAMIDEH this ____ day of _Septembe.___ , 1998, to certify which witness my hand and seal of office.

NOTARY PUBLIC IN AND FOR THE
STATE OF TEXAS

Katherine Denice Burkhart
NAME PRINTED OR TYPED

My commission expires: _6-08-00_

ARTICLES OF INCORPORATION OF COUNCIL ON AMERICAN ISLAMIC RELATIONS - Page - 3

# EXHIBIT 43



**PRESS ROOM**
U.S. DEPARTMENT OF THE TREASURY

February 19, 2006
js-4058

### Treasury Freezes Assets of Organization Tied to Hamas

The U.S. Department of the Treasury today blocked pending investigation accounts of KindHearts, an NGO operating out of Toledo, Ohio, to ensure the preservation of its assets pending further investigation.

"KindHearts is the progeny of Holy Land Foundation and Global Relief Foundation, which attempted to mask their support for terrorism behind the façade of charitable giving," said Stuart Levey, Treasury Under Secretary for Terrorism and Financial Intelligence. "By utilizing this specialized designation tool, we're able to prevent asset flight in support of terrorist activities while we further investigate the activities of KindHearts."

This action was taken pursuant to E.O. 13224, which is aimed at denying financial and material support to terrorists and their facilitators.

Following the December 2001 asset freeze and law enforcement actions against the Hamas-affiliated Holy Land Foundation for Relief and Development (HLF) and the al Qaida-affiliated Global Relief Foundation (GRF). former GRF official Khaled Smaili established KindHearts from his residence in January 2002. Smaili founded KindHearts with the intent to succeed fundraising efforts of both HLF and GRF, aiming for the new NGO to fill a void caused by the closures. KindHearts leaders and fundraisers once held leadership or other positions with HLF and GRF.

Support to Hamas in Lebanon

KindHearts officials and fundraisers have coordinated with Hamas leaders and made contributions to Hanias-affiliated organizations. Specially Designated Global Terrorist (SDGT) Usama Hamdan, a leader of Hanias in Lebanon. reportedly phoned a top fundraiser for KindHearts during a September 2003 KindHearts fundraiser. During the call, Hamas leader Hamdan reportedly communicated to the fundraiser his gratitude for KindHearts' support. The KindHearts fundraiser reportedly also provided advice to Hamdan, telling him not to trust the United Nations Relief and Works Agency.

Information developed from abroad corroborates connections between KindHearts and Hanias in Lebanon. As of late December 2003. KindHearts was supporting Hamas and other Salafi groups in the Palestinian refugee camps in Lebanon. Haythain Fawri was identified as a KindHearts official who reportedly collected funds and sent them to Hamas and other

Salafi groups. Haytham Fawri is believed to be a reference to Haytham Maghawri. who has served as KindHearts' manager in Lebanon, and is one of a number of HLF officials indicted by a federal grand jury in Dallas, Texas on charges of providing material support to Hamas. From 1998 -2000, during his tenure as Social Services Director for the HLF, Maghawri approved fifty wire transfers by the HLF in the amount of $407.512 USD, to nine zakat committees identified as being owned. controlled, or directed by Hamas.

According to the information source from abroad, KindHearts began working secretly and independently in the camps in Lebanon after the closure of the offices of the Sanabil Association for Relief and Development (Sanabil), a Hamas-affiliated entity in Lebanon that was named an SDGT in August 2003. KindHearts reportedly attempted to maintain a distance from Hamas to avoid drawing attention to its support for the terrorist organization. In early 2003, KindHearts president Smaili complained that scrutiny by U.S. law enforcement and intelligence officials was making it almost impossible for KindHearts to assist Hamas.

Between July and December 2002; KindHearts sent more than $100,000 USD to the Lebanon-based SDGT Sanabil, according to information available to the U.S. Financial investigation revealed that between February 2003 arid July 2003. KindHearts transferred over $150,000 USD to Sanabil. KindHearts deposited the funds into the same account **used** by HLF when it was providing funds to the Hamas-affiliated Sanabil, according to FBI analysis.

