الاخوه رئيس واعضاء اللجنة التنفذية في دار الهجرة

السلام عليكم ورحمة الله وبركاته

١٩٩١/٦/٣م

نظرا للاوضاع المتردية التي يمر بها اهلنا في فلسطين المحتلة وخصوصا بعد حرب الخليج فانني اتوجه باسم الاتحاد الاسلامي لفلسطين الى كافة المسلمين ومؤسساتهم للعمل مابوسعهم لدعم قضية الشعب المسلم في فلسطين ماديا واعلاميا لاهمية القضية ومركزيتها عند المسلمين .

ولذلك فانني اتقدم الى اللجنة التنفذية في دار الهجرة بالطلبات التالية التي من شانها دعم قضية شعبنا المسلم في الوطن المحتل:

١. السماح بوضع صندوق دائم للتبرعات لصالح "صندوق الارض المحتلة" ، وهي موسسة خيرية معافاه من الضرائب.

٢. السماح بتوزيع نشرات ومجلات وجرائد الاتحاد ومايصدر عن مكتبه الاعلامي داخل الدار.

٣. السماح بوضع طاولة (اعلامية/مبيعات) للاتحاد بعد صلاة الجمعة وفي المناسبات المختلفة داخل الدار.

٤. ادراج دعم الشعب الفلسطيني المسلم وقضيته علي جدول اعمال اللجنة التنفذية وتخصيص بعض الخطب والدروس لمناقشة القضية الفلسطينية ودور المسلمين اتجاهها ، خصوصا في المناسبات الهامة بالقضية.

٥. جمع التبرعات في المناسبات الملائمة لدعم الجهاد في فلسطين.

٦. زيادة التنسيق بين الاتحاد -فرع واشنطن- وبين الدار.

ان وقوف دار الهجرة موقف الداعم للجهاد في فلسطين وغيرها من قضايا المسلمين سيعزز من مكانتها في نظر المسلمين عامة مما يزيد ارتباط المسلمين بالدار.

ارجو منكم دراسة هذه الطلبات والتكرم بالتعاون علي تنفيذها باسراع وقت ممكن.

وفقكم الله والسلام عليكم ورحمة الله وبركاته

د. اكرم خروبي
رئيس الاتحاد الاسلامي لفلسطين
فرع واشنطن

GOVERNMENT
EXHIBIT
022-0006
3:04-CR-2406
U.S. v. HLF, et al.

FMSW    0000249

Bate #FMSW 0000249

Brothers, chairman and members of the Executive Committee at Dar al-Hijrah
God's peace, mercy and blessings be upon you                                    6/3/1991

Due to the deteriorating conditions our people in Palestine experience, especially following the Gulf War, I appeal in the name of the Islamic Association for Palestine to all Muslims and their institutions to do whatever they can do to support the cause of the Muslim people in Palestine financially and on the media front due to the importance of the cause and its centrality with Muslims.

Therefore, I propose to the Executive Committee at Dar al-Hijrah to do the following things which should support the cause of the steadfastness of our Muslim people in the occupied homeland:

1. Granting permission to place a permanent donation box for "The Occupied Land Fund", a charitable organization that is tax-exempt.
2. Granting permission to distribute leaflets, magazines and newspapers of the Association and what is issued by its media office inside the Dar.
3. Granting permission to place a table (media/sales) for the Association following the Friday prayers and on various occasions inside the Dar.
4. Including the support for the Muslim Palestinian people and their cause on the agenda of the Executive Committee and dedicating some sermons and lessons to discuss the Palestinian cause and the role of Muslims towards it, especially on important occasions relating to the cause.
5. Soliciting donations on appropriate occasions to support Jihad in Palestine.
6. Increasing the coordination between the Association - The Washington branch - and the Dar.

Dar al-Hijrah's supportive stand to Jihad in Palestine and other Muslim causes will strengthen its position in the eyes of Muslims in general which will increase Muslims' affiliation with the Dar.

I hope that you study these requests and to kindly cooperate on carrying them out as soon as possible.

May God guide yo and God's peace, mercy and blessings be upon you.

Dr. Akram Kharoubi
Chairman of the Islamic Association for Palestine
Washington Branch

# EXHIBIT 48