

## Update on Savage Legal Fund

Thank you again to all of you who have contributed to continue the fight for free speech. As you may know, I was forced to drop my lawsuit against CAIR for non-legal reasons.

Unfortunately after spending over $250,000, I discovered the legal system is stacked against patriots and favors even those who are unindicted co-conspirators in a federal anti-terrorism trial.

Rather than spend more funds fighting both those who attack free-speech and the courts, I chose to withdraw from this battle and fight other battles, in fairer venues.

However, the battle to protect the First Amendment goes on.

With your past and future contributions, we will use the fund to ensure that free speech is preserved, to support those who fight the good fight (including those in law enforcement and the military), and to protect against the interests of Islamofascism.

Please continue to contribute in any way that you can, and we will show everyone that the Savage Nation cannot be stopped.



**Protect freedom of speech! Support the Savage Legal Fund.**



**OR Send Checks to:**
Michael Savage Legal Fund
Four Embarcadero Center, 39th Floor
San Francisco, CA 94111

*Donations Are Not Tax Deductible*

### HOME | BACK