# SEVERAID
# &GLAHN, PC
Attorneys at Law

1787 Tribute Rd., Suite D • Sacramento, CA 95815
PH 916-929-8383
FAX 916-925-4763

## FACSIMILE TRANSMITTAL

SENT TO: **YouTube, Inc.**
**Attn: DMCA Complaints**

FAX NO. SENT TO: (650)872-8513

FROM: Carter Glahn

DATE SENT: September 29, 2008

RE: Original Talk Radio Network, Inc. - Michael Savage Show

CC:

NO. OF PAGES SENT, INCLUDING THIS TRANSMITTAL COVER SHEET: __19__ pages

MESSAGE:

If you do not receive any or all of the pages sent, please call at the number indicated above.

The information contained in this facsimile message is confidential. It is intended only for the use of the individual named above. If the person actually receiving this facsimile or any other reader of the facsimile is not the named recipient or the employee or agent responsible to deliver it to the named recipient, any use, dissemination, distribution or copying of the communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender by telephone and return the original message to sender at the above address via the U.S. Postal Service.



**SEVERAID**
**& GLAHN, PC**

1787 TRIBUTE RD., SUITE D • SACRAMENTO, CA 95815

ATTORNEYS AT LAW

PH:(916)929-8383
FAX:(916)925-4763

September 29, 2008

<u>**VIA E-MAIL, TELEFAX AND FEDERAL EXPRESS**</u>

DMCA Complaints
YouTube, Inc.
901 Cherry Ave.
Second Floor
San Bruno, CA 94066
Fax: (650) 872-8513
Email: copyright@youtube.com

Re: <u>The Original Talk Radio Network Inc. v. YouTube, Inc., et al.</u>

Dear YouTube, Inc.:

The information in this notification is accurate, and, under penalty of perjury, I state that this office represents the owner of an exclusive right infringed by the specified material.
This office has been retained by The Original Talk Radio Network ("OTRN") to take such actions as may be appropriate, including without limitation initiation of legal action for all proper relief, with respect to your repeated and ongoing unlawful actions in posting numerous segments from OTRN's "The Michael Savage Show" ("OTRN Content") on your YouTube.com website, including without limitation those certain segments identified in the list of OTRN Content currently posted on your website as of 4 PM Pacific Time on September 26, 2008, which is set forth as Appendix A hereto.

By this letter, OTRN is hereby serving formal notice on you that such actions are in violation of OTRN's exclusive rights with respect to the OTRN Content, and formally demanding that you immediately remove all OTRN Content from your website, and cease and desist all further publications, broadcasts, and/or reproductions of any and all OTRN Content, *immediately*. OTRN further demands that you confirm in writing to OTRN, forthwith, that you have removed all OTRN Content from the YouTube.com website, and that no further OTRN Content will be posted to that website, or any other website under your control, in the future, except, if at all, as shall be expressly permitted under a written license agreement duly executed by an authorized officer of OTRN.

Please be advised that OTRN reserves all of its rights with respect to your wrongful conduct to date in posting OTRN Content without authorization. Please also be advised that OTRN does not, by this letter, disclaim, release or speak for the separate rights of Michael Savage, and/or the separate rights of any other parties,

Youtube.com  
September 29, 2008

*Severaid & Glahn, PC*  
Page 2

with respect to any content appearing on your website, and/or their recourse with respect to your actions and conduct.

The nature and substance of the next communication from this office will be dependent, in part, on whether you take immediate actions to eliminate such unlawful actions on a going forward basis.

Respectfully,

*Carter Glahn*  
Carter Glahn

cc: Benjamin Shapiro, Esq.  
   Ian Boyd, Esq.  
   The Original Talk Radio Network, Inc.

