1  Thomas R. Burke (CA State Bar No. 141930)
   DAVIS WRIGHT TREMAINE LLP
2  505 Montgomery Street, Suite 800
   San Francisco, California  94111
3  Telephone:  (415) 276-6500
   Facsimile:   (415) 276-6599
4  Email:         thomasburke@dwt.com

5  Matt Zimmerman (CA State Bar No. 212423)
   ELECTRONIC FRONTIER FOUNDATION
6  454 Shotwell Street
   San Francisco, California  94110
7  Telephone:  (415) 436-9333
   Facsimile:   (415) 436-9993
8  Email:         mattz@eff.org

9  Attorneys for Defendants
   COUNCIL ON AMERICAN-ISLAMIC
10 RELATIONS, INC., COUNCIL ON AMERICAN
   ISLAMIC RELATIONS ACTION NETWORK, INC.,
11 AND COUNCIL ON AMERICAN ISLAMIC
   RELATIONS OF SANTA CLARA, INC.

12

13                      IN THE UNITED STATES DISTRICT COURT

14                      THE NORTHERN DISTRICT OF CALIFORNIA

15                               SAN FRANCISCO DIVISION

16

17 MICHAEL SAVAGE,                          ) Case No. CV07-06076 SI
                                            )
18                Plaintiff,                ) **SUPPLEMENTAL DECLARATION OF**
                                            ) **THOMAS R. BURKE IN SUPPORT OF**
19         v.                               ) **CAIR'S MOTION FOR ATTORNEYS'**
                                            ) **FEES AND COSTS**
20 COUNCIL ON AMERICAN-ISLAMIC              )
   RELATIONS, INC., COUNCIL ON              ) Date:   November 14, 2008
21 AMERICAN ISLAMIC RELATIONS               ) Time:   9:00 a.m.
   ACTION NETWORK, INC., COUNCIL ON         ) Judge:  The Honorable Susan Illston
22 AMERICAN ISLAMIC RELATIONS OF            )
   SANTA CLARA, INC., and DOES 3-100,       )
23                                          )
                  Defendants.               )
24                                          )
                                            )
25

26

27

28

Case No. CV07-06076 SI
SUPPLEMENTAL BURKE DECLARATION ISO OF MOTION FOR ATTORNEYS' FEES

I, Thomas R. Burke, declare as follows:

1. I am an attorney and a partner with Davis Wright Tremaine LLP, and lead counsel for Defendants Council on American-Islamic Relations, Inc., Council on American-Islamic Relations Action Network, Inc., and Council on American-Islamic Relations of Santa Clara, Inc., collectively (collectively "CAIR") in this action. I make the statements in this supplemental declaration of my personal knowledge and could competently testify to them if called as a witness.

2. After being retained by CAIR in December of 2007, I dutifully informed my client of each and every communication I received from Mr. Savage's counsel. Throughout this representation, I never once received any "settlement" communications that in any way reflected a sincere effort by Mr. Savage to voluntarily agree to a complete dismissal of this action, with prejudice, and a full reimbursement of CAIR's legal expenses.

3. I billed a total of 11.20 hours in connection with work that was necessary to prepare CAIR's Reply and supporting papers, including a complete review of Plaintiff's voluminous Opposition and supporting documents. This time consisted of 3.70 hours on Friday, October 24, 2008, to review and analyze Plaintiff's Opposition and all supporting papers and outline strategy in support of CAIR's Reply; 1.30 hours on Monday, October 27, 2008, to further review key portions of Plaintiff's Opposition and to confer with co-counsel and CAIR's representative about the Reply approach; 3.10 hours on Wednesday, October 29, 2008, to review and edit the draft Reply memorandum; 2.70 hours on Thursday, October 30, 2008, to further edit the Reply memorandum and supporting documentation, confer with co-counsel on strategy issues regarding arguments in the Reply and to prepare this supporting declaration; and 1.00 hour on Friday, October 31, 2008 to finalize the Reply and supporting papers.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed in San Francisco, California, on October 31, 2008.

/s/ Thomas R. Burke
Thomas R. Burke