1  Anthony T. Falzone (SBN 190845)
   Julie A. Ahrens (SBN 230170)
2  Christopher K. Ridder (SBN 218691)
   STANFORD LAW SCHOOL CENTER FOR
3  INTERNET AND SOCIETY
   559 Nathan Abbott Way
4  Stanford, California 94305-8610
   Telephone: (650) 736-9050
5  Facsimile: (650) 723-4426
   E-mail: falzone@stanford.edu
6
   William F. Abrams (SBN 88805)
7  Sheila M. Pierce (SBN 232610)
   BINGHAM MCCUTCHEN LLP
8  1900 University Avenue
   East Palo Alto, CA  94303-2223
9  Telephone:  650.849.4400
   Facsimile:  650.849.4800
10 william.abrams@bingham.com

11 Attorneys for Plaintiff Brave New Films 501 (c)(4)

12

13

14                         UNITED STATES DISTRICT COURT

15                        NORTHERN DISTRICT OF CALIFORNIA

16                              SAN FRANCISCO DIVISION

17

18 | MICHAEL SAVAGE,                              | No.  C 07-6076-SI

19 |            Plaintiff,                        | **[PROPOSED] ORDER RELATING CASES**
   |     v.                                       |

20 | COUNCIL ON AMERICAN-ISLAMIC
   | RELATIONS, INC., COUNCIL ON
21 | AMERICAN ISLAMIC RELATIONS ACTION
   | NETWORK, INC., COUNCIL ON AMERICAN
22 | ISLAMIC RELATIONS OF SANTA CLARA,
   | INC., and DOES 3-100
23 |
   |            Defendant.
24

25         On November 4, 2008, pursuant to Local Rule 3-12, Brave New Films 501 (c)(4)

26 filed an administrative motion to consider whether this case (C 07-6076-SI) should be related to

27 *Brave New Films 501 (c)(4) v. Weiner et al.,* No. 3:08-cv-04703-JL (N.D. Cal. Oct. 10, 2008)

28 ("the Brave New Films Action").

1       Having considered the papers and good cause appearing, IT IS HEREBY

2 ORDERED THAT:

3       Pursuant to Local Rule 3-12, this action and the Brave New Films Action are

4 related cases.  Accordingly, the Brave New Films Action is transferred to the Honorable Susan

5 Illston for all purposes.

6

7 DATED: _____

8

9                                                         Judge Susan Illston

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28