Anthony T. Falzone (SBN 190845)
Julie A. Ahrens (SBN 230170)
Christopher K. Ridder (SBN 218691)
STANFORD LAW SCHOOL CENTER FOR
INTERNET AND SOCIETY
559 Nathan Abbott Way
Stanford, California 94305-8610
Telephone: (650) 736-9050
Facsimile: (650) 723-4426
E-mail: falzone@stanford.edu

William F. Abrams (SBN 88805)
Sheila M. Pierce (SBN 232610)
BINGHAM MCCUTCHEN LLP
1900 University Avenue
East Palo Alto, CA 94303-2223
Telephone: 650.849.4400
Facsimile: 650.849.4800
Email: william.abrams@bingham.com

Attorneys for Plaintiff Brave New Films 501(c)(4)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL SAVAGE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COUNCIL ON AMERICAN-ISLAMIC RELATIONS, INC., COUNCIL ON AMERICAN ISLAMIC RELATIONS ACTION NETWORK, INC., COUNCIL ON AMERICAN ISLAMIC RELATIONS OF SANTA CLARA, INC., and DOES 3-100,<br><br>　　　　Defendants. | No. C 07-6076-SI<br><br>**DECLARATION OF SHEILA M. PIERCE IN SUPPORT OF BRAVE NEW FILMS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO L.R. 3-12; L.R. 7-11** |

C 07-6076-SI

DECLARATION OF SHEILA M. PIERCE IN SUPPORT OF BRAVE NEW FILMS' ADMINISTRATIVE
MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED

I, Sheila M. Pierce, declare:

1. I am an attorney duly admitted to practice before this Court, and am an associate at Bingham McCutchen, LLP, Counsel for Brave New Films 501 (c) (4). This declaration is submitted in support of Brave New Films' ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO L.R. 3-12; L.R. 7-11. If called as a witness I would and could testify to the following:

2. According to the records of the United States Copyright Office, and according to Savage himself, Savage is the registered copyright owner of the October 29, 2007 radio broadcast of "The Michael Savage Show." Attached hereto as Exhibit A is a true and correct copy of Savage's copyright registration for the October 29, 2007 broadcast.

3. On January 18, 2008, Brave New Films created and uploaded to its YouTube channel a video, "Michael Savage Hates Muslims" ("the Video"), which was posted to YouTube at the URL http://www.youtube.com/watch?v=CtY-JWahHQs.

4. The Video used audio excerpts from Savage's October 29, 2007 broadcast to criticize Savage's anti-Muslim message.

5. On September 29, 2008, counsel for Original Talk Radio Network ("OTRN"), the company that syndicates and broadcasts "The Michael Savage Show," delivered a letter by facsimile to YouTube's "DMCA Complaints" department, demanding the removal of the Video. Attached hereto as Exhibit B is a true and correct copy of that letter.

6. YouTube treated this letter as a takedown notice pursuant to section 512(c)(3) of the Digital Millennium Copyright Act ("DMCA"). 17 U.S.C. § 512(c)(3). On October 2, 2008, YouTube disabled access to the Video and notified Brave New Films that the Video had been removed pursuant to the complaint by OTRN. Attached hereto as Exhibit C is a true and correct copy of YouTube's notification to Brave New Films.

7. On October 10, 2008, Brave New Films filed a complaint for injunctive relief and damages against OTRN and Savage alleging they had issued an improper takedown notice pursuant to the DMCA. Attached hereto as Exhibit D is a true and correct copy of the Complaint

1 | filed in the matter *Brave New Films 501(c)(4) v. Weiner et al.*, No. 3:08-cv-04703-JL (N.D. Cal. Oct. 10, 2008) (Document No. 1).

3 | 8. Magistrate Judge James Larson was assigned to the matter. Attached hereto as Exhibit E is a true and correct copy of Order Setting Initial Case Management Conference and ADR Deadlines, *Brave New Films 501(c)(4) v. Weiner et al.*, No. 3:08-cv-04703-JL (N.D. Cal. Oct. 10, 2008) (Document No. 4).

7 | 9. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

DATED: November 4, 2008

By: *Sheila M. Pierce*
Sheila M. Pierce

---

3                                                                                   C 07-6076-SI

DECLARATION OF SHEILA M. PIERCE IN SUPPORT OF BRAVE NEW FILMS' ADMINISTRATIVE
MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED