# EXHIBIT A

# Pierce, Sheila M.

| | |
|---|---|
| **From:** | Pierce, Sheila M. |
| **Sent:** | Tuesday, November 04, 2008 8:17 AM |
| **To:** | 'creilly@loeb.com' |
| **Subject:** | CONFIDENTIAL PRIVILEGED WORK PRODUCT: Brave New Films v. Savage et al: Administrative Motion |
| **Attachments:** | standing.order.pdf |



standing.order.pdf
(28 KB)

Christine,

Attached please find a copy of Judge Illston's standing order. As you will see, Judge Illston requires parties to comply with all Local Rules except as identified in her order. Neither L.R. 3-12 nor L.R. 7-11, the relevant rules for purposes of our motion, are identified.

Despite Judge Illston's standing order, I made two calls to her chambers yesterday, leaving a message both times, and did not get a response. Pursuant the Local rules and Judge Illston's standing order, we feel it necessary to file the administrative motion asking the Court to determine whether the cases are related.

Please call me this morning to discuss. My number is 650-849-4424.

Regards,

Sheila

1

# EXHIBIT B

# Pierce, Sheila M.

**From:** Pierce, Sheila M.
**Sent:** Tuesday, November 04, 2008 9:06 AM
**To:** 'creilly@loeb.com'
**Subject:** PRIVILEGED CONFIDENTIAL WORK PRODUCT: Brave New Films v. Savage: Administrative Motion

Christine,

I actually just heard back from Judge Illston's clerk and she said that we do have to file the administrative motion regarding the related cases.

Please call to discuss.

Regards,

Sheila

Sheila M. Pierce
Associate
T 650.849.4424
F 650.849.4800
*sheila.pierce@bingham.com*

BINGHAM
Bingham McCutchen LLP
1900 University Avenue
East Palo Alto, CA 94303-2223

1

# EXHIBIT C

### Pierce, Sheila M.

**From:** Christine Reilly [creilly@loeb.com]
**Sent:** Tuesday, November 04, 2008 9:35 AM
**To:** Pierce, Sheila M.
**Cc:** Douglas Mirell; Scott Zolke
**Subject:** Re: PRIVILEGED CONFIDENTIAL WORK PRODUCT: Brave New Films v. Savage: Administrative Motion

Sheila, we will not agree to a stipulation, but we are not likely to oppose the motion.

Regards,
Christine

---

**From:** Pierce, Sheila M.
**To:** Christine Reilly
**Sent:** Tue Nov 04 09:06:18 2008
**Subject:** PRIVILEGED CONFIDENTIAL WORK PRODUCT: Brave New Films v. Savage: Administrative Motion

Christine,

I actually just heard back from Judge Illston's clerk and she said that we do have to file the administrative motion regarding the related cases.

Please call to discuss.

Regards,

Sheila

Sheila M. Pierce
Associate
T 650.849.4424
F 650.849.4800
*sheila.pierce@bingham.com*

BINGHAM
Bingham McCutchen LLP
1900 University Avenue
East Palo Alto, CA 94303-2223

===============================================================
Bingham McCutchen LLP Circular 230 Notice: To ensure compliance with IRS requirements, we inform you that any U.S. federal tax advice contained in this communication is not intended or written to be used, and cannot be used by any taxpayer, for the purpose of avoiding any federal tax penalties. Any legal advice expressed in this message is being delivered to you solely for your use in connection with the matters addressed herein and may not be relied upon by any other person or entity or used for any

other purpose without our prior written consent.
The information in this e-mail (including attachments, if any) is considered confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this e-mail is prohibited except by or on behalf of the intended recipient. If you have received this email in error, please notify me immediately by reply email, delete this email, and do not disclose its contents to anyone. Thank you.



**Christine M. Reilly**

Attorney At Law

10100 Santa Monica Blvd.
Suite 2200
Los Angeles, CA 90067
www.loeb.com

Direct 310.282.2361
Main 310.282.2000
Fax 213.652.1830
creilly@loeb.com

CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify the sender. Please destroy the original transmission and its attachments without reading or saving in any manner. Thank you, Loeb & Loeb LLP.

11/4/2008