Anthony T. Falzone (SBN 190845)
Julie A. Ahrens (SBN 230170)
Christopher K. Ridder (SBN 218691)
STANFORD LAW SCHOOL CENTER FOR INTERNET AND SOCIETY
559 Nathan Abbott Way
Stanford, California 94305-8610
Telephone: (650) 736-9050
Facsimile: (650) 723-4426
E-mail: falzone@stanford.edu

William F. Abrams (SBN 88805)
Sheila M. Pierce (SBN 232610)
BINGHAM MCCUTCHEN LLP
1900 University Avenue
East Palo Alto, CA  94303-2223
Telephone:  650.849.4400
Facsimile:  650.849.4800
william.abrams@bingham.com

Attorneys for Plaintiff Brave New Films 501 (c)(4)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL SAVAGE,<br><br>        Plaintiff,<br><br>    v.<br><br>COUNCIL ON AMERICAN-ISLAMIC RELATIONS, INC., COUNCIL ON AMERICAN ISLAMIC RELATIONS ACTION NETWORK, INC., COUNCIL ON AMERICAN ISLAMIC RELATIONS OF SANTA CLARA, INC., and DOES 3-100<br><br>        Defendant. | No.  C 07-6076-SI<br><br>**CERTIFICATE OF SERVICE** |

I am over 18 years of age, not a party to this action and employed in the County of San Mateo, California at 1900 University Avenue, East Palo Alto, California  94303-2223.  I am readily familiar with the practice of this office for collection and processing of

| | |
|---|---|
| 1 | correspondence for mailing with the United States Postal Service and correspondence is |
| 2 | deposited with the United States Postal Service that same day in the ordinary course of business. |
| 3 | Today I served the attached: |
| 4 | NOTICE OF ADMINISTRATIVE MOTION AND ADMINISTRATIVE MOTION TO CONSIDER WHETHER |
| 5 | CASES SHOULD BE RELATED PURSUANT TO L.R. 3-12; L.R. 7-11 |
| 6 | |
| 7 | DECLARATION OF SHEILA M. PIERCE IN SUPPORT OF BRAVE NEW FILMS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED |
| 8 | PURSUANT TO L.R. 3-12; L.R. 7-11 |
| 9 | DECLARATION OF SHEILA M. PIERCE EXPLAINING WHY STIPULATION COULD NOT BE OBTAINED |
| 10 | |
| 11 | [PROPOSED] ORDER RELATING CASES |
| 12 | by causing a true and correct copy of the above to be placed in the United States Mail at East |
| 13 | Palo Alto, California in sealed envelope(s) with postage prepaid, addressed as follows: |
| 14 | Douglas Mirell, Esq.<br>Christine M. Reilly, Esq. |
| 15 | Loeb & Loeb LLP<br>10100 Santa Monica Blvd., Suite 2200 |
| 16 | Los Angeles, CA 90067-4164 |
| 17 | (Attorneys for:   Michael Weiner aka Michael Savage and Original Talk Radio Network, Inc.) |
| 18 | I declare that I am employed in the office of a member of the bar of this court at |
| 19 | whose direction the service was made and that this declaration was executed on November 4, |
| 20 | 2008. |
| 21 | |
| 22 | |
| 23 | /s/ Ruth DiFalco<br>Ruth DiFalco |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |