DOUGLAS E. MIRELL (SBN 094169)
dmirell@loeb.com
SCOTT B. ZOLKE (SBN 136984)
szolke@loeb.com
CHRISTINE M. REILLY (SBN 226388)
creilly@loeb.com
LOEB & LOEB LLP
10100 Santa Monica Boulevard, Suite 2200
Los Angeles, California 90067-4120
Telephone:  310-282-2000
Facsimile:   310-282-2200

Attorneys for MICHAEL WEINER aka MICHAEL SAVAGE and ORIGINAL TALK RADIO NETWORK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL SAVAGE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>COUNCIL ON AMERICAN-ISLAMIC RELATIONS, INC., COUNCIL ON AMERICAN ISLAMIC RELATIONS ACTION NETWORK, INC., COUNCIL ON AMERICAN ISLAMIC RELATIONS OF SANTA CLARA, INC., and DOES 3-100,<br><br>　　　　Defendants. | Case No. C 07-6076-SI<br><br>**NOTICE OF NON-OPPOSITION TO ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO L.R. 3-12; L.R. 7-11** |

LA1821064.3
211275-10004

NOTICE OF NON-OPPOSITION
CASE NO. C 07-6076-SI

1       On November 4, 2008, Brave New Films 501(c)(4) ("BNF") filed in the instant action an Administrative Motion to Consider Whether Cases Should Be Related Pursuant to L.R. 3-12 and L.R. 7-11 ("Motion"). Northern District of California L.R. 7-11(a), (b) requires that "[t]he moving party must deliver the motion and all attachments to all other parties *on the same day as the motion is filed*" and that any response to such motion "must be filed no later than the third day after the motion has been filed." (Emphasis added).

      BNF filed its Motion and served it on Defendants in Case No. CV 08-4703 JL, Michael Weiner aka Michael Savage and the Original Talk Radio Network, Inc. ("Defendants"), by regular mail on November 4, 2008, in contravention of L.R. 7-11(a). It was not received until the morning of November 6, 2008, the day before a response was due. Notwithstanding this late service, Defendants do not oppose the Motion.

Dated: November 7, 2008            Respectfully submitted,

                                      LOEB & LOEB LLP
                                      DOUGLAS E. MIRELL
                                      SCOTT ZOLKE
                                      CHRISTINE M. REILLY

                                      By: /s/ Christine M. Reilly
                                           Christine M. Reilly
                                           Attorneys for MICHAEL WEINER aka
                                           MICHAEL SAVAGE and ORIGINAL
                                           TALK RADIO NETWORK, INC.