Daniel A. Horowitz Cal. State Bar No. 92400
Attorney at Law
P.O. Box 1547
Lafayette, California 94549

(925) 283-1863

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

MICHAEL SAVAGE,
aka (Michael Weiner)

        Plaintiff,

vs.

Counsel on American-Islamic Relations, Inc., Council on American Islamic Relations Action Network Inc., Council on American Islamic Relations of Santa Clara Inc., and Does 3-100

        Defendants.
_____ /

No. C 07-06076SI

**NOTICE THAT DEFENDANT LACKS STANDING TO LITIGATE**

Federal Rule of Civil Procedure 17(b) states that capacity to sue is determined, "for a corporation, by the law under which it was organized". CAIR is organized under the laws of the District of Columbia. "Under D.C. Code §§ 29-301.85 and 29-301.86, when a nonprofit corporation's articles of incorporation are revoked for failure to comply with certain reporting rules, then all powers conferred on it are inoperative and it must cease all business activities (because it is deemed to be dissolved), except for those activities necessary for winding up its affairs." (*Bourbeau v. Jonathan Woodner Co.*, 549 F. Supp. 2d 78, 84 (D.D.C. 2008))

CAIR is in revoked status. Exhibits 1, 2 & 3 are from the District of Columbia's website for the Secretary of State. The only groups that have the name Council on American-Islamic Relations are the two groups shown. Both are revoked. This "name game" was the subject of much ridicule of Horowitz by CAIR's counsel as they cited how often Horowitz had to amend his initial complaint seeking the correct CAIR group. This continues because the CAIR that is part of this case no longer exists at all. It's corporate name and ID number is shown from a KNOWX (Choicepoint, Inc.) public records printout as "942995" (Exhibit 4)   That number has been transferred to the Council on American-Islamic Relations Action Network, Inc. as shown on Exhibits 1 & 2. Of course, this is the same group that Horowitz originally sued but was told was the wrong group.

In any case, now, it is the ONLY group registered with the District of Columbia under that number and it is in revoked status.

Under Federal Rule of Civil Procedure 17 b which applies the rules of the state (in this case, the District of Columbia), CAIR as a revoked corporation lacks standing to conduct any activities other than winding up its affairs.

CAIR has no standing to bring its motion for fees nor to seek reconsideration from the prior denial of its request.

**NOTICE THAT DEFENDANT LACKS STANDING TO LITIGATE**