# EXHIBIT 1



| District of Columbia | MAYOR FENTY | DC GUIDE | RESIDENTS | BUSINESS | VISITORS | GOVERNMENT |

**Organization Information**

DCRA HOME

SERVICES

INFORMATION

ONLINE SERVICE REQUESTS

## Registered Organization Search

STEP 1 **2** 3 Your Search Results

Searched for: **council on**

We have found the following results for your query. Click on the radio button next to the organization you wish to view, then click the **Continue To** button below to view the organization's registration information and status.

| Organization Name / State | Status | Date | File No. |
|---|---|---|---|
| COUNCIL ON AFRICAN AMERICAN AFFAIRS, INC., DE | ACTIVE | 9/26/2004 | 213204 |
| COUNCIL ON AMERICAN DEVELOPMENT, INC., DC | REVOKED | 9/29/1982 | 824405 |
| COUNCIL ON AMERICAN-ISLAMIC RELATIONS ACTION NETWORK, INC., DC | REVOKED | 9/15/1994 | 942995 |
| COUNCIL ON AMERICAN-ISLAMIC RELATIONS FOUNDATION, INC., DC | REVOKED | 10/12/1994 | 943310 |
| COUNCIL ON ANTHROPOLOGY AND EDUCATION, INC., DC | MERGED | 5/26/1970 | 701259 |
| COUNCIL ON CAREER DEVELOPMENT FOR MINORITIES, INC., DC | ACTIVE | 11/3/1964 | 641647 |
| COUNCIL ON COMPETITIVENESS, DC | ACTIVE | 2/1/1994 | 940291 |
| COUNCIL ON CONTEMPORARY FAMILIES, DC | ACTIVE | 12/23/1997 | 974166 |
| COUNCIL ON CREDENTIALING IN PHARMACY, DC | ACTIVE | 11/4/1999 | 993435 |
| COUNCIL ON CULTURE & COMMUNITY, INC., DC | DISSOLVED | 10/7/1992 | 923584 |

Page 1 2 3 4 5 ▸ ▸▸ | More

[Return To Organization Homepa] [Print Page] [New Search] [Continue To >>] Review Organization Information

For more information, contact the Corporations Division at (202) 442-4432 or Ask the Director .

Telephone Directory by Topic · Agencies · DC Council · Search · Elected Officials · Feedback · Translations · Accessibility · Privacy & Security · Terms & Conditions

# EXHIBIT 2



DC HOME    ABOUT DC    RESIDENTS    BUSINESS    VISITORS    DC GOVERNMENT    ✿ Kids ✿

**WELCOME TO WASHINGTON**
**District of Columbia**

**MAYOR**
**Adrian M. Fenty**

**Organization Information**

**DCRA HOME**

**SERVICES**

**INFORMATION**

**ONLINE SERVICE
REQUESTS**

## Online Organization Registration
**Search Registered Organizations**

**Organization Details - Step** 1 2 **3**
To view another organization from the search, select the **Return to Search Results** button below. You may also print the organization details, or start a **new search**. Use the **Back to Main Page** button to continue the registration process.

| Organization | | Registered Agent |
|---|---|---|
| **Organization Name:** | COUNCIL ON AMERICAN-ISLAMIC RELATIONS ACTION NETWORK, INC. | PRENTICE HALL CORPORATION SYSTEM 1090 VERMONT AVE., N.W. Washington, DC 20005 |
| **State:** | DC | |
| **Status:** | REVOKED | |
| **Initial Date of Registration:** | 9/15/1994 | |
| **File No.:** | 942995 | |
| **Organization Type:** | DOMESTIC NON PROFIT CORPORATION | |

[ << Back to Main Page ]  [ < Return To Search Results ]  [ Print Results ]  [ New Search ]

For more information, contact the Corporations Division at (202) 442-4432 or Ask the Director .

Government of the District of Columbia
Citywide Call Center: (202) 727-1000
TTY/TDD Directory

Telephone Directory by Topic | Agencies | DC Council | Search | Elected Officials
Feedback | Translation | Accessibility | Privacy & Security | Terms & Conditions

John A. Wilson Building
1350 Pennsylvania Avenue, NW
Washington, DC 20004

# EXHIBIT 3



**Organization Information**

**DCRA HOME**

**SERVICES**

**INFORMATION**

**ONLINE SERVICE REQUESTS**

## Online Organization Registration
**Search Registered Organizations**

**Organization Details - Step** 1  2  **3**
To view another organization from the search, select the **Return to Search Results** button below. You may also **print** the organization details, or start a **new search** Use the **Back to Main Page** button to continue the registration process.

