Thomas R. Burke (CA State Bar No. 141930)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111
Telephone:   (415) 276-6500
Facsimile:    (415) 276-6599
Email:         thomasburke@dwt.com

Matt Zimmerman (CA State Bar No. 212423)
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, California 94110
Telephone:   (415) 436-9333
Facsimile:    (415) 436-9993
Email:         mattz@eff.org

Attorneys for Defendants Council on American-Islamic Relations, Inc., Council on American-Islamic Relations Action Network, Inc., and Council on American-Islamic Relations of Santa Clara, Inc.

IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL SAVAGE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COUNCIL ON AMERICAN-ISLAMIC RELATIONS, INC., COUNCIL ON AMERICAN-ISLAMIC RELATIONS ACTION NETWORK, INC., COUNCIL ON AMERICAN-ISLAMIC RELATIONS OF SANTA CLARA, INC., and DOES 3-100,<br><br>　　　　Defendants. | Case No. CV07-06076 SI<br><br>**DECLARATION OF NADHIRA AL-KHALILI IN SUPPORT OF DEFENDANTS' MOTION FOR RECONSIDERATION OF THE DENIAL OF AN AWARD OF ATTORNEYS' FEES AND COSTS**<br><br>Date:　January 30, 2009<br>Time:　9:00 a.m.<br>Judge:　The Honorable Susan Illston |

1.	I am an attorney for the Defendants in this matter and a member in good standing of the Virginia Bar. I have personal knowledge of the matters stated in this declaration. If called upon to do so, I am competent to testify to all matters set forth herein.

2.	I am National Legal Counsel for the Council on American-Islamic Relations ("CAIR"), which is a nonprofit, grassroots civil rights and advocacy with its principal place of business in Washington, D.C. I have been National Legal Counsel at CAIR since December 3, 2007.

3.	In September of 2008, due to a filing error, the articles of incorporation for CAIR-Foundation, Inc., and the Council on American-Islamic Relations Action Network, Inc., were temporarily revoked. Subsequently, both entities filed for reinstatement which was granted on December 24, 2008. Attached hereto as Exhibit A are true and correct copies of the Certificates of Reinstatement for both entities.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief. Executed on January 15, 2009.

/s/ *Nadhira Al-Khalili*
Nadhira Al-Khalili