### Support **to Hamas in the** West Hank

In addition to providing support to Hamas in Lebanon, KindHearts reportedly provides support to Hamas in the **West** Bank. An individual identified as integral to assisting KindHearts deliver aid to Palestinians in the West Bank, also reportedly was responsible for dividing money raised by KindHearts in the U.S to ensure that some funds went to I-lamas. KindHearts founder and president Smaili told a Texas-based associate that his organization was raising funds to support the Palestinian *Intifada.*

### Cooperation **with ILS.-Rased Hamas** Leader

Mohammed El-Mezain, who coordinated KindHearts' fundraising, is a former HLF official indicted by a federal grand jury in Dallas, Texas on charges of providing material support to llamas. Information indicates that SDGT Khalid Mishaal, Hamas' Secretary General based in Damascus, Syria, identified El-Mezain as the Hamas leader for the U.S. **At** the time. Mishaal advised that all financial contributions to Hamas from individuals in the U.S. should be channeled through El-Mezain.

Following the closure of HLF, U.S.-based Hamas leader El-Mezain transferred his fundraising skills to Kindhearts. El-Mezain assisted other KindHearts

senior leaders in directing the coordination of KindHearts' fundraising strategy. During a 2003 Islamic conference, KindHearts leaders, including Smaili, met with El-Mezain to discuss KindHearts fundraisers. The leaders concluded that there would be only two fundraising dinners for KindHearts in September 2003 and thereafter, all fundraising efforts would target Friday prayers at mosques and Islamic centers throughout the U.S.

At a September 2003 KindHearts fundraising event, *a* KindHearts fundraiser spoke and encouraged the crowd to appreciate the efforts of the terrorist group Hizballah in supporting Hamas. The fundraiser then encouraged the crowd to give money and manpower as support against Israel. El-Mezain also spoke at this KindHearts fundraiser, encouraging people to donate to KindHearts.

In October 2003, El-Mezain spoke at an event held in Baton Rouge Louisiana where 5500,000 was pledged. Though El-Mezain's speech reportedly focused almost entirely on raising funds for a new mosque in Baton Rouge, only a small amount was to be retained locally and the vast majority was to be sent to Hamas overseas.

Today's action freezes any assets KindHearts may have under U.S. jurisdiction and prohibits U.S. persons from engaging in transactions with the NGO.

-30-

# EXHIBIT 44

THE HOLY LAND FOUNDATION FOR
RELIEF AND DEVELOPMENT

T. Y.E.   12/31/93        T. I.N.   95–4227517

SCHEDULE A

PART III. LINE 4: STATEMENT ABOUT ACTIVITIES

SCHOLARSHIPS OR EDUCATIONAL ASSISTANCE DISBURSEMENTS ARE
MADE TO THE NEEDY STUDENTS AT VARIOUS LEVELS OF THE
EDUCATIONAL SYSTEM IN THE HOLY LANDS BASED UPON THE
RECOMMENDATIONS FROM COMMUNITY LEADERS AND CHARITABLE
ORGANIZATIONS IN THE AREAS.  THE CRITERIA USED FOR SELECTION
INCLUDES NEEDS, AREA OF STUDY, PAST PERFORMANCE AND DESIRE.