Youtube.com                                                    *Severaid & Glahn, PC*
September 29, 2008                                                          Page 4

Michael Savage: Islamberg and Islam Part 2
http://www.youtube.com/watch?v=6KMVMOdRyS8

Michael Savage Gets Pissed Off About Islam and Terrorists
http://www.youtube.com/watch?v=BtpYJI06mcs

Michael Savage on the Threat of Liberal Fascists Democrats
http://www.youtube.com/watch?v=1mXoF_-w_Vg

Michael Savage – Gay Mafia Trying Gods Patience!
http://www.youtube.com/watch?v=eM70_hLaC94

Michael Savage – Designa Vagina
http://www.youtube.com/watch?v=g83404ewtCI

Michael Savage Tries to Wake Up a Liberal Jew about Muslims
http://www.youtube.com/watch?v=zmr_PBNtErk

Michael Savage: Kosovo's Independence "Immoral," Part 2 of 2
http://www.youtube.com/watch?v=1cV0_AawP7c

Michael Savage: The Perfect Storm Is Coming
http://www.youtube.com/watch?v=01SV4rrQK9o

Michael Savage – 2002 Classic!
http://www.youtube.com/watch?v=tNBpLXMXfSA

Michael Savage: The Historical Truth About the Serbs/Kosovo
http://www.youtube.com/watch?v=JfPKumQHts4

Michael Savage Monday 28
http://www.youtube.com/watch?v=B_AhCuqKAA0

Michael Savage Hate Speech Exposed
http://www.youtube.com/watch?v=rWGrqBKoiXY

Michael Savage on Obama's Women Problems and Mother Issues
http://www.youtube.com/watch?v=ZtytCT08g-Q

Michael Savage Talks To an African American Man about James Watson
http://www.youtube.com/watch?v=S_R9ZIy2Cc4

Michael Savage 9/11 2001 Broadcast
http://www.youtube.com/watch?v=3Jx9fqaZSxA

Michael Savage Rants on Ignorant Black Muslims
http://www.youtube.com/watch?v=DTjUZI53bFg

Michael Savage A Day In the Life of Johnny Jihad
http://www.youtube.com/watch?v=AP18VsZKFec

Case 3:07-cv-06076-SI   Document 52-3   Filed 10/31/08   Page 5 of 14

http://www.youtube.com/watch?v=37HgEe8gH3Q

Michael Savage: Interview with Sylvester Stallone (1 of 2)
http://www.youtube.com/watch?v=-idL9WUaQw0

Michael Savage August 13, 2007
http://www.youtube.com/watch?v=23Pzbq5Y9hI

Michael Savage discusses John Edwards – Part 3 of 3
http://www.youtube.com/watch?v=IbwypCuMn1U

Michael Savage: The Threat of Islam
http://www.youtube.com/watch?v=VR69ngd6vrw

Michael Savage on Masturbation and Prostate Cancer
http://www.youtube.com/watch?v=5k1RruyKjgU

Michael Savage on Left Wing Nuts
http://www.youtube.com/watch?v=btaFApQcLbU

Michael Savage on Marijuana 2-7-07
http://www.youtube.com/watch?v=ej5DVTi2HTc

Michael Savage goofs on Paul Newman
http://www.youtube.com/watch?v=9fjQiRF8bNY

Live Audio: What Michael Savage Said about Autism
http://www.youtube.com/watch?v=8gofSjzTfJk

Michael Savage slams Muslim caller for his lies
http://www.youtube.com/watch?v=6AUbPB0NAIw

Michael Savage and his views on Islam
http://www.youtube.com/watch?v=TLWLVYVeWhM

Michael Savage rants on illegals
http://www.youtube.com/watch?v=05nBE3WQi1U

Michael Savage August 21, 2007
http://www.youtube.com/watch?v=GZjZccrAbAQ

Michael Savage: Benazir Bhutto Assassination
http://www.youtube.com/watch?v=MHoMoEjZXj0

Michael Savage Rips Freaks @ White House dinner
http://www.youtube.com/watch?v=ERc13IWsdNo

Michael Savage on James Watson and Internet Pornography
http://www.youtube.com/watch?v=VRv79FVtyZw

Michael Savage Ripping Holocaust Myth Believer
http://www.youtube.com/watch?v=oQIA_I4X3hM

Youtube.com                                                    *Severaid & Glahn, PC*
September 29, 2008                                                          Page 9

Michael Savage – Barack Hussein Obama Admits Being a Muslim Plus George Bush as a Fiscal Socialist FannieMae Bail Outs – Aired on September 8, 2008
http://www.youtube.com/watch?v=tG9-MHFctZU

Michael Savage – Orthodox Jews & Guns
http://www.youtube.com/watch?v=Ntov9g1vK00

Michael Savage on the Muslim Airport Controversy
http://www.youtube.com/watch?v=6jgczneWu9s