| **Organization** | | **Registered Agent** |
|---|---|---|
| | | PRENTICE HALL CORPORATION SYSTEM |
| **Organization Name:** | COUNCIL ON AMERICAN-ISLAMIC RELATIONS FOUNDATION, INC. | 1090 VERMONT AVE., N.W. Washington, DC 20005 |
| **State:** | DC | |
| **Status:** | REVOKED | |
| **Initial Date of Registration:** | 10/12/1994 | |
| **File No.:** | 943310 | |
| **Organization Type:** | DOMESTIC NON PROFIT CORPORATION | |

[ << Back to Main Page ]  [ < Return To Search Results ]  [ Print Results ]  [ New Search ]

For more information, contact the Corporations Division at (202) 442-4432 or Ask the Director .

# EXHIBIT 4



# EXHIBIT 5



# C E R T I F I C A T E

THIS IS TO CERTIFY that there were received and accepted for record in the Department of Consumer and Regulatory Affairs, Corporations Division, on the 15th day of September , 1994 , *Articles of Incorporation of:*

## COUNCIL ON AMERICAN-ISLAMIC RELATIONS ACTION NETWORK, INC.

WE FURTHER CERTIFY that said Certificate and Articles of Incorporation were Revoked by Proclamation on the 8th Day of September ,2008 , pursuant to the Distirct of Columbia NONPROFIT CORPORATION ACT, for having failed and/or refused to file reports and pay all fees due and owing on or before April 15th , 2008 .

IN TESTIMONY WHEREOF I have hereunto set my hand and caused the seal of this office to be affixed this 17th day of September , 2008 .

LINDA K. ARGO
Director

Business and Professional Licensing Administration

PATRICIA E. GRAYS
Superintendent of Corporations
Corporations Division

Adrian M. Fenty
Mayor

GOVERNMENT OF THE DISTRICT OF COLUMBIA
DEPARTMENT OF CONSUMER AND REGULATORY AFFAIRS
BUSINESS REGULATION ADMINISTRATION



# *C E R T I F I C A T E*

***THIS IS TO CERTIFY*** that all applicable provisions of the DISTRICT OF COLUMBIA NONPROFIT CORPORATION ACT have been complied with and accordingly, this ***CERTIFICATE of INCORPORATION*** is hereby issued to

## *COUNCIL ON AMERICAN-ISLAMIC RELATIONS, INC.*

as of *SEPTEMBER  15TH , 1994 .*

Hampton Cross
Director

Barry K. Campbell
Administrator
Business Regulation Administration

Desiree M. Jones
Act Asst Superintendent of Corporations
Corporations Division

Sharon Pratt Kelly
Mayor

ARTICLES OF INCORPORATION

OF

**COUNCIL ON AMERICAN-ISLAMIC RELATIONS, INC.**

TO:   Department of Consumer and Regulatory Affairs
      Business Regulation Administration
      Corporations Division
      Washington, D.C.

**THE UNDERSIGNED,** all of whom are natural persons of the age
of eighteen years or more, acting as incorporators of a
corporation pursuant to the District of Columbia, Nonprofit
Corporation Act, hereby certify:

### ARTICLE I

The name of the corporation, hereinafter referred to as the
"Corporation" is COUNCIL ON AMERICAN-ISLAMIC RELATIONS, INC.

### ARTICLE II

The period of duration of the Corporation is perpetual.

### ARTICLE III

The purpose or purposes for which the corporation is
organized is to promote interest and understanding among the
general public and government officials with regards to Islam and
Muslims in North America; and conduct educational services in the
fields of religion, culture, education, society, and history
concerning Islamic issues both in the United States and abroad.

Said corporation is organized exclusively for the promotion
of social welfare as stated under Section 501(c)(4) of the
Internal Revenue Code (or the corresponding provisions of any
future United States Internal Revenue Law). The Corporation may
receive and administer funds for social welfare purposes within
the meaning of Section 501(c)(4) of the Internal Revenue Code of
1986 and, to that end, the Corporation is empowered to hold any
property, or any undivided interest therein, without limitation
as to amount or value, to dispose of any such property and to
invest, reinvest, or deal with the principal or the income in
such manner as, in the judgment of the directors, will best
promote the purposes of the Corporation, without limitation,
except such limitations, if any, as may be contained in the
instrument under which such property is received these Articles
of Incorporation, the By-Laws of the Corporation, or any

**FILED**

SEP 15 1994

BY:  _Amq_

applicable laws, to do any other act or thing incidental to or connected with the foregoing purposes or in advancement thereof, but not for the pecuniary profit or financial gain of its directors or officers except as permitted under the District of Columbia Non-Profit Corporation Act.