PART IV. LINE 26b:

| NAME | TOTAL GIFTS 1989 – 1992 | EXCESS AMOUNT |
|---|---|---|
| KHAMIS AKEL | 103,000 | 27,314 |
| MOUSA ABQU MARZOOK | 210,000 | 134,314 |
| ALEXANDRIA CARPET | 100,000 | 24,314 |
| TOTALS | 310,000 | 185,942 |

PART IV. LINE 28:

| | NAME | AMOUNT | NATURE OF GRANT |
|---|---|---|---|
| 1989 | NONE | | |
| 1990 | KHAMIS AKEL | 103,000 | ONE TIME CASH |
| 1991 | BADADAH CONNECTION | 50,000 | ONE TIME CASH |
| 1992 | MOUSA ABOU MARZOOK | 210,000 | ONE TIME CASH |
| | ALEXANDERIA CARPET | 100,000 | ONE TIME CASH |
| | FCIYEZ SHUKAIRY | 58,400 | ONE TIME CASH |
| | NASSER ALKHATIE | 22,450 | ONE TIME CASH |
| | AHMED A BAZARA | 20,000 | ONE TIME CASH |
| | ALAA SAMAN | 15,500 | ONE TIME CASH |

14

# EXHIBIT 45

بســم الله الـرحمن الرحيـــم



**السلطة الوطنية الفلسطينية**
**وزارة الأوقاف والشؤون الدينية**
**مديرية صندوق الزكاة**
**لجنة زكاة قلقيليه**

تلفاكس ٩-٩٤٠٩٣٩

تأسست سنة ١٤٠٣هـ بموجب كتاب سماحة رئيس مجلس الاوقاف رقم ٤٩٧١

---

**حضرة الفاضل رئيس مؤسسة الارض المقدسة حفظه الله**

**الموضوع : تقرير عن زكاة الفطر**

**السلام عليكم ورحمة الله وبركاته وبعد :-**

لقد باشرت لجنة أموال الزكاة والصدقات في قلقيلية / فلسطين ومنذ ابلاغها نبأ

تبرعكم السخي بقيمة ٢٠٠٠ دولار فقط ألفي دولار كزكاة فطر باشرت اللجنة بتوزيع هذا

المبلغ نقديا على الأسر المستورة وأسر الشهداء والايتام وذلك لضيق الوقت ولأنها تلقت

الاشعار بهذا المبلغ في آخر أيام رمضان .

فجزاكم الله خيرا والسلام عليكم ورحمة الله وبركاته

مرفقا طية صورة عن كشف المستفيدين من هذا المشروع

رئيس اللجنة

ابراهيم عبدالرحيم داوود



GOVERNMENT
EXHIBIT
001-0028
3:04-CR-240-G
U.S. v. HLF, et al.

1   HLDL121 0000134

[HLDL121 0000134]

In the name of Allah, the Merciful and the Compassionate

[Logo]

| The Palestinian National Authority | No.: 18/2S/97 |
|---|---|
| Ministry of Religious Endowments and Religious Affairs | Date: 6 Shawwal 1417 AH |
| Alms Fund Directorate | Corresponding to: 13 Feb 97 |
| Qalqilia Zakat Committee - Tel/Fax 09-040039 | |
| | |

To:  The esteemed brother, the chairman of the Holy Land Foundation for Relief and Development, America, may God protect him.

### Re:  Report on Break-of-fast Zakat

God's peace, mercy, and blessing be upon you. To proceed,

Sipce receiving the news of your generous contribution of $2000 for distribution as break-of-fast Zakat, the Qalqilia Zakat and Alms Committee has undertaken to distribute this sum in cash to needy families, families of martyrs and orphans. It has done so because of the shortness of time and the fact that it received notice of this sum during the final days of Ramadan.

May God reward you good and God's peace, mercy and blessings be upon you.
Enclosed is a list the beneficiaries from this project.

[Signature]
Ibrahim 'Abd-Al-Rahirn Da'ud

[Stamp reads]
The Palestinian National Authority
Zakat Fund Directorate
Ministry of Endowments and Religious Affairs
Qalqilia Zakat Committee

*2*

# EXHIBIT 46

# EXHIBIT 47

الاخوه رئيس واعضاء اللجنة التنفذية في دار الهجرة

السلام عليكم ورحمة الله وبركاته

۱۹۹۱/۶/۳م

نظرا للاوضاع المتردية التي مر بها اهلنا في فلسطين المحتلة وخصوصا بعد حرب الخليج فانني اتوجه باسم الاتحاد الاسلامي لفلسطين الى كافة المسلمين وموسساتهم للعمل مابوسعهم لدعم قضية الشعب المسلم في فلسطين ماديا واعلاميا لاهمية القضية ومركزيتها عند المسلمين .