Listen to Michael Savage Online for Free
http://www.youtube.com/watch?v=eVBujmFRaog

Michael Savage: Brain-Dead Sluts and Weak Western Men
http://www.youtube.com/watch?v=WOLTtuaBLMo

Michael Savage mimmicks Rush Limbaugh
http://www.youtube.com/watch?v=jhYyLEpEZnk

Michael Savage on Haditha Caller
http://www.youtube.com/watch?v=F1Vb47036nY

Michael Savage on Heath Ledger and the Brainless Liberals
http://www.youtube.com/watch?v=Iu7YX6igxk4

Michael Savage; Barack Obama lets call it quits talk it out
http://www.youtube.com/watch?v=yA1UE43vFew

Michael Savage on Cho Murderer School Shootings
http://www.youtube.com/watch?v=ggzMSHFK8XY

Michael Savage on Dennis Kucinich, Cars and Hybrids
http://www.youtube.com/watch?v=LNWNfc2Jjg8

Michael Savage on California's Gay Marriage – Part 2
http://www.youtube.com/watch?v=cJ0F6sC90Yc

Michael Savage Rejects Larry King and MSNBC
http://www.youtube.com/watch?v=poBeWx60V3E

Michael Savage Has a Frank Conversation About Women
http://www.youtube.com/watch?v=k16N-Zt2QcE

Savage Nation: Michael Savage, the best radio personality
http://www.youtube.com/watch?v=JtjrrjHBPXA

Michael Savage – Biggest Pimp Rap
http://www.youtube.com/watch?v=nA4Nt4h4EQc

Michael Savage on the day of September 11, 2001
http://www.youtube.com/watch?v=7PXNlnx7f0c

Youtube.com                                           *Severaid & Glahn, PC*
September 29, 2008                                                     Page
11

http://www.youtube.com/watch?v=iXcxvr5IWwM

Michael Savage – War with Iran Radical Islam Jihadist – Aired on July 10, 2008
http://www.youtube.com/watch?v=29sgUCOvHP4

Michael Savage Monologue 9-12-08
http://www.youtube.com/watch?v=2Pjz4T7cNqA

Michael Savage – A New American Revolution
http://www.youtube.com/watch?v=gkcJNBtoIXw

Michael Savage Autism Remix
http://www.youtube.com/watch?v=AsPGQNZsPdE

Michael Savage on Cancer
http://www.youtube.com/watch?v=WAPLedgnSxA

Michael Savage on Ultra Tolerance and its Effect on Society
http://www.youtube.com/watch?v=27gJjvQICQQ

Michael Savage Owns Black Muslim
http://www.youtube.com/watch?v=T0zbcjWXvDg

Michael Savage – Psychological Nudity
http://www.youtube.com/watch?v=s-6cz4mayEU

Michael Savage Talking to a Conservative on How to Pick Up Liberal Women in New York City
http://www.youtube.com/watch?v=EKyRB2cL0RU

Michael Savage: Only anger and hatred can save America
http://www.youtube.com/watch?v=yvsjwtF2hmk

Michael Savage discusses Hollywood Leftists – Part 2
http://www.youtube.com/watch?v=igl2bmxqPZc

Michael Savage Monday 19, 2008
http://www.youtube.com/watch?v=gYlr-w2eyJE

Michael Savage on Current Events – Part 5 of 7
http://www.youtube.com/watch?v=s7q9GheEOXU

Michael Savage – Mein Kampf and its Relativity to The Quran
http://www.youtube.com/watch?v=McQWM-TAZBI

Michael Savage – Immorality of Pornography Explicit Sex Kids
http://www.youtube.com/watch?v=mpFkl3dLIL0

Michael Savage On Lesbians
http://www.youtube.com/watch?v=wd-I9bYIy3E

Michael Savage – Swearing on the Koran

| Youtube.com | Severaid & Glahn, PC |
|---|---|
| September 29, 2008 | Page 12 |

http://www.youtube.com/watch?v=Scq61iw30Oc

Trying to silence Michael Savage
http://www.youtube.com/watch?v=rWFOnT9oH7U

Michael Savage on Irrational Confusion About Homosexuals
http://www.youtube.com/watch?v=OH4gLjSXX-E