In furtherance of its exclusive promotion of social welfare, the Corporation shall have all the general powers enumerated in Section 29-505 of the District of Columbia Nonprofit Corporation Act as now in effect or as may hereafter be amended, together with the power to solicit grants and contributions for such purpose.

## ARTICLE IV

Provisions for the regulation of the internal affairs of the Corporation, including provisions for distribution of assets or dissolution or final liquidation are as follows:

A.      No part of the net earnings of the Corporation shall inure to the benefit of, or be distributable to its directors, officer(s) of the Corporation, or other private persons, except that the Corporation shall be authorized and empowered to pay reasonable compensation for services rendered and to make payments and distributions in furtherance of the purposes set forth in this Article Third.

B.      The Corporation shall not participate in, or intervene in (including the publishing or distribution of statements) any political campaign on behalf of (or in opposition to) any candidate for public office.

C.      Notwithstanding any of the provisions of these articles, the Corporation shall not carry on any other activities not permitted to be carried on (a) by a corporation exempt from federal income tax under Section 501(c)(4) of the Internal Revenue Code (or the Revenue Law).

D.      Upon dissolution of the Corporation, the Board of Directors shall, after paying or making provision for the payment of all the liabilities of the corporation, dispose of all of the assets of the Corporation exclusively for the purposes of the Corporation in such manner, or to such organization(s) organized and operated exclusively for the purpose of the promotion of social welfare, as the time shall qualify as an exempt organization(s) under Section 501(c)(4) of the internal Revenue Code (or the corresponding provision of any United States Internal Revenue Law), as the Board of Directors shall determine. Any such assets not so disposed of shall be disposed of by the court of general jurisdiction of the jurisdiction in which the principal office of the incorporation is then located, exclusively for such purposes or to such organization(s), as said

2

court shall determine which are organized and operated exclusively for such purposes.

E. The Corporation shall distribute its income for each taxable year at such time and in such manner as not to become subject to the tax on undistributed income imposed by Section 4942 of the Internal Revenue Code of 1954, or corresponding provisions of any subsequent federal tax laws.

F. The Corporation shall not engage in any act of self-dealing as defined in Section 4941(d) of the Internal Revenue Code of 1954, or corresponding provisions of any subsequent federal tax laws.

G. The Corporation shall not retain any excess business holdings as defined in Section 4943(c) of the Internal Revenue code of 1954, or corresponding provision of any subsequent federal tax laws.

H. The Corporation shall not make any taxable expenditures as defined in Section 4845(d) of the Internal Revenue Code of 1954, or corresponding provisions of any subsequent federal tax laws.

## ARTICLE V

The Corporation shall have one class of non-voting members. *Qualifications of such members shall be provided in the Bylaws.*

## ARTICLE VI

The initial street address in the District of Columbia of the initial registered office of the corporation is 1090 Vermont Avenue, N.W., Suite 430, Washington, D.C. 20005, and the name of the initial registered agent at such address is the Prentice-Hall Corporation System, Inc.

## ARTICLE VII

The territory in which the operations of the corporation are principally to be conducted is the United States of America and its territories and possessions, but the operations of the Corporation shall not be limited to such territory.

## ARTICLE VIII

There shall be at least three (3) directors who shall be elected or appointed as provided by the by-laws.

3

## ARTICLE IX

The number of directors constituting the initial Board of Directors is three (3), and the names and addresses, including street and number of the persons who are to serve as the initial directors until the first annual meeting or until their successors are elected and qualified, are as follows:

Rafiq Jaber
9748 South Meade
Oklahoma, Illinois   60453

Omar Ahmad
3335 Homestead Road
Unit 46
Santa Clara, California   95051

Nehad Hammad
5804 Merton Court
Suite 82
Alexandria, Virginia   22311

## ARTICLE X

The names and addresses of the initial incorporators are as follows:

Rafiq Jaber
9748 South Meade
Oklahoma, Illinois   60453

Omar Ahmad
3335 Homestead Road
Unit 46
Santa Clara, California   95051

Nehad Hammad
5804 Merton Court
Suite 82
Alexandria, Virginia   22311

4

IN WITNESS WHEREOF, the undersigned have made and subscribed to these Articles of Incorporation this _____ day of _____, 1994.