ولذلك فانني اتقدم الى اللجنة التنفذية في دار الهجرة بالطلبات التالية التي من شانها دعم قضية صمود شعبنا المسلم في الوطن المحتل:

۱. السماح بوضع صندوق دائم للتبرعات لصالح "صندوق الارض المحتلة" ، وهي موسسة خيرية معافاه من الضرائب.

۲. السماح بتوزيع نشرات ومجلات وجرائد الاتحاد ومايصدر عن مكتبه الاعلامي داخل الدار.

۳. السماح بوضع طاولة (اعلامية/مبيعات) للاتحاد بعد صلاة الجمعة وفي المناسبات المختلفة داخل الدار.

٤. ادراج دعم الشعب الفلسطيني المسلم وقضيته على جدول اعمال اللجنة التنفذية وتخصيص بعض الخطب والدروس لمناقشة القضية الفلسطينية ودور المسلمين اتجاهها ، خصوصا في المناسبات الهامة بالقضية.

٥. جمع التبرعات في المناسبات الملائمة لدعم الجهاد في فلسطين.

٦. زيادة التنسيق بين الاتحاد –فرع واشنطن– وبين الدار.

ان وقوف دار الهجرة موقف الداعم للجهاد في فلسطين وغيرها من قضايا المسلمين سيعزز من مكانتها في نظر المسلمين عامة مما يزيد ارتباط المسلمين بالدار.

ارجو منكم دراسة هذه الطلبات والتكرم بالتعاون على تنفيذها باسراع وقت ممكن.

وفقكم الله والسلام عليكم ورحمة الله وبركاته

GOVERNMENT EXHIBIT
022-0006
3:04-CR-240-G
U.S.v. HLF, et al.

د. اكرم خروبي
رئيس الاتحاد الاسلامي لفلسطين
فرع واشنطن

FMSW      0000249

Bate #FMSW 000249

Brothers, chairman and members of the Executive Committee at Dar al-Hijrah
God's peace, mercy and blessings be upon you                                      6/3/1991

Due to the deteriorating conditions our people in Palestine experience, especially following the Gulf War, I appeal in the name of the Islamic Association for Palestine to all Muslims and their institutions to do whatever they can do to support the cause of the Muslim people in Palestine financially and on the media front due to the importance of the cause and its centrality with Muslims.

Therefore, I propose to the Executive Committee at Dar al-Hijrah to do the following things which should support the cause of the steadfastness of our Muslim people in the occupied homeland:

1. Granting permission to place a permanent donation box for "The Occupied Land Fund", a charitable organization that is tax-exempt.
2. Granting permission to distribute leaflets, magazines and newspapers of the Association and what is issued by its media office inside the Dar.
3. Granting permission to place a table (media/sales) for the Association following the Friday prayers and on various occasions inside the Dar.
4. Including the support for the Muslim Palestinian people and their cause on the agenda of the Executive Committee and dedicating some sermons and lessons to discuss the Palestinian cause and the role of Muslims towards it, especially on important occasions relating to the cause.
5. Soliciting donations on appropriate occasions to support Jihad in Palestine.
6. Increasing the coordination between the Association - The Washington branch - and the Dar.

Dar al-Hijrah's supportive stand to Jihad in Palestine and other Muslim causes will strengthen its position in the eyes of Muslims in general which will increase Muslims' affiliation with the Dar.

I hope that you study these requests and to kindly cooperate on carrying them out as soon as possible.

May God guide yo and God's peace, mercy and blessings pb upon pou

Dr. Akram Kharoubi
Chairman of the Islamic Association for Palestine
Washington Branch