Michael Savage Talks About the Threat of Iran and Islam
http://www.youtube.com/watch?v=oO_BXJNP4u8

Illegal Alien Murders Family: Michael Savage Interviews Danielle Bologna
http://www.youtube.com/watch?v=dguIwbSkEq8

Ultravan #299, First Bath While Listening to Michael Savage
http://www.youtube.com/watch?v=CczCGWdGHKo

Michael Savage on Kosovo independence
http://www.youtube.com/watch?v=hUJXPXs_iP8

Michael Savage – Danielle Bologna and Family Tragedy Due to Corruption of Law and Illegals
http://www.youtube.com/watch?v=O7uzEkKqAq0

Michael Savage: "Bring in 10 million more from Africa."
http://www.youtube.com/watch?v=jI4cBBLeRqM

Michael Savage discusses America's collapse of it's morals and values
http://www.youtube.com/watch?v=gbfnl8kQnZ4

Michael Savage on Why Hollywood is Failing – Part 1 of 4
http://www.youtube.com/watch?v=Mfj7MtDUcFI

Michael Savage Argues With a Caller About Obama and His Credentials to be President
http://www.youtube.com/watch?v=0M44MkHnJBs

Michael Savage Nation Radio Spots Commercials Part 2
http://www.youtube.com/watch?v=ZIrjqffVhJs

Michael Savage on Hitler of Iran and Columbia University
http://www.youtube.com/watch?v=5xQ6hxIrYHE

Michael Savage on gay marriage caller
http://www.youtube.com/watch?v=R7v7OCTMVAA

Michael Savage predicts the destruction of Israel
http://www.youtube.com/watch?v=oRHz28YWXu4

Michael Savage on the JFK Terror Plot
http://www.youtube.com/watch?v=_Ovi11r-D20

Michael Savage on Bible Passages and More

Youtube.com                                                     *Severaid & Glahn, PC*
September 29, 2008                                                              Page 13

http://www.youtube.com/watch?v=Aia8T2wirk0

Michael Savage Classic Caller on Health Plus Report on Abortion and Cancer
http://www.youtube.com/watch?v=my8Cjs6mATs

Michael Savage goes off on Islamo-Fascists
http://www.youtube.com/watch?v=nkWgSeSc8cA

Michael Savage discusses the end of America's Liberal Arc
http://www.youtube.com/watch?v=Enwt4-Pw4ag

Michael Savage – Generation of Weaklings
http://www.youtube.com/watch?v=G5WdMHjjJ5E

Michael Savage – Sixty Year Old Woman has Twins
http://www.youtube.com/watch?v=3-CRP1qxD78

Michael Savage Admits to Taking Lipitor (then quits on 10/29)
http://www.youtube.com/watch?v=T-7Dqd-zIEs

Michael Savage on The Homosexual Mafia
http://www.youtube.com/watch?v=kBPGO9D8B-Y

Michael Savage Here Comes The Judge
http://www.youtube.com/watch?v=zJNzfRWbUug

Michael Savage on bill clintons propaganda against serbs
http://www.youtube.com/watch?v=wJKtQufrnds

Michael Savage on Fear of Marriage in Society Today
http://www.youtube.com/watch?v=JFCzLfsEddQ

Michael Savage slams a Nancy Pelosi supporter
http://www.youtube.com/watch?v=X4w39SHqTVA

Michael Savage on the state of Israel in 2006
http://www.youtube.com/watch?v=YYxtZ0bQC8o

Michael Savage discusses today's bizarre political climate
http://www.youtube.com/watch?v=Xz2FKdi9ktE

Michael Savage translates liberal Headline
http://www.youtube.com/watch?v=VjxARbHr6TE

Michael Savage OWNS pro-Muslim liberal – Liberals SUCK!
http://www.youtube.com/watch?v=BuOmtQhNwm0

Duncan Hunter with Michael Savage
http://www.youtube.com/watch?v=D0qKFEQdJ-E

Michael Savage KSFO Classic – Savage Matchmaker

Youtube.com                                                  *Severaid & Glahn, PC*
September 29, 2008                                                          Page 14

http://www.youtube.com/watch?v=lSVqlNUXKU0

Michael Savage on Radical Muslims CAIR Future Expectations
http://www.youtube.com/watch?v=iejM8emTJW4