_____
RAFIQ JABER

_____
OMAR AHMAD

_____
NEHAD HAMMAD

STATE OF _____
COUNTY OF _____, to-wit:

The foregoing instrument was acknowledge before me by RAFIQ JABER, this ___10___ day of ___August___, 1994.

_____
Notary Public

My Commission Expires

"OFFICIAL SEAL"
Sue Froelke
Notary Public, State of Illinois
My Commission Expires 7/15/96

STATE OF _California_
COUNTY OF _Santa Clara_, to-wit:

The foregoing instrument was acknowledge before me by OMAR AHMAD, this _16th_ day of _August_, 1994.

_____
Notary Public

My Commission Expires:
Feb 15 1997

PARESH AFRICAWALA
COMM. #984652
Notary Public-California
SANTA CLARA COUNTY
My Commission Expires
February 15, 1997

STATE OF _District of Columbia_
COUNTY OF _Washington, DC_, to-wit:

The foregoing instrument was acknowledge before me by NEHAD HAMMAD, this _30th_ day of _Aug_, 1994.

_____
Notary Public

JESUSA DOBOHO
Notary Public, District of Columbia
My Commission Expires August 21, 1995

va.hd:\misc\1186.txt

5

# EXHIBIT 6

DEPARTMENT OF CONSUMER AND REGULATORY AFFAIRS



# CERTIFICATE

THIS IS TO CERTIFY that the attached is a true and correct copy of the documents for this entity as shown by the records of this office.

*COUNCIL ON AMERICAN-ISLAMIC RELATIONS ACTION NETWORK, INC.*

The corporation was revoked on September 8, 2008.

IN TESTIMONY WHEREOF I have hereunto set my hand and caused the seal of this office to be affixed this **17th** day of **September, 2008**.

LINDA K. ARGO
Director

PATRICIA E. GRAYS
Superintendent of Corporations
Corporations Division

Adrian M. Fenty
Mayor

DEPARTMENT OF CONSUMER AND REGULATORY AFFAIRS



# CERTIFICATE

THIS IS TO CERTIFY that the attached is a true and correct copy of the documents for this entity as shown by the records of this office

*COUNCIL ON AMERICAN-ISLAMIC RELATIONS ACTION NETWORK, INC.*

IN TESTIMONY WHEREOF I have hereunto set my hand and caused the seal of this office to be affixed this **17th** day of **September , 2008** .

LINDA K. ARGO
Director

PATRICIA E. GRAYS
Superintendent of Corporations
Corporations Division

Adrian M. Fenty
Mayor

## GOVERNMENT OF THE DISTRICT OF COLUMBIA
DEPARTMENT OF CONSUMER AND REGULATORY AFFAIRS

★ ★ ★



# C E R T I F I C A T E

**THIS IS TO CERTIFY** that all applicable provisions of the District of Columbia Nonprofit Corporation Act have been complied with and accordingly, this *CERTIFICATE OF AMENDMENT* is hereby issued to:

**COUNCIL ON AMERICAN-ISLAMIC RELATIONS, INC.**

<u>Name Changed To</u>

**COUNCIL ON AMERICAN-ISLAMIC RELATIONS ACTION NETWORK, INC.**

**IN WITNESS WHEREOF I** have hereunto set my hand and caused the seal of this office to be affixed as of the 15th day of June , 2007 .

LINDA K. ARGO
Interim Director

Business and Professional Licensing Administration

*Patricia E. Grays*

PATRICIA E. GRAYS
Superintendent of Corporations
Corporations Division

Adrian M. Fenty
Mayor

## ARTICLES OF AMENDMENT TO
## ARTICLES OF INCORPORATION

### OF

### COUNCIL ON AMERICAN-ISLAMIC RELATIONS, INC.

To:   Department of Consumer and Regulatory Affairs
      Business and Professional Licensing Administration
      Corporations Division
      941 North Capitol Street, N.E.
      Washington, DC 20002

Pursuant to the provisions of the District of Columbia Non-profit Corporation Act, the undersigned adopts the following Articles of Amendment to its Articles of Incorporation:

First:       The name of the corporation is Council on American-Islamic Relations, Inc.

Second:      The following amendment to the Articles of Incorporation was adopted by the Corporation in the manner prescribed by the District of Columbia Non-profit Corporation Act:

             Paragraph First of the Articles of Incorporation of the Council on American-Islamic Relations, Inc. is hereby amended to read as follows:

             "First: The name of the corporation is Council on American-Islamic Relations Action Network, Inc."