Michael savage on bill clintons war against serbs
http://www.youtube.com/watch?v=2sURLF83V9A

Censure Carter Michael Savage
http://www.youtube.com/watch?v=HvqFih8p25w

Michael Savage on Iran, weakness, and liberal attack dogs
http://www.youtube.com/watch?v=yJ40KgkOt8M

Michael Savage on Barack Hussein Obama as President
http://www.youtube.com/watch?v=Qnj_7t_9adM

Michael Savage: Vinnie Calls Part 1
http://www.youtube.com/watch?v=xdZYe0Z9TSM

Michael Savage on Sharing Bedrooms Couples Husband and Wife
http://www.youtube.com/watch?v=a0UQHs6o5bw

Michael Savage takes a call from Todd in New Hampshire
http://www.youtube.com/watch?v=ZdJK6varWQE

Michael Savage on the Power of Man in Good and Evil
http://www.youtube.com/watch?v=JkJy1H7B_vY

Michael Savage hates gays
http://www.youtube.com/watch?v=8GOEnXp9VnQ

Michael Savage: A balanced immigration solution (Part 2)
http://www.youtube.com/watch?v=20U905Z4wIw

Michael Savage On Obama and What He Wants for America
http://www.youtube.com/watch?v=x871n28-xNE

Michael Savage Rants on Illegals
http://www.youtube.com/watch?v=D0jk1gSNVbA

Michael Savage on Financial Schemes and Intuitive Intelligence (9/23/08)
http://www.youtube.com/watch?v=5G_MBrkIhmQ

Michael Savage: Liberals Want an Illiterate America
http://www.youtube.com/watch?v=5YDhHh2yoXE

Michael Savage – Discussion about Lawyers and Doctors in Society Today – Part 1 of 2
http://www.youtube.com/watch?v=rCjSOAAazW0

Michael Savage – What Not To Say On The Savage Nation

Youtube.com                                                                    *Severaid & Glahn, PC*
September 29, 2008                                                                            Page
15

http://www.youtube.com/watch?v=Vxs_bNcAY4o

Michael Savage Talks About Fahrenheit 451 and Fascism
http://www.youtube.com/watch?v=sADM1YHej04

Michael Savage on Shameless Liberals and His Boosted Ratings
http://www.youtube.com/watch?v=EzBkCPExnD0

Michael Savage on Nancy Pelosi
http://www.youtube.com/watch?v=9IbXygLG-4M

Michael Savage: Vinne Calls Part 2
http://www.youtube.com/watch?v=_ir4T5glxsq

Michael Savage – Brainwashing of Global Warming and More
http://www.youtube.com/watch?v=iwXhmnqtjLE

Michael Savage – "The Most Important Thing I've Ever Said"
http://www.youtube.com/watch?v=9G2NfVJipII

Michael Savage on Lucky Louie
http://www.youtube.com/watch?v=soSur400DN4

Michael Savage Explains Clipped Hair Type's
http://www.youtube.com/watch?v=3YLYPfzY88c

St. Michael: Liberal Slayer – Prepare 4 War!
http://www.youtube.com/watch?v=yi5CLIO6SZ0

Michael Savage on Celebrating Purim
http://www.youtube.com/watch?v=N5uYb4viBCU

Michael Savage Welcome To the Sheocracy
http://www.youtube.com/watch?v=pXWl0goYbpk

Michael Savage on the new leadership of the Democrats
http://www.youtube.com/watch?v=kpoES0aZtL8

Michael Savage on How Drugs Spoil Our Spiritual Strengths
http://www.youtube.com/watch?v=agDRflQ8PnQ

Michael Savage Update on Health and Return to Show (September 17, 2008)
http://www.youtube.com/watch?v=JCf8cuDCthY

Michael Savage – Freakshows
http://www.youtube.com/watch?v=xE0uydrjVzM

Michael Savage on Why He's Famous – Immigrants and Epidemics
http://www.youtube.com/watch?v=mkaquljlwDY

Michael Savage to Question Barack Hussein Obama and his Credentials for Presidency

| Youtube.com | Severaid & Glahn, PC |
|---|---|
| September 29, 2008 | Page __ |
| 16 | |

http://www.youtube.com/watch?v=mNRbi2RUxOI

Michael Savage discusses the 2nd Amendment ruling by high court
http://www.youtube.com/watch?v=6UgdK9gvD84