Third:       The amendment was adopted at a meeting of the Board of Directors held on June 11, 2007, and received the vote of a majority of the Directors in office, there being no members having voting rights in respect thereof.

Dated:       June 11, 2007

Council on American-Islamic Relations, Inc.

By: _____

     Parvez Ahmed, President

FILE COPY
JUN P9 2007

# EXHIBIT 7

IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL SAVAGE,<br><br>    Plaintiff,<br><br>    v.<br><br>COUNCIL ON AMERICAN-ISLAMIC RELATIONS, INC., COUNCIL ON AMERICAN ISLAMIC RELATIONS ACTION NETWORK, INC., COUNCIL ON AMERICAN ISLAMIC RELATIONS OF SANTA CLARA, INC., and DOES 3-100,<br><br>    Defendants. | Case No. CV07-06076 SI<br><br>**STIPULATION TO ALLOW FILING OF SECOND AMENDED COMPLAINT; STIPULATION AS TO FORM OF ANSWERS AND JOINDER IN PENDING MOTION AND [PROPOSED] ORDER** |

This stipulation is entered into by Daniel Horowitz on behalf of plaintiff and Thomas R. Burke of Davis Wright Tremaine LLP on behalf of all defendants presently named in the lawsuit and the CAIR entity which is referred to herein as the Council on American Islamic Relations, Inc., incorporated in Washington, D.C. and commonly referred to as CAIR-National.

It is hereby stipulated that plaintiff may file a Second Amended Complaint that is identical to the present, Amended Complaint except that paragraph 9 shall be modified to name the entity commonly referred to as CAIR-National. The present paragraph 9 reads as follows:

> 9. The self-proclaimed leaders of the Council on American Islamic Relations aka CAIR operates out of Washington, D.C. and where the actual name of the corporation is Council on American Islamic Relations Action Network aka CAIR. Therefore, Doe 2 is named herein as the Council on American Islamic Relations Action Network, Inc. aka CAIR. However, in its IRS Form 990 filing in 2005, the group used the corporate name, Council on American Islamic Relations and not Council on American Islamic Relations Action Network.

By this stipulation the parties agree that a Second Amended Complaint may be filed that is identical to the first except that it adds the following to paragraph 9.

> "In the alternative, Doe 2 is sued under the name "Council on American Islamic Relations Inc." This entity is intended to be the group that is headquartered in Washington D.C. and which is commonly referred to as "CAIR-National.""

**It is further stipulated** that the each defendant who has not yet appeared, may answer or otherwise respond to the Second Amended Complaint with reference to the names set forth in the Second Amended Complaint and may do so without conceding that such name or designation is the correct name or designation of said entity. Defendant(s) in their Answer will set forth the correct legal name and status as the defendant deems proper.

**It is further stipulated** that a filing of the Second Amended Complaint does not moot the pending Motion for Judgment on the Pleadings, and all named defendants may join in the Fed. Rule Civ. Proc. 12 (c) motion filed by Council on American Islamic Relations of Santa Clara, Inc. whether or not they have filed an answer. It is agreed that their joinder in the motion shall be deemed to be made under Fed. Rule Civ. Proc. § 12(b)(6) and/or 12(c) as the Court deems proper. The present briefing schedule shall remain unchanged.

///

2

**It is further stipulated** that any response currently due by defendants CAIR-Texas or CAIR-National to Plaintiff's First Amended Complaint may await the Court's anticipated approval of Plaintiff's filing of the Second Amended Complaint. Once Plaintiff's Second Amended Complaint has been filed and all of the CAIR Defendants have been served by process on their counsel of record (who is authorized to accept service on their behalf), the deadline for the response of the CAIR Defendants to the Second Amended Complaint shall be continued until the Court has ruled on the pending Motion for Judgment on the Pleadings.

DATED this 8th day of February 2008.

By:  /s/ Daniel A Horowitz
     DANIEL A. HOROWITZ
     Attorney for Plaintiff

DAVIS WRIGHT TREMAINE LLP

ELECTRONIC FRONTIER FOUNDATION

By:  /s/ Thomas R. Burke
     THOMAS R. BURKE
     Attorneys for Defendant Council on
     American-Islamic Relations of Santa
     Clara, Inc.

**ORDER**

**IT IS SO ORDERED:**

**DATE:** _____

**Susan Illston**
**Judge of the United States District Court**

Case No. CV07-06076 SI
STIPULATION TO ALLOW FILING OF 2d AMENDED COMPLAINT & [PROPOSED] ORDER
SFO 403017v1 0085997-000001

3