Michael Savage talks about the 50's versus today
http://www.youtube.com/watch?v=uKUAZ0NoSts

Michael Savage Nation Radio Spots Commercials Part 4
http://www.youtube.com/watch?v=E6R57DrteeQ

Michael Savage listening to Kansas City
http://www.youtube.com/watch?v=501mwwIUd-c

Michael Savage Censored
http://www.youtube.com/watch?v=esKn8GaiDM0

Michael Savage on San Francisco and NutJob Liberals
http://www.youtube.com/watch?v=BKRPbgGw_cg

Michael Savage Marry a Liberal??
http://www.youtube.com/watch?v=wWc50gaiucs

Michael Savage Gets Pissed off at John McCain (9/24/08)
http://www.youtube.com/watch?v=25Oocbm2g1c

Michael Savage on Children and Parenting
http://www.youtube.com/watch?v=QcW8lyZkq88

Michael Savage on CNN, Wolf Blitzer & Larry King
http://www.youtube.com/watch?v=sE6OaI924HQ

Michael Savage on the insanity of current political trends
http://www.youtube.com/watch?v=-Pqj-bsvbog

Michael Savage discusses Tim Russert
http://www.youtube.com/watch?v=GCU4WuOgG-A

Michael Savage on just leaving it all one day to live on an island
http://www.youtube.com/watch?v=mLxFl8ueaoA

Michael Savage On Lack of Outrage in Financial Crisis (9/23/08)
http://www.youtube.com/watch?v=ERAP2Jc2h8g

Michael Savage Endorses TrustedID Identity Theft Protection
http://www.youtube.com/watch?v=QDnIsOH1kq4

Michael Savage on corporate corruption and labor practices
http://www.youtube.com/watch?v=HIGFmRxAsVk

Dr. Savage on Coronary Artery Disease

Youtube.com                                                          *Severaid & Glahn, PC*
September 29, 2008                                                                    Page
17

http://www.youtube.com/watch?v=VU0b8NE5_NQ

Michael Savage on how the US National Anthem is treated
http://www.youtube.com/watch?v=QYW3Pfr2aN4

Savage News Reel
http://www.youtube.com/watch?v=zhPeJD8zLUU

Intelligent, Moderate Muslim Calls The Savage Nation
http://www.youtube.com/watch?v=5BWRAYjBpk4

Michael Savage on Bosnian muslim shooter
http://www.youtube.com/watch?v=k_0b3KTazu4

Michael Savage on Matt Damon and Sarah Palin
http://www.youtube.com/watch?v=6ybBqhE3oZ4

Michael Savage Freaking Out (During my Video Diary)
http://www.youtube.com/watch?v=7aDisa2m7y8

Moronic Caller on The Savage Nation 8-9-06
http://www.youtube.com/watch?v=9fgTAQDyqAg

Michael Savage: Benazir Bhutto Assassination (Part 2)
http://www.youtube.com/watch?v=AEVsXlI1wWM

Michael Savage straight talk on Autism
http://www.youtube.com/watch?v=g0U7HjzUe54

Michael Savage – Radical Islam divine punishment on West
http://www.youtube.com/watch?v=0tj3L4u1lPM

Texas Polygamy, Durham Dirtbag, Rocky Mountain White Trash
http://www.youtube.com/watch?v=vhNWMZJxHuU

Michael Savage Explains the Fraud of Autism
http://www.youtube.com/watch?v=WiZBC8IIOIk

Michael Savage on How to Lower Gas Prices LMFAO!
http://www.youtube.com/watch?v=bIoU9C3EOdM

Savage Nation – Sonny Barger Interview
http://www.youtube.com/watch?v=bfSBGi88SAE

Jewish Radio Host Michael Savage On Autism
http://www.youtube.com/watch?v=GWYQqGDaYfY

Internment Camps In America ? Savage Nation May 30, 2007
http://www.youtube.com/watch?v=kyzSn2ALZj0

Obama coddles San Francisco sponsors; drops middle America

Youtube.com                                                                        *Severaid & Glahn, PC*
September 29, 2008                                                                                    Page
18

http://www.youtube.com/watch?v=NrZA1oTjme4